UNITED STATES DISTRICT COURT FOR THE DISTRICT OF ALASKA
CIVIL DOCKET ENTRIES FOR CASE A05-0273--CV (JWS)
"CAROLYN MITCHELL V ANCHORAGE POLICE DEPT ET A"

Including terminated parties, excluding terminated counsel

```
   Presiding Judge:  The Honorable John W. Sedwick, U.S. District Judge
  Magistrate Judge:
     Referral Rule:
             Filed: 11/21/05
            Closed: NO

      Jurisdiction: (3) Federal Question (US Govt not a Party)
     PLF Diversity:
     DEF Diversity:

    Nature of Suit: (440) Other Civil Rights
                    28:1331; 28:1441; 42:1983; 42:1988
            Origin: (2) Removed from State Court
            Demand: 100+
        Filing fee: Paid $250.00 on 11/21/05 receipt # 00127128
          Trial by: Jury
```

Parties of Record:                          Counsel of Record:

| | | |
|---|---|---|
| PLF 1.1 | MITCHELL, CAROLYN | Moshe C. Zorea<br>7540 E. 17th Avenue<br>Anchorage, AK 99504<br>907-337-7741<br><br>Isaac D. Zorea<br>POB 210434<br>Anchorage, AK 99521<br>907-677-3779<br>FAX 907-644-2802 |
| DEF 1.1 | ANCHORAGE POLICE DEPT | Joyce W. Johnson<br>Municipal Attorney's Office<br>POB 196650<br>Anchorage, AK 99519-6650<br>907-343-4545 |
| DEF 2.1 | ANCHORAGE, MUNICIPALITY OF | Joyce W. Johnson<br>(see above) |
| DEF 3.1 | MONEGAN, WALTER | No counsel found for this party! |
| DEF 4.1 | OFFICER JOHN DOE 1 | No counsel found for this party! |
| DEF 5.1 | OFFICER JOHN DOE 2 | No counsel found for this party! |

```
UNITED STATES DISTRICT COURT FOR THE DISTRICT OF ALASKA
CIVIL DOCKET ENTRIES FOR CASE A05-0273--CV (JWS)
"CAROLYN MITCHELL V ANCHORAGE POLICE DEPT ET A"

For all filing dates
```

```
  Presiding Judge:  The Honorable John W. Sedwick, U.S. District Judge
 Magistrate Judge:
    Referral Rule:
            Filed: 11/21/05
           Closed: NO

     Jurisdiction: (3) Federal Question (US Govt not a Party)
    PLF Diversity:
    DEF Diversity:

   Nature of Suit: (440) Other Civil Rights
                   28:1331; 28:1441; 42:1983; 42:1988
           Origin: (2) Removed from State Court
           Demand: 100+
       Filing fee: Paid $250.00 on 11/21/05 receipt # 00127128
         Trial by: Jury
```

| Document # | Filed | Docket text |
|---|---|---|
| 1 - 1 | 11/21/05 | DEF 1-2 Notice of Removal of state court action 3AN-05-12600 CI w/att exh. |
| 2 - 1 | 11/21/05 | DEF 1-2 Attorney Appearance of Joyce Weaver Johnson. |
| 3 - 1 | 11/21/05 | DEF 1-2 Notice to Adverse Parties of Filing of Notice of Removal. |
| 4 - 1 | 11/21/05 | DEF 1-2 Notice of Filing and Designation of Record of State Court Proceeding Records w/exhs. |
| 4 - 2 | 11/21/05 | DEF 1-2 Jury Demand. |
| 5 - 1 | 11/21/05 | DEF 1-2 Service List of All Parties. |
| 6 - 1 | 11/22/05 | JWS Minute Order subsequent to removal that w/in 10 days petitioners to file copies of state court docs & svc list.  cc: cnsl |
| 7 - 1 | 11/30/05 | DEF 1-2 Amended Service List. |
| 8 - 1 | 11/30/05 | DEF 2 Answer to Complaint. |