Joyce Weaver Johnson
Assistant Municipal Attorney
Municipal Attorney's Office
P.O. Box 196650
Anchorage, Alaska 99519-6650
Phone: (907) 343-4545
Fax: (907) 343-4550
E-mail: uslit@muni.org


Attorney for Defendant
Municipality of Anchorage
Anchorage Police Department

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| CAROLYN MITCHELL, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | ) |
| | ) |
| ANCHORAGE POLICE DEPARTMENT and the MUNICIPALITY OF ANCHORAGE, a municipal corporation, WALTER MONEGAN, Officer JOHN DOE 1, and Officer JOHN DOE 2 | ) ) ) ) |
| | ) |
| Defendants. | ) |
| | ) |

Case No. 3:05-cv-00273-TMB

## NOTICE REGARDING PRIOR HEARING

The Municipality of Anchorage received notice January 24 that this case was reassigned to the Honorable Timothy M. Burgess. It is counsel's understanding that Judge Burgess formerly served on Anchorage's Minority Community Police Relations Task Force. Minutes of the Task Force show Judge Burgess was in attendance on May

14, 2004, when the Task Force heard Plaintiff Mitchell's concerns regarding the same incident which gives rise to this lawsuit.

Respectfully submitted this 26th day of January, 2006.

                  FREDERICK H. BONESS
                  Municipal Attorney

By:  s/ Joyce Weaver Johnson
      Municipal Attorney's Office
      P.O. Box 196650
      Anchorage, Alaska 99519-6650
      Phone: (907) 343-4545
      Fax: (907) 343-4550
      E-mail: uslit@muni.org
      Alaska Bar No. 9306029

The undersigned hereby certifies that on 01/26/06 a true and correct copy of the *Notice Regarding Prior Hearing* was served on:

**Isaac D. Zorea**
P.O. Box 210434
Anchorage, AK 99521

**Moshe C. Zorea**
7540 E. 17th Avenue
Anchorage, AK 99504

by first class regular mail, if noted above, or by electronic means through the ECF system as indicated on the Notice of Electronic Filing.

 s/ Sheri Curro
Sheri Curro, Legal Secretary
Municipal Attorney's Office