IN THE SUPERIOR COURT FOR THE STATE OF ALASKA
THIRD JUDICIAL DISTRICT, AT ANCHORAGE

RECEIVED
FEB 07 2006
CLERK U.S. DISTRICT COURT
ANCHORAGE, ALASKA

CAROLYN MITCHELL, )
)
)
-VS- Plaintiff(s) )
)
ANCHORAGE POLICE DEPARTMENT, ET al.,, )
)
Defendant(s) )

**RETURN OF SERVICE**

3-05-cv-00273 TMB

Case No: 3AN-05-12600 ci

I certify that on Monday, October 24, 2005 at 12:05 PM I served the following documents SUMMONS AND NOTICE TO BOTH PARTIES OF JUDICIAL ASSIGNMENT & COMPLAINT

on the therein named ANCHORAGE POLICE DEPT.
at 632 WEST 6TH AVENUE 7TH FLOOR in Anchorage, Alaska by leaving a true and correct copy with IRENE FRANCO LEGAL CLERK MUNICIPAL ATTORNEY'S OFFICE AUTHORIZED TO ACCEPT SERVICE ON THEIR BEHALF.

Process Server / BRIAN HOWARD

SUBSCRIBED AND SWORN to me this day of Monday, October 24, 2005

Notary Public in and for the State of Alaska
My Commission Expires: 4/28

Attorney: MOSHE CALBERG ZOREA
PO BOX 212043
ANCHORAGE, AK 99521

Attention:
File No:
Service Fee: $35.00
Mileage: $10.00
Endeavor:
Endeavor:
Total: $45.00   (A.P.S.) NO:   60248

Attorneys Process Service
645 G Street Ste 100 PMB 585
Anchorage, AK. 99501
Phone (907) 276-2237