IN THE SUPERIOR COURT FOR THE STATE OF ALASKA
THIRD JUDICIAL DISTRICT, AT ANCHORAGE

RECEIVED
FEB 0 7 2006
CLERK U.S. DISTRICT COURT
ANCHORAGE ALASKA

CAROLYN MITCHELL,

-VS- Plaintiff(s)

ANCHORAGE POLICE DEPARTMENT, ET al.,,

Defendant(s)

**RETURN OF SERVICE**

3:05-cv-00273 TmB

Case No: 3AN-05-12600 CI

I certify that on Monday, October 24, 2005 at 12:00 PM I served the following documents
SUMMONS AND NOTICE TO BOTH PARTIES OF JUDICIAL ASSIGNMENT & COMPLAINT

on the therein named MUNICIPALITY OF ANCHORAGE

at 632 WEST 6TH AVENUE 3RD FLOOR in Anchorage, Alaska by leaving a true and correct copy with
HEIDI CABAN MUNICIPAL CLERK AUTHORIZED TO ACCEPT SERVICE ON THEIR BEHALF.

Process Server / BRIAN HOWARD

SUBSCRIBED AND SWORN to me this day of Monday, October 24, 2005

Notary Public in and for the State of Alaska
My Commission Expires: 4/28/

**Attorney:** MOSHE CALBERG ZOREA
PO BOX 212043
ANCHORAGE, AK 99521

Attention:
File No:
Service Fee: $35.00
Mileage: $10.00
Endeavor:
Endeavor:

Total: $45.00   (A.P.S.) NO: 60249

Attorneys Process Service
645 G Street Ste 100 PMB 585
Anchorage, AK. 99501
Phone (907) 276-2237