**ORIGINAL**

MOSHE CALBERG ZOREA
**Attorney and Counselor at Law**
P.O. Box 212043
Anchorage, Alaska 99521-2043
(907) 337-7741
Fax (907) 337-2737
E mail moshez@learwire.net

RECEIVED FEB 0 7 2006 CLERK U.S. DISTRICT COURT ANCHORAGE ALASKA

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA

CAROLYN MITCHELL,         )
                          )
         Plaintiff,       )
     vs.                  )
                          )
ANCHORAGE POLICE DEPARTMENT and the MUNICIPALITY )
OF ANCHORAGE, municipal corporation, WALTER MONEGAN, )
Officer JOHN DOE 1, and Officer JOHN DOE 2,   )
                          )
         Defendant's.     )
_____)

**CASE NO. 3:05-cv-00273-TMB**

COVER SHEET FOR ORIGINAL RETURNS OF SERVICE

Attached hereto please find original return of service upon defendant(s):

1. Anchorage Police Department
2. Municipality of Anchorage and
3. Walter Monegan

Dated at Anchorage, Alaska this 6 day of February, 2006.

*Moshe Calberg Zorea*
MOSHE CALBERG ZOREA
ABA NO. 84-06055
Attorney for Plaintiff

**COVER SHEET FOR ORIGINAL RETURN'S OF SERVICE**

Page -1-

**ORIGINAL**

**MOSHE CALBERG ZOREA**
**Attorney and Counselor at Law**
P.O. Box 212043
Anchorage, Alaska 99521-2043
(907) 337-7741
Fax (907) 337-2737
E mail moshez@learwire.net

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA

CAROLYN MITCHELL, )
)
    Plaintiff, )
vs. )
)
ANCHORAGE POLICE DEPARTMENT and the MUNICIPALITY )
OF ANCHORAGE, municipal corporation, WALTER MONEGAN, )
Officer JOHN DOE 1, and Officer JOHN DOE 2, )
)
    Defendant's. )
)

**CASE NO. 3:05-cv-00273-TMB**

CERTIFICATE OF SERVICE

This is to certify that on February _6_, 2006, a true and correct copy of the attached Cover sheet for Original Return's of Service with attached return's of service was mailed to Joyce Weaver Johnson, assistant Municipal Attorney, 632 West 6th Avenue, Suite 730, Anchorage, Alaska 99501.

By _/s/ Moshe Calberg Zorea_
Moshe Calberg Zorea

**CERTIFICATE OF SERVICE**

Page -1-