UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA

  CAROLYN MITCHELL   v.   ANCHORAGE POLICE DEPARTMENT, et al.

THE HONORABLE TIMOTHY M. BURGESS

D<small>EPUTY</small> C<small>LERK</small>                                       CASE NO.   3:05-cv-00273-TMB

 Patty Demeter 

PROCEEDINGS: **MINUTE ORDER FROM CHAMBERS**    DATE: February 9, 2006

     Judge Burgess hereby recuses himself from the above-referenced case.  This action is reassigned to Judge John W. Sewick  for all further proceedings.  Please use the following case number on all future filings: 3:05-cv-00273-JWS.

[]{IQ2.WPD*Rev.12/96}