

**MOSHE CALBERG ZOREA**
**Attorney and Counselor at Law**
P.O. Box 212043
Anchorage, Alaska 99521-2043
(907) 337-7741
Fax (907) 337-2737
E mail moshez@clearwire.net

RECEIVED
FEB 2 2 2006
CLERK, U.S. DISTRICT COURT
ANCHORAGE, ALASKA

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA

CAROLYN MITCHELL,                              )
                                               )
        Plaintiff,                             )
    vs.                                        )
                                               )
ANCHORAGE POLICE DEPARTMENT and the MUNICIPALITY )
OF ANCHORAGE, municipal corporation, WALTER MONEGAN, )
Officer JOHN DOE 1, and Officer JOHN DOE 2,    )
                                               )
        Defendant's.                           )
_____)

CASE NO. 3:05-cv-00273-TMB

COVER SHEET FOR ORIGINAL RETURNS OF SERVICE

Attached hereto please find original return of service upon defendant(s):

1.   Walter Monegan

Dated at Anchorage, Alaska this 18 day of February, 2006.

*Moshe Calberg Zorea*
MOSHE CALBERG ZOREA
ABA NO. 84-06055
Attorney for Plaintiff

**COVER SHEET FOR ORIGINAL RETURN'S OF SERVICE**

Page -1-