IN THE SUPERIOR COURT FOR THE STATE OF ALASKA
THIRD JUDICIAL DISTRICT, AT ANCHORAGE

RECEIVED
FEB 2 2 2006
CLERK, U.S. DISTRICT COURT
ANCHORAGE, ALASKA

CAROLYN MITCHELL, )
)
)
-VS- ) Plaintiff(s)
)
) **AMENDED**
ANCHORAGE POLICE DEPARTMENT, ET al.,, ) **RETURN OF SERVICE**
)
)
) Defendant(s)

Case No: 3AN-05-12600 CI

I certify that on   Wednesday, February 15, 2006   at   12:05   I served the following documents
SUMMONS AND NOTICE TO BOTH PARTIES OF JUDICIAL ASSIGNMENT & COMPLAINT

on the therein named   WALTER MONEGAN

at   4501 SOUTH BRAGAW   in   Anchorage, Alaska by leaving a true and correct copy with
VICKI BLUME, PERSONAL SECRETARY TO WALTER MONEGAN AND AUTHORIZED TO ACCEPT SERVICE ON HIS BEHALF BY MUNICIPAL ATTORNEY JOYCE WEAVER JOHNSON ESQ.

Process Server / BRIAN HOWARD

SUBSCRIBED AND SWORN to me this day of   Wednesday, February 15, 2006

Notary Public in and for the State of Alaska
My Commission Expires: 3-5-08
(SEAL)

**Attorney:** MOSHE CALBERG ZOREA
PO BOX 212043
ANCHORAGE, AK 99521

Attention:
File No:
Service Fee:   $35.00
Mileage:   $10.00
Endeavor:
Endeavor:

Total:   $45.00   (A.P.S.) NO:   60250

Attorneys Process Service
645 G Street Ste 100 PMB 585
Anchorage, AK. 99501
Phone (907) 276-2237