RECEIVED
FEB 22 2006
CLERK, U.S. DISTRICT COURT
ANCHORAGE, ALASKA

**MOSHE CALBERG ZOREA**
**Attorney and Counselor at Law**
P.O. Box 212043
Anchorage, Alaska 99521-2043
(907) 337-7741
Fax (907) 337-2737
E mail moshez@clearwire.net

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA

CAROLYN MITCHELL, )
)
    Plaintiff, )
vs. )
)
ANCHORAGE POLICE DEPARTMENT and the MUNICIPALITY )
OF ANCHORAGE, municipal corporation, WALTER MONEGAN, )
Officer JOHN DOE 1, and Officer JOHN DOE 2, )
)
    Defendant's. )
_____)

**CASE NO. 3:05-cv-00273-TMB**

CERTIFICATE OF SERVICE

This is to certify that on February _18_, 2006, a true and correct copy of the attached Cover sheet for Original Return of Service with attached return of service was mailed to Joyce Weaver Johnson, assistant Municipal Attorney, 632 West 6th Avenue, Suite 730, Anchorage, Alaska 99501.

By _/s/ Moshe Calberg Zorea_
    Moshe Calberg Zorea

**CERTIFICATE OF SERVICE**

Page -1-