Joyce Weaver Johnson
Assistant Municipal Attorney
Municipal Attorney's Office
P.O. Box 196650
Anchorage, Alaska 99519-6650
Phone: (907) 343-4545
Fax: (907) 343-4550
E-mail: uslit@muni.org


Attorney for Defendant
Municipality of Anchorage
Anchorage Police Department

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| CAROLYN MITCHELL, )<br>)<br>Plaintiff, )<br>)<br>vs. )<br>)<br>ANCHORAGE POLICE DEPARTMENT and )<br>the MUNICIPALITY OF ANCHORAGE, a )<br>municipal corporation, WALTER MONEGAN, )<br>Officer JOHN DOE 1, and Officer JOHN DOE 2 )<br>)<br>Defendants. )<br>) | Case No. 3:05-cv-00273-JWS |

### **ENTRY OF APPEARANCE**

The Municipal Attorney's Office, by and through Assistant Municipal Attorney Joyce Weaver Johnson, hereby enters its appearance as counsel of record for defendant Walt Monegan and requests that all future correspondence and documents pertaining to this action be forwarded by mail to Joyce Weaver Johnson at the Department of Law, Municipality of Anchorage, P.O. Box 196650, Anchorage, Alaska 99519-6650.

Respectfully submitted this 7th day of March, 2006.

                                FREDERICK H. BONESS
                                Municipal Attorney

By:  s/ Joyce Weaver Johnson
       Municipal Attorney's Office
       P.O. Box 196650
       Anchorage, Alaska 99519-6650
       Phone: (907) 343-4545
       Fax: (907) 343-4550
       E-mail: uslit@muni.org
       Alaska Bar No. 9306029

The undersigned hereby certifies that on 03/07/06 a true and correct copy of the *Entry of Appearance of Walt Monegan* was served on:

**Isaac D. Zorea**
P.O. Box 210434
Anchorage, AK 99521

**Moshe C. Zorea**
7540 E. 17th Avenue
Anchorage, AK 99504

by first class regular mail, if noted above, or by electronic means through the ECF system as indicated on the Notice of Electronic Filing.

 s/ Sheri Curro
Sheri Curro, Legal Secretary
Municipal Attorney's Office