# NOTICE OF NON-COMPLIANCE WITH RULES

U.S. District Court, Office of the Clerk, 222 W. 7th Ave., Rm 229, Anchorage, AK 99513-7564, 907-677-6100

To: __Isaac D. Zorea/Moshe C. Zorea__   Case Number: __3:05-cv-00273-JWS__
    __P.O. Box 210434/7540 E. 17th Ave.__   Case Title: __Mitchell v. APD, et al__
    __Anchorage, AK 99521/99504__   Docket No: __25__

Document Title: __Complaint - Amended__

**Part I.** This form is being sent as a courtesy to advise you that document(s) filed in the above referenced case were not in compliance with Local and/or Federal Court Rules and to prevent such deficiencies in the future. The documents have been filed. The following deficiencies were identified:

LR 3.1 Papers to Accompany Filing
___(a) Cover Sheet missing

___OTHER (see comments)

LR 10.1 Form of Pleading
___ (a) General - see Comments Below
___ (b) No Chamber copy(s)-copy charge

Amount Due: $_____

***

**Part II.** This form is being sent to advise you that document(s) are being returned for the following reasons:

FRCP 5(d) Serving & Filing Pleadings and Other Papers
___ Discovery documents are not routinely filed
___ Depositions are not routinely filed

___ Pursuant to Court Order
___ OTHER (see comments)

28:1914(a) Filing Fee
___Returned for Filing Fee or waiver of fees

FRCP 10 Form of Pleading
___(a) Returned Complaint - Names of Parties not listed

***

**Part III.** This form is being sent to advise you that document(s) were not in compliance with Local and/or Federal Court Rules, which may result in the document(s) being stricken, <u>if not corrected</u> within 7 days:

LR 10.1 Form of Pleading
___(e) First page information missing (see comments below)
___(f) Document is not signed                    **X** OTHER (see comments)

LR 5.1 Proof of Service
___No proof of service on the document filed

***

**Comments:** __Motion for Leave to File Amended Complaint not filed w/submission of Amended Complaint.__
__Plaintiff counsel advised to file Motion for Leave to File Amended Complaint.__

Name: __Linda Christensen__       Date: __**March 23, 2006**__

Distribution:
Original to filing party; copy to Assigned Judicial Officer; copy to case file

Revised: April, 2004