Moshe Calberg Zorea
P.O. Box 212043
Anchorage, AK 99521
(907) 337-7741
(907) 337-2737 facsimile

RECEIVED
MAR 23 2006
CLERK U.S. DISTRICT COURT
ANCHORAGE, ALASKA

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

CAROLYN MITCHELL, )
        Plaintiff, )
vs. )
)
ANCHORAGE POLICE DEPARTMENT and the )
MUNICIPALITY OF ANCHORAGE, a )
municipal corporation, WALTER MONEGAN, )
Officer HENIKMAN, and Officer J. VOSS, )
)
        Defendants. )
_____)
Case No. A05-0273 CV (JWS)

CONSENT TO PLAINTIFF'S AMENDING COMPLAINT TO SUBSTITUTE
DEFENDANT'S NAMES FOR JOHN DOE'S

JOYCE WEAVER JOHNSON, counsel for defendant(s) hereby consents, pursuant to Rule 15(a) of Federal Rules of Civil Procedure to plaintiff amending the complaint, limited to the following manner: to substitute given names of John Doe 1 and John Doe 2 leaving all other portions of the complaint as originally filed.

Dated this 23rd day of March, 2006.

*[signature]*
JOYCE WEAVER JOHNSON
ABA NO. 9306029
Assistant Municipal Attorney

ISAAC DEREK ZOREA
ATTORNEY AND COUNSELOR AT LAW
P.O. BOX 210434
ANCHORAGE, AK 99521
PH: (907) 830-1385   FAX: (907) 677-3779

Mitchell v. Municipality of Anchorage et al
Case No. A05-0273 CV (JWS)   Page 1 of 2

1
2  Submitted by:
3
4  *[signature]*
   Moshe Calberg Zorea
5  ABA No. 84-06055
   Co-Counsel for Carolyn Mitchell
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

Mitchell v. Municipality of Anchorage et al
Case No. A05-0273 CV (JWS)   Page 2 of 2