**MOSHE CALBERG ZOREA**
Attorney and Counselor at Law
P.O. Box 212043
Anchorage, Alaska 99521-2043
(907) 337-7741
Fax (907) 337-2737
E mail moshez@clearwire.net

RECEIVED
MAR 23 2006
CLERK U.S. DISTRICT COURT
ANCHORAGE ALASKA

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA

CAROLYN MITCHELL, )
)
Plaintiff, )
vs. )
)
ANCHORAGE POLICE DEPARTMENT and the MUNICIPALITY )
OF ANCHORAGE, municipal corporation, WALTER MONEGAN, )
Officer HENIKMAN, and Officer J. VOSS, )
)
Defendant's. )
)

CASE NO. 3:05-cv-00273-~~TMB~~ JWS

### CERTIFICATE OF SERVICE

This is to certify that on March 23, 2006, a true and correct copy of the attached Amended Complaint, Consent to Plaintiff's Amending Complaint and proposed Order accepting Amendment was hand delivered to Joyce Weaver Johnson, assistant Municipal Attorney, 632 West 6th Avenue, Suite 730, Anchorage, Alaska 99501.

By _____
Moshe Calberg Zorea

Mitchell v. Municipality of Anchorage et al
Case No. A05-0273 CV (JWS)