Moshe Calberg Zorea
P.O. Box 212043
Anchorage, AK 99521
(907) 337-7741
(907) 337-2737 facsimile

RECEIVED
MAR 23 2006
CLERK U.S. DISTRICT COURT
ANCHORAGE, ALASKA

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

CAROLYN MITCHELL,

    Plaintiff,

vs.

ANCHORAGE POLICE DEPARTMENT and the MUNICIPALITY OF ANCHORAGE, a municipal corporation, WALTER MONEGAN, Officer HENIKMAN, and Officer J. VOSS,

    Defendants.

Case No. A05-0273 CV (JWS)

ORDER ACCEPTING PLAINTIFF'S AMENDING COMPLAINT TO SUBSTITUTE DEFENDANT'S NAMES FOR JOHN DOE'S

Plaintiff having filed motion to amend her complaint to substitute given names for "John Doe's" JOYCE WEAVER JOHNSON, counsel for defendant(s) having consented pursuant to Rule 15(a) of Federal Rules of Civil Procedure the court hereby provides leave to amend the complaint as specified.

Dated:_____

JOHN W. SEDWICK
Chief Judge

ISAAC DEREK ZOREA
ATTORNEY AND COUNSELOR AT LAW
P.O. BOX 210434
ANCHORAGE, AK 99521
PH: (907) 830-1385   FAX: (907) 677-3779

Mitchell v. Municipality of Anchorage et al
Case No. A05-0273 CV (JWS)   Page 1 of 1