Moshe Calberg Zorea
P.O. Box 212043
Anchorage, AK 99521
(907) 337-7741
(907) 337-2737 facsimile

RECEIVED
APR 0 3 2006
CLERK U.S. DISTRICT COURT
ANCHORAGE, ALASKA

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| CAROLYN MITCHELL, | ) |
| Plaintiff, | ) |
| vs. | ) |
| ANCHORAGE POLICE DEPARTMENT and the MUNICIPALITY OF ANCHORAGE, a municipal corporation, WALTER MONEGAN, Officer HENIKMAN, and Officer J. VOSS, | ) |
| Defendants. | ) |

Case No. A05-0273 CV (JWS)

MOTION FOR ORDER ACCEPTING PLAINTIFF'S AMENDING COMPLAINT TO SUBSTITUTE DEFENDANT'S NAMES FOR JOHN DOE'S

Comes Now Plaintiff by and through her counsel, MOSHE CALBERG ZOREA, and moves the court for an order accepting Plaintiff's amendment to her complaint, the amendment limited to substituting names of defendant's for the two John Doe's cited in original complaint due to not knowing names at that time. This motion is supported by the consent of defendant's counsel, JOYCE WEAVER JOHNSON, already filed with the court.

Dated:_____

*Moshe Calberg Zorea 4-3-06*

_____
JOHN W. SEDWICK
Chief Judge

ISAAC DEREK ZOREA
ATTORNEY AND COUNSELOR AT LAW
P.O. BOX 210434
ANCHORAGE, AK 99521
PH: (907) 830-1385   FAX: (907) 677-3779

Mitchell v. Municipality of Anchorage et al
Case No. A05-0273 CV (JWS)   Page 1 of 1