**MOSHE CALBERG ZOREA**
Attorney and Counselor at Law
P.O. Box 212043
Anchorage, Alaska 99521-2043
(907) 337-7741
Fax (907) 337-2737
E mail moshez@clearwire.net

RECEIVED
APR 0 3 2006
CLERK U.S. DISTRICT COURT
ANCHORAGE, ALASKA

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA

CAROLYN MITCHELL, )
)
Plaintiff, )
vs. )
)
ANCHORAGE POLICE DEPARTMENT and the MUNICIPALITY )
OF ANCHORAGE, municipal corporation, WALTER MONEGAN, )
Officer JOHN DOE 1, and Officer JOHN DOE 2, )
)
Defendant's. )
_____ )

CASE NO. 3:05-cv-00273-TMB

### CERTIFICATE OF SERVICE

This is to certify that on March 31, 2006, a true and correct copy of the attached Motion for Order accepting Plaintiff's Amending Complaint to substitute defendant's names for John Doe's was mailed to Joyce Weaver Johnson, assistant Municipal Attorney, 632 West 6th Avenue, Suite 730, Anchorage, Alaska 99501.

By _/s/ Moshe Calberg Zorea_
Moshe Calberg Zorea

### CERTIFICATE OF SERVICE