MINUTES OF THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

*CAROLYN MITCHELL*    v.    *ANCHORAGE POLICE DEPT., et al.*

THE HONORABLE JOHN W. SEDWICK              CASE NO. 3:05-cv-00273 (JWS)

PROCEEDINGS:    **ORDER FROM CHAMBERS**              Date: April 28, 2006

The unopposed motion at docket 29 is **GRANTED**.