MINUTES OF THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

*CAROLYN MITCHELL*   v.   *ANCHORAGE POLICE DEPT., et al.*

THE HONORABLE JOHN W. SEDWICK          CASE NO. 3:05-cv-00273 (JWS)

PROCEEDINGS:   **AMENDED ORDER FROM CHAMBERS**      Date:  May 2, 2006

This amended minute order corrects the minute order at docket no. 30, specifically the caption, which read "FOR THE DISTRICT OF ARIZONA" and should have read "FOR THE DISTRICT OF **ALASKA.**"

The unopposed motion at docket 29 is **GRANTED**.