Joyce Weaver Johnson
Assistant Municipal Attorney
Municipal Attorney's Office
P.O. Box 196650
Anchorage, Alaska 99519-6650
Phone: (907) 343-4545
Fax: (907) 343-4550
E-mail: uslit@muni.org

Attorney for Defendants
Municipality of Anchorage
Anchorage Police Department
Walt Monegan
Officers Voss and Henikman

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| CAROLYN MITCHELL, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | ) |
| | ) |
| ANCHORAGE POLICE DEPARTMENT and | ) |
| the MUNICIPALITY OF ANCHORAGE, a | ) |
| municipal corporation, WALTER MONEGAN, | ) |
| Officer HENIKMAN, and Officer J. VOSS, | ) |
| | ) |
| Defendants. | ) Case No. 3:05-cv-00273-JWS |
| | ) |

## ENTRY OF APPEARANCE

The Municipal Attorney's Office, by and through Assistant Municipal Attorney Joyce Weaver Johnson, hereby enters its appearance as counsel of record for defendant Officers Henikman and Voss and requests that all future correspondence and documents pertaining to this action be forwarded by mail to Joyce Weaver Johnson at the

Department of Law, Municipality of Anchorage, P.O. Box 196650, Anchorage, Alaska 99519-6650.

Respectfully submitted this 21st day of June, 2006.

                FREDERICK H. BONESS
                Municipal Attorney

By:  s/ Joyce Weaver Johnson
      Municipal Attorney's Office
      P.O. Box 196650
      Anchorage, Alaska 99519-6650
      Phone: (907) 343-4545
      Fax: (907) 343-4550
      E-mail: uslit@muni.org
      Alaska Bar No. 9306029

The undersigned hereby certifies that on 06/21/06 a true and correct copy of the *Entry of Appearance of Henikman & Voss* was served on:

**Isaac D. Zorea**
P.O. Box 210434
Anchorage, AK 99521

**Moshe C. Zorea**
7540 E. 17th Avenue
Anchorage, AK 99504

by first class regular mail, if noted above, or by electronic means through the ECF system as indicated on the Notice of Electronic Filing.

 s/ Sheri Curro
Sheri Curro, Legal Secretary
Municipal Attorney's Office