Joyce Weaver Johnson
Assistant Municipal Attorney
Municipal Attorney's Office
P.O. Box 196650
Anchorage, Alaska 99519-6650
Phone: (907) 343-4545
Fax: (907) 343-4550
E-mail: uslit@muni.org

Attorney for Defendants
Municipality of Anchorage
Anchorage Police Department
Walt Monegan
Officers Voss and Henikman

**IN THE UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF ALASKA**

| | |
|---|---|
| CAROLYN MITCHELL, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | ) |
| | ) |
| ANCHORAGE POLICE DEPARTMENT and the MUNICIPALITY OF ANCHORAGE, a municipal corporation, WALTER MONEGAN, Officer HENIKMAN, and Officer J. VOSS, | ) ) ) ) |
| | ) |
| Defendants. | ) Case No. 3:05-cv-00273-JWS |
| | ) |

**STIPULATION TO EXTEND CERTAIN DEADLINES**

Pursuant to the Scheduling and Planning Order in this case at Discovery, para. 7, the parties, through their respective counsel, stipulate and agree as follows:

1. To extend discovery until December 1, 2006, for Plaintiff to depose Officers Henikman and Voss.

2. To extend the deadline for the Municipality, Monegan, Henikman and Voss to respond to Plaintiff's October 2, 2006, Requests for Admissions, Interrogatories and Requests for Production.

3. That Plaintiff will not object to Defendants supplementing their Final Witness List with the names of certain witnesses described in their Initial Disclosures ("Other citizens to be identified, regarding their experiences being detained in connection with the Wells Fargo robbery and other crimes.")  Defendants may add no more than four such witnesses.

Respectfully submitted this 2nd day of November, 2006.

> JAMES N. REEVES
> Municipal Attorney
>
> By:   s/ Joyce Weaver Johnson
> Municipal Attorney's Office
> P.O. Box 196650
> Anchorage, Alaska 99519-6650
> Phone: (907) 343-4545
> Fax: (907) 343-4550
> E-mail: uslit@muni.org
> Alaska Bar No. 9306029

Respectfully submitted this 2nd day of November, 2006.

> By:   s/ Moshe C. Zorea  (consent given)
> Co-Counsel for Carolyn Mitchell
> 7540 E. 17th Avenue
> Anchorage, Alaska 99504
> Phone: (907) 337-7741
> Fax: (907) 337-2737
> E-mail: moshez@clearwire.net
> Alaska Bar No. 8406055

The undersigned hereby certifies that on 11/02/06 a true and correct copy of the *Stipulation to Extend Certain Deadlines and Proposed Order* was served on:

Isaac D. Zorea
and
Moshe C. Zorea

by first class regular mail, if noted above, or by electronic means through the ECF system as indicated on the Notice of Electronic Filing.

 s/ Sheri Curro
Sheri Curro, Legal Secretary
Municipal Attorney's Office