Joyce Weaver Johnson
Assistant Municipal Attorney
Municipal Attorney's Office
P.O. Box 196650
Anchorage, Alaska 99519-6650
Phone: (907) 343-4545
Fax: (907) 343-4550
E-mail: uslit@muni.org

Attorney for Defendants
Municipality of Anchorage
Anchorage Police Department
Walt Monegan
Officers Voss and Henikman

**IN THE UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF ALASKA**

| | |
|---|---|
| CAROLYN MITCHELL, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | ) |
| | ) |
| ANCHORAGE POLICE DEPARTMENT and the MUNICIPALITY OF ANCHORAGE, a municipal corporation, WALTER MONEGAN, Officer HENIKMAN, and Officer J. VOSS, | ) ) ) ) |
| | ) |
| Defendants. | ) Case No. 3:05-cv-00273-JWS |
| | ) |

**PROPOSED ORDER TO EXTEND CERTAIN DEADLINES**

This court having considered the Parties' Stipulation to Extend Certain Deadlines,

IT IS HEREBY ORDERED as follows:

    1.    Discovery is extended until December 1, 2006, for Plaintiff to depose Officers Henikman and Voss.

2. The deadline for the Municipality, Monegan, Henikman and Voss to respond to Plaintiff's October 2, 2006, Requests for Admissions, Interrogatories and Requests for Production is extended to November 16, 2006.

3. Plaintiff will not object to Defendants supplementing their Final Witness List with the names of certain witnesses described in their Initial Disclosures ("Other citizens to be identified, regarding their experiences being detained in connection with the Wells Fargo robbery and other crimes.") Defendants may add no more than four such witnesses.

Dated this _____ day of _____ 2006.

_____
John W. Sedwick
U. S. District Court Judge