# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| CAROLYN MITCHELL, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | ) |
| | ) |
| ANCHORAGE POLICE DEPARTMENT and the MUNICIPALITY OF ANCHORAGE, a municipal corporation, WALTER MONEGAN, Officer HENIKMAN, and Officer J. VOSS, | ) ) ) ) |
| | ) |
| Defendants. | ) Case No. 3:05-cv-00273-JWS |
| | ) |

## ORDER TO EXTEND CERTAIN DEADLINES

This court having considered the Parties' Stipulation to Extend Certain Deadlines, IT IS HEREBY ORDERED as follows:

1. Discovery is extended until December 1, 2006, for Plaintiff to depose Officers Henikman and Voss.

2. The deadline for the Municipality, Monegan, Henikman and Voss to respond to Plaintiff's October 2, 2006, Requests for Admissions, Interrogatories and Requests for Production is extended to November 16, 2006.

3. Plaintiff will not object to Defendants supplementing their Final Witness List with the names of certain witnesses described in their Initial Disclosures ("Other citizens to be identified, regarding their

experiences being detained in connection with the Wells Fargo robbery and other crimes.")  Defendants may add no more than four such witnesses.

Dated this 3rd day of November 2006.

/s/
John W. Sedwick
U. S. District Court Judge