Joyce Weaver Johnson
Assistant Municipal Attorney
Municipal Attorney's Office
P.O. Box 196650
Anchorage, Alaska 99519-6650
Phone: (907) 343-4545
Fax: (907) 343-4550
E-mail: uslit@muni.org

Attorney for Defendants
Municipality of Anchorage
Anchorage Police Department
Walt Monegan
Officers Voss and Henikman

**IN THE UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF ALASKA**

| | |
|---|---|
| CAROLYN MITCHELL, )<br>)<br>Plaintiff, )<br>)<br>vs. )<br>)<br>ANCHORAGE POLICE DEPARTMENT and )<br>the MUNICIPALITY OF ANCHORAGE, a )<br>municipal corporation, WALTER MONEGAN, )<br>Officer HENIKMAN, and Officer J. VOSS, )<br>)<br>Defendants. )<br>_____ ) | Case No. 3:05-cv-00273-JWS |

**STIPULATION TO ADJUST PRE-TRIAL DEADLINES**

The parties, through their respective counsel, stipulate and agree to adjust discovery and pre-trial deadlines, with this Court's approval. The requested adjustments go beyond those which the Court recently ordered (Dkt. 38). The parties seek these further adjustments because Defendant Voss was out of town; APD personnel designated to gather information

responsive to pending discovery were delayed by illness; and the parties desired more time to prepare Motions.  The proposed new deadlines are as follows:

December 18, 2006 – Last day to respond to outstanding discovery.

December 18, 2006 – Last day to depose Officer Voss.

January 18, 2007 – All motions.

A proposed Order is submitted herewith.

Respectfully submitted this 6th day of December, 2006.

By:  s/ Moshe C. Zorea  (consent given)
Co-Counsel for Carolyn Mitchell
7540 E. 17th Avenue
Anchorage, Alaska 99504
Phone: (907) 337-7741
Fax: (907) 337-2737
E-mail: moshez@clearwire.net
Alaska Bar No. 8406055

Respectfully submitted this 6th day of December, 2006.

By:  s/ Isaac Derek Zorea  (consent given)
Co-Counsel for Carolyn Mitchell
PO Box 210434
Anchorage, Alaska 99521
Phone: (907) 830-1385
Fax: (907) 677-3779
E-mail: eyedz@gci.net
Alaska Bar No. 00-11090

Respectfully submitted this 6th day of December, 2006.

                                        FREDERICK H. BONESS
                                        Municipal Attorney

                              By:  s/ Joyce Weaver Johnson
                                   Municipal Attorney's Office
                                   P.O. Box 196650
                                   Anchorage, Alaska 99519-6650
                                   Phone: (907) 343-4545
                                   Fax: (907) 343-4550
                                   E-mail: uslit@muni.org
                                   Alaska Bar No. 9306029

The undersigned hereby certifies that on 12/06/06 a true and correct copy of the *Joint Motion to Adjust Pre-Trial Deadlines &Proposed Order* was served on:

    **Isaac D. Zorea**

    **Moshe C. Zorea**

by first class regular mail, if noted above, or by electronic means through the ECF system as indicated on the Notice of Electronic Filing.

 s/ Sheri Curro
Sheri Curro, Legal Secretary
Municipal Attorney's Office