Joyce Weaver Johnson
Assistant Municipal Attorney
Municipal Attorney's Office
P.O. Box 196650
Anchorage, Alaska 99519-6650
Phone: (907) 343-4545
Fax: (907) 343-4550
E-mail: uslit@muni.org

Attorney for Defendants
Municipality of Anchorage
Anchorage Police Department
Walt Monegan
Officers Voss and Henikman

## IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| CAROLYN MITCHELL, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | ) |
| | ) |
| ANCHORAGE POLICE DEPARTMENT and the MUNICIPALITY OF ANCHORAGE, a municipal corporation, WALTER MONEGAN, Officer HENIKMAN, and Officer J. VOSS, | ) ) ) ) |
| | ) |
| Defendants. | ) Case No. 3:05-cv-00273-JWS |
| | ) |

## PROPOSED ORDER TO ADJUST DEADLINES

This court having considered the Parties' Stipulation to Adjust Deadlines, IT IS HEREBY ORDERED:

The following are the new deadlines:

1. December 18, 2006 – Last day to respond to outstanding discovery.

    2.    December 18, 2006 – Last day to depose Officer Voss.

    3.    January 18, 2007 – All motions.

Dated this _____ day of December 2006.

_____
John W. Sedwick
U. S. District Court Judge