**IN THE UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF ALASKA**

| | |
|---|---|
| CAROLYN MITCHELL, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | ) |
| | ) |
| ANCHORAGE POLICE DEPARTMENT and the MUNICIPALITY OF ANCHORAGE, a municipal corporation, WALTER MONEGAN, Officer HENIKMAN, and Officer J. VOSS, | ) ) ) ) |
| | ) |
| Defendants. | ) Case No. 3:05-cv-00273-JWS |
| | ) |

**ORDER TO ADJUST DEADLINES**

This court having considered the Parties' Stipulation to Adjust Deadlines, **IT IS HEREBY ORDERED**:

The following are the new deadlines:

1. December 18, 2006 – Last day to respond to outstanding discovery.

2. December 18, 2006 – Last day to depose Officer Voss.

3. January 18, 2007 – All motions.

Dated this 8th day of December 2006.

/s/ John W. Sedwick
U. S. District Court Judge