Isaac D. Zorea
Law Office of Isaac Derek Zorea
P.O. Box 210434
Anchorage, AK 99521
(907) 677-3779
(907) 644-2802 facsimile

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| CAROLYN MITCHELL, | ) |
| Plaintiff, | ) ) ) |
| vs. | ) ) |
| ANCHORAGE POLICE DEPARTMENT and the MUNICIPALITY OF ANCHORAGE, a municipal corporation, WALTER MONEGAN, Officer HENIKMAN, and Officer J. VOSS, | ) ) ) ) ) |
| Defendants. | ) Case No. 3:05-cv-00273-JWS |

## STIPULATION TO ADJUST PRE-TRIAL DEADLINES

The parties, through their respective counsel, stipulate and agree to adjust discovery and pre-trial deadlines, with this Court's approval. The requested adjustments have become necessary because the parties have been working on agreeing to a protective order concerning documents Plaintiff has requested during discovery. As a result of the pending discourse concerning these discovery documents, and Defendants' request for a protective order, discovery has not closed in this case. No new discovery is being sought, however requested documents have not been exchanged between parties.

The parties request that discovery be deemed closed when all documents requested in discovery have been exchanged. Further, the parties request that the deadline for all dispositive motions be set for 30 days after receipt of all discovery documents.

STIPULATION TO ADJUST PRE-TRIAL DEADLINES                                    PAGE - 1 -

A proposed Order is submitted herewith.

Respectfully submitted this 18th day of January, 2007.

By: s/ Moshe C. Zorea (consent given)
Co-Counsel for Carolyn Mitchell
7540 E. 17th Avenue
Anchorage, Alaska 99504
Phone: (907) 337-7741
Fax: (907) 337-2737
E-mail: moshez@yahoo.com
Alaska Bar No. 8406055

Respectfully submitted this 18th day of January, 2007.

JAMES N. REEVES
Municipal Attorney

By: s/ Joyce Weaver Johnson (consent given)
Municipal Attorney's Office
P.O. Box 196650
Anchorage, Alaska 99519-6650
Phone: (907) 343-4545
Fax: (907) 343-4550
E-mail: uslit@muni.org
Alaska Bar No. 9306029

Respectfully submitted this 18th day of January, 2007.

By: s/ Isaac Derek Zorea
Co-Counsel for Carolyn Mitchell
P.O. Box 210434
Anchorage, Alaska 99521
Phone: (907) 830-1385
Fax: (907) 677-3779
E-mail: eyedz@gci.net
Alaska Bar No. 0011090

1

2  The undersigned hereby certifies that on 1/1/07
   a true and correct copy of the <u>Joint Motion to Adjust</u>
3  <u>Pre-Trial Deadlines& Proposed Order</u> was served on:

4  Joyce Weaver Johnson

5  by first class regular mail, if noted above, or by electronic means
   through the ECF system as indicated on the notice of elctronic
6  filing.

7  By:   s/ Isaac Derek Zorea
             Co-Counsel for Carolyn Mitchell
8            P.O. Box 210434
             Anchorage, Alaska 99521
9            Phone: (907) 830-1385
             Fax: (907) 677-3779
10           E-mail: eyedz@gci.net
             Alaska Bar No. 0011090

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28  STIPULATION TO ADJUST PRE-TRIAL DEADLINES                              PAGE - 3 -