Isaac D. Zorea
Law Office of Isaac Derek Zorea
P.O. Box 210434
Anchorage, AK 99521
(907) 677-3779
(907) 644-2802 facsimile

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| CAROLYN MITCHELL, ) | |
| ) | |
| Plaintiff, ) | |
| vs. ) | |
| ) | |
| ANCHORAGE POLICE DEPARTMENT and the ) | |
| MUNICIPALITY OF ANCHORAGE, a ) | |
| municipal corporation, WALTER MONEGAN, ) | |
| Officer HENIKMAN, and Officer J. VOSS, ) | |
| ) | |
| Defendants. ) | Case No. 3:05-cv-00273-JWS |

**PROPOSED ORDER TO ADJUST PRE-TRIAL DEADLINES**

This court having considered the Parties' Stipulation to Adjust Pre-Trial Deadlines,

IT IS HEREBY ORDERED as follows:

1. Discovery in this case shall be considered closed when all discovery documents have been delivered to all Parties.

2. The deadline for all pre-trial motions is now extended to 30 days after discovery has closed in this case.

Dated this ___ day of _____, 2007.

                                                                 John W. Sedwick
                                                                 U.S. District Court Judge