Joyce Weaver Johnson
Assistant Municipal Attorney
Municipal Attorney's Office
P.O. Box 196650
Anchorage, Alaska 99519-6650
Phone: (907) 343-4545
Fax: (907) 343-4550
E-mail: uslit@muni.org

Attorney for Defendants
Municipality of Anchorage
Anchorage Police Department
Walt Monegan
Officers Voss and Henikman

**IN THE UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF ALASKA**

| | |
|---|---|
| CAROLYN MITCHELL, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | ) |
| | ) |
| ANCHORAGE POLICE DEPARTMENT and the MUNICIPALITY OF ANCHORAGE, a municipal corporation, WALTER MONEGAN, Officer HENIKMAN, and Officer J. VOSS, | ) ) ) ) ) |
| Defendants. | ) Case No. 3:05-cv-00273-JWS |
| | ) |

**PROPOSED PROTECTIVE ORDER**

Pursuant to the parties' Stipulation for Protective Order filed January 18, 2007:

Production and disclosure of the Anchorage Police Department documents listed in the Stipulation shall be limited to Plaintiff and her counsel. Plaintiff and her counsel shall not otherwise copy, produce, reproduce, disclose, cause to be disclosed, or permit to

be disclosed any of the listed documents. All other terms of the Stipulation are incorporated fully into this Order by reference.

SO ORDERED.

Dated this _____ day of January, 2007.

_____
John W. Sedwick
U. S. District Court Judge