### IN THE UNITED STATES DISTRICT COURT

### FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| CAROLYN MITCHELL, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | ) |
| | ) |
| ANCHORAGE POLICE DEPARTMENT and the MUNICIPALITY OF ANCHORAGE, a municipal corporation, WALTER MONEGAN Officer HENIKMAN, and Officer J. VOSS, | ) ) ) ) ) |
| Defendants. | ) Case No. 3:05-cv-00273-JWS ) |

### **<u>PROTECTIVE ORDER</u>**

Pursuant to the parties' Stipulation for Protective Order filed January 18, 2007:

Production and disclosure of the Anchorage Police Department documents listed in the Stipulation shall be limited to Plaintiff and her counsel. Plaintiff and her counsel shall not otherwise copy, produce, reproduce, disclose, cause to be disclosed, or permit to be disclosed any of the listed documents. All other terms of the Stipulation are incorporated fully into this Order by reference.

SO ORDERED.

Dated this 12th day of February 2007.


/s/ John W. Sedwick
U. S. District Court Judge