Joyce Weaver Johnson
Assistant Municipal Attorney
Municipal Attorney's Office
P.O. Box 196650
Anchorage, Alaska 99519-6650
Phone: (907) 343-4545
Fax: (907) 343-4550
E-mail: uslit@muni.org

Attorney for Defendants
Municipality of Anchorage
Anchorage Police Department
Walt Monegan
Officers Voss and Henikman

**IN THE UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF ALASKA**

| | |
|---|---|
| CAROLYN MITCHELL, )<br>)<br>Plaintiff, )<br>)<br>vs. )<br>)<br>ANCHORAGE POLICE DEPARTMENT and )<br>the MUNICIPALITY OF ANCHORAGE, a )<br>municipal corporation, WALTER MONEGAN, )<br>Officer HENIKMAN, and Officer J. VOSS, )<br>)<br>Defendants. )<br>) | Case No. 3:05-cv-00273-JWS |

**JOINT REPORT OF COUNSEL, PURSUANT TO ORDER**

   Pursuant to this Court's Order on Certification of Readiness for Trial (Dkt. 45), counsel met by telephone on February 28. The parties are not able to certify that this case is ready for trial and, accordingly, file this Joint Report.

Discovery concluded with production of the requested police documents covered by the Protective Order (Dkt. 44). Both parties intend to file dispositive motions. However, counsel for defendants will be out of state for an extended period March 9 to April 8. The parties discussed scheduling and agreed to ask this Court to set April 13 as the deadline for filing dispositive motions, so that the responsive briefing will not be interrupted by counsel's absence.

The parties request that the Court not set trial until the dispositive motions are resolved. In the alternative, if this Court prefers to set trial now, the parties request a one-week trial either September 24-28 or November 5-9. If neither date is compatible with the Court's schedule, the parties request a brief status conference with the Court, in person or telephonic, to avoid schedule conflicts on other dates.

Respectfully submitted this 28th day of February, 2007.

    By: s/ Moshe C. Zorea (consent given)
        Co-Counsel for Carolyn Mitchell
        7540 E. 17th Avenue
        Anchorage, Alaska 99504
        Phone: (907) 337-7741
        Fax: (907) 337-2737
        E-mail: moshez@clearwire.net
        Alaska Bar No. 8406055

Respectfully submitted this 28th day of February, 2007.

    By: s/ Isaac Derek Zorea (consent given)
        Co-Counsel for Carolyn Mitchell
        PO Box 210434
        Anchorage, Alaska 99521
        Phone: (907) 830-1385
        Fax: (907) 677-3779
        E-mail: eyedz@gci.net
        Alaska Bar No. 00-11090

Respectfully submitted this 28th day of February, 2007.

                                          JAMES N. REEVES
                                        Municipal Attorney

By:    s/ Joyce Weaver Johnson
         Municipal Attorney's Office
         P.O. Box 196650
         Anchorage, Alaska 99519-6650
         Phone: (907) 343-4545
         Fax: (907) 343-4550
         E-mail: uslit@muni.org
         Alaska Bar No. 9306029

The undersigned hereby certifies that on 2/28/07 a true and correct copy of the *Joint Report of Counsel* was served on:

    **Isaac D. Zorea**
    **Moshe C. Zorea**

by first class regular mail, if noted above, or by electronic means through the ECF system as indicated on the Notice of Electronic Filing.

 s/ Sheri Curro
Sheri Curro, Legal Secretary
Municipal Attorney's Office