# MINUTES OF THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF ALASKA

CAROLYN MITCHELL   v.   ANCHORAGE POLICE DEPARTMENT, et al

THE HONORABLE JOHN W. SEDWICK     CASE NO.   3:05-cv-00273-JWS

   Deputy Clerk                    Official Recorder

   Linda Christensen

APPEARANCES:   for PLAINTIFF:   ----

              for DEFENDANT:   ----

PROCEEDINGS:   **ORDER FROM CHAMBERS**

The court will convene a status conference at 10:00 AM on April 20, 2007, in Courtoom 3 to consider setting a trial date and any other matters which may need to be addressed.

DATE: April 11, 2007

ENTERED AT JUDGE'S DIRECTION
INITIALS:  lc
Deputy Clerk

[FORMS*IA*]