```
            MINUTES OF THE UNITED STATES DISTRICT COURT
                        DISTRICT OF ALASKA
```

  CAROLYN MITCHELL         vs.  ANCHORAGE POLICE DEPARTMENT, ET AL

BEFORE THE HONORABLE JOHN W. SEDWICK    CASE NO 3:05-CV-00273-JWS

DEPUTY CLERK/RECORDER:          SUZANNETTE LUCERO

APPEARANCES:    PLAINTIFF:   MOSHE ZOREA / ISAAC ZOREA

                DEFENDANT:   JOYCE WEAVER JOHNSON

PROCEEDINGS: STATUS CONFERENCE HELD 4/20/07:
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -
At 10:05 a.m. court convened.

Court and counsel heard re status of trial, dispositive motions and discovery.

Court directed parties to submit dispositive motions by **April 30, 2007.**

At 10:09 a.m. court adjourned.

DATE:    April 20, 2007    DEPUTY CLERK'S INITIALS:    SCL