# <u>TABLE OF CONTENTS</u>

Exhibit A      Deposition of Officer Ross Henikman

Exhibit B      Anchorage Police Department report

Exhibit C      Calls for Service Inquiry Response

Exhibit D      Deposition of Officer Justin Voss

Exhibit E      Deposition of Carolyn Mitchell

Exhibit F      Channel 2 News video

Exhibit G      Excerpt of former Chief Walt Monegan's Interrogatory Responses and his
               Letter to Ms. Mitchell


Affidavit of Officer Ross Henikman

Affidavit of Officer Justin Voss