R'ed from Bill M  1/4/05

# Anchorage Police Department
# POLICE REPORT

Classification: **Original**
Report Number: **04-20935**

| Ofc Comp | DV | Drug | Alco | Arrest X | Hate |
|---|---|---|---|---|---|

Cross Ref Report Number:

**Type of Case (From approved list):** Robbery
**Date and Time of Incident:** 5-8-2004 — / 1528
**Day of Week:** Saturday
**Location of Incident:** 600 E. Northern Lights Blvd.
**Area:** 22
**Date and Time of Report:** 5-8-2004 / 1530
**Type and Extent of Injury:** none
**Business Name:** Wells Fargo
**What Tool/Weapon/Substance Used?** Gun - Implied
**How was Tool/Weapon/Substance Used?**
**Total Value Damaged:** n/a
**Total Value Stolen/Recovered:** none

## PER 1
**Code:** CV
**Name:** Touray, Yagga
**Age:** 18
**AKA/Maiden/Nicknames(s):**
**DOB:** 2-20-1986
**SSN:** 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
**OL #, State:** 6910462
**Race:** B  **Sex:** F  **Hgt:** 5  **Wt:** 120  **Hair:** BLK  **Eyes:** BLK
**Physical Address:** 8124 E. 6th Avenue
**Home Telephone:** 337-4412
**Mailing Address:** same
**Work Name and Address:** Wells Fargo- Sears Mall Branch
**Work Telephone:**
**Interviewed By:** FBI
**Taped?** ☐ Y  ☒ N

## PER 2
**Code:** S
**Name:** Washington, Cynthia Marie
**Age:** 41
**DOB:** 2-12-1963
**SSN:** 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
**OL #, State:** 5765160
**Race:** B  **Sex:** F  **Hgt:** 5 07  **Wt:** 200  **Hair:** BRO  **Eyes:** BLK
**Physical Address:** Anchor Arms
**Home Telephone:**
**Mailing Address:** same
**Work Name and Address:**
**Work Telephone:**
**Interviewed By:** FBI
**Taped?** ☐ Y  ☒ N

## VEH 1
**Code:** S
**Year:**
**Make:** Alaska Cab
**Model:**
**Body Style:**
**Colors:** Blue/White (Top/Bottom)
**License Number and State:** Unknown
**VIN:**
**Impounded:** ☐ Y ☐ N
**Location of Keys:**

### Narrative or Synopsis

On 5-8-2004 at about 1530 hours, APD Officers responded to the Wells Fargo bank inside the Sears Mall (600 E. Northern Lights Blvd.), reference a robbery with a gun. Dispatch advised the suspect was a heavy set black female adult last seen wearing a dark blue shirt, dark sunglasses carrying some type of bag and was now walking away from the bank, eastbound inside the Sears Mall. I contacted the victim bank teller, YAGGA TOURAY who said the suspect mentioned she had a gun and needed to give her the money. TOURAY said the suspect had given her the name CYNTHIA WASHINGTON. TOURAY said she hit her alarm and tried to pass a note to another teller saying she was being robbed and then another note telling her the suspect had a gun. TOURAY described the suspect as a dark skinned black female adult in her thirties about five feet nine inches tall. TOURAY said she was wearing a black headband or bandana, a dark T-shirt, and dark sunglasses. TOURAY said she did not give the suspect any money. APD officers closed down the mall and searched the Mall and had TOURAY do four show-ups with the results being all negative. At about 1815 hours OFC. WITTE detained a suspect at the Anchor Arms Hotel. The suspect was a CYNTHIA MARIE WASHINGTON, which TOURAY positively identified as the suspect. WASHINGTON was placed under arrest and turned over to FBI Custody. CASE STATUS: Closed by arrest.

000001

**Officer:** E. Smith
**DSN:** 25137
**Date:** 5/8/2004
**Supervisor DSN:**
**Follow-Up:** X Detective
**Case Status:** X Closed

Exhibit 6

# MUNICIPALITY OF ANCHORAGE
## ANCHORAGE POLICE DEPARTMENT
### ADDITIONAL NAME REPORT

**ORIGINAL**

Continuation: ☒  Supp.: ☐
CROSS REF. CASE #:

CASE NUMBERS: 04-20935
DATE OCCURRED: 5-8-2004

| TYPE OF INCIDENT | LOCATION OCCURED | COMPLAINANT OR VICTIM |
|---|---|---|
| Robbery | 600 E. Northern Lights Blvd. | Touray |

| CODE | NAME (LAST, FIRST, MIDDLE) | AKA / MAIDEN NAME |
|---|---|---|
| W | Stuppard   Goodwin   Duke | |

| D.O.B. | RACE | SEX | AGE | HT | WT | HAIR | EYES | S.S.N. | O.L. / STATE |
|---|---|---|---|---|---|---|---|---|---|
| 8-10-1970 | B | M | 34 | 5 11 | 180 | BLK | BRO | 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 | 6544822 |

| RESIDENCE ADDRESS | HM PHONE | MAILING ADDRESS |
|---|---|---|
| 104 Fireoved Dr. | 351-3121 | same |

| WORK ADDRESS | WORK PHONE | OCCUPATION | INTERVIEW BY | TAPED |
|---|---|---|---|---|
| | | | Blanton | ☐ Y ☒ N |

SUSPECTED OF:   RESIST: ☐ Y

CLOTHING DESCRIPTION:

---

(Second and third name blocks blank)

---

VEHICLE (both blocks blank): ☐ Stolen ☐ Recovered ☐ Suspect ☐ Victim ☐ Other — YEAR, MAKE, MODEL, BODY STYLE, COLOR(S), LICENSE / STATE, VIN, IMPOUND ☐ Y ☐ N, STORAGE LOCATION, LOCATION OF KEYS, REASON FOR IMPOUND, ADDITIONAL IDENTIFIERS

000002

| Continuation X | Supplemental | | MUNICIPALITY OF ANCHORAGE ANCHORAGE POLICE DEPARTMENT NARRATIVE REPORT | CASE NUMBERS 04-20935 |
|---|---|---|---|---|
| CROSS REF. CASE # | | | | DATE OCCURRED: 5-8-2004 |
| TYPE OF INCIDENT Robbery | | LOCATION OCCURRED 600 E. Northern Lights Blvd. | | COMPLAINANT OR VICTIM Touray |

**DISPATCH/NOTIFICATION:**
On 5-8-2004 at about 1530 hours, I responded Code Three to a Wells Fargo bank in the Sears Mall, reference a robbery with a gun.

**ARRIVAL/OBSERVATIONS:**
Upon my arrival, I responded to inside the bank and contacted the bank teller victim, later identified as YAGGA TOURAY. I could see TOURAY was visibly upset. I could see she was crying, shaking, and was a hard time speaking in clear sentences.

**SUSPECT DESCRIPTION:**
TOURAY said the suspect was a dark skinned black female adult in her thirties about five feet nine inches tall. TOURAY said she was wearing a black headband or bandana, a dark T-shirt, and dark sunglasses. TOURAY said she had remembered the suspect said her name was CYNTHIA WASHINGTON. Another customer had told me he was directly behind the suspect. This customer said he was looking down and noticed the suspect was wearing a pair of leather dark colored Puma tennis shoes. The customer described them as "old school".

**ACTION TAKEN:**
I aired the suspect description through dispatch. I conducted four show-ups with possible suspects at the Sears Mall, where TOURAY said immediately they were not the suspect. I processed the scene and lifted several prints from the bank teller's station. OFC. VOSS took photographs of the scene. I seized a Wells Fargo brochure that thru the video it appeared the suspect had touched. I dusted the brochure, taped it and logged it into property and evidence. FBI Agents advised they would interview the victim and witnesses. While I was typing my report, I heard at about 1817 hours OFC. WITTE advised he had a possible suspect at the Anchor Arms.

I contacted FBI Agent Little who advised TOURAY had already left the bank. I contacted TOURAY by cell phone and I met her at 2620 East Haven Circle. I transported TOURAY to the Anchor Arms hotel for a show up. TOURAY requested her brother, MUSA TOURAY ride with her to comfort her.

**OBSERVATIONS:**
When I pulled onto Eagle Street, I saw a black female later identified as CYNTHIA WASHINGTON. I could see WASHINGTON was wearing dark blue leather Puma shoes, sweat pants, a blue T-shirt, and was wearing a blue T-shirt. I saw WASHINGTON had a black nylon style dew rag on her head. I saw WASHINGTON was a heavy set woman and about five feet eight inches tall.

**SHOW UP WITH YAGGA TOURAY: (TAPED)**
I parked about fifty feet away from WASHINGTON. TOURAY paused for a long period of time said she didn't think it was her at first. TOURAY said the T-shirt was the same color and the black thing on

000003

| Reporting Officer E. Smith | DSN 25137 | Date Written 5/8/2004 | ORIGINAL REPORT | PAGE 1 |
|---|---|---|---|---|



| Continuation X | Supplemental | MUNICIPALITY OF ANCHORAGE<br>ANCHORAGE POLICE DEPARTMENT<br>**NARRATIVE REPORT** | CASE NUMBERS<br>04-20935 |
|---|---|---|---|
| CROSS REF. CASE # | | | DATE OCCURRED:<br>5-8-2004 |
| TYPE OF INCIDENT<br>Robbery | | LOCATION OCCURRED<br>600 E. Northern Lights Blvd. | COMPLAINANT OR VICTIM<br>Touray |

her head was the same, but she thought the suspect was darker skinned. TOURAY said WASHINGTON fit the suspect body type. TOURAY asked to see her closer. TOURAY said her teeth were overlapped and asked if we could look at her teeth. TOURAY said the bag on the ground, "that's her bag". TOURAY asked to move closer, so I pulled my vehicle directly in front of WASHINGTON so TOURAY could see her. As soon as I pulled in front of WASHINGTON, TOURAY said "that's her", and repeated it a second time, "that's her. TOURAY said it was her eyes that she remembered. TOURAY pointed to below her eyes and kept saying, "that's her". TOURAY said she didn't want to put anyone in jail. See taped show-up for more information.

**ACTION TAKEN:**
I advised OFC. BLANTON and FBI Agent LITTLE TOURAY had made a positive identification. I transported TOURAY back to 2620 Easthaven Circle and released her. I logged a copy of my audio taped into property and evidence.

**CASE STATUS:**
Closed by arrest.

| Reporting Officer | DSN | Date Written | |
|---|---|---|---|

| ORIGINAL | INVESTIGATIONS | CLASSIFICATION | GOLDENROD |
|---|---|---|---|



# NARRATIVE FORM

Case No: 04-20935

Cross Ref:

Date Occurred: 5-8-2004

Type Crime: **Robbery**   Location: 600 E Northern Lights   Suspect:

---

**DISPATCH:** On 5-8-2004, I heard the Alert tone sound followed by a report of the Wells Fargo bank in the Sears mall had been robbed at gun point. I responded from the police station Code 3.

The suspect information was a Black female walking west in the mall towards the Sears store.

The initial description was a black female wearing old style "puma" type shoes, with a head wrap and dark jacket.

**ARRIVAL:** I arrived and parked on the south west side near Denali. I entered the bank to assist Officer E. Smith with Interviews.

**INFORMATION:** There is only one entrance into the bank and it is also the only exit. The entrance is located on the north west corner of the bank, which leads out to the mall. There are several large windows on either side of the wooden doors, it is possible to see people as the enter and exit from the bank. The teller counters are on the east side of the bank and the tellers are facing the front door and can see customers as the enter/exit. Above each teller station are individual surveillance cameras mounted on the ceiling. The teller counters are numbered starting with the southern most walk up window as #1, #3 was where the suspect was at.

**CONTACT WITH GOODWIN STUPPARD:** Stuppard said he was standing in line and saw a Black female in her mid 30's standing at one of the tellers. He said her hair was dark and looked messed up like she had just woke up. He said when she left he saw that she was wearing sunglasses. He did not think he would recognize the female again he was not paying close attention and was not aware of anything going on.

**CONTACT WITH BILLY BLANE:** Blane was standing in line with Stuppard, they were together. He said he didn't know anything about a Robbery and never saw the female. He was just there because of Stuppard.

**CONTACT WITH DAVID BARR:** Barr was standing at a counter which on the west wall filling out a withdrawal slips. He said that he was with Alice Moore, he did not see anything unusual and did notice a Black female at a teller window but nothing more.

**CONTACT WITH ALICE MOORE:** Moore said she was with Barr and did not see the female or know anything was going on.

000005

Name: R. Blanton DSN:27444    May 9, 2004    1

| ORIGINAL | INVESTIGATIONS | CLASSIFICATION | GOLDENROD |



# NARRATIVE FORM

Case No: 04-20935

Cross Ref:

Date Occurred: 5-8-2004

Type Crime: **Robbery**     Location: 600 E Northern Lights     Suspect:

CONTACT WITH ELVIN AYGUN: Aygun is a teller at Wells Fargo, she was working the teller window to the left of where the suspect female was standing. She said she saw the female and described her as large with a dark complexion, she said she was wearing sunglasses, a headband or hair wrap of some type, a black jacket and was carrying a bag. She wrote down a description and I turned it over to the FBI agent in charge David Little.

CONTACT WITH MELISSA ADAMS: Adams is a teller at Wells Fargo and was working at teller window #5. She said she saw the female at Yagga's teller window #3 and described her as black female very heavy, wearing sunglasses, a dark jacket, carrying a large bag. She saw the note that Yagga wrote which read "she has a gun". Adams told me the suspect had written the name Cynthia Washington on the withdrawal slip that she took with her. Adams told me the suspect appeared to get frustrated and left without getting any money. Adams also wrote out a short description which was given to FBI Agent Little.

CONTACT WITH CAROLA DIAZ-RIVERIA: Diaz is employed by Wells Fargo and was working a teller window #4 just to the right of where the suspect was at. She said she heard female speaking and thought she had a slight southern accent. She described the female as black with dark hair possibly curled, the female was dark skinned, wearing dark sun glasses. She said she had full lips. She heard the female ask for a withdrawal slip and saw her trying to lean over the counter top to see what was going on behind the counter.

SUSPECT INFORMATION: I saw a color photograph of the surveillance camera that was taken of the suspect on the bank computer. The suspect was wearing a dark colored item over her hair, dark sunglasses, a black jacket, dark blue shirt with a lighter blue shirt underneath that one, she was carrying a black bag with tan straps, and she was also wearing a ring on her left hand, a watch on her left wrist, another ring on her right hand. I aired the current description of the suspect over the radio to officers that were searching the area for the suspect.

INFORMATION: FBI agent David Little advised that he was going to interview the teller that was robbed and he was the lead agent handling the case. I briefed him about the information we had learned and left the scene.

   A little while later I was informed by dispatch that a female was calling saying her daughter had seen 3 suspicious people getting into a blue and white cab at the time the police were showing up. She said there was 2 black females and one black male. I called Agent Little and gave him the information and contact phone number. I returned to the Sears mall and checked with Sears security

Name: R. Blanton DSN:27444     May 9, 2004     2

000006

| ORIGINAL | INVESTIGATIONS | CLASSIFICATION | GOLDENROD |
|---|---|---|---|

# NARRATIVE FORM

Case No: 04-20935

Cross Ref:

Date Occurred: 5-8-2004

Type Crime: Robbery     Location: 600 E Northern Lights     Suspect:

to see if they had recorded a cab in the area at the time of the Robbery. Sears security said they didn't see a cab on the video.

I was advised that Officers at 433 Eagle st may have stopped the suspect from the Robbery, I responded to that location. They advised she identified herself as Cynthia Washington. I advised them I was enroute. I called Agent Little and briefed him, he said he was going back to the bank to try and contact the teller for a show up.

OBSERVATIONS: I arrived at the Anchor Arms Inn( 433 Eagle st). I saw Officers Witte, Rhodes and Weissenberger standing near the building talking to a black female. The female was wearing dark blue sweat pants, a light blue shirt, a black wrap on her head, blue shoes with a white/silver strip on them. She was in possession of a black bag with tan straps that looked like the bag I saw in the photograph of the suspect, Washington looked like the female I saw in the photograph.

CONTACT WITH CYNTHIA WASHINGTON: I introduced myself to Washington and told her that she was not under arrest but she fit the description of a person we were looking for, I told her that Agent Little wanted to speak to her and he was on the way. She told me she had been in room #101 all day and had not gone anywhere. She said the black bag was hers. She told me her right knee was bad and asked to sit down, I told her that was okay, she started crying and saying she had not done anything. Washington asked for a jacket, Officer Rhodes got one for her, it was a tan puffy jacket and was retrieved from room #101.

Washington asked what the person had done that we were looking for, I told her they had robbed a bank, she started crying saying she was homeless, didn't have any money and did not rob any bank.

INFORMATION: Agent Little and Officer E. Smith arrived, Officer Smith had the victim of the robbery in his vehicle for a show up. He later told me the victim positively identified Washington as the person that robbed the bank.

ACTION TAKEN: Agent Little advised me to place Washington into custody and asked if I would transport her to his office. I placed Washington in handcuffs and told her she was under arrest, she started crying. I transported her to the FBI Office.

I waited with Agent Little until another agent arrived to assist him. Washington was placed in an interview room while waiting, she was constantly crying.

000007

Name: R. Blanton DSN:27444     May 9, 2004     3

| ORIGINAL | INVESTIGATIONS | CLASSIFICATION | GOLDENROD |



# NARRATIVE FORM

Case No: 04-20935

Cross Ref:

Date Occurred: 5-8-2004

Type Crime: Robbery    Location: 600 E Northern Lights    Suspect:

CASE STATUS: Closed by arrest. Forward to FBI

000008

Name: R. Blanton DSN:27444    May 9, 2004    4

# Anchorage Police Department Supplement

Case 04-20935

| Crime | Location | Victim |
|---|---|---|
| **Robbery** | **600 E Northern Lights** | |

**DISPATCH:**
On 05/08/2004 about 1530 Dispatch aired an alert tone and they advised that a robbery had occurred at 600 E Northern Lights.

**ARRIVAL:**
When I arrived I set up on a perimeter position, the west side of Sears South of the mall. A black female adult, later identified as CAROLINE MITCHELL, exited the mall. MITCHELL matched the description of the suspect.

**ACTION TAKEN:**
I held her at guard and covered OFC HENIKMAN as he took MITCHELL into custody. A show up was performed and she was released. I then responded to the scene at Wells Fargo. When I arrived I photographed the bank and teller station three. I finger printed the backside counter of station three. I only found prints on an "Addmaster" machine. The prints were retrieved and turned into property.

**CASE STATUS:**
Attach to Original.

000009

| Officer J. Voss | 28532 |
|---|---|
| | 5/9/2004 |
| | 1 |

| | |
|---|---|
| ☐ Continuation Report  ☐ Supplemental Report | **MUNICIPALITY OF ANCHORAGE**  Anchorage Police Department  **ADDITIONAL INFORMATION REPORT** |
| Cross Ref Case # | Case Number: 04-20935 |
| | Date Occurred: 5-8-04 |
| Type of Incident: Robbery | Location Occurred: 600 E. Northern Lights |
| Complainant or Victim: | |

**PER 1 (W)**
- Name: STUBPARD, GOODWIN D
- DOB: 8-10-70
- SSN: 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
- OL #, State: C544822
- Age: 33
- Race: B  Sex: M  Hgt: 71  Wt: 180  Hair: BRO  Eyes: BRO
- Physical Address: 104 Fireveo Dr.
- Home Telephone: 351-3121
- Taped? N

**PER 2 (M)**
- Name: BLAINE, BILLY J
- DOB: 10-25-80
- OL #, State: 680-2768
- Race: W  Sex: M
- Physical Address: 3841 E 65th
- Home Telephone: 349-5497
- Taped? N

**PER 3 (M)**
- Name: BARR, DAVID CHARLES
- DOB: 9-1-66
- SSN: 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
- OL #, State: 5088331
- Race: W  Sex: M  Hgt: 66  Wt: 190  Hair: BLK  Eyes: BRO
- Physical Address: Week Apt #5 Kotzebue
- Home Telephone: 442-4610
- Mailing Address: P.O. Box 462 Kotzebue
- Taped? N

**PER 4 (W)**
- Name: AYGUN, ELVIN
- DOB: 3-8-86
- OL #, State: 692-7536
- Age: 18
- Sex: M  Hgt: 67  Wt: 150  Hair: BRO  Eyes: BLU
- Physical Address: 2010 W. 46th Ave
- Home Telephone: 243-7678
- Mailing Address: Same
- Work Name and Address: 600 E. Nth. Lts. Wells Fargo  263-2537
- Taped? N

**PER 5 (W)**
- Name: ADAMS, MELISSA J
- DOB: 8-14-83
- OL #, State: 6970667
- Age: 20
- Race: W  Sex: M  Hgt: 66  Wt: 175  Hair: BRO  Eyes: GRN
- Physical Address: 1106 Norman #20
- Home Telephone: 339-9057
- Mailing Address: Same
- Work Name and Address: 600 E. Nth. Lts. Wells Fargo  263-2537
- Taped? N

| VEH | Code | Year | Make | Model | Body Style | Colors Top | Bottom | License Number & State |
|---|---|---|---|---|---|---|---|---|
| | | | | | N/A | | | |
| VIN | | | | | | Impounded: N | Location of Keys | |

| VEH | Code | Year | Make | Model | Body Style | Colors Top | Bottom | License Number & State |
|---|---|---|---|---|---|---|---|---|
| | | | | | N/A | | | |
| VIN | | | | | | Impounded: N | Location of Keys | |

Reporting Officer: BLANTON    DSN: 27444    Date Written: 5-8-04    Typed By: ___    000010    Date: ___    Page 1 Of 2

# Anchorage Police Department
## ADDITIONAL INFORMATION REPORT

☐ Continuation Report ☒ Supplemental Report

Cross Ref Case #: —
Case Number: 04-20955
Date Occurred: 5-8-04
Type of Incident: Robbery
Location Occurred: 600 E. Northern Lights

### Person 1 (WJ)
- Name: Diaz-Riveria, Carola M.
- Age: 21
- DOB: 9-1-82
- OL #, State: 7019908
- Race: —
- Sex: F
- Hgt: 63
- Wt: 150
- Hair: BRO
- Eyes: BRO
- Physical Address: 8111 Northview Dr.
- Home Telephone: 333-0557
- Mailing Address: Same
- Work Name and Address: 600 E. Northern Lights Wells Fargo
- Work Telephone: 263-2537
- Taped? Y/N

### Person 2 (MJ)
- Name: Moore, Alice E.
- DOB: 1-8-60
- OL #, State: 076973
- Sex: F
- Hgt: 62
- Wt: 125
- Hair: BLK
- Eyes: BRO
- Physical Address: Week Apt #5 Kotzebue AK
- Home Telephone: 442-4610
- Mailing Address: P.O. Box 462 99752 Kotzebue
- Taped? Y/(N)

### Person 3 (SJ)
- Name: Washington, Cynthia M
- DOB: 2-12-63
- SSN: 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
- OL #, State: 5765160
- Race: B
- Sex: F
- Hgt: 67
- Wt: 240
- Hair: BLK
- Eyes: BRO
- Physical Address: 432 Eagle Street #101
- Home Telephone: 272-9619
- Taped? Y/(N)

### Vehicles
VEH 1: N/A
VEH 2: N/A

---

Reporting Officer: Stanton
DSN: 2744
Date Written: 5-8-04
Typed By: 000011
Page 2 of 2

51-138 (8/93)

# MUNICIPALITY OF ANCHORAGE
## Anchorage Police Department
### PROPERTY & EVIDENCE REPORT

☑ FEL ☐ MISD ☐ NC

CROSS-REF.#:

UCR CODE: 
CLASS:
CASE NUMBER: 04-20935

TYPE INCIDENT: ROBBERY
☐ ORIGINAL REPORT ☑ SUPPLEMENTAL REPORT
DATE INCIDENT: 5-8-04
TIME INCIDENT: 1530

LOCATION INCIDENT: 600 E. NORTHERN LIGHTS BLVD.
DATE REPORTED: "
TIME REPORTED: "

CODE: 
NAME (LAST, FIRST, MIDDLE): 
D.O.B.: 
RACE: 
SEX: 
S.S.N.: 
O.L./STATE:

RESIDENCE ADDRESS: 
HM PHONE: 
WORK ADDRESS: 
WK PHONE:

**A**
PROPERTY TAG #: 586903
TYPE ARTICLE: AUDIO TAPE
CODE: 
BRAND/MAKE: 
VALUE: 
(EVIDENCE)

OTHER DESCRIPTIVE DATA: TAPED SHOW-UP W/ YAGGA TOURAY

**B, C, D** — (blank)

NARRATIVE / ADDITIONAL INFO: SEE REPORT.

000012

REPORTING OFFICER: E. SMITH
DSN: 15137
DATE WRITTEN: 5/9/04
PAGE 1 OF 1

| Continuation | Supplemental X | | MUNICIPALITY OF ANCHORAGE ANCHORAGE POLICE DEPARTMENT NARRATIVE REPORT | CASE NUMBERS 04-20935 |
|---|---|---|---|---|
| CROSS REF. CASE # | | | | DATE OCCURRED: 5-8-2004 |
| TYPE OF INCIDENT Robbery | | LOCATION OCCURRED 421 Eagle St. #101 | | COMPLAINANT OR VICTIM |

DISPATCH: I was in the downtown area on bicycle patrol on 5-8-2004.

INFORMATION: I was approaching Eagle St. from the alley, between 4-5th Ave, when I noticed an older, maroon, 4dr. Cadillac pull up to the front of the Anchor Arms hotel. I noticed a BFA exit the vehicle and approach one of the rooms. Her hands were empty.
I thought she might be attempting to purchase drugs since the car still had two people in it and it was running near the curb.
The BFA was wearing a dark gray colored rag on her head, a blue shirt, dark pants, and old style, dark colored shoes with stripes on them.
She approached one of the rooms from the parking lot side, there is a metal set of bars that keeps them separated. She spoke through the bars to the occupants of room #101. She retrieved a black purse with tan trim, and a small box. I approached her and contacted her.
She provided me with her AK i.d. card, it identified her as Cynthia WASHINGTON. She stated she was picking up a computer program for her son, it was in the box, from her friends in room #101.
I finished identifying her and remembered a locate. She matched the description for a robbery suspect earlier in the day.
Ofc. BLANTON arrived and detained her until a show-up was completed by a bank teller.
WASHINGTON was positively identified as the suspect from the bank.

ADDITIONAL INFORMATION: The vehicle left the area. I aired a locate for it. WASHINGTON stated the driver was a WMA named Bud. His wife, a WFA, was also in the vehicle. WASHINGTON identified her as Darlene.

CASE STATUS: Attach to original

000013

| Reporting Officer Witte | DSN 26733 | Date Written 5/8/2004 | ORIGINAL REPORT | PAGE 1 |
|---|---|---|---|---|

| Continuation | Supplemental X | | MUNICIPALITY OF ANCHORAGE ANCHORAGE POLICE DEPARTMENT NARRATIVE REPORT | CASE NUMBERS 04-20935 |
|---|---|---|---|---|
| CROSS REF. CASE # | | | | DATE OCCURRED: 5-8-2004 |
| TYPE OF INCIDENT Robbery | | LOCATION OCCURRED Anchor Arms | | COMPLAINANT OR VICTIM |

**DISPATCH**
On 5-8-2004, at approx 1530 hours, I responded to Sears mall in reference to the Wells Fargo bank being robbed.

**ACTION TAKEN**
I assisted in clearing the mall in an attempt to locate the suspect with none being located.

**INFORMATION**
I was assigned to bike patrol for the remained of the day. At approx 1813 hours, myself and Ofc. Witte were at the Anchor Arms Motel and observed a possible drug transaction. One of the people a black female adult was contacted and met the description of the robbery suspect at Wells Fargo. The BFA state she was staying in room #101.

I contacted the occupants of room #101 with Ofc. Weisenberger and identified the occupants as PAUL WILLIAMS and SIDNEY CLARK.

**CONTACT WITH SIDNEY CLARK**
CLARK stated that he had slept on the couch all day and believed that WASHINGTON had been there all day too.

**ACTION TAKEN**
I stood by with Ofc. Blanton and the BFA who identified herself as, CYNTHIA WASHINGTON, and waited for a show up.

**INFORMATION**
I returned to room #101. In addition, to WILLIAMS and CLARK being there CARNELL ANDERSON was there. I stood by while the FBI Agent talked to them.

**CASE STATUS: ATTACH TO ORIGINAL**

000014

| Reporting Officer R. Rhodes | DSN 27983 | Date Written 5/8/2004 | ORIGINAL REPORT | PAGE 1 |
|---|---|---|---|---|

## MUNICIPALITY OF ANCHORAGE
### ANCHORAGE POLICE DEPARTMENT
### ADDITIONAL NAME REPORT

**ORIGINAL**

Continuation ☐   Supp. ☒

CROSS REF. CASE #:

CASE NUMBERS: 04-20935
DATE OCCURRED: 5-8-2004

TYPE OF INCIDENT: Robbery
LOCATION OCCURRED: Wells Fargo Bank Sears Mall
COMPLAINANT OR VICTIM:

---

**CODE:** M
**NAME (LAST, FIRST, MIDDLE):** Williams, Paul Dupree
**AKA / MAIDEN NAME:**
**D.O.B.:** 11-26-1960
**RACE:** B
**SEX:** M
**AGE:**
**HT:** 66
**WT:** 185
**HAIR:** BLK
**EYES:** BRO
**S.S.N.:**
**O.L. / STATE:** 5103381
**RESIDENCE ADDRESS:** 1116 State St. #2
**HM PHONE:**
**MAILING ADDRESS:**
**WORK ADDRESS:**
**WORK PHONE:**
**OCCUPATION:**
**INTERVIEW BY:**
**TAPED:** ☐ Y  ☐ N
**SUSPECTED OF:**
**RESIST:** ☐ Y
**CLOTHING DESCRIPTION:**

---

**CODE:** M
**NAME (LAST, FIRST, MIDDLE):** Clark, Sidney
**AKA / MAIDEN NAME:**
**D.O.B.:** 3-10-1983
**RACE:** B
**SEX:** M
**AGE:**
**HT:** 511
**WT:** 160
**HAIR:** BRO
**EYES:** BRO
**S.S.N.:** 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
**O.L. / STATE:**
**RESIDENCE ADDRESS:** BEANS - Homeless
**HM PHONE:**
**MAILING ADDRESS:**
**WORK ADDRESS:**
**WORK PHONE:**
**OCCUPATION:**
**INTERVIEW BY:**
**TAPED:** ☐ Y  ☐ N
**SUSPECTED OF:**
**RESIST:** ☐ Y  ☐ N
**CLOTHING DESCRIPTION:**

---

**CODE:** M
**NAME (LAST, FIRST, MIDDLE):** Anderson, Carnell Nevern
**AKA / MAIDEN NAME:**
**D.O.B.:** 8-16-2061
**RACE:** B
**SEX:** M
**AGE:**
**HT:** 603
**WT:** 235
**HAIR:** BLK
**EYES:** BRO
**S.S.N.:** 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
**O.L. / STATE:**
**RESIDENCE ADDRESS:** 433 Eagle St. #101
**HM PHONE:**
**MAILING ADDRESS:**
**WORK ADDRESS:**
**WORK PHONE:**
**OCCUPATION:**
**INTERVIEW BY:**
**TAPED:** ☐ Y  ☐ N
**SUSPECTED OF:**
**RESIST:** ☐ Y  ☐ N
**CLOTHING DESCRIPTION:**

---

**VEHICLE:**
☐ Stolen ☐ Recovered ☐ Suspect ☐ Victim ☐ Other
YEAR: | MAKE: | MODEL: | BODY STYLE: | COLOR(S): | LICENSE / STATE:
VIN: | IMPOUND ☐ Y ☐ N | STORAGE LOCATION: | LOCATION OF KEYS:
REASON FOR IMPOUND: | ADDITIONAL IDENTIFIERS:

**VEHICLE:**
☐ Stolen ☐ Recovered ☐ Suspect ☐ Victim ☐ Other
YEAR: | MAKE: | MODEL: | BODY STYLE: | COLOR(S): | LICENSE / STATE:
VIN: | IMPOUND ☐ Y ☐ N | STORAGE LOCATION: | LOCATION OF KEYS:
REASON FOR IMPOUND: | ADDITIONAL IDENTIFIERS:

000015

REPORTING OFFICER: R. Rhodes
DSN: 27983
DATE WRITTEN: 5/8/2004
TYPED BY: R. Rhodes
DATE: 5/8/2004
PAGE:  OF

| Continuation | Supplemental X | MUNICIPALITY OF ANCHORAGE ANCHORAGE POLICE DEPARTMENT NARRATIVE REPORT | CASE NUMBERS 04-20935 |
|---|---|---|---|
| CROSS REF. CASE # | | | DATE OCCURRED: 5/8/2004 |
| TYPE OF INCIDENT Robbery | | LOCATION OCCURRED Wells Fargo / 600 E. Northernlights | COMPLAINANT OR VICTIM Wells Fargo |

**NOTIFICATION:**
On May 8, 2004, while on a traffic stop at 36th and Rudolph, I heard the alert tone over the radio and immediately gave the person back their information. Dispatch advised a robbery with a gun had just occurred at Wells Fargo in the Sears Mall. I advised dispatch that I was enroute to the call.

**ARRIVAL:**
On arrival I posted outside the North side of the mall at the Eastern most exit. Dispatch advised the suspect was heavy set black female with dark glasses, a dark tshirt and black Puma tennis shoes. I observed numerous people exit the mall with no one matching the description given.

I was directed to go help with statements inside Wells Fargo. At the bank I met up with the FBI who was taking over the statements.

I then assisted other officers in clearing the inside of the mall.

**ACTION TAKEN:**
I walked with Ofc. Karstetter, Ofc. Rhodes and Ofc. Geiger Clering the Carrs grocery store first. We then walked the mall from the West to the East. Ofc. Karstetter and I were on the South side of the mall and cleared each store including the stock room areas looking for the suspect. The FBI found a heavy set black female wearing flip flops and a head wrap in Famous Footwear that was a close match to the suspect description. I stood by while they did an initial field interview. No other possible matches to the suspect were found inside the mall.

I notified Sgt. Triplett that the mall had been cleared.

**CASE STATUS:** Attach to Original

000016

| Reporting Officer Starr | DSN 28530 | Date Written 5/8/2004 | ORIGINAL REPORT | PAGE 1 |
|---|---|---|---|---|



| Continuation | Supplemental X | MUNICIPALITY OF ANCHORAGE ANCHORAGE POLICE DEPARTMENT **NARRATIVE REPORT** | CASE NUMBERS 04-20935 |
|---|---|---|---|
| CROSS REF. CASE # | | | DATE OCCURRED: 5-8-2004 |
| TYPE OF INCIDENT Robbery | | LOCATION OCCURRED 600 E Northern Lights | COMPLAINANT OR VICTIM |

Dispatch/notification: At approx 1531 Hours on 05-08-2004 I responded to Sears Mall -Wells Fargo Bank, 600 E Northern Lights, reference a robbery.

Arrival/observation: Upon arrival I set up on the southwest perimeter monitoring exit doors from the mall.

Action taken: I noted a female matching the suspect description that was broadcast over the radio exit from the mall doors. She had a child with her and was carrying a plastic shopping bag and a purse. I stopped her and placed her in handcuffs. I conducted a patdown for weapons. She was identified as CAROLYN MITCHELL by military ID. A show-up was conducted and it was determined that the female I observed was not the robbery suspect. I released her.

Case status: Attached to original.

000017

| Reporting Officer Henikman | DSN 28525 | Date Written 5/9/2004 | **ORIGINAL REPORT** | PAGE 1 |
|---|---|---|---|---|

# MUNICIPALITY OF ANCHORAGE
## ANCHORAGE POLICE DEPARTMENT
### ADDITIONAL NAME REPORT

**ORIGINAL**

| Continuation ☐ | Supp. ☒ | CASE NUMBERS: 04-20935 |
|---|---|---|
| CROSS REF. CASE # | | DATE OCCURRED: 5-8-2004 |

| TYPE OF INCIDENT | LOCATION OCCURED | COMPLAINANT OR VICTIM |
|---|---|---|
| Robbery | 600 E Northern Lights | |

| CODE | NAME (LAST, FIRST, MIDDLE) | AKA / MAIDEN NAME |
|---|---|---|
| M | Mitchell  Carolyn  M | |

| D.O.B. | RACE | SEX | AGE | HT | WT | HAIR | EYES | S.S.N. | O.L. / STATE |
|---|---|---|---|---|---|---|---|---|---|
| 1-13-1959 | B | F | 45 | 5-4 | 180 | BLK | BRO | 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 | 6988118 |

| RESIDENCE ADDRESS | HM PHONE | MAILING ADDRESS |
|---|---|---|
| 2333 Caribou Hill Pl 2 | 428-1556 | |

WORK ADDRESS / WORK PHONE / OCCUPATION / INTERVIEW BY / TAPED Y/N

SUSPECTED OF

CLOTHING DESCRIPTION

---

| REPORTING OFFICER | DSN | DATE WRITTEN | TYPED BY | DATE |
|---|---|---|---|---|
| Henikman | 28525 | 5/9/2004 | Henikman | 5/9/2004 |

000018

# Photography Log

**Type of Crime** robbery

**Date** 5/8/04

**Case Number** 03 04-20935

**Address** 600 E Northern Lights

**Detective** ~~Detective F.W. Oels~~ Blanton Voss

**Roll #** 11