```
CHIQ     PAGE NO.0001 26341    TR04    04-28-2006 06:10
                     AP AGENCY - POLICE TRANSFERS
                     CALLS-FOR-SERVICE INQUIRY RESPONSE
------------------------------------------------------------------------
NITIATE:     15:29:13 05-08-2004    CALL NUMBER:      041290469
NTRY:        15:30:13               CURRENT STATUS:   CLOSED
ISPATCH:     15:30:40               PRIMARY UNIT:     22C1
N SCENE:     15:31:59               CASE NUMBER:      040020935
LOSE:        21:14:57               DISPOSITION:      R

OCATION:  600 E NORTHERN LIGHTS BL  ,  ANCHORAGE  ( EAGLE ST & FAIRBANKS )
AREA:        C            HDAREA:        W
EAT:         22                          TYPE:         ROB  ROBBERY
D:           22C4                        PRIORITY:     2
IRE:                                     PRIOR HISTORY

P:          SECURITY NOT 10-7
DDRESS:
HONE:       800 937 4928

5-08-2004
5:30:13 CT06 ENTRY      TEXT:2 MINS AGO
15:30:13 CT06 PRIOR     AP 70 TODAY @ 03:09:19 (98 MORE)
5:30:33 CT06 SUPP       TEXT:ATTMPT ROB, SHOWED GUN, UNK HOW LEFT
5:30:40 DIS2 DISPATCH   21C1 23C1 24C1
5:30:40 DIS2 ID         21C1 <28532>VOSS,JUSTIN
5:30:40 DIS2 ID         23C1 <27985>ANDERSON,ARTHUR
5:30:40 DIS2 ID         24C1 <27994>KARSTETTER,MARK
5:30:57 DIS2 BACKUP     21C1 2C1
5:30:57 DIS2 ID         2C1 <28165>WEISSENBERGER,ADAM
5:30:58 CT06 UPDATE     REP:-->SECURITY NOT 10-7 PHONE:-->800 937 4928
5:30:58 CT06 SUPP       TEXT:PHN 907 263 2533 \REP: SECURITY NOT 10-7 \PH:800 937
                         4928
5:31:16 DIS2 BACKUP     2C1 42B1
5:31:16 DIS2 ID         42B1 <28530>STARR,DAWN
5:31:49 DIS1 BACKUP     21C1 1C1 4C1 3C1 14C1 13B1
5:31:49 DIS1 ID         1C1 <26733>WITTE,GREGORY
5:31:49 DIS1 ID         3C1 <1311>GAULKE,THOMAS <28978>CARROLL,JONATHAN
5:31:49 DIS1 ID         14C1 <28524>GEIGER,WILLIAM
5:31:49 DIS1 ID         13B1 <28527>SUTCLIFF,TYLER
5:31:56 DIS1 BACKUP     21C1 11C1
5:31:56 DIS1 ID         11C1 <26729>CARSON,JACK
5:31:59 DIS2 10-7       21C1
5:32:04 CT05 BACKUP     21C1 25C1
5:32:04 CT05 ID         25C1 <28162>TRUJILLO,KIMBERLEY
15:32:08 DIS1 BACKUP    21C1 15C1
5:32:08 DIS1 ID         15C1 <28109>INGRAM,LEAH
5:32:13 SUP1 E911       LOCATION:1920 W DIMOND BLVD #RM,ANC \PHONE:9075229724 \RE
                        P: ATU PPT BURLINGTON COAT FACTORY
5:32:13 SUP1 SUPP       TEXT:PER GUARDIAN SECURITY, BFA IN WELLS FARO BANK WITH G
                        UN, HAD SOME BLACK BAGS ON HER ARM , SHE IS CURRENTLY IN
                        THE MALL WALKING TOWARD SEARS
5:32:38 DIS2 10-7       42B1
5:32:52 DIS2 BACKUP     2C1 X6
5:32:52 DIS2 ID         X6 <0984>TRIPLETT,JAMES
5:32:56 SUP1 SUPP       TEXT:GUARDIAN SECURITY GUARD HAD A VISUAL BUT GUARDIAN DI
CHIQ     PAGE NO.0002 26341    TR04    04-28-2006 06:10
                     AP AGENCY - POLICE TRANSFERS
                     CALLS-FOR-SERVICE INQUIRY RESPONSE

                        SPATCH IS TRYING TO CALL THEM DIRECTLY
5:32:56 DIS1 BACKUP     42B1 2B1 12B1
5:32:56 DIS1 ID         2B1 <28169>PENDLEY,MATTHEW
5:32:56 DIS1 ID         12B1 <28239>GILL,DANIEL
5:33:00 DIS2 CHGLOCOS   1C1 E SIDE OF SEARS
5:33:05 DIS2 CHGLOCOS   2C1 NE SIDE OF SEARS
5:33:09 DIS2 CHGLOCOS   42B1 NE SIDE OF SEARS
5:33:23 DIS2 ONS-1034   2C1 21B1
5:33:23 DIS2 ID         21B1 <1541>ROBERTSON,CHARLES
5:33:39 DIS2 BACKUP     2C1 67C
5:33:39 DIS2 ID         67C <25137>SMITH,ERIC
5:33:42 DIS1 BACKUP     42B1 X4
5:33:42 DIS1 ID         X4 <0729>WEBSTER,WILLIAM
```

Exhibit C

RECEIVED MUNICIPAL ATTORNEY 06 APR 28 AM 11:18

```
5:33:53 CT06 SUPP       TEXT:SUSP IS BFA, HEAVEY SET, DARK BLU SHIRT, DRK SUNGLAS
                         SES,OCCD,,,
5:34:22 HKIF 10-7       3C1
5:34:22 DIS2 10-7       X6
5:34:35 DIS2 10-7       2B1
5:34:40 SUP1 SUPP       TEXT:MALL SEC GUARD NO LONGER HAS VISUAL, GUARD IS WITH A
                         PD NOW
5:34:42 DIS1 ONS-1034   1C1 3B1
5:34:42 DIS1 ID         3B1 <27974>WASHINGTON,VIC
5:34:56 DIS2 CHGLOCOS   21B1 MIDDLE DOOR BY CARRS
5:34:59 CT06 SUPP       TEXT:UNK DOT,,,,,HAIR WRAP, LIKE HAIR BAND
5:35:03 DIS2 CHGLOCOS   15C1 SEARS AUTOMOTIVE
5:36:13 DIS2 10-7       67C
5:36:19 DIS2 MISC       67C, I'M AT THE BANK AND NO VIDEO
5:37:14 DIS2 ONS-1034   3C1 D6
5:37:14 DIS2 ID         D6 <1539>NELSON,CHRISOTPHER
5:37:23 DIS2 CHGLOCOS   D6 N SIDE ACROSS FROM ACTION APPER
5:38:06 DIS2 MISC       X4, ENTER SEARS FROM NE DOORWAYS
5:38:30 DIS2 MISC       1C1, SEARS IS GOING TO LOCK DOWN THE STORE
5:38:57 DIS2 MISC       67C, LOC FOR BFA DK SKINNED 5'9/30'S HEAVYSET LSW DK TSHI
                         RT BLK BANDANA ON HER HEAD.....GUN IMPLIED THRU PASSING A
                         NOTE
5:39:05 DIS2 MISC       X4, MAKING ENTRY
5:39:14 DIS1 BACKUP     11C1 13C1
5:39:14 DIS1 ID         13C1 <27999>JONES,ARACELI
5:39:18 CT05 ONS-1034   21C1 23B1
5:39:18 CT05 ID         23B1 <0720>GUM,DENNIS
5:39:35 DIS2 MISC       1C1, ENTRY MADE VIA NE
5:39:52 DIS2 10-7       23C1
15:39:52 DIS2 10-7       24C1
5:39:55 DIS1 BACKUP     1C1 4B1
5:39:55 DIS1 ID         4B1 <28168>BAKER,JADE
5:40:05 CT05 ONS-1034   21C1 43B1
5:40:05 CT05 ID         43B1 <28980>CREARY,DARIN
5:40:06 DIS2 MISC       67C, SUSP LSW LEATHER OLD SCHOOL PUMAS ON W/ STRIPE
5:40:26 DIS1 BACKUP     1C1 13C2
5:40:26 DIS1 ID         13C2 <28950>SHANK,JULIE
5:40:29 DIS2 MISC       X4, LAST DOT IN MALL EB
5:40:42 DIS2 MISC       X4, NE DOOR COVERED
5:41:22 DIS2 10-7       4B1
CHIQ    PAGE NO.0003 26341   TR04    04-28-2006 06:10
                        AP AGENCY - POLICE TRANSFERS
                        CALLS-FOR-SERVICE INQUIRY RESPONSE

5:41:51 DIS2 10-7       13C2
5:41:51 DIS2 10-7       14C1
5:42:11 DIS2 MISC       67C, SEARS HAS 1 SECURITY OFFICER
5:42:56 DIS2 10-7       11C1
5:43:04 DIS2 10-7       X4
5:43:12 DIS2 10-7       25C1
5:43:28 DIS2 MISC       21C1, BFA CAME OUT ON THE W SIDE S SIDE BY AUTOMOTIVE
5:43:49 DIS2 MISC       21C1, LSW WHI NIKE JUMPSUIT .....CARRYING BLK PURSE BLU S
                         HIRT
5:43:56 DIS2 MISC       X4, SHE WAS IN COMPANY OF 2 BMJS
5:44:15 DIS2 10-7       13B1
5:44:22 DIS2 10-7       12B1
5:44:26 DIS2 10-7       13C1
5:44:31 SUP1 MISC       .469, FBI ADVISED, THEY WILL CALL BACK WITH/FOR FURTHER
5:44:45 DIS2 MISC       D6, RINGS???
5:44:59 DIS2 MISC       67C, NEG ON RINGS...BLK BANDANA
5:45:28 DIS2 MISC       67C, DK SKINNED BFA IN 30S DK TSHIRT SUNGLASSES..OLD SCHO
                         OL DK PUMAS
5:45:56 DIS2 MISC       X6, 5'8/VERY HEAVYSET
15:46:00 DIS2 OK10-7    3B1
5:46:00 DIS2 OK10-7     3C1
5:46:02 DIS2 OK10-7     2B1
5:46:02 DIS2 OK10-7     1C1
5:46:03 DIS1 OK10-7     2B1
5:46:44 DIS2 ONS-1034   X6 X1
5:46:44 DIS2 ID         X1 <0539>KOCH,DAVID
5:47:56 CT05 ONS-1034   21C1 X23
5:47:56 CT05 ID         X23 <1213>MORTON,JEFFREY
5:49:20 DIS2 MISC       15C1, STILL HAVE EMP COMING OUT ON THE E SIDE
5:49:39 DIS2 MISC       3C1, HAVE POSS HERE
5:50:12 DIS2 MISC       3C1, DK SUNGLASSES BUT NO HEADBAND
```

```
 5:50:32 DIS2 OK10-7      23B1
 5:50:32 DIS2 OK10-7      25C1
 5:50:32 DIS2 OK10-7      24C1
 5:50:43 DIS2 OK10-7      25C1
 5:50:43 DIS2 OK10-7      42B1
 5:50:43 DIS2 OK10-7      43B1
 5:50:43 DIS2 OK10-7      67C
 5:50:43 DIS2 OK10-7      X1
 5:50:43 DIS2 OK10-7      X6
 5:50:43 DIS2 OK10-7      X23
 5:50:43 DIS2 OK10-7      D6
15:50:43 DIS2 OK10-7      X4
 5:51:12 DIS2 OK10-7      4C1
 5:51:33 DIS2 CHGLOCOS    21C1 SW CORNER OF SEARS ACROSS FROM
 5:51:44 DIS2 MISC        X6, DOING SHOW UP W/ WITN
 5:51:56 DIS2 CHGLOCOS    3C1 E ENTRANCE TO PKG LOT
 5:52:37 DIS2 OK10-7      4B1
 5:53:39 DIS2 ONS-1034    21C1 42C1
 5:53:39 DIS2 ID          42C1 <28525>HENIKMAN,ROSS
 5:53:48 DIS2 OK10-7      13C2
 5:53:52 DIS2 OK10-7      14C1
 5:54:16 DIS2 OK10-7      42C1
▫CHIQ     PAGE NO.0004 26341  TR04    04-28-2006 06:10
                       AP AGENCY - POLICE TRANSFERS
                       CALLS-FOR-SERVICE INQUIRY RESPONSE

 5:54:38 DIS2 ONS-1034    X4 46B1
 5:54:38 DIS2 ID          46B1 <25935>BILLIET,ROGER
 5:54:57 DIS1 OK10-7      11C1
 5:55:40 DIS2 OK10-7      13C1
 5:55:40 DIS2 OK10-7      13B1
 5:55:55 DIS2 PREEMPT     X1
 5:56:18 DIS2 MISC        X4, CLEARING THE S SIDE OF THE BLDG TOWARDS THE E END AND
                            TOWARDS THE NE AND THEN THE EMP AREA
 5:57:05 DIS2 MISC        67C, 1ST SUBJ IS NEG
 5:57:21 DIS1 OK10-7      12B1
 5:58:07 DIS2 ONS-1034    X23 X37
 5:58:07 DIS2 ID          X37 <1219>ROHWER,LEE
 5:58:25 DIS2 ONS-1034    X37 BP1
 5:58:25 DIS2 ID          BP1 <27983>RHODES,RANDY
 5:58:43 DIS2 ONS-1034    X37 X17
 5:58:43 DIS2 ID          X17 <0799>OELS,THOMAS
 5:59:12 DIS2 ONS-1034    46B1 45B1
 5:59:12 DIS2 ID          45B1 <28529>JURIK,ANDREW
 5:59:37 DIS2 MISC        25C1, FBI HERE IN RED FORD EXT CAB TK
15:59:45 DIS2 MISC         X17, NEED COVER N SIDE 1/2 THRU MAIN ENTRY BTWN CARRS/SEA
                          RS
 6:00:11 DIS2 ONS-1034    42C1 46C1
 6:00:11 DIS2 ID          46C1 <28544>WHITMORE,LISA
 6:00:26 DIS2 MISC        4B1, NEED UNIT N SIDE EASTERN MOST CARRS ENTRANCE
 6:01:46 DIS2 MISC        3C1, HAVE A WHI FORD CONTOUR STOPPED
 6:02:19 DIS2 CHGLOCOS    46B1 NE CORNER NEAR CARRS
 6:02:33 DIS2 MISC        67C, NEG ON 2ND SUSP
 6:03:26 DIS1 ONS-1034    13B1 14B1
 6:03:26 DIS1 ID          14B1 <1493>MACKIN,THOMAS
 6:03:56 DIS1 ONS-1034    14B1 15B1
 6:03:56 DIS1 ID          15B1 <26331>GLOR,JOHN
 6:04:43 CT06 MISC        .469, MAY NOT BE RELATED,PER OFF DUTY SARBER 1463, AT 155
                          9 HOURS SAW SMALL SIL VEH, NEWER MODEL, NB DENALI, THEN,
                          WB 36TH THEN NB A ST,DID NOT GET VISUAL ON OCCP. DRIVE AW
                          AY FROM SCENE AT HIGH RATE OF SPEED, VERY ERRATICALLY.
 6:06:17 DIS2 MISC        X4, CLEARING E SIDE TOWARDS THE N FROM THE SOUTH
 6:09:12 DIS2 ONS-1034    X6 43C1
 6:09:12 DIS2 ID          43C1 <28534>WILSON,MICHAEL
 6:09:22 DIS2 MISC        43C1, COME THRU SW ENTRANCE FOR INTERVIEWS PER X6
 6:09:25 DIS2 OK10-7      X37
 6:09:40 DIS2 ONS-1034    67C 22C1
 6:09:40 DIS2 ID          22C1 <27444>BLANTON,ROBERT
16:09:50 DIS2 MISC         22C1, 10-7 FOR AWHILE
 6:10:03 DIS2 OK10-7      X17
 6:10:03 DIS2 OK10-7      BP1
 6:10:23 DIS2 OK10-7      45B1
 6:11:36 DIS2 OK10-7      46C1
 6:12:47 DIS2 OK10-7      46B1
 6:15:10 DIS2 OK10-7      14B1
```

```
 6:15:10 DIS2 OK10-7       15B1
 6:19:48 SUP1 MISC         .469, ACTG CHIEF HOLLOWAY COPIES THIS CAL
 6:20:19 DIS2 OK10-7       43C1
 6:20:58 DIS2 OK10-7       22C1
■CHIQ    PAGE NO.0005 26341    TR04    04-28-2006 06:10
                     AP AGENCY - POLICE TRANSFERS
                     CALLS-FOR-SERVICE INQUIRY RESPONSE

 6:22:05 SUP1 MISC         .469, MUNI MANAGER LEBLANC COPIES THIS CALL (AS DO SGTS G
                            ILMOUR AND STOUF WHO CALLED EARLIER)
 6:24:10 DIS2 MISC         X17, NUMBER OF EMPLOYEES TO THE W OF SEARS
 6:24:21 DIS2 MISC         42B1, LOTS OF PEOPLE IN THE MALL
 6:25:12 DIS1 DRN          21C1 AP0400020935 Assigned
 6:25:32 DIS2 MISC         BP1, LARGE BFA HEADING TO THE RESTROOMS
 6:25:44 DIS2 MISC         BP1, BTWN SEARS/CARRS MALL RESTROOMS
 6:29:08 DIS2 MISC         BP1, WORKING OUR WAY EAST FROM THE WEST....3 UNITS INSIDE
                            THE MALL
 6:30:19 CT03 MISC         .469, LEFT A MSG ON CELL PH VOICEMAIL FOR RO...JW
 6:30:34 DIS2 MISC         X17, MAINTAIN OUTSIDE COVER ON EXITS
 6:33:03 CT03 MISC         .469, AK CAB ADV...JW
 6:34:23 CT03 MISC         .469, CHECKER CAB ADV....JW
 6:35:51 CT03 MISCX        YEL CAB ADV...JW
 6:37:50 DIS2 MISC         42B1, CARRS IS CLEAR
 6:38:52 DIS2 MISC         24C1, WORKING ON A POSSIBLE
 6:39:00 DIS2 MISC         24C1, FAMOUS FOOTWARE
 6:41:01 DIS2 MISC         X37, CLEAR OF STAIRWAY AND HAVE 1 ROOM LEFT IN SEARS
 6:43:29 DIS2 MISC         22C1, HAVE COLOR PICT
:16:44:11 DIS2 MISC          22C1, HEAD WRAP ALL WAY AROUND ON TOP OF HEAD...HAIR PULL
                            ED BACK..SUNGLASSES...BLK LEATHER JKT/DK BLU SWEATER UNDE
                            RNEATH..LEFT ARM BRIGHT COLORED WATCH...RING LEFT HAND...
                            CARRYING BIG BAG W/ A BRO STRAP ON IT
 6:46:52 DIS2 CHGLOCOS 45B1 SW CORNER DENALI/BENSON
 6:46:54 DIS2 CHGLOCOS 46B1 SW CORNER DENALI/BENSON
 6:47:07 DIS2 MISC         X37, CLEARING THE E STAIRCASE
 6:47:55 DIS2 MISC         X37, WE'RE ALL CLEAR UPSTAIRS
 6:48:18 DIS2 MISC         1C1, WE'RE COMING OUT YOUR DOOR
 6:49:27 DIS2 MISC         X4, N AND W PERIM CAN BE KICKED LOOSE
 6:49:39 DIS2 MISC         X6, FBI HAS SCENE NOW
 6:50:26 DIS2 MISC         42B1, WE HAVE ABOUT 8 STORES LEFT TO CLEAR
 6:50:55 DIS2 MISC         .469, $$$$
 6:51:45 DIS2 MISC         X17, N AND W SIDES CAN CLEAR
 6:52:53 HJJO 10-8         43C1
 6:54:03 DIS2 MISC         24C1, INTERIOR CLEAR
 6:54:06 DIS2 MISC         X37, WE ARE CLEAR
 6:54:16 DIS1 PREEMPT      13C2
 6:54:20 DIS2 MISC         42B1, FBI WAITING AT W ENTRANCE OF SEARS
 6:54:55 HJPF 10-8         45B1
 6:55:49 HKFL 10-8         46B1
 6:56:02 DIS2 MISC         X6, CLEAR 44
 6:57:41 HJLD 10-8         25C1
:16:58:25 DIS2 ONS-1034 X4 22B1
 6:58:25 DIS2 ID           22B1 <28167>BENDER,SHELIA
 6:58:32 DIS2 MISC         22B1, HAS BEEN 10-7 WHOLE TIME
 6:59:16 HKHK 10-8         23B1
 6:59:34 DIS1 10-8         15C1
 7:00:08 HKHA 10-8         13C1
 7:00:18 DIS1 10-8         3C1
 7:00:23 HKIM 10-8         4C1
 7:00:26 DIS2 10-8         2C1
 7:00:40 DIS2 10-8         2B1
 7:00:45 DIS2 10-8         3B1
■CHIQ    PAGE NO.0006 26341    TR04    04-28-2006 06:10
                     AP AGENCY - POLICE TRANSFERS
                     CALLS-FOR-SERVICE INQUIRY RESPONSE

 7:01:16 DIS1 10-8         14B1
 7:01:26 DIS2 10-8         14C1
 7:01:39 HKKP 10-8         46C1
 7:01:41 HKJP 10-8         42C1
 7:01:59 DIS2 PREEMPT      24C1
 7:02:01 DIS1 10-8         13B1
 7:02:08 DIS1 10-8         15B1
 7:03:02 HKII 10-8         1C1
 7:04:24 DIS1 10-8         4B1
 7:04:55 DIS2 10-8         X6
```

```
 7:05:12 DIS2 10-8        43B1
 7:06:16 DTS2 10-8        
 7:06:18 DIS2 10-8        D6
 7:06:42 DIS2 10-8        22B1
 7:06:44 HKAB 10-8        21B1
 7:07:37 DIS2 CHGLOCOS 23C1 DIPLOMACY DR/TUDOR CENTRE DR ,AN
 7:07:47 DIS2 CHGLOCOS 23C1 600 E NORTHERN LIGHTS BL ,ANC
 7:08:05 DIS2 MISC       23C1, DISREGUARD TUDOR CENTRE/DIPLO ADDED IN ERROR
 7:09:19 DIS2 10-8        X23
17:09:49 DIS2 10-8        42B1
 7:10:07 DIS2 10-8        12B1
 7:14:34 DIS2 10-8        BP1
 7:23:29 DIS2 10-8        X37
 7:24:36 DIS2 10-8        23C1
 7:31:36 DTS2 OK10-7      21C1
 7:34:26 HJKB CHGLOC      67C 3710 WOODLAND DR ,ANC
 7:39:49 DIS2 10-8        X4
 7:41:45 DIS2 CHGLOC      21C1 3710 WOODLAND DR ,ANC
 7:41:48 HJKB OK10-7      67C
 7:49:35 CT08 SUPP        TEXT:FA CALLING, SAYS DAUGHTER WAS LEAVING MALL WHEN APD
                          WAS 10-7....SAW 2 BFA'S AND 1 BMA GET INTO A BLU/WHI AK C
                          AB, UNK CAB NUMBER...SAYS SUBJS GOT IN CAB RIGHT BEFORE O
                          FC'S LOCKED MALL DOWN...SAYS SUBJS WERE RUNNING, ACTING 1
                          1-27.
 7:49:44 CT08 SUPP        TEXT:SAYS CAB SPED OUT,UNK DOT OF CAB
 7:51:21 HKGN 10-7        21C1
 7:52:33 DIS2 OK10-7      21C1
 7:53:02 CT08 SUPP        TEXT:DAUGHTER IS NOT 10-7 W/MOM...UNK IF DAUGHTER HAS CEL
                          L PHONE OR NOT...CAN/C MIRIAM HULING VIA PHONE 745-3359..
                          .FA REFUSING TO GIVE DAUGHTERS CELL PH NUMBER
 8:01:27 DIS2 CHGLOCOS 22C1 700 E NORTHERN LIGHTS BL ,ANC, W/ SECURITY
 8:12:27 DIS2 OK10-7      22C1
18:16:48 DIS2 PREEMPT     21C1
 8:17:22 DIS2 CHGLOC      22C1 433 EAGLE ST ,ANC
 8:17:26 DIS2 MISC        22C1, XREF #552
 8:20:09 DIS2 CHGLOC      67C 600 E NORTHERN LIGHTS BL ,ANC
 8:24:59 DIS2 10-7        22C1
 8:26:35 HJKB OK10-7      67C
 8:27:15 DIS1 10-8        X17
 8:31:11 DIS2 CHGLOC      67C 8124 E 6TH AV ,ANC
 8:31:19 DIS2 MISC        67C, GOING TO PICK UP WITN W/ THE FBI
 8:34:27 DIS2 OK10-7      22C1
 8:38:08 DIS1 CHGLOCOS 67C 2620 EASTHAVEN CI ,ANC
■CHIQ    PAGE NO.0007 26341   TR04    04-28-2006 06:10
                          AP AGENCY - POLICE TRANSFERS
                          CALLS-FOR-SERVICE INQUIRY RESPONSE

 8:40:09 DIS1 CHGLOC      67C 433 EAGLE ST ,ANC, BM0
 8:50:05 HJKB OK10-7      67C
 9:02:45 DIS1 MISC        22C1, 10-17
 9:09:13 SUP1 MISC        .469, HEUN HAS INFO
 9:11:45 DIS1 CHGLOC      67C E HAVEN
 9:11:51 DIS1 MISC        67C, CONT MILAGE
 9:12:38 DIS1 CHGLOC      67C 2620 EASTHAVEN CI ,ANC
 9:12:44 HJKB CHGLOC      67C 2620 EASTHAVEN CI ,ANC
 9:13:08 HJKB CHGLOC      67C 2620 EASTHAVEN CI
 9:13:34 HJKB CHGLOC      67C 2620 EASTHAVEN CIR
 9:14:56 DIS1 CHGLOC      67C 2620 EASTHAVEN CI ,ANC
 9:15:10 DIS2 ONS-1034 22C1 2C1
 9:15:10 DIS2 ID          2C1 <28165>WEISSENBERGER,ADAM
 9:15:19 DIS2 PREEMPT     2C1
 9:20:57 DIS1 10-7        67C, EM 9.6
 9:30:09 DIS1 CHGLOC      22C1 FBI BLDG, BM 0.0
 9:30:23 DIS2 OK10-7      67C
 9:30:38 DIS1 TRANSFER    CDAREA:W    -->C
 9:32:08 DIS1 10-7        22C1, EM .3
19:39:47 DIS2 OK10-7      22C1
 0:16:39 HJKB CHGLOC      67C 3710 WOODLAND DR ,ANC
 0:16:42 HJKB OK10-7      67C
 0:31:28 DIS2 10-8        67C, W FACE
 1:14:57 HKCP 10-8P       22C1 R
 1:14:57 HKCP CLOSE       22C1 R

PERATOR ASSIGNMENTS:      CT06 28917  MINGO,KIAHLI
                          DIS2 1418   JURIK,MINDY
```

```
DIS1   28918   JENSEN,JAIMIE
0105           SHORE,LINDA
SUP1   1  8    ANDERSON,ERIC
HKIF   28978   CARROLL,JONATHAN
CT03   0738    WALLIN,JERI
HJJO   28534   WILSON,MICHAEL
```