Anchorage Police Department for the period of time between January 1, 2003 and January 1, 2005.

ANSWER:

No.

**INTERROGATORY NO. 11**: Based on your understanding of the events surrounding the incident on May 8, 2004 concerning plaintiff Carolyn Mitchell and police officers working for the Anchorage Police Department, identify whether Officer Henikman violated any rules, polices, procedures, or customs and practices, guiding conduct within the Anchorage Police Department for the period of time between January 1, 2003 and January 1,2005.

ANSWER:

No.

**INTERROGATORY NO. 12**: In the letter you wrote to plaintiff Carolyn Mitchell on December 3, 2004, defendant bates stamped 000020 (attached), you use the following sentence: "I am writing to you and your son regarding the bank robbery on May 8 of this year and the regrettable circumstances in which you and your son became involved." Explain fully what "regrettable circumstances" you were referring to when you wrote this sentence.

ANSWER:

I referred to the embarrassment of her detention.

MUNICIPALITY
OF
ANCHORAGE

OFFICE OF THE
MUNICIPAL ATTORNEY

P.O. Box 196650
Anchorage, Alaska
99519-6650

Telephone: 343-4545
Facsimile: 343-4550

Monegan's Responses to Plaintiff's ROG's & RFP's
Case No. 3:05-cv-00273-JWS

Exhibit 

**INTERROGATORY NO. 13:** In the letter you wrote to plaintiff Carolyn Mitchell on December 3, 2004, defendant bates stamped 000020 (attached), you use the following sentence: "When officers on the scene learn that the person detained is not the suspect, department policy directs that they are to apologize to the person detained and answer questions about why they were detained, if asked." Identify the "department policy" that you are referring to in your letter.

**ANSWER:**

This is not a written policy. Most officers do it automatically when circumstances allow.

**INTERROGATORY NO. 14:** In the letter you wrote to plaintiff Carolyn Mitchell on December 3, 2004, defendant bates stamped 000020 (attached), you use part of the following sentence: "there was no senior officer on the scene when you when you were initially detained and subsequently determined not to be a suspect." Explain fully what different conduct, if any, would have occurred had a senior officer been on the scene, as described in your letter.

**ANSWER:**

Objection, relevance, assumes facts not in evidence. Assuming a senior officer had been present, with time apart from managing the scene to speak further with Ms. Mitchell, he or she could have more fully explained why she and the other look-alikes were detained.

**INTERROGATORY NO. 15:** Based on your knowledge as the Chief of Police for the Anchorage Police Department, identify whose responsibility, if anyone, it is to instruct

**MUNICIPALITY OF ANCHORAGE**

OFFICE OF THE MUNICIPAL ATTORNEY

P.O. Box 196650
Anchorage, Alaska
99519-6650

Telephone: 343-4545
Facsimile: 343-4550

Monegan's Responses to Plaintiff's ROG's & RFP's
Case No. 3:05-cv-00273-JWS

VERIFICATION

STATE OF ALASKA            )
                           )SS.
THIRD JUDICIAL DISTRICT    )

I, Walt Monegan, being first duly sworn, depose and state as follows:

I verify that I have read the foregoing interrogatories and understand the contents thereof; I have executed the foregoing document as my free and voluntary act and deed for the purposes therein set forth; and I verify that the same is true of my knowledge and belief.

By: _____
Walt Monegan

SUBSCRIBED AND SWORN TO before me this _1st_ day of _November_, 2006.

_____
Notary Public in and for Alaska
My Commission Expires: 4/12/07

MUNICIPALITY OF ANCHORAGE
OFFICE OF THE MUNICIPAL ATTORNEY
P.O. Box 196650
Anchorage, Alaska
99519-6650
Telephone: 343-4545
Facsimile: 343-4550

Monegan's Responses to Plaintiff's ROG's & RFP's
Case No. 3:05-cv-00273-JWS

**Municipality of Anchorage**

4501 Bragaw Street • Anchorage, Alaska 99507-1599 • Telephone (907) 786-8500 • http://www.muni.org

*Mayor Mark Begich*

## Anchorage Police Department

December 3, 2004

Ms. Carolyn M. Mitchell
2333 Caribou Hill
Anchorage, Alaska  99508

Dear Ms. Mitchell,

I am writing to you and your son regarding the bank robbery on May 8 of this year and the regrettable circumstances in which you and your son become involved.

I wish to offer both a belated 'Thank you' for your cooperation with these officers; and a personal apology on behalf of this department for any embarrassment you and your son endured during this incident.

Our mission is to protect and serve and we take that seriously, but it should not at the expense of anyone's dignity or respect.  On occasion, when APD officers respond to a call of a crime in progress, we sometimes detain a person suspected to be the perpetrator of the crime.  When officers on the scene learn that the person detained is not the suspect, department policy directs that they are to apologize to the person detained and answer questions about why they were detained, if asked.

The robbery at the Sears Mall occurred on a Saturday, a day the department was short on supervisors.  As a result, there was no senior officer on the scene when you were initially detained and subsequently determined not be a suspect.  Unfortunately, the officers present apparently neither apologized nor did not adequately explain why you were detained.  This was not in keeping with department policy and undoubtedly made the incident more stressful and upsetting for you than it already was.

I regret that you were detained and I again apologize for the error.  It is my earnest goal as police chief to ensure that all citizens of Anchorage are treated respectfully and with dignity.  We at the Anchorage Police Department are rededicating ourselves to achieving that goal.

Sincerely,

Walt Monegan
Chief of Police

000020

*Community, Security, Prosperity*