Joyce Weaver Johnson
Assistant Municipal Attorney
Municipal Attorney's Office
P.O. Box 196650
Anchorage, Alaska 99519-6650
Phone: (907) 343-4545
Fax: (907) 343-4550
E-mail: uslit@muni.org

Attorney for Defendants
Municipality of Anchorage
Anchorage Police Department
Walt Monegan
Officers Voss and Henikman

**IN THE UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF ALASKA**

| | |
|---|---|
| CAROLYN MITCHELL, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | ) |
| | ) |
| ANCHORAGE POLICE DEPARTMENT and | ) |
| the MUNICIPALITY OF ANCHORAGE, a | ) |
| municipal corporation, WALTER MONEGAN, | ) |
| Officer HENIKMAN, and Officer J. VOSS, | ) |
| | ) |
| Defendants. | ) Case No. 3:05-cv-00273-JWS |
| | ) |

**PROPOSED ORDER ON MUNICIPAL DEFENDANTS'**

**MOTION FOR SUMMARY JUDGMENT**

Defendants Municipality of Anchorage (including its Anchorage Police Department), Walt Monegan and Officers Henikman and Voss having moved this court

for summary judgment pursuant to Federal R. Civ. P. 56, and this Court having considered any opposition and reply and being duly advised of the premises,

IT IS HEREBY ORDERED:

Defendants' Motion for Summary Judgment is GRANTED. No remaining claims exist for further adjudication.

Dated this _____ day of_____ 2007.


By:_____
John W. Sedwick
U. S. District Judge