## TABLE OF CONTENTS

Exhibit A    Monegan's Responses to Plaintiff's Requests For Admissions.

Exhibit B    Officer Justin Voss's Responses to Plaintiff's Interrogatories and Requests for Production.

Exhibit C    Officer Ross Henikman's Responses to Plaintiff's Interrogatories and Requests for Production.

Exhibit D    Affidavit of Carolyn Mitchell.

Exhibit E    Officer Ross Henikman's Responses to Plaintiff's Requests for Admissions.

Exhibit F    Officer Justin Voss's Responses to Plaintiff's Requests for Admissions.

Exhibit G    Transcript of Videotape Deposition of Officer Ross Henikman.

Exhibit H    Transcript of Videotape Deposition of Officer Justin C Voss.

Exhibit I    Monegan's Responses to Plaintiff's Interrogatories and Requests for Production.