# EXHIBIT B

Joyce Weaver Johnson
Assistant Municipal Attorney
Municipal Attorney's Office
P.O. Box 196650
Anchorage, Alaska 99519-6650
Phone: (907) 343-4545
Fax: (907) 343-4550
E-mail: uslit@muni.org

Attorney for Defendants
Municipality of Anchorage
Anchorage Police Department
Walt Monegan
Officers Voss and Henikman

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| CAROLYN MITCHELL, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | ) |
| | ) |
| ANCHORAGE POLICE DEPARTMENT and | ) |
| the MUNICIPALITY OF ANCHORAGE, a | ) |
| municipal corporation, WALTER MONEGAN, | ) |
| Officer HENIKMAN, and Officer J. VOSS, | ) |
| | ) |
| Defendants. | ) Case No. 3:05-cv-00273-JWS |
| | ) |

## OFFICER JUSTIN VOSS'S RESPONSES TO PLAINTIFF'S INTERROGATORIES AND REQUESTS FOR PRODUCTION

Defendant Justin Voss responds to plaintiff's interrogatories and requests for production dated October 2, 2006, as follows:

MUNICIPALITY
OF
ANCHORAGE

OFFICE OF THE
MUNICIPAL ATTORNEY

P.O. Box 196650
Anchorage, Alaska
99519-6650

Telephone: 343-4545
Facsimile: 343-4550

Exhibit B – Page 1

**INTERROGATORY NO. 1:** What is your full name, badge or identification number, and date of birth?

**ANSWER:**

Objection as to relevance of date of birth. Notwithstanding objection, Justin C. Voss, DSN 28532.

**INTERROGATORY NO. 2:** If you were ever enjoined from engaging in any conduct by a state or federal court decree, identify the court, title and docket number of the case, date of decree, and nature of the conduct enjoined.

**ANSWER:**

N/A.

**INTERROGATORY NO. 3:** State specifically and in detail the exact sequence of events that took place during any incident between you and Plaintiff Carolyn Mitchell, including but not limited to the events on May 8, 2004.

**ANSWER:**

*See* my report. The only addition to that report would be that I contacted Ms. Mitchell during the initial debrief.

**INTERROGATORY NO. 4:** Have you received any discipline from the Anchorage Police Department of Anchorage Municipality as a result of the incident involving Plaintiff Carolyn Mitchell on May 8, 2004? If yes, state:

a. the nature of the discipline;
b. the facts on which such discipline was based;
c. who ordered and who administrated the disciplinary action.

UNICIPALITY
OF
ANCHORAGE

OFFICE OF THE
MUNICIPAL ATTORNEY

P.O. Box 196650
Anchorage, Alaska
99519-6650

Telephone: 343-4545
Facsimile: 343-4550

Officer Justin Voss's Responses to Plaintiff's ROG's & RFP's
Case No. 3:05-cv-00273-JWS        Exhibit B – Page 2

ANSWER:

No.

**INTERROGATORY NO. 5:** On May 9, 2004, you filed a police report supplemental for Case 04-20935, defendant bates stamped 000009 (attached), in this document you wrote the following: "MITCHELL matched the description of the suspect." Explain in detail how, and to what extent, plaintiff Mitchell "matched" the description of the person who robbed the Wells Fargo at Sears Mall.

ANSWER:

*See* dispatch log, Bates Nos. 26-31. TEXT:PER GUARDIAN SECRUITY, BFA IN WELLS FARO BANK WITH GUN, HAD SOME BLACK BAGS ON HER ARM , SHE IS CURRENTLY IN THE MALL WALKING TOWARD SEARS   TEXT:SUSP IS BFA, HEAVEY SET, DARK BLU SHIRT, DRK SUNGLASSES

**INTERROGATORY NO. 6:** On May 9, 2004, you filed a police report supplemental for Case 04-20935, defendant bates stamped 000009 (attached), in this document you wrote the following: "I held her at guard and covered OFC HENIKMAN as he took MITCHELL into custody." Explain in detail what you meant by "held her at guard," and in your explanation specifically mention whether you made use of a weapon during this act, and if so what sort of a weapon did you use.

ANSWER:

During this incident I deployed a shotgun from my patrol vehicle. Holding a subject at guard means pointing a firearm in their direction but not at them.

Officer Justin Voss's Responses to Plaintiff's ROG's & RFP's
Case No. 3:05-cv-00273-JWS        Exhibit B – Page 3

NICIPALITY
OF
ICHORAGE

FICE OF THE
IPAL ATTORNEY

). Box 196650
horage, Alaska
99519-6650

hone: 343-4545
simile: 343-4550