# EXHIBIT C

Joyce Weaver Johnson
Assistant Municipal Attorney
Municipal Attorney's Office
P.O. Box 196650
Anchorage, Alaska 99519-6650
Phone: (907) 343-4545
Fax: (907) 343-4550
E-mail: uslit@muni.org

Attorney for Defendants
Municipality of Anchorage
Anchorage Police Department
Walt Monegan
Officers Voss and Henikman

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| CAROLYN MITCHELL, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | |
| ) | |
| ANCHORAGE POLICE DEPARTMENT and ) | |
| the MUNICIPALITY OF ANCHORAGE, a ) | |
| municipal corporation, WALTER MONEGAN, ) | |
| Officer HENIKMAN, and Officer J. VOSS, ) | |
| ) | |
| Defendants. ) | Case No. 3:05-cv-00273-JWS |
| ) | |

## OFFICER ROSS HENIKMAN'S RESPONSES TO PLAINTIFF'S INTERROGATORIES AND REQUESTS FOR PRODUCTION

Defendant Officer Ross Henikman's responds to plaintiff's interrogatories and request for production dated October 2, 2006, as follows:

MUNICIPALITY OF ANCHORAGE
OFFICE OF THE MUNICIPAL ATTORNEY
P.O. Box 196650
Anchorage, Alaska
99519-6650
Telephone: 343-4545
Facsimile: 343-4550

Exhibit C – Page 1

**INTERROGATORY NO. 1**: What is your full name, badge or identification number, and date of birth?

**ANSWER**:

As to date of birth, objection, relevance; the information sought is neither relevant nor likely to lead to the discovery of any admissible evidence. Ross A. Henikman, DSN 28525.

**INTERROGATORY NO. 2**: If you were ever enjoined from engaging in any conduct by a state or federal court decree, identify the court, title and docket number of the case, date of decree, and nature of the conduct enjoined.

**ANSWER**:

N/A.

**INTERROGATORY NO. 3**: State specifically and in detail the date and exact sequence of events that took place during any incident between you and Plaintiff Carolyn Mitchell, including but not limited to the events on May 8, 2004.

**ANSWER**:

*See* my report produced as Bates Nos. 17-18.

**INTERROGATORY NO. 4**: Have you received any discipline from the Anchorage Police Department as a result of the incident involving Plaintiff Carolyn Mitchell on May 8, 2004? If yes, state:

a. the nature of the discipline;
b. the facts on which such discipline was based;
c. who ordered and who administrated the disciplinary action.

Officer Ross Henikman's Responses to Plaintiff's ROG's & RFP's
Case No. 3:05-cv-00273-JWS

Exhibit C – Page 2

NICIPALITY
OF
ICHORAGE

FICE OF THE
IPAL ATTORNEY

). Box 196650
horage, Alaska
39519-6650

hone: 343-4545
imile: 343-4550

**ANSWER:**

No.

**INTERROGATORY NO. 5:** On May 9, 2004, you filed a police report supplemental for Case 04-20935, defendant bates stamped 000017 (attached), in this document you wrote the following: "I noted a female matching the suspect description that was broadcast over the radio exit." Explain in detail how, and to what extent, plaintiff Mitchell "matched" the description of the person who robbed the Wells Fargo at Sears Mall.

**ANSWER:**

Objection, the interrogatory fails to identify which suspect description, broadcast at what time. As the Calls for Service inquiry response shows (Bates Nos. 26-31) two or more descriptions were broadcast over the course of the police response. Notwithstanding objections, Plaintiff matched the various descriptions insofar as she was present near the scene of the crime, within a short time after the crime was committed, appeared to be a black female adult, could be described as "heavyset", and was carrying one or more bags.

**INTERROGATORY NO. 6:** On May 9, 2004, you filed a police report supplemental for Case 04-20935, defendant bates stamped 000017 (attached), in this document you wrote the following: "I stopped her and placed her in handcuffs." Explain in detail why, and under what circumstances, you in your official capacity as a police officer for the Anchorage Police Department made the decision to place plaintiff Mitchell in handcuffs.

MUNICIPALITY OF ANCHORAGE
OFFICE OF THE UNICIPAL ATTORNEY
P.O. Box 196650
Anchorage, Alaska
99519-6650
Telephone: 343-4545
Facsimile: 343-4550

Officer Ross Henikman's Responses to Plaintiff's ROG's & RFP's
Case No. 3:05-cv-00273-JWS          Exhibit C – Page 3