EXHIBIT E

Joyce Weaver Johnson
Assistant Municipal Attorney
Municipal Attorney's Office
P.O. Box 196650
Anchorage, Alaska 99519-6650
Phone: (907) 343-4545
Fax: (907) 343-4550
E-mail: uslit@muni.org

Attorney for Defendants
Municipality of Anchorage
Anchorage Police Department
Walt Monegan
Officers Voss and Henikman

MUNICIPALITY
OF
ANCHORAGE

OFFICE OF THE
MUNICIPAL ATTORNEY

P.O. Box 196650
Anchorage, Alaska
99519-6650

Telephone: 343-4545
Facsimile: 343-4550

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| CAROLYN MITCHELL, )<br>)<br>Plaintiff, )<br>)<br>vs. )<br>)<br>ANCHORAGE POLICE DEPARTMENT and )<br>the MUNICIPALITY OF ANCHORAGE, a )<br>municipal corporation, WALTER MONEGAN, )<br>Officer HENIKMAN, and Officer J. VOSS, )<br>)<br>Defendants. )<br>_____) | Case No. 3:05-cv-00273-JWS |

### OFFICER ROSS HENIKMAN'S RESPONSES TO PLAINTIFF'S
### REQUESTS FOR ADMISSIONS

Defendant Officer Ross Henikman responds to Plaintiff's requests for admissions dated October 2, 2006, as follows:

**REQUEST FOR ADMISSION NO. 1:** Please admit or deny that during the incident on May 8, 2004 you placed handcuffs on plaintiff Carolyn Mitchell.

Exhibit E – Page 1

**ANSWER:**

Admit.

**REQUEST FOR ADMISSION NO. 2:** Please admit or deny that during the incident on May 8, 2004, at or near the Sears Mall, you did detain plaintiff Carolyn Mitchell.

**ANSWER:**

Admit.

**REQUEST FOR ADMISSION NO. 3:** Please admit or deny that during the incident on May 8, 2004, when you arrived at or near the Sears Mall, you did not possess an arrest warrant for plaintiff Carolyn Mitchell.

**ANSWER:**

Admit.

**REQUEST FOR ADMISSION NO. 4:** Please admit or deny that during the incident on May 8, 2004, when you detained plaintiff Carolyn Mitchell, you did not have probable cause to believe that she had committed a felony.

**ANSWER:**

Objection, the question assumes there was a felony arrest but, in fact, there was no arrest. Notwithstanding objection, admit. Instead, I had reasonable suspicion.

**REQUEST FOR ADMISSION NO. 5:** Please admit or deny that during the incident on May 8, 2004, when you detained plaintiff Carolyn Mitchell, you did so in your official capacity as a police officer for Anchorage Police Department.

MUNICIPALITY
OF
ANCHORAGE

OFFICE OF THE
MUNICIPAL ATTORNEY

P. Box 196650
Anchorage, Alaska
99519-6650

Phone: 343-4545
Facsimile: 343-4550

Case No. 3:05-cv-00273-JWS
Page 2 of 5

Exhibit E – Page 2