# EXHIBIT I

Joyce Weaver Johnson
Assistant Municipal Attorney
Municipal Attorney's Office
P.O. Box 196650
Anchorage, Alaska 99519-6650
Phone: (907) 343-4545
Fax: (907) 343-4550
E-mail: uslit@muni.org

Attorney for Defendants
Municipality of Anchorage
Anchorage Police Department
Walt Monegan
Officers Voss and Henikman

## IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| CAROLYN MITCHELL,<br><br>                Plaintiff,<br><br>vs.<br><br>ANCHORAGE POLICE DEPARTMENT and the MUNICIPALITY OF ANCHORAGE, a municipal corporation, WALTER MONEGAN, Officer HENIKMAN, and Officer J. VOSS,<br><br>                Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)  Case No. 3:05-cv-00273-JWS<br>) |

### MONEGAN'S RESPONSES
### TO PLAINTIFF'S INTERROGATORIES AND REQUESTS FOR PRODUCTION

Defendant Walt Monegan responds to plaintiff's interrogatories and request for production dated October 2, 2006, as follows:

Exhibit I – Page 1

MUNICIPALITY
OF
ANCHORAGE

OFFICE OF THE
MUNICIPAL ATTORNEY

P.O. Box 196650
Anchorage, Alaska
99519-6650

Telephone: 343-4545

**INTERROGATORY NO. 1**: Concerning the period of time between January 1, 2003 and January 1, 2005, identify the person responsible for establishing the rules, policies, procedures, or customs and practices, used by the Anchorage Police Department to govern police conduct concerning making arrests?

**ANSWER**:

Objection, relevance, overbroad, assumes facts not in evidence, foundation; the question assumes an arrest occurred. Only a detention occurred. Notwithstanding objections, during my tenure as Chief, from 2001-2006, I was responsible. From time to time, procedures are revised. Some procedures in effect on May 8, 2004, were established by prior Chiefs.

**INTERROGATORY NO. 2**: Concerning the period of time between January 1, 2003 and January 1, 2005, identify the rules, policies, procedures, or customs and practices, that explained how a police officer working for the Anchorage Police Department is to execute a warrantless arrest?

**ANSWER**:

Objection, relevance, overbroad, assumes facts not in evidence, foundation; the question assumes an arrest occurred. Only a detention occurred.

**INTERROGATORY NO. 3**: Concerning the period of time between January 1, 2003 and January 1, 2005, identify the rules, policies, procedures, or customs and practices,

**MUNICIPALITY OF ANCHORAGE**

OFFICE OF THE MUNICIPAL ATTORNEY

P.O. Box 196650
Anchorage, Alaska
99519-6650

Telephone: 343-4545
Facsimile: 343-4550

Monegan's Responses to Plaintiff's ROG's & RFP's
Case No. 3:05-cv-00273-JWS

Exhibit I – Page 2

that police officers working for the Anchorage Police Department are to rely on to determine whether probable cause exists for making a warrantless arrest?

**ANSWER:**

Objection, relevance, overbroad, assumes facts not in evidence, foundation; the question assumes an arrest occurred; the question assumes the department is the source of this principle. Only a detention occurred.

**INTERROGATORY NO. 4:** Concerning the period of time between January 1, 2003 and January 1, 2005, identify the rules, policies, procedures, or customs and practices, that police officers working for the Anchorage Police Department are to rely on when deciding when, and under what circumstances, a police officer is permitted to handcuff a person who is not identified in a valid arrest warrant?

**ANSWER:**

Objection, relevance, overbroad; the question assumes the department is the source of this principle; no single item is directly responsive to this question. Notwithstanding objections, responsive items may include, but are not necessarily limited to, the following. *Operational Procedures 3.07.020, In Custody Transports,* addresses restraint during custody, with and without arrest, focusing on transport; portions of this procedure may be pertinent to restraint without transport. *Operational Procedures 3.07.005, Response to Resistance,* does not state when to handcuff, but portions of this procedure

**MUNICIPALITY OF ANCHORAGE**

OFFICE OF THE UNICIPAL ATTORNEY

P.O. Box 196650
Anchorage, Alaska
99519-6650

Telephone: 343-4545
Facsimile: 343-4550

Monegan's Responses to Plaintiff's ROG's & RFP's
Case No. 3:05-cv-00273-JWS

Exhibit I – Page 3