Isaac D. Zorea
Law Office of Isaac Derek Zorea
P.O. Box 210434
Anchorage, AK 99521
(907) 677-3779
(907) 644-2802 facsimile

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| CAROLYN MITCHELL,<br>            Plaintiff,<br>        vs.<br><br>ANCHORAGE POLICE DEPARTMENT and the<br>MUNICIPALITY OF ANCHORAGE, a<br>municipal corporation, WALTER MONEGAN,<br>Officer HENIKMAN, and Officer J. VOSS,<br>            Defendants. | )<br>)<br>)<br>)<br>)  [PROPOSED] ORDER<br>)  GRANTING PLAINTIFF'S<br>)  MOTION FOR PARTIAL<br>)  SUMMARY JUDGMENT<br>)<br>)<br>) Case No. 3:05-cv-00273-JWS |

Plaintiff Carolyn Mitchell having moved this Court for partial summary judgment pursuant to Federal R. Civ. P. 56, on the issue of falsely arrest, and this Court having considered any opposition and reply and being duly advised of the premises,

IT IS HEREBY ORDERED:

Plaintiff's Motion for Partial Summary Judgment is GRANTED. The issue of whether a false arrest occurred on May 8, 2004 has been adjudicated, and the issue is final.

Dated this _____ day of _____ 2007.

By: _____
John W. Sedwick
U.S. District Judge

PROPOSED ORDER: MITCHELL V. MOA, POLICE DEPARTMENT, ET AL.                    PAGE - 1 -