Isaac D. Zorea
Law Office of Isaac Derek Zorea
P.O. Box 210434
Anchorage, AK 99521
(907) 677-3779
(907) 644-2802 facsimile

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| CAROLYN MITCHELL,<br>　　　　Plaintiff,<br>　　vs.<br><br>ANCHORAGE POLICE DEPARTMENT and the MUNICIPALITY OF ANCHORAGE, a municipal corporation, WALTER MONEGAN, Officer HENIKMAN, and Officer J. VOSS,<br>　　　　Defendants. | ) <br> ) <br> ) <br> ) DECLARATION OF ISAAC<br> ) ZOREA IN SUPPORT OF<br> ) PLAINTIFF'S MOTION<br> ) FOR PARTIAL SUMMARY<br> ) JUDGMENT<br> ) <br> ) Case No. 3:05-cv-00273-JWS |

I, Isaac Derek Zorea, declare as follows:

1. I am competent to testify to the matters set forth and do so based on my personal knowledge.

2. I am one of the attorneys representing the above-named Plaintiff in this matter.

3. Attached hereto as **EXHIBIT A** is a true and correct copy of selected portions of Monegan's Responses to Plaintiff's Requests for Admissions.

4. Attached hereto as **EXHIBIT B** is a true and correct copy of selected portions of Officer Justin Voss's Responses to Plaintiff's Interrogatories and Requests for Production.

5. Attached hereto as **EXHIBIT C** is a true and correct copy of selected portions of Officer Ross Henikman's Responses to Plaintiff's Interrogatories and Requests for Production.

6. Attached hereto as **EXHIBIT D** is a true and correct copy of the Affidavit of Carolyn Mitchell.

7. Attached hereto as **EXHIBIT E** is a true and correct copy of Officer Ross Henikman's Responses to Plaintiff's Requests for Admissions.

8. Attached hereto as **EXHIBIT F** is a true and correct copy of Officer Justin Voss's Responses to Plaintiff's Requests for Admissions.

9. Attached hereto as **EXHIBIT G** is a true and correct copy of the transcript of Videotape Deposition of Officer Ross Henikman.

10. Attached hereto as **EXHIBIT H** is a true and correct copy of the transcript of Videotape Deposition of Officer Justin C Voss.

11. Attached hereto as **EXHIBIT I** is a true and correct copy of Monegan's Responses to Plaintiff's Interrogatories and Requests for Production.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

Dated this 30th day of April, 2007.

          S/ Isaac Zorea
Law Offices of Isaac D Zorea
P.O. Box 210434
Anchorage, AK 99521
907-830-1385
907-677-3779
Eyedz@gci.net