Joyce Weaver Johnson
Assistant Municipal Attorney
Municipal Attorney's Office
P.O. Box 196650
Anchorage, Alaska 99519-6650
Phone: (907) 343-4545
Fax: (907) 343-4550
E-mail: uslit@muni.org

Attorney for Defendants
Municipality of Anchorage
Anchorage Police Department
Walt Monegan
Officers Voss and Henikman

**IN THE UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF ALASKA**

| | |
|---|---|
| CAROLYN MITCHELL, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | ) |
| | ) |
| ANCHORAGE POLICE DEPARTMENT and | ) |
| the MUNICIPALITY OF ANCHORAGE, a | ) |
| municipal corporation, WALTER MONEGAN, | ) |
| Officer HENIKMAN, and Officer J. VOSS, | ) |
| | ) |
| Defendants. | ) Case No. 3:05-cv-00273-JWS |
| | ) |

**MOTION TO ACCEPT CONVENTIONAL FILING OF EXHIBIT F**

Defendants, through counsel, the Municipal Attorney's Office, hereby request that this court allow Exhibit F, (VHS tape) to filed physically with this court in support of the Motion for Summary Judgment.

    Respectfully submitted this 1st day of May, 2007.

                                              JAMES N. REEVES
                                              Municipal Attorney

                                        By:   s/ Joyce Weaver Johnson
                                                 Municipal Attorney's Office
                                                 P.O. Box 196650
                                                 Anchorage, Alaska 99519-6650
                                                 Phone: (907) 343-4545
                                                 Fax: (907) 343-4550
                                                 E-mail: uslit@muni.org
                                                 Alaska Bar No. 9306029

The undersigned hereby certifies that on 05/01/07 a true and correct copy of the *Motion to Accept Conventional Filing of Exhibit F* was served on:

Isaac D. Zorea
and
Moshe C. Zorea

by first class regular mail, if noted above, or by electronic means through the ECF system as indicated on the Notice of Electronic Filing.

 s/ Sheri Curro
Sheri Curro, Legal Secretary
Municipal Attorney's Office