## TABLE OF CONTENTS

Exhibit A    Transcript of Videotape Deposition of Officer Ross Henikman.

Exhibit B    Transcript of Videotape Deposition of Officer Justin C Voss.

Exhibit C    Anchorage Police Department Police Report.

Exhibit D    Officer Ross Henikman's Responses to Plaintiff's Requests for Admissions.

Exhibit E    Officer Justin Voss's Responses to Plaintiff's Requests for Admissions.