# EXHIBIT C

# Anchorage Police Department
## POLICE REPORT

**Original**
**Report Number:** 04-20935

| Olc Comp | DV | Drug | Alco | Arrest | Hate |
|---|---|---|---|---|---|
| | | | | X | |

**Cross Ref Report Number:**

**Type of Case (From approved list):** Robbery
**Date and Time of Incident:** 5-8-2004 — / 1528
**Day of Week:** Saturday
**Location of Incident:** 600 E. Northern Lights Blvd.
**Area:** 22
**Date and Time of Report:** 5-8-2004 / 1530
**Type and Extent of Injury:** none
**Business Name:** Wells Fargo
**What Tool/Weapon/Substance Used?** Gun - Implied
**How was Tool/Weapon/Substance Used?**
**Total Value Damaged:** n/a
**Total Value Stolen/Recovered:** none

### PER 1
**Code:** CV
**Name (Last, First, Middle):** Touray, Yagga
**Age:** 18
**AKA/Maiden/Nicknames(s):**
**DOB:** 2-20-1986
**SSN:** 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
**OL #, State:** 6910462
**Race:** B
**Sex:** F
**Hgt:** 5
**Wt:** 120
**Hair:** BLK
**Eyes:** BLK
**Physical Address:** 8124 E. 6th Avenue
**Home Telephone:** 337-4412
**Mailing Address:** same
**Work Name and Address:** Wells Fargo- Sears Mall Branch
**Work Telephone:**
**Interviewed By:** FBI
**Taped?:** N

### PER 2
**Code:** S
**Name (Last, First, Middle):** Washington, Cynthia Marie
**Age:** 41
**AKA/Maiden/Nicknames(s):**
**DOB:** 2-12-1963
**SSN:** 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
**OL #, State:** 5765160
**Race:** B
**Sex:** F
**Hgt:** 5 07
**Wt:** 200
**Hair:** BRO
**Eyes:** BLK
**Physical Address:** Anchor Arms
**Home Telephone:**
**Mailing Address:** same
**Work Name and Address:**
**Work Telephone:**
**Interviewed By:** FBI
**Taped?:** N

### VEH 1
**Code:** S
**Year:**
**Make:** Alaska Cab
**Model:**
**Body Style:**
**Colors:** Blue/White Top/Bottom
**License Number and State:** Unknown
**VIN:**
**Impounded:**
**Location of Keys:**

**Narrative or Synopsis**
On 5-8-2004 at about 1530 hours, APD Officers responded to the Wells Fargo bank inside the Sears Mall (600 E. Northern Lights Blvd.), reference a robbery with a gun. Dispatch advised the suspect was a heavy set black female adult last seen wearing a dark blue shirt, dark sunglasses carrying some type of bag and was now walking away from the bank, eastbound inside the Sears Mall. I contacted the victim bank teller, YAGGA TOURAY who said the suspect mentioned she had a gun and needed to give her the money. TOURAY said the suspect had given her the name CYNTHIA WASHINGTON. TOURAY said she hit her alarm and tried to pass a note to another teller saying she was being robbed and then another note telling her the suspect had a gun. TOURAY described the suspect as a dark skinned black female adult in her thirties about five feet nine inches tall. TOURAY said she was wearing a black headband or bandana, a dark T-shirt, and dark sunglasses. TOURAY said she did not give the suspect any money. APD officers closed down the mall and searched the Mall and had TOURAY do four show-ups with the results being all negative. At about 1815 hours OFC. WITTE detained a suspect at the Anchor Arms Hotel. The suspect was a CYNTHIA MARIE WASHINGTON, which TOURAY positively identified as the suspect. WASHINGTON was placed under arrest and turned over to FBI Custody. CASE STATUS: Closed by arrest.

000001

**Officer:** E. Smith
**DSN:** 25137
**Date:** 5/8/2004
**Supervisor DSN:**
**Follow-Up:** X Detective
**Case Status:** X Closed

Exhibit C – Page 1

| ORIGINAL | INVESTIGATIONS | CLASSIFICATION | GOLDENROD |

# NARRATIVE FORM

Case No: 04-20935

Cross Ref:

Date Occurred: 5-8-2004

Type Crime: Robbery          Location: 600 E Northern Lights          Suspect:

DISPATCH: On 5-8-2004, I heard the Alert tone sound followed by a report of the Wells Fargo bank in the Sears mall had been robbed at gun point. I responded from the police station Code 3.

The suspect information was a Black female walking west in the mall towards the Sears store.

The initial description was a black female wearing old style "puma" type shoes, with a head wrap and dark jacket.

ARRIVAL: I arrived and parked on the south west side near Denali. I entered the bank to assist Officer E. Smith with Interviews.

INFORMATION: There is only one entrance into the bank and it is also the only exit. The entrance is located on the north west corner of the bank, which leads out to the mall. There are several large windows on either side of the wooden doors, it is possible to see people as the enter and exit from the bank. The teller counters are on the east side of the bank and the tellers are facing the front door and can see customers as the enter/exit. Above each teller station are individual surveillance cameras mounted on the ceiling. The teller counters are numbered starting with the southern most walk up window as #1, #3 was where the suspect was at.

CONTACT WITH GOODWIN STUPPARD: Stuppard said he was standing in line and saw a Black female in her mid 30's standing at one of the tellers. He said her hair was dark and looked messed up like she had just woke up. He said when she left he saw that she was wearing sunglasses. He did not think he would recognize the female again he was not paying close attention and was not aware of anything going on.

CONTACT WITH BILLY BLANE: Blane was standing in line with Stuppard, they were together. He said he didn't know anything about a Robbery and never saw the female. He was just there because of Stuppard.

CONTACT WITH DAVID BARR: Barr was standing at a counter which on the west wall filling out a withdrawal slips. He said that he was with Alice Moore, he did not see anything unusual and did notice a Black female at a teller window but nothing more.

CONTACT WITH ALICE MOORE: Moore said she was with Barr and did not see the female or know anything was going on.

000005

| Name: R. Blanton DSN:27444 | May 9, 2004 | 1 |

Exhibit C – Page 2

| ORIGINAL | INVESTIGATIONS | CLASSIFICATION | GOLDENROD |



# NARRATIVE FORM

Case No: 04-20935

Cross Ref:

Date Occurred: 5-8-2004

Type Crime: Robbery    Location: 600 E Northern Lights    Suspect:

CONTACT WITH ELVIN AYGUN: Aygun is a teller at Wells Fargo, she was working the teller window to the left of where the suspect female was standing. She said she saw the female and described her as large with a dark complexion, she said she was wearing sunglasses, a headband or hair wrap of some type, a black jacket and was carrying a bag. She wrote down a description and I turned it over to the FBI agent in charge David Little.

CONTACT WITH MELISSA ADAMS: Adams is a teller at Wells Fargo and was working at teller window #5. She said she saw the female at Yagga's teller window #3 and described her as black female very heavy, wearing sunglasses, a dark jacket, carrying a large bag. She saw the note that Yagga wrote which read "she has a gun". Adams told me the suspect had written the name Cynthia Washington on the withdrawal slip that she took with her. Adams told me the suspect appeared to get frustrated and left without getting any money. Adams also wrote out a short description which was given to FBI Agent Little.

CONTACT WITH CAROLA DIAZ-RIVERIA: Diaz is employed by Wells Fargo and was working a teller window #4 just to the right of where the suspect was at. She said she heard female speaking and thought she had a slight southern accent. She described the female as black with dark hair possibly curled, the female was dark skinned, wearing dark sun glasses. She said she had full lips. She heard the female ask for a withdrawal slip and saw her trying to lean over the counter top to see what was going on behind the counter.

SUSPECT INFORMATION: I saw a color photograph of the surveillance camera that was taken of the suspect on the bank computer. The suspect was wearing a dark colored item over her hair, dark sunglasses, a black jacket, dark blue shirt with a lighter blue shirt underneath that one, she was carrying a black bag with tan straps, and she was also wearing a ring on her left hand, a watch on her left wrist, another ring on her right hand. I aired the current description of the suspect over the radio to officers that were searching the area for the suspect.

INFORMATION: FBI agent David Little advised that he was going to interview the teller that was robbed and he was the lead agent handling the case. I briefed him about the information we had learned and left the scene.

A little while later I was informed by dispatch that a female was calling saying her daughter had seen 3 suspicious people getting into a blue and white cab at the time the police were showing up. She said there was 2 black females and one black male. I called Agent Little and gave him the information and contact phone number. I returned to the Sears mall and checked with Sears security

Name: R. Blanton DSN:27444    May 9, 2004    2

000006

Exhibit C – Page 3

| ORIGINAL | INVESTIGATIONS | CLASSIFICATION | GOLDENROD |

# NARRATIVE FORM

Case No: 04-20935

Cross Ref:

Date Occurred: 5-8-2004

Type Crime: Robbery    Location: 600 E Northern Lights    Suspect:

to see if they had recorded a cab in the area at the time of the Robbery. Sears security said they didn't see a cab on the video.

I was advised that Officers at 433 Eagle st may have stopped the suspect from the Robbery, I responded to that location. They advised she identified herself as Cynthia Washington. I advised them I was enroute. I called Agent Little and briefed him, he said he was going back to the bank to try and contact the teller for a show up.

OBSERVATIONS: I arrived at the Anchor Arms Inn( 433 Eagle st). I saw Officers Witte, Rhodes and Weissenberger standing near the building talking to a black female. The female was wearing dark blue sweat pants, a light blue shirt, a black wrap on her head, blue shoes with a white/silver strip on them. She was in possession of a black bag with tan straps that looked like the bag I saw in the photograph of the suspect, Washington looked like the female I saw in the photograph.

CONTACT WITH CYNTHIA WASHINGTON: I introduced myself to Washington and told her that she was not under arrest but she fit the description of a person we were looking for, I told her that Agent Little wanted to speak to her and he was on the way. She told me she had been in room #101 all day and had not gone anywhere. She said the black bag was hers. She told me her right knee was bad and asked to sit down, I told her that was okay, she started crying and saying she had not done anything. Washington asked for a jacket, Officer Rhodes got one for her, it was a tan puffy jacket and was retrieved from room #101.

Washington asked what the person had done that we were looking for, I told her they had robbed a bank, she started crying saying she was homeless, didn't have any money and did not rob any bank.

INFORMATION: Agent Little and Officer E. Smith arrived, Officer Smith had the victim of the robbery in his vehicle for a show up. He later told me the victim positively identified Washington as the person that robbed the bank.

ACTION TAKEN: Agent Little advised me to place Washington into custody and asked if I would transport her to his office. I placed Washington in handcuffs and told her she was under arrest, she started crying. I transported her to the FBI Office.

I waited with Agent Little until another agent arrived to assist him. Washington was placed in an interview room while waiting, she was constantly crying.

**000007**

| Name: R. Blanton DSN:27444 | May 9, 2004 | 3 |

Exhibit C – Page 4