EXHIBIT E

Joyce Weaver Johnson
Assistant Municipal Attorney
Municipal Attorney's Office
P.O. Box 196650
Anchorage, Alaska 99519-6650
Phone: (907) 343-4545
Fax: (907) 343-4550
E-mail: uslit@muni.org

Attorney for Defendants
Municipality of Anchorage
Anchorage Police Department
Walt Monegan
Officers Voss and Henikman

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| CAROLYN MITCHELL, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | |
| ) | |
| ANCHORAGE POLICE DEPARTMENT and ) | |
| the MUNICIPALITY OF ANCHORAGE, a ) | |
| municipal corporation, WALTER MONEGAN, ) | |
| Officer HENIKMAN, and Officer J. VOSS, ) | |
| ) | |
| Defendants. ) | Case No. 3:05-cv-00273-JWS |
| ) | |

## OFFICER JUSTIN VOSS'S RESPONSES TO PLAINTIFF'S REQUESTS FOR ADMISSIONS

Defendant Officer Justin Voss responds to Plaintiff's requests for admissions dated October 2, 2006, as follows:

MUNICIPALITY OF ANCHORAGE
OFFICE OF THE MUNICIPAL ATTORNEY
P.O. Box 196650
Anchorage, Alaska 99519-6650
Telephone: 343-4545
Facsimile: 343-4550

Exhibit E – Page 1

**REQUEST FOR ADMISSION NO. 1:** Please admit or deny that during the incident on May 8, 2004, you pointed a weapon at plaintiff Carolyn Mitchell.

**ANSWER:**

Deny. The weapon was pointed in her direction but not at her.

**REQUEST FOR ADMISSION NO. 2:** Please admit or deny that during the incident on May 8, 2004, at or near the Sears Mall, you did assist Officer Henikman detain plaintiff Carolyn Mitchell.

**ANSWER:**

Admit.

**REQUEST FOR ADMISSION NO. 3:** Please admit or deny that during the incident on May 8, 2004, when you arrived at or near the Sears Mall, you were not responding to an arrest warrant for plaintiff Carolyn Mitchell.

**ANSWER:**

Admit.

**REQUEST FOR ADMISSION NO. 4:** Please admit or deny that during the incident on May 8, 2004, when you pointed a weapon at plaintiff Carolyn Mitchell, you did not have probable cause to believe that she had committed a felony.

MUNICIPALITY OF ANCHORAGE
OFFICE OF THE UNICIPAL ATTORNEY
P.O. Box 196650
Anchorage, Alaska 99519-6650
Telephone: 343-4545
Facsimile: 343-4550

Officer Justin Voss's Responses to Requests for Admissions
Case No. 3:05-cv-00273-JWS
Page 2 of 5

Exhibit E – Page 2

**ANSWER:**

Objection, the question assumes facts which are contrary to the evidence; the question assumes Mitchell was arrested; *see* responses to other Requests for Admissions. Notwithstanding objections, admit.

**REQUEST FOR ADMISSION NO. 5:** Please admit or deny that during the incident on May 8, 2004, when you pointed a weapon at plaintiff Carolyn Mitchell, you did so in your official capacity as a police officer for Anchorage Police Department.

**ANSWER:**

Objection, the question assumes facts which are contrary to the evidence; *see* responses to Requests for Admissions Nos. 1 and 4 above. Notwithstanding objection, admit.

**REQUEST FOR ADMISSION NO. 6:** Please admit or deny that during the incident on May 8, 2004, when you pointed your weapon at plaintiff Carolyn Mitchell, you did so in a location that was clearly visible to pedestrians and vehicles moving eastward on Benson Boulevard.

**ANSWER:**

Objection, the question assumes facts which are contrary to the evidence; *see* responses to Requests for Admissions Nos. 1, 4 and 5 above. Aside from the discrepancies in the question, admit that the location was visible from Benson.

MUNICIPALITY
OF
ANCHORAGE

OFFICE OF THE
MUNICIPAL ATTORNEY

P.O. Box 196650
Anchorage, Alaska
99519-6650

Telephone: 343-4545
Facsimile: 343-4550

Officer Justin Voss's Responses to Requests for Admissions
Case No. 3:05-cv-00273-JWS
Page 3 of 5

Exhibit E – Page 3