Isaac D. Zorea
Law Office of Isaac Derek Zorea
P.O. Box 210434
Anchorage, AK 99521
(907) 677-3779
(907) 644-2802 facsimile

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| CAROLYN MITCHELL,<br>　　　Plaintiff,<br>　vs.<br><br>ANCHORAGE POLICE DEPARTMENT and the<br>MUNICIPALITY OF ANCHORAGE, a<br>municipal corporation, WALTER MONEGAN,<br>Officer HENIKMAN, and Officer J. VOSS,<br>　　　Defendants.<br>_____ | [PROPOSED] ORDER<br>DENYING DEFENDANTS'<br>MOTION FOR SUMMARY<br>JUDGMENT<br><br>Case No. 3:05-cv-00273-JWS |

Defendants having moved this Court for summary judgment pursuant to Federal R. Civ. P. 56, on all issues raised by Plaintiff, Carolyn Mitchell, and this Court having considered any opposition and reply and being duly advised of the premises,

IT IS HEREBY ORDERED:

Defendants' Motion for Summary Judgment is DENIED.

Dated this _____ day of _____ 2007.

By: _____
　　John W. Sedwick
　　U.S. District Judge

PROPOSED ORDER: MITCHELL v. MOA, POLICE DEPARTMENT, ET AL.　　　PAGE - 1 -