Isaac D. Zorea
Law Office of Isaac Derek Zorea
P.O. Box 210434
Anchorage, AK 99521
(907) 677-3779
(907) 644-2802 facsimile

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| CAROLYN MITCHELL,  <br>　　　　Plaintiff,  <br>　　vs.  <br>ANCHORAGE POLICE DEPARTMENT and the MUNICIPALITY OF ANCHORAGE, a municipal corporation, WALTER MONEGAN, Officer HENIKMAN, and Officer J. VOSS,  <br>　　　　Defendants. | DECLARATION OF ISAAC ZOREA IN SUPPORT OF PLAINTIFF'S RESPONSE TO DEFENDANT'S MOTION FOR JUDGMENT  <br><br>Case No. 3:05-cv-00273-JWS |

I, Isaac Derek Zorea, declare as follows:

1. I am competent to testify to the matters set forth and do so based on my personal knowledge.

2. I am one of the attorneys representing the above-named Plaintiff in this matter.

3. Attached hereto as **EXHIBIT A** is a true and correct copy of the transcript of Videotape Deposition of Officer Ross Henikman.

4. Attached hereto as **EXHIBIT B** is a true and correct copy of the transcript of Videotape Deposition of Officer Justin C Voss.

5. Attached hereto as **EXHIBIT C** is a true and correct copy of selected portions of Anchorage Police Department Police Report.

6. Attached hereto as **EXHIBIT D** is a true and correct copy Officer Ross Henikman's Responses to Plaintiff's Interrogatories and Requests for Production.

7. Attached hereto as **EXHIBIT E** is a true and correct copy of Officer Justin Voss's Responses to Plaintiff's Requests for Admissions.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

Dated this 18th day of May, 2007.

 S/ Isaac Zorea
Law Offices of Isaac D Zorea
P.O. Box 210434
Anchorage, AK 99521
907-830-1385
907-677-3779
Eyedz@gci.net

DECLARATION OF ISAAC ZOREA IN SUPPORT OF PLAINTIFF'S RESPONSE
TO DEFENDANTS' MOTION FOR SUMMARY JUDGMENT: MITCHELL V. MOA            PAGE - 2 -

<u>Certificate of Service</u>

I hereby certify that on May 18, 2007 I electronically filed the foregoing with the Clerk of Court using the CM/ECF system which sent notification to the following:

    Joyce Weaver Johnson

and I hereby certify that I have mailed by United States Postal Service the document to the following non CM/ECF participants:

    none.

Dated this 18th day of May, 2007, at Anchorage, Alaska.

 S/ Isaac Zorea
   Law Offices of Isaac D Zorea
   P.O. Box 210434
   Anchorage, AK 99521
907-830-1385
   907-677-3779
   Eyedz@gci.net