Joyce Weaver Johnson
Assistant Municipal Attorney
Municipal Attorney's Office
P.O. Box 196650
Anchorage, Alaska 99519-6650
Phone: (907) 343-4545
Fax: (907) 343-4550
E-mail: uslit@muni.org

Attorney for Defendants
Municipality of Anchorage
Anchorage Police Department
Walt Monegan
Officers Voss and Henikman

**IN THE UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF ALASKA**

| | |
|---|---|
| CAROLYN MITCHELL, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | ) |
| | ) |
| ANCHORAGE POLICE DEPARTMENT and the MUNICIPALITY OF ANCHORAGE, a municipal corporation, WALTER MONEGAN, Officer HENIKMAN, and Officer J. VOSS, | ) ) ) ) |
| | ) |
| Defendants. | ) Case No. 3:05-cv-00273-JWS |
| | ) |

**MOTION FOR EXTENSION OF TIME FOR REPLY/RESPONSE**

Defendants move this Court for an extension of time to reply to Plaintiff's Opposition to their Motion for Summary Judgment. The extension is sought from the original due date (today) to June 12. Defendants submit this request does not exceed a reasonable period of time, particularly as no trial date has been set. The reasons set forth

in the accompanying Affidavit of Counsel provide good cause; Defendants need more time to prepare an appropriate reply.

Defendants requested the agreement of Plaintiff's counsel to this extension, but Plailntiff's counsel was undecided whether to oppose the extension. *See* Affidavit of Counsel.

Respectfully submitted this 31st day of May, 2007.

                JAMES N. REEVES
                Municipal Attorney

By: s/ Joyce Weaver Johnson
     Municipal Attorney's Office
     P.O. Box 196650
     Anchorage, Alaska 99519-6650
     Phone: (907) 343-4545
     Fax: (907) 343-4550
     E-mail: uslit@muni.org
     Alaska Bar No. 9306029

The undersigned hereby certifies that on 05/31/07 a true and correct copy of the *Motion for Extension of Time for Reply/Response & Proposed Order* was served on:

Isaac D. Zorea
and
Moshe C. Zorea

by first class regular mail, if noted above, or by electronic means through the ECF system as indicated on the Notice of Electronic Filing.
 s/ Sheri Curro
Sheri Curro, Legal Secretary
Municipal Attorney's Office