Joyce Weaver Johnson
Assistant Municipal Attorney
Municipal Attorney's Office
P.O. Box 196650
Anchorage, Alaska 99519-6650
Phone: (907) 343-4545
Fax: (907) 343-4550
E-mail: uslit@muni.org

Attorney for Defendants
Municipality of Anchorage
Anchorage Police Department
Walt Monegan
Officers Voss and Henikman

# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| CAROLYN MITCHELL, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | ) |
| | ) |
| ANCHORAGE POLICE DEPARTMENT and the MUNICIPALITY OF ANCHORAGE, a municipal corporation, WALTER MONEGAN, Officer HENIKMAN, and Officer J. VOSS, | ) ) ) ) |
| | ) |
| Defendants. | ) Case No. 3:05-cv-00273-JWS |
| | ) |

### PROPOSED ORDER ON MOTION FOR EXTENSION FOR REPLY/RESPONSE

The Court having reviewed Defendants' Motion for Extension of Time for Reply/Response, and any Opposition thereto, and being advised of the premises, hereby ORDERS:

The Motion for Extension is granted. Defendants shall have until June 12 to file their Reply to the Opposition to their Motion for Summary Judgment.

Dated this _____ day of_____ 2007.


By:_____
John W. Sedwick
U. S. District Judge