Joyce Weaver Johnson
Assistant Municipal Attorney
Municipal Attorney's Office
P.O. Box 196650
Anchorage, Alaska 99519-6650
Phone: (907) 343-4545
Fax: (907) 343-4550
E-mail: uslit@muni.org

Attorney for Defendants
Municipality of Anchorage
Anchorage Police Department
Walt Monegan
Officers Voss and Henikman

**IN THE UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF ALASKA**

| | |
|---|---|
| CAROLYN MITCHELL, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | ) |
| | ) |
| ANCHORAGE POLICE DEPARTMENT and | ) |
| the MUNICIPALITY OF ANCHORAGE, a | ) |
| municipal corporation, WALTER MONEGAN, | ) |
| Officer HENIKMAN, and Officer J. VOSS, | ) |
| | ) |
| Defendants. | ) Case No. 3:05-cv-00273-JWS |
| | ) |

**AFFIDAVIT OF COUNSEL**

| | |
|---|---|
| STATE OF ALASKA | ) |
| | ) ss. |
| THIRD JUDICIAL DISTRICT | ) |

Joyce Weaver Johnson, being duly sworn under oath, deposes and states as follows:

1. I am the Assistant Municipal Attorney primarily representing the four Municipal Defendants in this case.

2. On May 18 Plaintiff served her Opposition to our April 30 Motion for Summary Judgment. Her Opposition was 25 pages long and emphasized case authorities unfamiliar to us. We are reviewing the authorities and theories she presented to determine whether they alter our legal analysis of this case.

3. I have a heavy workload of other cases and, on a daily basis, the obligation to advise clients. I am also dealing with pretrial deadlines in a serious injury case set for a jury trial in July. Accordingly, I need more time to prepare a proper reply.

4. Today I spoke with co-counsel for Plaintiff, Isaac Zorea, requesting his agreement to this extension in order to avoid the need for a motion. Mr. Zorea said he would not stipulate to an extension and was undecided whether to oppose it. He said I needed to go ahead and file a motion, after which he would decide whether to oppose it.

Respectfully submitted this 31st day of May, 2007.

JAMES N. REEVES
Municipal Attorney

By:  s/ Joyce Weaver Johnson
     Municipal Attorney's Office
     P.O. Box 196650
     Anchorage, Alaska 99519-6650
     Phone: (907) 343-4545
     Fax: (907) 343-4550
     E-mail: uslit@muni.org
     Alaska Bar No. 9306029

The undersigned hereby certifies that on 05/31/07 a
true and correct copy of the *Affidavit of Counsel in Support of
Motion for Extension of Time for Reply/Response* was served on:

Isaac D. Zorea
and
Moshe C. Zorea

by first class regular mail, if noted above, or by electronic
means through the ECF system as indicated on the Notice
of Electronic Filing.
 s/ Sheri Curro
Sheri Curro, Legal Secretary
Municipal Attorney's Office

Affidavit of Counsel in Support of Motion for Extension of Time for Reply/Response
Case No. 3:05-cv-00273-JWS
Page 3 of 3