Isaac D. Zorea
Law Office of Isaac Derek Zorea
P.O. Box 210434
Anchorage, AK 99521
(907) 677-3779
(907) 644-2802 facsimile

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| CAROLYN MITCHELL, | ) |
|     Plaintiff, | ) |
|     vs. | ) |
| | ) [PROPOSED] ORDER |
| ANCHORAGE POLICE DEPARTMENT and the | ) DENYING DEFENDANTS' |
| MUNICIPALITY OF ANCHORAGE, a | ) REQUEST FOR TIME |
| municipal corporation, WALTER MONEGAN, | ) EXTENSION |
| Officer HENIKMAN, and Officer J. VOSS, | ) |
|     Defendants. | ) |
| _____ | ) Case No. 3:05-cv-00273-JWS |

Defendants having moved this Court for an extension of time to file its

response brief to Mitchell's opposition to its motion for summary judgment, and this

Court having considered any opposition and reply and being duly advised of the

premises,

IT IS HEREBY ORDERED:

Defendants' request for an extension of time is DENIED.

Dated this _____ day of _____ 2007.

By: _____
John W. Sedwick
U.S. District Judge

PROPOSED ORDER: MITCHELL V. MOA, POLICE DEPARTMENT, ET AL.                    PAGE - 1 -