# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| CAROLYN MITCHELL, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | |
| ) | |
| ANCHORAGE POLICE DEPARTMENT and ) | |
| the MUNICIPALITY OF ANCHORAGE, a ) | |
| municipal corporation, WALTER MONEGAN, ) | |
| Officer HENIKMAN, and Officer J. VOSS, ) | |
| ) | |
| Defendants. ) Case No. 3:05-cv-00273-JWS | |
| ) | |

## ORDER ON MOTION FOR EXTENSION FOR REPLY/RESPONSE

The Court having reviewed Defendants' Motion for Extension of Time for Reply/Response, and any Opposition thereto, and being advised of the premises, hereby ORDERS:

The Motion for Extension is granted. Defendants shall have until June 12 to file their Reply to the Opposition to their Motion for Summary Judgment.

The court has considered plaintiff's opposition and does not discount her interest in moving the case forward. However, the court concludes that it is better to have a fully briefed motion than not, and good cause has been shown for the modest enlargement of time requested. Defense counsel is warned that the court is highly unlikely to grant any further enlargement of time

Dated this 1st day of June 2007.

/s/ John W. Sedwick
U. S. District Judge