Joyce Weaver Johnson
Assistant Municipal Attorney
Municipal Attorney's Office
P.O. Box 196650
Anchorage, Alaska 99519-6650
Phone: (907) 343-4545
Fax: (907) 343-4550
E-mail: uslit@muni.org

Attorney for Defendants
Municipality of Anchorage
Anchorage Police Department
Walt Monegan
Officers Voss and Henikman

**IN THE UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF ALASKA**

| | |
|---|---|
| CAROLYN MITCHELL, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | ) |
| | ) |
| ANCHORAGE POLICE DEPARTMENT and the MUNICIPALITY OF ANCHORAGE, a municipal corporation, WALTER MONEGAN, Officer HENIKMAN, and Officer J. VOSS, | ) |
| | ) |
| Defendants. | ) Case No. 3:05-cv-00273-JWS |
| | ) |

**PROPOSED ORDER ON DEFENDANTS'
MOTION FOR EXTENSION OF TIME
(ON SHORTENED TIME)**

Defendants having moved, on shortened time, for an extension of time to file their Motion to Reconsider, IT IS HEREBY ORDERED:

Defendants shall file their Motion to Reconsider no later than January 15, 2008.

Dated this _____ day of_____ 2008.


By:_____
    John W. Sedwick
    U. S. District Judge