Joyce Weaver Johnson
Assistant Municipal Attorney
Municipal Attorney's Office
P.O. Box 196650
Anchorage, Alaska 99519-6650
Phone: (907) 343-4545
Fax: (907) 343-4550
E-mail: uslit@muni.org

Attorney for Defendants
Municipality of Anchorage
Anchorage Police Department
Walt Monegan
Officers Voss and Henikman

**IN THE UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF ALASKA**

| | |
|---|---|
| CAROLYN MITCHELL, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | ) |
| | ) |
| ANCHORAGE POLICE DEPARTMENT and | ) |
| the MUNICIPALITY OF ANCHORAGE, a | ) |
| municipal corporation, WALTER MONEGAN, | ) |
| Officer HENIKMAN, and Officer J. VOSS, | ) |
| | ) |
| Defendants. | ) Case No. 3:05-cv-00273-JWS |
| | ) |

## AFFIDAVIT OF COUNSEL

STATE OF ALASKA            )
                           ) ss.
THIRD JUDICIAL DISTRICT    )

　　Joyce Weaver Johnson, being first duly sworn upon oath, deposes and states as follows:

1. I am the Assistant Municipal Attorney principally handling the defense of the Municipality of Anchorage, Walt Monegan and Officers Henikman and Voss in this case. I make this Affidavit of my own personal knowledge.

2. We are preparing our Motion for Reconsideration of this Court's Order and Opinion (Dkt. 76) dated December 26, 2007. Tomorrow, January 3, 2008, is the deadline to move for reconsideration.

3. We expect to file affidavits with our Motion. During the holidays, with many people on leave, we have had difficulty making contact and working with the appropriate persons to prepare affidavits.

4. For these reasons, we request additional time, until January 15, to file Defendants' Motion to Reconsider.

5. Because the deadline is currently set tomorrow, we deemed it necessary to move for the extension on shortened time.

Respectfully submitted this 2nd day of January, 2008.

JAMES N. REEVES
Municipal Attorney

By:  s/ Joyce Weaver Johnson
     Municipal Attorney's Office
     P.O. Box 196650
     Anchorage, Alaska 99519-6650
     Phone: (907) 343-4545
     Fax: (907) 343-4550
     E-mail: uslit@muni.org
     Alaska Bar No. 9306029

The undersigned hereby certifies that on 1/2/08 a true and correct copy of the *Affidavit of Counsel in Support of Motion to Extend Deadline* was served on

Isaac D. Zorea
and
Moshe C. Zorea

by first class regular mail, if noted above, or by electronic means through the ECF system as indicated on the Notice of Electronic Filing.

 s/ Sheri Curro
Sheri Curro, Legal Secretary
Municipal Attorney's Office