Isaac D. Zorea
Law Office of Isaac Derek Zorea
P.O. Box 210434
Anchorage, AK 99521
(907) 677-3779
(907) 644-2802 facsimile

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| CAROLYN MITCHELL, ) | |
| Plaintiff, ) | |
| vs. ) | |
| ) | [PROPOSED] ORDER |
| ANCHORAGE POLICE DEPARTMENT and the ) | DENYING DEFENDANTS' |
| MUNICIPALITY OF ANCHORAGE, a ) | MOTION TO RECONSIDER |
| municipal corporation, WALTER MONEGAN, ) | ORDER AND OPINION |
| Officer HENIKMAN, and Officer J. VOSS, ) | |
| Defendants. ) | |
| _____ ) | Case No. 3:05-cv-00273-JWS |

Defendants filed (Doc. 79) a Motion to Reconsider this Court's Order and Opinion (Doc. 76), which granted Plaintiff summary judgment on the tort of false arrest. The Court has reviewed the Motion. This Court having considered any opposition and reply and being duly advised of the premises,

IT IS HEREBY ORDERED:

Defendants Motion for Reconsideration is DENIED.

The Court has refused to consider any of the new evidence submitted with Defendants' Motion, since this evidence did not represent any newly discovered

PROPOSED ORDER: MITCHELL V. MOA, POLICE DEPARTMENT, ET AL.                                PAGE - 1 -

1  evidence and is therefore untimely.  Defendants provided no grounds for

2  reconsideration, and therefore the motion fails.

      Dated this _____ day of _____ 2008.

                                    By: _____
                                          John W. Sedwick
                                          U.S. District Judge