Isaac D. Zorea
Law Office of Isaac Derek Zorea
P.O. Box 210434
Anchorage, AK 99521
(907) 677-3779
(907) 644-2802 facsimile

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| CAROLYN MITCHELL, | ) |
|     Plaintiff, | ) |
| vs. | ) |
| | ) |
| ANCHORAGE POLICE DEPARTMENT and the | ) |
| MUNICIPALITY OF ANCHORAGE, a | ) |
| municipal corporation, WALTER MONEGAN, | ) |
| Officer HENIKMAN, and Officer J. VOSS, | ) |
|     Defendants. | ) |

Case No. 3:05-cv-00273-JWS

### CERTIFICATION OF READINESS FOR TRIAL

Comes now, Isaac D. Zorea, counsel for plaintiff Carolyn Mitchell, acting pursuant to court order, docket 87, to provide the following Certification of Readiness for Trial.

Having consulted with defendants' counsel, Joyce Weaver Johnson, it has been decided that discovery is complete. However, Ms. Weaver has stated her desire, and intent, to file with this court a dispositive motion concerning issues of defendants' immunity. Ms. Weaver has requested an April 15, 2008 deadline for filing her dispositive motion on this matter.

Counsels for plaintiff ardently oppose any further dispositive motions in this

case. Plaintiff's counsels argue that it has been over a year since the deadline for dispositive motions has passed. Plaintiff's counsels believe that permitting additional dispositive motions at this date unjustly prejudices her case by stretching out the pretrial deadlines beyond normal time periods. If defendants had issues of immunity they should have filed these along with the motions for summary judgment.

Consequently, counsels for defendant and plaintiff are in disagreement concerning whether any matters remain for this court to address prior to trial. As such, the parties request a status conference with this court wherein these remaining issues can be addressed, and resolved.

Respectfully submitted this 24th day of March 2008.

S/ Isaac Zorea
Law Offices of Isaac D Zorea
P.O. Box 210434
Anchorage, AK 99521
907-830-1385
907-677-3779
Eyedz@gci.net

<u>Certificate of Service</u>

I hereby certify that on March 24, 2008 I electronically filed the foregoing with the Clerk of Court using the CM/ECF system which sent notification to the following:

    Joyce Weaver Johnson

and I hereby certify that I have mailed by United States Postal Service the document to the following non CM/ECF participants:

    none.

Dated this 24th day of March 2008, at Anchorage, Alaska.

 S/ Isaac Zorea
  Law Offices of Isaac D Zorea
  P.O. Box 210434
  Anchorage, AK 99521
  907-830-1385
  907-677-3779
  Eyedz@gci.net