Joyce Weaver Johnson
Assistant Municipal Attorney
Municipal Attorney's Office
P.O. Box 196650
Anchorage, Alaska 99519-6650
Phone: (907) 343-4545
Fax: (907) 343-4550
E-mail: uslit@muni.org

Attorney for Defendants
Municipality of Anchorage
Anchorage Police Department
Walt Monegan
Officers Voss and Henikman

**IN THE UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF ALASKA**

| | |
|---|---|
| CAROLYN MITCHELL, )<br>)<br>Plaintiff, )<br>)<br>vs. )<br>)<br>ANCHORAGE POLICE DEPARTMENT and )<br>the MUNICIPALITY OF ANCHORAGE, a )<br>municipal corporation, WALTER MONEGAN, )<br>Officer HENIKMAN, and Officer J. VOSS, )<br>)<br>Defendants. )<br>) | Case No. 3:05-cv-00273-JWS |

**NON-OPPOSED REQUEST FOR STATUS CONFERENCE**

Defendants Municipality of Anchorage, Walt Monegan and Officers Henikman and Voss, through the Municipal Attorney's Office, request this Court set a Status Conference to address the trial date and other matters. Undersigned counsel has spoken with Plaintiff's counsel Isaac Zorea who did not oppose a status conference. This

Request is supported by the Affidavit of Counsel filed herewith. Municipal counsel has a direct conflict with the trial date set by the Court, see Affidavit at para. 2, and requests a Status Conference so that the parties' calendars can be considered and a new trial date set. The parties did not participate in picking the June 30 date.

    A proposed Order for a status conference is filed herewith.

    Defendants also file today their separate Motion for Relief from the Minute Order (Dkt. 49) for the limited purpose of filing their Motion for Summary Judgment Based on Immunity. That Motion for Summary Judgment is lodged today

    Respectfully submitted this 28th day of April, 2008.

                             JAMES N. REEVES
                             Municipal Attorney

                  By: s/ Joyce Weaver Johnson
                        Municipal Attorney's Office
                        P.O. Box 196650
                        Anchorage, Alaska 99519-6650
                        Phone: (907) 343-4545
                        Fax: (907) 343-4550
                        E-mail: uslit@muni.org
                        Alaska Bar No. 9306029

The undersigned hereby certifies that on 4/28/08 a true and correct copy of the *Non-Opposed Request for Status Conference & Proposed Order* was served on:

Isaac D. Zorea
Moshe C. Zorea

by first class regular mail, if noted above, or by electronic means through the ECF system as indicated on the Notice of Electronic Filing.

 s/ Cathi Russell
Cathi Russell, Legal Secretary
Municipal Attorney's Office