Joyce Weaver Johnson
Assistant Municipal Attorney
Municipal Attorney's Office
P.O. Box 196650
Anchorage, Alaska 99519-6650
Phone: (907) 343-4545
Fax: (907) 343-4550
E-mail: uslit@muni.org

Attorney for Defendants
Municipality of Anchorage
Anchorage Police Department
Walt Monegan
Officers Voss and Henikman

### IN THE UNITED STATES DISTRICT COURT

### FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| CAROLYN MITCHELL, )<br>)<br>Plaintiff, )<br>)<br>vs. )<br>)<br>ANCHORAGE POLICE DEPARTMENT and )<br>the MUNICIPALITY OF ANCHORAGE, a )<br>municipal corporation, WALTER MONEGAN, )<br>Officer HENIKMAN, and Officer J. VOSS, )<br>)<br>Defendants. )<br>) | Case No. 3:05-cv-00273-JWS |

### PROPOSED ORDER ON
### NON-OPPOSED REQUEST FOR STATUS CONFERENCE

Defendants filed a non-opposed request that this Court set a Status Conference to address the trial date and other matters. The request was supported by an Affidavit of Defendants' counsel.

In light of Defendants' counsel's travel plans made prior to this Court picking a trial date of June 30, and Defendants' newly lodged Motion for Summary Judgment Based on Immunity, this Court deems a status conference necessary to set a new trial date and to address other matters. The status conference is set at ____ May ___, 2008, in Courtroom __.

Dated this _____ day of _____ 2008.

By:_____
John W. Sedwick
U. S. District Judge