Joyce Weaver Johnson
Assistant Municipal Attorney
Municipal Attorney's Office
P.O. Box 196650
Anchorage, Alaska 99519-6650
Phone: (907) 343-4545
Fax: (907) 343-4550
E-mail: uslit@muni.org

Attorney for Defendants
Municipality of Anchorage
Anchorage Police Department
Walt Monegan
Officers Voss and Henikman

**IN THE UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF ALASKA**

| | |
|---|---|
| CAROLYN MITCHELL, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | ) |
| | ) |
| ANCHORAGE POLICE DEPARTMENT and | ) |
| the MUNICIPALITY OF ANCHORAGE, a | ) |
| municipal corporation, WALTER MONEGAN, | ) |
| Officer HENIKMAN, and Officer J. VOSS, | ) |
| | ) |
| Defendants. | ) Case No. 3:05-cv-00273-JWS |
| | ) |

**AFFIDAVIT OF COUNSEL**

| | |
|---|---|
| STATE OF ALASKA | ) |
|  | ) ss. |
| THIRD JUDICIAL DISTRICT | ) |

Joyce Weaver Johnson, being first duly sworn upon oath, hereby deposes and states:

1. I am the Assistant Municipal Attorney handling the defense of the Municipality of Anchorage (including its Anchorage Police Department), Walt Monegan and Officers Henikman and Voss in this case. I make this Affidavit of my own personal knowledge.

2. The Court's Notice of Setting Trial by Jury (Dkt. 89), and its Order for Pre-Trial Proceedings and Final Pre-Trial Conference (Dkt. 90), both dated March 25, 2008, set a trial date of June 30-July 8, 2008. Affiant has a direct personal conflict with these trial dates. (A separate professional conflict has all but resolved: a 10-day jury trial in Alaska Superior Court in Hertz v. MOA v. The Boutet Company, Inc., and Alcan Electrical and Engineering, Inc., 3AN-06-13447 CI, is set June 30, but has just settled, except for finalizing the release and dismissal papers.)

3. Affiant on January 17, 2008, purchased non-refundable airline tickets to travel to Europe on June 15, 2008, for a scheduled group trip, returning July 6, 2008.

4. Based on the language in the Court's earlier Order (Dkt. 87) and on Plaintiff's request for a status conference in her filing at (Dkt. 88), Affiant anticipated attending a status conference where the parties' calendars would be considered.

5. Affiant has spoken with Plaintiff's counsel, Isaac Zorea, who previously requested a status conference at Dkt. 88. Isaac Zorea advised Affiant that Plaintiff does not oppose a status conference.

Respectfully submitted this 28th day of April, 2008.

                                    JAMES N. REEVES
                                    Municipal Attorney

                   By:  s/ Joyce Weaver Johnson
                        Municipal Attorney's Office
                        P.O. Box 196650
                        Anchorage, Alaska 99519-6650
                        Phone: (907) 343-4545
                        Fax: (907) 343-4550
                        E-mail: uslit@muni.org
                        Alaska Bar No. 9306029

The undersigned hereby certifies that on 04/28/08 a true and correct copy of the *Affidavit of Counsel* was served on:

      Isaac D. Zorea
      Moshe C. Zorea

by first class regular mail, if noted above, or by electronic means through the ECF system as indicated on the Notice of Electronic Filing.

 s/ Cathi Russell
Cathi Russell, Legal Secretary
Municipal Attorney's Office