| | | |
|---|---|---|
| 1 | | scene? |
| 2 | A | I don't know the total number that were at the Sears |
| 3 | | Mall. |
| 4 | Q | Well, I'm asking next to you.  Were you -- were |
| 5 | | you..... |
| 6 | A | Officer Voss was next to me. |
| 7 | Q | Officer Voss.  Was he the only other officer next to |
| 8 | | you? |
| 9 | A | Yes. |
| 10 | Q | And do you recall what Mister -- Officer Voss was |
| 11 | | doing?  Was he also holding a weapon? |
| 12 | A | I believe so. |
| 13 | Q | So it was just your recollection it just -- you -- just |
| 14 | | the two officers and Miss -- Miss Mitchell and her son? |
| 15 | A | Correct. |
| 16 | Q | When -- what did you do -- what was the chronology of |
| 17 | | when you -- I presume you dropped -- you put your |
| 18 | | weapon away before you handcuffed Ms. Mitchell, is that |
| 19 | | correct, or were you holding your weapon when you |
| 20 | | handcuffed her? |
| 21 | A | I had my weapon on a sling. |
| 22 | Q | On a sling..... |
| 23 | A | Yes. |
| 24 | Q | .....okay.  So when you told Ms. Mitchell -- when you |
| 25 | | stopped her, then you handcuffed her, so you said you |