| | | |
|---|---|---|
| 1 | Q | At any time did you feel any personal threat from Ms. |
| 2 | | Mitchell? |
| 3 | A | Can I ask a clarifying question? |
| 4 | Q | Yes. |
| 5 | A | Are you saying did I feel -- at any time did I feel |
| 6 | | that she was personally going to harm me? |
| 7 | Q | Or anyone? |
| 8 | A | No. |
| 9 | Q | Okay.  When the hand cuffs were removed did you then |
| 10 | | speak to Ms. Mitchell at all?  Did you at any time |
| 11 | | speak to her directly? |
| 12 | | MS. JOHNSON:  Objection, foundation.  Asked and |
| 13 | answered. | |
| 14 | A | I don't -- I don't recall specifically if I spoke with |
| 15 | | her or Officer Henikman did, or if we both did at the |
| 16 | | same time, but I do remember we just explained to her |
| 17 | | why she had been detained, the series of events that |
| 18 | | kind of led up to that.  I remember, you know, which is |
| 19 | | typical after we detain somebody to explain to them why |
| 20 | | they were detained and what's going on and the result |
| 21 | | of, you know, the show up and why she's being released. |
| 22 | | I recall that occurring.  I don't recall specifically |
| 23 | | if I did or if I was part of that conversation. |
| 24 | Q | Okay.  And then do you ever -- is it our course of |
| 25 | | practice to tell them why they were hand cuffed? |