Joyce Weaver Johnson
Assistant Municipal Attorney
Municipal Attorney's Office
P.O. Box 196650
Anchorage, Alaska 99519-6650
Phone: (907) 343-4545
Fax: (907) 343-4550
E-mail: uslit@muni.org

Attorney for Defendants
Municipality of Anchorage
Anchorage Police Department
Walt Monegan
Officers Voss and Henikman

**IN THE UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF ALASKA**

| | |
|---|---|
| CAROLYN MITCHELL, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | ) |
| | ) |
| ANCHORAGE POLICE DEPARTMENT and | ) |
| the MUNICIPALITY OF ANCHORAGE, a | ) |
| municipal corporation, WALTER MONEGAN, | ) |
| Officer HENIKMAN, and Officer J. VOSS, | ) |
| | ) |
| Defendants. | ) Case No. 3:05-cv-00273-JWS |
| | ) |

**PROPOSED ORDER ON
MOTION FOR RELIEF FROM MINUTE ORDER (DKT. 49) &
FOR LEAVE TO SEEK SUMMARY JUDGMENT BASED ON IMMUNITY**

Defendants on April 28 filed their Motion for Relief from Minute Order (Dkt. 49) in order to file their Motion for Summary Judgment Based on Immunity, and for Leave to File the Summary Judgment Motion. The Motion for Summary Judgment Based on

Immunity (Dkt.94) was lodged with the Motion for Relief on the 28th. Defendants requested the Motion for Summary Judgment Based on Immunity be deemed filed as of the 28th.

This Court having reviewed and considered the Motion for Relief and for Leave, and any Opposition thereto, hereby ORDERS:

The Motion for Relief and for Leave is granted. The Motion for Summary Judgment is deemed filed as of April 28th. Plaintiff shall have ___ days from the date of this Order to file any Opposition.

Dated this _____ day of _____ 2008.

By:_____
John W. Sedwick
U. S. District Judge

Proposed Order on Motion Motion for Relief from Minute Order (dkt. 49) &
for Leave to Seek Summary Judgment based on Immunity
*Mitchell v. APD et. al.,* Case No. 3:05-cv-00273-JWS
Page 2 of 2