Isaac D. Zorea
Law Office of Isaac Derek Zorea
P.O. Box 210434
Anchorage, AK 99521
(907) 677-3779
(907) 644-2802 facsimile

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| CAROLYN MITCHELL, | ) |
| Plaintiff, | ) |
| vs. | ) |
| | ) |
| ANCHORAGE POLICE DEPARTMENT and the | ) |
| MUNICIPALITY OF ANCHORAGE, a | ) |
| municipal corporation, WALTER MONEGAN, | ) |
| Officer HENIKMAN, and Officer J. VOSS, | ) |
| Defendants. | ) |
| _____ | ) |

Case No. 3:05-cv-00273-JWS

## OPPOSITION TO REQUEST FOR STATUS CONFERENCE

On April 28, 2008, Defendants filed a Non-Opposition Request For Status Conference, at docket 92. Plaintiff, by and through her attorney, Isaac Derek Zorea, hereby opposes this entitled "non-opposition," motion. The reasons are laid out below.

On March 25, 2008, this court issued its Order for Pre-Trial Proceedings and Final Pre-Trial Conference, at docket 90. Defendants' counsel Joyce Weaver Johnson called plaintiff, Carolyn Mitchell's, attorney Isaac Derek Zorea concerning the court's order. Plaintiff's attorney remembers that the call occurred very soon

after this court issued its order, perhaps on March 26, 2008.

At the time of the call, plaintiff's attorney stated a non-opposition to an *immediately* requested status conference. Defendant's attorney, Joyce Weaver Johnson, did identify some potential conflicts with this court's June 30, 2008 trial date. However, plaintiff's attorney believes that her conflicts should have been brought to this court's attention many weeks ago. The subsequent delays have prejudiced plaintiff, and wasted plaintiff attorney's time spent complying with this court's mandates issued in its order at docket 90.

Plaintiff's attorney believes that the lengthy delay by defendant's attorney to request a status conference indicated that she had resolved her conflict with this court's chosen date. To file a request for a status conference on April 28, 2008, instead of March 30, 2008 or early April, 2008, must be deemed untimely by this court. Plaintiff's attorney has taken great efforts to prepare for the June 30, 2008 trial date. Complying with this court's order at docket 90, plaintiff's attorney has gathered together exhibits for trial, finalized her witness list, established joint statement of issues, and undisputed facts. All the work accomplished by April 28, 2008, occurred as preparation for the June 30, 2008 trial date.

Plaintiff is preparing a separate opposition to defendants' request for a second summary judgment, even though these issues are somewhat linked within defendants' motion filed at docket 92. Plaintiff's attorney is not implying that defendant's attorney intentionally mis-spoke by characterizing her request for a status conference as non-opposed. However, defendants' counsel did not *recently* speak

with plaintiff's counsel concerning a status conference. During the interaction between plaintiff and defendants' counsel in preparing for the April 28, 2008 joint report, defendants' counsel did not mention that she intended to modify the June 30, 2008 trial date.

Almost four years have elapsed since Carolyn Mitchell was falsely arrest by Officers Voss and Henikman. At docket 90, this Court established the trial date for this litigation, and thereby created a definitive date Mrs. Mitchell could look to for resolving her conflict with the defendants. This Court's order at docket 90 stated in unambiguous terms that the June 30, 2008 trial date is not a backup date. As such, if defendants had a strong reason for objecting to that trial date, the object should have been filed immediately.

Based on the above stated reasons, plaintiff opposes the defendants' Non-Opposed Request For Status Conference. The April 28, 2008 deadline established by the Court at docket 90 has come and passed. Plaintiff's trial preparation is fully underway, coupled with the mental expectation that a trial date is finally on the horizon. To effectuate a change to the trial date at this late stage would cause increased emotional distress to plaintiff, and waste time for plaintiff's legal team.

For these reasons, plaintiff requests that no change occur concerning the trial date, currently set for June 30, 2008.

1      Respectfully submitted this 29th day of April 2008.

3      S/ Isaac Zorea
Law Offices of Isaac D Zorea
P.O. Box 210434
Anchorage, AK 99521
907-830-1385
907-677-3779
Eyedz@gci.net

Certificate of Service

I hereby certify that on April 29, 2008 I electronically filed the foregoing with the Clerk of Court using the CM/ECF system which sent notification to the following:

    Joyce Weaver Johnson

and I hereby certify that I have mailed by United States Postal Service the document to the following non CM/ECF participants:

    none.

Dated this 29th day of April 2008, at Anchorage, Alaska.

S/ Isaac Zorea
Law Offices of Isaac D Zorea
P.O. Box 210434
Anchorage, AK 99521
907-830-1385
907-677-3779
Eyedz@gci.net

PLAINTIFF'S OPPOSITION TO DEFENDANTS' MOTION AT DOCKET 92:
MITCHELL V. MOA, POLICE DEPARTMENT, ET AL..    PAGE - 4 -