Isaac D. Zorea
Law Office of Isaac Derek Zorea
P.O. Box 210434
Anchorage, AK 99521
(907) 677-3779
(907) 644-2802 facsimile

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| CAROLYN MITCHELL, | ) |
| Plaintiff, | ) |
| vs. | ) |
| | ) |
| ANCHORAGE POLICE DEPARTMENT and the | ) |
| MUNICIPALITY OF ANCHORAGE, a | ) |
| municipal corporation, WALTER MONEGAN, | ) |
| Officer HENIKMAN, and Officer J. VOSS, | ) |
| Defendants. | ) |
| | ) |

Case No. 3:05-cv-00273-JWS

**PROPOSED ORDER DENYING
NON-OPPOSED REQUEST FOR STATUS CONFERENCE**

Defendants filed a "non-opposed" request that this Court set a Status Conference to address the trial date and other matters. This request was supported by an Affidavit of Defendants' counsel.

Having considered the arguments presented by Defendants' counsel, and all opposition thereto,

THIS COURT hereby DENIES defendants request for a status conference to address a change in the June 30, 2008 trial date set for this case.

ORDER RE MOTION AT DOCKET 92:
MITCHELL V. MOA, POLICE DEPARTMENT, ET AL..                    PAGE - 1 -

1  The trial date established by this Court at docket 90 will remain in place.

2  Dated this ___ day of _____ 2008.

            By: _____
                John W. Sedwick
                U.S. District Judge

1
2          <u>Certificate of Service</u>

3   I hereby certify that on April 29, 2008
    I electronically filed the foregoing with
4   the Clerk of Court using the CM/ECF
    system which sent notification to the
5   following:

6
            Joyce Weaver Johnson
7

8   Dated this 29th day of April 2008,
    at Anchorage, Alaska.
9

10   S/ Isaac Zorea
     Law Offices of Isaac D Zorea
11   P.O. Box 210434
     Anchorage, AK 99521
12   907-830-1385
13   907-677-3779
     Eyedz@gci.net
14

15
16
17
18
19
20
21
22
23
24
25
26
27
28  ORDER RE MOTION AT DOCKET 92:
    MITCHELL v. MOA, POLICE DEPARTMENT, ET AL..                                    PAGE - 3 -