Isaac D. Zorea
Law Office of Isaac Derek Zorea
P.O. Box 210434
Anchorage, AK 99521
(907) 677-3779
(907) 644-2802 facsimile

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA

CAROLYN MITCHELL,              )
      Plaintiff,             )
  vs.                          )
                               )
ANCHORAGE POLICE DEPARTMENT and the  )
MUNICIPALITY OF ANCHORAGE, a   )
municipal corporation, WALTER MONEGAN,  )
Officer HENIKMAN, and Officer J. VOSS,  )
      Defendants.            )
_____)
Case No. 3:05-cv-00273-JWS

**Plaintiff's Exhibit List**

Complying with this Court's Order dated March 25, 2008, at docket 90, the plaintiff has presented for review her Exhibits for use in the upcoming June 30, 2008 trial. The list provided below is a complete and accurate list of Plaintiff, Carolyn Mitchell's exhibits. All exhibits in the foregoing list have been presented to the deputy clerk in compliance with D.Ak. LR 39.3.

**Exhibit 1**.   Police Report, by Officer R. Blanton, DSN 27444.          6 pages

(ADM)

| | | | |
|---|---|---|---|
| 1 | **Exhibit 2.** | Police Report, by Officer E. Smith, DSN 25137. | 5 pages |
| 2 | | Status: | (ADM) |
| 3 | **Exhibit 3.** | Police Report, by Officer Starr, DSN 28530. | 1 pages |
| 4 | | | |
| 5 | | Status: | (ADM) |
| 6 | **Exhibit 4.** | Police Report, by Officer Witte, DSN 26733. | 1 pages |
| 7 | | Status: | (ADM) |
| 8 | **Exhibit 5.** | Police Report, by Officer R. Rhodes, DSN 27983. | 2 pages |
| 9 | | | |
| 10 | | Status: | (ADM) |
| 11 | **Exhibit 6.** | Police Report, by Officer J. Voss, DSN 28532. | 1 pages |
| 12 | | Status: | (ADM) |
| 13 | **Exhibit 7.** | Deposition of Justin Voss, 12/14/2006. | 63 pages |
| 14 | | Status: | (ID) |
| 15 | | | |
| 16 | **Exhibit 8.** | J. Voss' Responses to Discovery Requests. | 13 pages |
| 17 | | Status: | (ID) |
| 18 | **Exhibit 9.** | J. Voss' Response to Req. For Admissions. | 5 pages |
| 19 | | Status: | (ID) |
| 20 | **Exhibit 10.** | Police Report, by Officer Henikman, DSN 28525. | 2 pages |
| 21 | | | |
| 22 | | Status: | (ADM) |
| 23 | **Exhibit 11.** | Deposition of R. Henikman, 11/28/2006. | 76 pages |
| 24 | | Status: | (ID) |
| 25 | | | |
| 26 | | | |
| 27 | | | |
| 28 | LIST OF EXHIBITS:<br>MITCHELL V. MOA, POLICE DEPARTMENT, ET AL.. | | PAGE - 2 - |

| | | |
|---|---|---|
| **Exhibit 12.** | Henikman's Responses to Discovery Requests. | 13 pages |
| | Status: | (ID) |
| **Exhibit 13.** | Henikman's Response to Req. For Admissions. | 5 pages |
| | Status: | (ID) |
| **Exhibit 14.** | Affidavit of Officer John Daily. | 7 pages |
| | Status: | (ADM) |
| **Exhibit 15.** | Affidavit of Capt. Bill Miller. | 9 pages |
| | Status: | (ADM) |
| **Exhibit 16.** | Walter Monegan, Letter to Mitchell, 12/3/2004. | 1 pages |
| | Status: | (ADM) |
| **Exhibit 17.** | Monegan's Responses to Discovery Requests. | 17 pages |
| | Status: | (ID) |
| **Exhibit 18.** | Henikman's Response to Req. For Admissions. | 5 pages |
| | Status: | (ID) |

Respectfully submitted this 30th day of April 2008.

S/ Isaac Zorea
Law Offices of Isaac D Zorea
P.O. Box 210434
Anchorage, AK 99521
907-830-1385
907-677-3779
Eyedz@gci.net

<u>Certificate of Service</u>

I hereby certify that on April 30, 2008 I electronically filed the foregoing with the Clerk of Court using the CM/ECF system which sent notification to the following:

    Joyce Weaver Johnson

and I hereby certify that I have mailed by United States Postal Service the document to the following non CM/ECF participants:

    none.

Dated this 30th day of April 2008, at Anchorage, Alaska.

 S/ Isaac Zorea
  Law Offices of Isaac D Zorea
 P.O. Box 210434
 Anchorage, AK 99521
 907-830-1385
 907-677-3779
 Eyedz@gci.net