Joyce Weaver Johnson
Assistant Municipal Attorney
Municipal Attorney's Office
P.O. Box 196650
Anchorage, Alaska 99519-6650
Phone: (907) 343-4545
Fax: (907) 343-4550
E-mail: uslit@muni.org

Attorney for Defendants
Municipality of Anchorage
Anchorage Police Department
Walt Monegan
Officers Voss and Henikman

**IN THE UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF ALASKA**

| | |
|---|---|
| CAROLYN MITCHELL, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | ) |
| | ) |
| ANCHORAGE POLICE DEPARTMENT and the MUNICIPALITY OF ANCHORAGE, a municipal corporation, WALTER MONEGAN, Officer HENIKMAN, and Officer J. VOSS, | ) ) ) ) ) |
| Defendants. | ) Case No. 3:05-cv-00273-JWS |
| | ) |

**DEFENDANTS' EXHIBIT LIST**

Defendants Municipality of Anchorage, Walt Monegan and Officers Henikman and Voss, through the Municipal Attorney's Office, file their Exhibit List identifying those marked for admission and those marked for identification. All Exhibits listed have been presented to the deputy clerk in accordance with D. Ak. LR 39.3

| | | |
|---|---|---|
| Exhibit A | Police Report 04-20935, Bates Nos. 1-19 | ADM |
| Exhibit B | Calls for Service, Bates Nos. 26-31 | ADM |
| Exhibit C | APD photographs CD | ADM |
| Exhibit D | Affidavit of Officer Henikman (Dkt. 52) | ADM |
| Exhibit E | Affidavit of Officer Voss (Dkt. 51) | ADM |
| Exhibit F | Affidavit of Capt. Miller (Dkt. 80) | ADM |
| Exhibit G | Affidavit of Special Agent Payne (Dkt. 82) | ID |
| Exhibit H | Affidavit of Maj. Leveque (Dkt. 83) | ID |
| Exhibit I | Affidavit of Officer Daily (Dkt. 81) | ID |
| Exhibit J | KTUU Channel 2 News videotape (Dkt. 50, Ex. F.) | ADM |
| Exhibit K | Deposition of Carolyn Mitchell | ID |

Respectfully submitted this 2nd of May, 2008.

JAMES N. REEVES
Municipal Attorney

By: s/ Joyce Weaver Johnson
Municipal Attorney's Office
P.O. Box 196650
Anchorage, Alaska 99519-6650
Phone: (907) 343-4545
Fax: (907) 343-4550
E-mail: uslit@muni.org
Alaska Bar No. 9306029

The undersigned hereby certifies that on 05/02/08 a true and correct copy of the *Defendants' Exhibit List* was served on:

Isaac D. Zorea
Moshe C. Zorea

by first class regular mail, if noted above, or by electronic means through the ECF system as indicated on the Notice of Electronic Filing.

 s/ Cathi Russell
Cathi Russell, Legal Secretary
Municipal Attorney's Office