Isaac D. Zorea
Law Office of Isaac Derek Zorea
P.O. Box 210434
Anchorage, AK 99521
(907) 677-3779
(907) 644-2802 facsimile

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA

CAROLYN MITCHELL,                          )
            Plaintiff,                     )
        vs.                                )
                                           )
ANCHORAGE POLICE DEPARTMENT and the        )
MUNICIPALITY OF ANCHORAGE, a               )
municipal corporation, WALTER MONEGAN,     )
Officer HENIKMAN, and Officer J. VOSS,     )
            Defendants.                     )
_____    )

Case No. 3:05-cv-00273-JWS

**PROPOSED ORDER DENYING DEFENDANTS'
MOTION FOR RELIEF FROM MINUTE ORDER (Dkt 49)
AND FOR LEAVE TO SEEK SUMMARY JUDGMENT
BASED ON IMMUNITY**

Defendants filed a Motion For Relief From Minute Order (Dkt. 49) and For

Leave To Seek Summary Judgment Based on Immunity (Dkt. 95) requesting that this

Court permit defendants to file additional dispositive motions in this case.

Having considered the arguments presented by Defendants, and all opposition

thereto,

THIS COURT hereby DENIES defendants request to file additional

dispositive motions.

ORDER RE MOTION AT DOCKET 95:
MITCHELL V. MOA, POLICE DEPARTMENT, ET AL..                    PAGE - 1 -

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

       Further, the trial date established by this Court at docket 90 will remain in place.

       Dated this ____ day of _____ 2008.

By:  _____

       John W. Sedwick
       U.S. District Judge

1

2                    <u>Certificate of Service</u>

3       I hereby certify that on May 2, 2008
        I electronically filed the foregoing with
4       the Clerk of Court using the CM/ECF
5       system which sent notification to the
        following:

6
                    Joyce Weaver Johnson
7

8       Dated this 2nd day of May 2008,
        at Anchorage, Alaska.

9

10       <u>S/ Isaac Zorea</u>
         Law Offices of Isaac D Zorea
11       P.O. Box 210434
         Anchorage, AK 99521
12       907-830-1385
13       907-677-3779
         Eyedz@gci.net
14

15

16

17

18

19

20

21

22

23

24

25

26

27

28