Joyce Weaver Johnson
Assistant Municipal Attorney
Municipal Attorney's Office
P.O. Box 196650
Anchorage, Alaska 99519-6650
Phone: (907) 343-4545
Fax: (907) 343-4550
E-mail: uslit@muni.org

Attorney for Defendants
Municipality of Anchorage
Anchorage Police Department
Walt Monegan
Officers Voss and Henikman

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| CAROLYN MITCHELL, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | |
| ) | |
| ANCHORAGE POLICE DEPARTMENT and ) | |
| the MUNICIPALITY OF ANCHORAGE, a ) | |
| municipal corporation, WALTER MONEGAN, ) | |
| Officer HENIKMAN, and Officer J. VOSS, ) | |
| ) | |
| Defendants. ) | Case No. 3:05-cv-00273-JWS |
| ) | |

**DEFENDANTS' OBJECTIONS TO PLAINTIFF'S PROPOSED EXHIBITS**

Defendants Municipality of Anchorage, Walt Monegan and Officers Henikman and Voss, through the Municipal Attorney's Office, file their Objections to Plaintiff's proposed exhibits as follows:

Defendants' Objections to Plaintiff's Proposed Exhibits
*Mitchell v. APD et al.,* 3:05-cv-00273-JWS
Page 1 of 3

1. Defendants object to introduction of deposition transcripts and discovery responses (Plaintiff's Exhibits 7-9, 11-13 and 17-18) and the Monegan letter (Plaintiff's Exhibit 16) as exhibits. These objections are based on hearsay, cumulative of live testimony and best evidence.

2. While Defendants do not anticipate any party seeking to introduce deposition transcripts as exhibits, if Plaintiff does, Defendants object to any portion which they have marked for redaction and served on Plaintiff today. The bases for these objections include relevance, more prejudicial than probative, argumentative, calling for speculation, foundation, mischaracterizing testimony and mischaracterizing evidence.

3. At Defendants' depositions, Plaintiff questioned one officer about whether he had learned police procedures in Nazi Germany (Exhibit 7 at p.45, line 17 to p. 46, line 4). Plaintiff asked the other officer what damage his firearm could have caused, had it accidentally discharged (Exhibit 11 at pp. 53-57). Defendants object strenuously to such questioning, whether in the written record or at trial. The bases for these objections include relevance, more prejudicial than probative, argumentative, calling for speculation, foundation, mischaracterizing testimony and mischaracterizing evidence.

Defendants' Objections to Plaintiff's Proposed Exhibits
*Mitchell v. APD et al.,* 3:05-cv-00273-JWS
Page 2 of 3

Respectfully submitted this 5th day of May, 2008.

                    JAMES N. REEVES
                    Municipal Attorney

By: s/ Joyce Weaver Johnson
     Municipal Attorney's Office
     P.O. Box 196650
     Anchorage, Alaska 99519-6650
     Phone: (907) 343-4545
     Fax: (907) 343-4550
     E-mail: uslit@muni.org
     Alaska Bar No. 9306029

The undersigned hereby certifies that on 05/5/08 a true and correct copy of the *Defendants Objections to Plaintiff's Proposed Exhibits* was served on:

Isaac D. Zorea
Moshe C. Zorea

by first class regular mail, if noted above, or by electronic means through the ECF system as indicated on the Notice of Electronic Filing.

s/ Cathi Russell
Cathi Russell, Legal Secretary
Municipal Attorney's Office

Defendants' Objections to Plaintiff's Proposed Exhibits
*Mitchell v. APD et al.,* 3:05-cv-00273-JWS
Page 3 of 3