James N. Reeves
Assistant Municipal Attorney
Municipal Attorney's Office
P.O. Box 196650
Anchorage, Alaska 99519-6650
Phone: (907) 343-4545
Fax: (907) 343-4550
E-mail: uslit@muni.org

Attorney for Defendants
Municipality of Anchorage
Anchorage Police Department
Walt Monegan
Officers Voss and Henikman

**IN THE UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF ALASKA**

| | |
|---|---|
| CAROLYN MITCHELL, | ) |
| Plaintiff, | ) ) ) |
| vs. | ) ) |
| ANCHORAGE POLICE DEPARTMENT and the MUNICIPALITY OF ANCHORAGE, a municipal corporation, WALTER MONEGAN, Officer HENIKMAN, and Officer J. VOSS, | ) ) ) ) ) |
| Defendants. | ) Case No. 3:05-cv-00273-JWS ) |

**DEFENDANTS PROPOSED VOIR DIRE QUESTIONS**

Defendants hereby submit their proposed voir dire questions as follows:

1. Are you personally acquainted with any lawyers? Have you ever had a bad experience involving a lawyer?

2. Have you ever been involved in a legal proceeding? What was the legal proceeding about?

3. Have you ever testified under oath? In what proceeding?

4. Do you have any feelings about the legal process or about lawyers that might influence you in your service as a juror? How? Explain.

5. Do you understand that statements made by lawyers are not evidence and you may not rely on these statements in determining the facts of the case?

6. Are you acquainted with any police officers? Explain.

7. Would your acquaintance with a police officer influence you in your service as a juror? How?

8. Have you or any member of your family or any close friend of yours been the victim of a crime? If so, do you have any feelings about the way the police handled the matter? Explain.

9. Do you watch crime shows on TV? If so, does that affect your judgment about police, or about victims of crimes, or about crime suspects? Explain.

10. What is your opinion about the current public safety situation in Anchorage? Do you feel that for the most part people obey the law? Do you feel that the police do enough to protect the public from violent crime, or do you feel that they should do more?

11. If the Court were to give the jury an instruction about a rule of law, and as a personal matter you disagreed with the instruction, could you suspend your disagreement and comply with the Court's instruction?

12. Have you ever witnessed a crime in progress? Did the police respond? If the police responded, how do you feel the police handled the situation?

13. Are you familiar with the Sears Mall in Anchorage?

14. Do you know any of the following individuals: Moshe Zorea, Isaac Zorea, Carolyn Mitchell, James Reeves, Elizabeth Friedman, Officer Justin Voss, Officer Ross Henikman, or former Police Chief Walter Monegan?

Respectfully submitted this 16th day of June, 2008.

                JAMES N. REEVES
                Municipal Attorney

By:   s/ James N. Reeves
       Municipal Attorney's Office
       P.O. Box 196650
       Anchorage, Alaska 99519-6650
       Phone: (907) 343-4545
       Fax: (907) 343-4550
       E-mail: uslit@muni.org
       Alaska Bar No. 7206031

The undersigned hereby certifies that on 06/16/08 a true and correct copy of the *Defendants' Proposed Voir Dire Questons* was served on:

Isaac D. Zorea
and
Moshe C. Zorea

by first class regular mail, if noted above, or by electronic means through the ECF system as indicated on the Notice of Electronic Filing.

 s/ Cathi Russell
Cathi Russell, Legal Secretary
Municipal Attorney's Office