Jury Verdict Form Ross Henikman

I.    False Arrest Claim Against Ross Henikman

Prior to trial, Carolyn Mitchell proved as a matter of law the following facts:

1.    Ross Henikman  arrested Carolyn Mitchell without a warrant.
2.    Ross Henikman's conduct was a substantial factor in causing harm to Carolyn Mitchell.

Based on the above legal findings, We answer the questions submitted to us as follows:

1.    What are Carolyn Mitchell's damages?

a.    Past economic loss, including lost profits/medical expenses:    $_____
b.    Future economic loss, including lost profits/medical expenses:    $_____
c.    Past noneconomic loss, including physical pain/mental suffering:    $_____
d.    Future noneconomic loss, including physical pain/mental suffering: $_____

TOTAL:                                                                        $_____

If you have not awarded Carolyn Mitchell money in response to question 1, your foreperson should date and sign this verdict.  If you have awarded Carolyn Mitchell money in response to question 1, then answer question 2.

2.    Should punitive damages be awarded in this case?

Yes _____    No _____

If your answer to question 2 is no, do not answer any further questions.  Your foreperson should date and sign this verdict.

However, if your answer to question 2 is yes, then answer question 3.

3.    What amount of money should be awarded as punitive damages in this case?

Answer:                                                        $_____

Signed:                        _____
Presiding Juror:        _____
Dated:  _____

II.    <u>Intentional Infliction of Emotional Distress:
       Claim Against Ross Henikman</u>

We answer the questions submitted to us as follows:

    1.    Was Ross Henikman's conduct outrageous?

Yes _____    No _____

If your answer to question 1 is yes, then answer question 2.  If you answered no, stop here, answer no further questions, and have the presiding juror sign and date this form.

    2.    Did Ross Henikman intend to cause Carolyn Mitchell emotional distress?
                         or
       Did Ross Henikman act with reckless disregard of the probability that Carolyn Mitchell would suffer emotional distress?

Yes _____No _____

If your answer to question 2 is yes, then answer question 3. If you answered no, stop here, answer no further questions, and have the presiding juror sign and date this form.

    3.    Did Carolyn Mitchell suffer severe emotional distress?

Yes _____    No _____

If your answer to question 3 is yes, then answer question 4. If you answered no, stop here, answer no further questions, and have the presiding juror sign and date this form.

    4.    Was Ross Henikman's conduct a substantial factor in causing Carolyn Mitchell's severe emotional distress?

Yes _____No _____

If your answer to question 4 is yes, then answer question 5. If you answered no, stop here, answer no further questions, and have the presiding juror sign and date this form.

    5.    What are Carolyn Mitchell's damages?

      a.    Past economic loss, including lost profits/medical expenses:    $_____
      b.    Future economic loss, including lost profits/medical expenses:    $_____
      c.    Past noneconomic loss, including physical pain/mental suffering:    $_____
      d.    Future noneconomic loss, including physical pain/mental suffering:    $_____
TOTAL:    $_____

If you have not awarded Carolyn Mitchell money in response to question 5, your foreperson should date and sign this verdict.  If you have awarded Carolyn Mitchell money in response to question 5, then answer question 6.

6.    Should punitive damages be awarded in this case?

Yes _____    No _____

If your answer to question 6 is no, do not answer any further questions.  Your foreperson should date and sign this verdict.

However, if your answer to question 6 is yes, then answer question 7.

7.    What amount of money should be awarded as punitive damages in this case?

Answer:                                              $_____

Your foreperson should date and sign the verdict.


Signed: _____
Presiding Juror: _____
Dated: _____

III.   <u>DEFAMATION: CLAIM AGAINST ROSS HENIKMAN</u>

We answer the questions submitted to us as follows:

1.      Is it more likely true than not true that the defendant communicated a statement, either orally, in writing, or by observable conduct, to a person other than the plaintiff?

Yes _____        No _____

If your answer to question 1 is yes, then answer question 2.  If you answered no, stop here, answer no further questions, and have the presiding juror sign and date this form.

2.      It is more likely true than not true that the statement, or observable conduct, was reasonably understood by this person to be about the plaintiff?

Yes _____        No _____

If your answer to question 2 is yes, then answer question 3.  If you answered no, stop here, answer no further questions, and have the presiding juror sign and date this form.

3.      Is it more likely true than not true that the message presented by the statement, or the observable conduct, was false?

Yes _____        No _____

If your answer to question 3 is yes, then answer question 4.  If you answered no, stop here, answer no further questions, and have the presiding juror sign and date this form.

4.      Is it more likely true than not true that Ross Henikman knew, or reasonably should have known, that the message presented by the statement, or observable conduct, was false?

Yes _____        No _____

If your answer to question 4 is yes, then answer question 5.  If you answered no, stop here, answer no further questions, and have the presiding juror sign and date this form.

5.      What amount of money will fairly compensate the Carolyn Mitchell for all harm to her which was more likely than not legally caused by the Ross Henikman's statement, or observable conduct:

$_____

If you have not awarded Carolyn Mitchell money in response to question 5, your foreperson should date and sign this verdict.  If you have awarded Carolyn Mitchell money in response to question 5, then answer question 6.

6.      Should punitive damages be awarded in this case?

Yes _____        No _____

If your answer to question 6 is no, do not answer any further questions.  Your foreperson should date and sign this verdict.

However, if your answer to question 6 is yes, then answer question 7.

7.      What amount of money should be awarded as punitive damages in this case?

Answer:                                                    $_____

Your foreperson should date and sign the verdict.

Signed: _____
Presiding Juror: _____
Dated: _____

IV.    FEDERAL CIVIL RIGHTS CLAIM (42 U.S.C. § 1983):
       CLAIM AGAINST ROSS HENIKMAN (UNREASONABLE SEARCH)

We answer the questions submitted to us as follows:

1.    Did Ross Henikman search Carolyn Mitchell's person and/or purse without a
      warrant?

Yes _____    No _____

If your answer to question 1 is yes, then answer question 2.  If you answered no, stop
here, answer no further questions, and have the presiding juror sign and date this form.

2.    Was Ross Henikman acting or purporting to act in the performance of his official
      duties?

Yes _____    No _____

If your answer to question 2 is yes, then answer question 3. If you answered no, stop here,
answer no further questions, and have the presiding juror sign and date this form.

3.    Was Ross Henikman's search a substantial factor in causing harm to Carolyn
      Mitchell?

Yes _____    No _____

If your answer to question 3 is yes, then answer question 4.  If you answered no, stop
here, answer no further questions, and have the presiding juror sign and date this form.

4.    What are Carolyn Mitchell's damages?

   a.    Past economic loss, including lost profits/medical expenses:     $_____
   b.    Future economic loss, including lost profits/medical expenses:    $_____
   c.    Past noneconomic loss, including physical pain/mental suffering:  $_____
   d.    Future noneconomic loss, including physical pain/mental suffering: $_____

TOTAL:                                                                     $_____

After answering question 4, answer question 5.

5.    Should punitive damages be awarded in this case?

Yes _____    No _____

If your answer to question 5 is no, do not answer any further questions.  Your foreperson should date and sign this verdict.

However, if your answer to question 5 is yes, then answer question 6.

6.    What amount of money should be awarded as punitive damages in this case?

Answer:                                        $_____

Signed:                _____
Presiding Juror:       _____
Dated: _____

V.    FEDERAL CIVIL RIGHTS CLAIM (42 U.S.C. § 1983):
      CLAIM AGAINST ROSS HENIKMAN (UNREASONABLE SEIZURE)

We answer the questions submitted to us as follows:

    1.    Did Ross Henikman seize Carolyn Mitchell's without a warrant?

Yes _____    No _____

    If your answer to question 1 is yes, then answer question 2.  If you answered no, stop here, answer no further questions, and have the presiding juror sign and date this form.

    2.    Did Ross Henikman seize Carolyn Mitchell's without a probable cause?

Yes _____    No _____

    If your answer to question 2 is yes, then answer question 3.  If you answered no, stop here, answer no further questions, and have the presiding juror sign and date this form.

    3.    Was Ross Henikman acting or purporting to act in the performance of his official duties?

Yes _____    No _____

    If your answer to question 3 is yes, then answer question 4. If you answered no, stop here, answer no further questions, and have the presiding juror sign and date this form.

    4.    Was Ross Henikman's search a substantial factor in causing harm to Carolyn Mitchell?

Yes _____    No _____

    If your answer to question 4 is yes, then answer question 5.  If you answered no, stop here, answer no further questions, and have the presiding juror sign and date this form.

    5.    What are Carolyn Mitchell's damages?

        a.    Past economic loss, including lost profits/medical expenses:    $_____
        b.    Future economic loss, including lost profits/medical expenses:    $_____
        c.    Past noneconomic loss, including physical pain/mental suffering:    $_____
        d.    Future noneconomic loss, including physical pain/mental suffering: $_____

TOTAL:    $_____

After answering question 5, answer question 6.

6.      Should punitive damages be awarded in this case?

Yes _____      No _____

If your answer to question 6 is no, do not answer any further questions.  Your foreperson should date and sign this verdict.

However, if your answer to question 6 is yes, then answer question 7.

7      What amount of money should be awarded as punitive damages in this case?

Answer:                                          $_____


Signed: _____

Presiding Juror: _____

Dated: _____