<u>Jury Verdict Form Justin Voss</u>

I.     <u>False Arrest Claim Against Justin Voss</u>

Prior to trial, Carolyn Mitchell proved as a matter of law the following facts:

1. Justin Voss arrested Carolyn Mitchell without a warrant.
2. Justin Voss's conduct was a substantial factor in causing harm to Carolyn Mitchell.

Based on the above legal findings, We answer the questions submitted to us as follows:

1.     What are Carolyn Mitchell's damages?

   a. Past economic loss, including lost profits/medical expenses:    $_____
   b. Future economic loss, including lost profits/medical expenses:  $_____
   c. Past noneconomic loss, including physical pain/mental suffering: $_____
   d. Future noneconomic loss, including physical pain/mental suffering: $_____

TOTAL:                                                                $_____

If you have not awarded Carolyn Mitchell money in response to question 1, your foreperson should date and sign this verdict. If you have awarded Carolyn Mitchell money in response to question 1, then answer question 2.

2.     Should punitive damages be awarded in this case?

Yes _____    No _____

If your answer to question 2 is no, do not answer any further questions. Your foreperson should date and sign this verdict.

However, if your answer to question 2 is yes, then answer question 3.

3.     What amount of money should be awarded as punitive damages in this case?

Answer:                                                               $_____

Signed: _____
Presiding Juror: _____
Dated: _____

II.  INTENTIONAL INFLICTION OF EMOTIONAL DISTRESS:
CLAIM AGAINST JUSTIN VOSS

We answer the questions submitted to us as follows:
1. Was Justin Voss's conduct outrageous?

Yes ____    No ____

If your answer to question 1 is yes, then answer question 2. If you answered no, stop here, answer no further questions, and have the presiding juror sign and date this form.

2. Did Justin Voss intend to cause Carolyn Mitchell emotional distress?
or
Did Justin Voss act with reckless disregard of the probability that Carolyn Mitchell would suffer emotional distress?

Yes _____ No ____

If your answer to question 2 is yes, then answer question 3. If you answered no, stop here, answer no further questions, and have the presiding juror sign and date this form.

3. Did Carolyn Mitchell suffer severe emotional distress?

Yes ____    No ____

If your answer to question 3 is yes, then answer question 4. If you answered no, stop here, answer no further questions, and have the presiding juror sign and date this form.

4. Was Justin Voss's conduct a substantial factor in causing Carolyn Mitchell's severe emotional distress?

Yes _____ No ____

If your answer to question 4 is yes, then answer question 5. If you answered no, stop here, answer no further questions, and have the presiding juror sign and date this form.

5. What are Carolyn Mitchell's damages?

   a. Past economic loss, including lost profits/medical expenses:    $_____
   b. Future economic loss, including lost profits/medical expenses:  $_____
   c. Past noneconomic loss, including physical pain/mental suffering: $_____
   d. Future noneconomic loss, including physical pain/mental suffering: $_____
TOTAL:                                                                 $_____

If you have not awarded Carolyn Mitchell money in response to question 5, your foreperson should date and sign this verdict. If you have awarded Carolyn Mitchell money in response to question 5, then answer question 6.

6. Should punitive damages be awarded in this case?

Yes _____   No _____

If your answer to question 6 is no, do not answer any further questions. Your foreperson should date and sign this verdict.

However, if your answer to question 6 is yes, then answer question 7.

7. What amount of money should be awarded as punitive damages in this case?

Answer: $_____

Your foreperson should date and sign the verdict.


Signed:           _____
Presiding Juror:  _____
Dated: _____

III.  **DEFAMATION: CLAIM AGAINST JUSTIN VOSS**

We answer the questions submitted to us as follows:

1. Is it more likely true than not true that the defendant communicated a statement, either orally, in writing, or by observable conduct, to a person other than the plaintiff?

   Yes _____    No _____

   If your answer to question 1 is yes, then answer question 2. If you answered no, stop here, answer no further questions, and have the presiding juror sign and date this form.

2. It is more likely true than not true that the statement, or observable conduct, was reasonably understood by this person to be about the plaintiff?

   Yes _____    No _____

   If your answer to question 2 is yes, then answer question 3. If you answered no, stop here, answer no further questions, and have the presiding juror sign and date this form.

3. Is it more likely true than not true that the message presented by the statement, or the observable conduct, was false?

   Yes _____    No _____

   If your answer to question 3 is yes, then answer question 4. If you answered no, stop here, answer no further questions, and have the presiding juror sign and date this form.

4. Is it more likely true than not true that Justin Voss knew, or reasonably should have known, that the message presented by the statement, or observable conduct, was false?

   Yes _____    No _____

   If your answer to question 4 is yes, then answer question 5. If you answered no, stop here, answer no further questions, and have the presiding juror sign and date this form.

5. What amount of money will fairly compensate the Carolyn Mitchell for all harm to her which was more likely than not legally caused by the Justin Voss's statement, or observable conduct:

   $_____

If you have not awarded Carolyn Mitchell money in response to question 5, your foreperson should date and sign this verdict. If you have awarded Carolyn Mitchell money in response to question 5, then answer question 6.

6. Should punitive damages be awarded in this case?

Yes _____   No _____

If your answer to question 6 is no, do not answer any further questions. Your foreperson should date and sign this verdict.

However, if your answer to question 6 is yes, then answer question 7.

7. What amount of money should be awarded as punitive damages in this case?

Answer:                                                                              $_____

Your foreperson should date and sign the verdict.


Signed:
Presiding Juror:    _____
Dated: _____

IV.  FEDERAL CIVIL RIGHTS CLAIM (42 U.S.C. § 1983):
     CLAIM AGAINST JUSTIN VOSS (UNREASONABLE SEIZURE)

We answer the questions submitted to us as follows:

    1.    Did Justin Voss seize Carolyn Mitchell's without a warrant?

    Yes _____   No _____

If your answer to question 1 is yes, then answer question 2. If you answered no, stop here, answer no further questions, and have the presiding juror sign and date this form.

    2.    Did Justin Voss seize Carolyn Mitchell's without a probable cause?

    Yes _____   No _____

If your answer to question 2 is yes, then answer question 3. If you answered no, stop here, answer no further questions, and have the presiding juror sign and date this form.

    3.    Was Justin Voss acting or purporting to act in the performance of his official duties?

    Yes _____   No _____

If your answer to question 3 is yes, then answer question 4. If you answered no, stop here, answer no further questions, and have the presiding juror sign and date this form.

    4.    Was Justin Voss's seizure a substantial factor in causing harm to Carolyn Mitchell?

    Yes _____   No _____

If your answer to question 4 is yes, then answer question 5. If you answered no, stop here, answer no further questions, and have the presiding juror sign and date this form.

    5.    What are Carolyn Mitchell's damages?

    a.  Past economic loss, including lost profits/medical expenses: $_____
    b.  Future economic loss, including lost profits/medical expenses: $_____
    c.  Past noneconomic loss, including physical pain/mental suffering: $_____
    d.  Future noneconomic loss, including physical pain/mental suffering: $_____

TOTAL: $_____

After answering question 5, answer question 6.

6. Should punitive damages be awarded in this case?

Yes _____    No _____

If your answer to question 6 is no, do not answer any further questions. Your foreperson should date and sign this verdict.

However, if your answer to question 6 is yes, then answer question 7.

7. What amount of money should be awarded as punitive damages in this case?

Answer: $_____

Signed:
Presiding Juror: _____
Dated: _____