<u>Jury Verdict Form Walter Monegan</u>

I. <u>Federal Civil Rights Claim (42 U.S.C. § 1983):
   Claim Against Walter Monegan</u>

We answer the questions submitted to us as follows:

    1.    Did Ross Henikman and/or Justin Voss arrest Carolyn Mitchell without an arrest warrant, and without probable cause in violation of her rights under the 4th Amendment to the United States Constitution?

    Yes _____    No _____

If your answer to question 1 is yes, then answer question 2. If you answered no, stop here, answer no further questions, and have the presiding juror sign and date this form.

    2.    Did Ross Henikman and/or Justin Voss deprive Carolyn Mitchell of her rights under the 4th Amendment to the United States Constitution as a result of an official policy or custom of the Municipality of Anchorage?

    Yes _____    No _____

If your answer to question 2 is yes, then answer question 3. If you answered no, stop here, answer no further questions, and have the presiding juror sign and date this form.

    3.    Was the policy or custom established by the Municipality of Anchorage a substantial factor in causing harm to Carolyn Mitchell?

    Yes _____    No _____

If your answer to question 3 is yes, then answer question 4. If you answered no, stop here, answer no further questions, and have the presiding juror sign and date this form.

    4.    What are Carolyn Mitchell's damages?

        a.   Past economic loss, including lost profits/medical expenses:   $_____
        b.   Future economic loss, including lost profits/medical expenses:  $_____
        c.   Past noneconomic loss, including physical pain/mental suffering:  $_____
        d.   Future noneconomic loss, including physical pain/mental suffering: $_____
TOTAL:   $_____

Your foreperson should date and sign the verdict.

Signed: _____
Presiding Juror: _____
Dated: _____