J<small>URY</small> V<small>ERDICT</small> F<small>ORM</small> W<small>ALTER</small> M<small>ONEGAN</small>

I.  F<small>EDERAL</small> C<small>IVIL</small> R<small>IGHTS</small> C<small>LAIM</small> (42 U.S.C. § 1983):
    C<small>LAIM</small> A<small>GAINST</small> W<small>ALTER</small> M<small>ONEGAN</small>

We answer the questions submitted to us as follows:

1.  Did you find that Ross Henikman and/or Justin Voss deprived Carolyn Mitchell of her rights under the 4th Amendment to the United States Constitution?

    Yes _____    No _____

If your answer to question 1 is yes, then answer question 2. If you answered no, stop here, answer no further questions, and have the presiding juror sign and date this form.

2.  Did Ross Henikman and/or Justin Voss deprive Carolyn Mitchell of her rights under the 4th Amendment to the United States Constitution as a result of training and/or supervision from Walter Monegan?

    Yes _____    No _____

If your answer to question 2 is yes, then answer question 3. If you answered no, stop here, answer no further questions, and have the presiding juror sign and date this form.

3.  Was the policy established by Walter Monegan a substantial factor in causing harm to Carolyn Mitchell?

    Yes _____    No _____

If your answer to question 3 is yes, then answer question 4. If you answered no, stop here, answer no further questions, and have the presiding juror sign and date this form.

4.  What are Carolyn Mitchell's damages?

    a.  Past economic loss, including lost profits/medical expenses:        $_____
    b.  Future economic loss, including lost profits/medical expenses:      $_____
    c.  Past noneconomic loss, including physical pain/mental suffering:    $_____
    d.  Future noneconomic loss, including physical pain/mental suffering:  $_____
    TOTAL:                                                                  $_____

If you have not awarded Carolyn Mitchell money in response to question 4, your foreperson should date and sign this verdict.  If you have awarded Carolyn Mitchell money in response to question 4, then answer question 5.

5. Should punitive damages be awarded in this case?

Yes _____   No _____

If your answer to question 5 is no, do not answer any further questions.  Your foreperson should date and sign this verdict.

However, if your answer to question 5 is yes, then answer question 6.

6. What amount of money should be awarded as punitive damages in this case?

Answer: $_____

Your foreperson should date and sign the verdict.

Signed:
Presiding Juror:    _____
Dated: _____