JURY VERDICT FORM ANCHORAGE POLICE DEPARTMENT

I.  JOINT LIABILITY FOR ANCHORAGE POLICE DEPARTMENT (ROSS HENIKMAN)

   1.  During the time that Ross Henikman falsely arrested Carolyn Mitchell was he an employee of the Anchorage Police Department?

   Yes _____   No _____

   If your answer to question 1 is yes, then answer question 2. If you answered no, stop here, answer no further questions, and have the presiding juror sign and date this form.

   2.  Was Ross Henikman acting within the scope of his employment when he pointed weapons at Carolyn Mitchell, falsely arrested her, and held her in custody ?

   Yes _____   No _____

   If your answer to question 2 is yes, then answer yes to question 3, and have the presiding juror sign and date this form.

   3.  Is the Anchorage Police Department jointly liable for the harm that Ross Henikman committed against Carolyn Mitchell?

   Yes _____

Your foreperson should date and sign the verdict.

Signed: _____
Presiding Juror: _____
Dated: _____

II. <u>JOINT LIABILITY FOR ANCHORAGE POLICE DEPARTMENT (JUSTIN VOSS)</u>

    1. During the time that Justin Voss falsely arrested Carolyn Mitchell was he an employee of the Anchorage Police Department?

Yes \_\_\_\_    No \_\_\_\_

If your answer to question 1 is yes, then answer question 2. If you answered no, stop here, answer no further questions, and have the presiding juror sign and date this form.

    2. Was Justin Voss acting within the scope of his employment when he pointed weapons at Carolyn Mitchell, falsely arrested her, and held her in custody ?

Yes \_\_\_\_    No \_\_\_\_

If your answer to question 2 is yes, then answer yes to question 3, and have the presiding juror sign and date this form.

    3. Is the Anchorage Police Department jointly liable for the harm that Justin Voss committed against Carolyn Mitchell?

Yes \_\_\_\_

Your foreperson should date and sign the verdict.

Signed:  
Presiding Juror: _____  
Dated: _____