James N. Reeves
Municipal Attorney
Municipal Attorney's Office
P.O. Box 196650
Anchorage, Alaska 99519-6650
Phone: (907) 343-4545
Fax: (907) 343-4550
E-mail: uslit@muni.org

Attorney for Defendants
Municipality of Anchorage
Anchorage Police Department
Walt Monegan
Officers Voss and Henikman

**IN THE UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF ALASKA**

| | |
|---|---|
| CAROLYN MITCHELL,                )<br>                                                     )<br>           Plaintiff,                         )<br>                                                     )<br>vs.                                                )<br>                                                     )<br>ANCHORAGE POLICE DEPARTMENT and  )<br>the MUNICIPALITY OF ANCHORAGE, a          )<br>municipal corporation, WALTER MONEGAN,   )<br>Officer HENIKMAN, and Officer J. VOSS,       )<br>                                                     )<br>           Defendants.                     )<br>                                                     ) | Case No. 3:05-cv-00273-JWS |

**NOTICE OF INTENT TO USE DEPS SYSTEM**

Defendants Municipality of Anchorage, Walt Monegan and Officers Henikman and Voss, through the Municipal Attorney's Office, file notice under Local Rule 39.3 of their intent to use the DEPS system. Defendants will use DEPS at trial scheduled for

June 30-July 8, 2008. Trial will be held in U.S. District Court, Anchorage, in Courtroom 3.

    Respectfully submitted this 19th day of June, 2008.

                              JAMES N. REEVES
                              Municipal Attorney

                              By: s/ James N. Reeves
                                  Municipal Attorney's Office
                                  P.O. Box 196650
                                  Anchorage, Alaska 99519-6650
                                  Phone: (907) 343-4545
                                  Fax: (907) 343-4550
                                  E-mail: uslit@muni.org
                                  Alaska Bar No. 7206031

The undersigned hereby certifies that on 06/19/08 a true and correct copy of the *Notice of Intent to Use DEPS System* was served on:

Isaac D. Zorea
and
Moshe C. Zorea

by first class regular mail, if noted above, or by electronic means through the ECF system as indicated on the Notice of Electronic Filing.

 s/ Cathi Russell
Cathi Russell, Legal Secretary
Municipal Attorney's Office

Notice of Intent to Use DEPS System
Mitchell v. Anchorage Police Department et al., Case No. 3:05-cv-00273-JWS
Page 2 of 2