James N. Reeves
Municipal Attorney
Municipal Attorney's Office
P.O. Box 196650
Anchorage, Alaska 99519-6650
Phone: (907) 343-4545
Fax: (907) 343-4550
E-mail: uslit@muni.org

Attorney for Defendants
Municipality of Anchorage
Anchorage Police Department
Walt Monegan
Officers Voss and Henikman

# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| CAROLYN MITCHELL, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | ) |
| | ) |
| ANCHORAGE POLICE DEPARTMENT and the MUNICIPALITY OF ANCHORAGE, a municipal corporation, WALTER MONEGAN, Officer HENIKMAN, and Officer J. VOSS, | ) ) ) ) ) |
| Defendants. | ) Case No. 3:05-cv-00273-JWS |
| | ) |

## PROPOSED ORDER ON
## MOTION ON SHORTENED TIME
## TO CONDUCT PRE-TRIAL CONFERENCE

Defendants moved to conduct a pre-trial conference prior to the first day of trial to resolve pending issues and to clarify the scope of matters to be presented to the jury. Plaintiff did not oppose scheduling a pre-trial conference prior to trial.

This court **GRANTS** the Motion.  A pre-trial conference shall be held on _____ June, 2008 at _____a.m./p.m.

Dated this _____ day of _____ 2008.

By:_____
John W. Sedwick
U. S. District Judge