```
               MINUTES OF THE UNITED STATES DISTRICT COURT
                          DISTRICT OF ALASKA
```

 CAROLYN MITCHELL           vs.  ANCHORAGE POLICE DEPARTMENT, ET AL 

BEFORE THE HONORABLE  JOHN W. SEDWICK   CASE NO. 3:05-CV-00273-JWS 

DEPUTY CLERK/RECORDER:       APRIL KARPER

APPEARANCES:   PLAINTIFF:    ISAAC ZOREA AND MOSHE ZOREA

               DEFENDANT:    JAMES REEVES AND ELIZABETH FRIEDMAN

PROCEEDINGS: FINAL PRE-TRIAL CONFERENCE HELD JUNE 25, 2008:
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -
At 9:38 a.m. court convened.

Court and counsel heard re qualified immunity, official immunity, and state law claims.

Court ordered parties to submit briefs re State Official Immunity by **June 27, 2008 at 12:00 p.m.**

Court and counsel heard re objections to plaintiff's exhibits.

Court ordered parties to meet before U.S. District Judge Timothy M. Burgess for a Settlement Conference on **June 26, 2008 at 10:00 a.m.** in Chambers.

Court ordered parties to send copies of their Proposed Jury Instructions to chambers by **June 26, 2008.**

Witness exclusionary rule invoked.

Court and counsel heard re witnesses, statement of facts, jury selection, false arrest decision, the tort act, the courts previous rulings, trial procedure, exhibits, and punitive damages.

Court ordered plaintiff to file new cases not previously sited by the morning of **June 27, 2008**; defendant to file response by the afternoon of **June 27, 2008.**

At 10:26 a.m. court adjourned.

DATE:       June 25, 2008          DEPUTY CLERK'S INITIALS:   AMK  

Revised 6/18/07