Elizabeth D. Friedman
Assistant Municipal Attorney
Municipal Attorney's Office
P.O. Box 196650
Anchorage, Alaska 99519-6650
Phone: (907) 343-4545
Fax: (907) 343-4550
E-mail: uslit@muni.org

Attorney for Defendants
Municipality of Anchorage
Anchorage Police Department
Walt Monegan
Officers Voss and Henikman

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| CAROLYN MITCHELL, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | ) |
| | ) |
| ANCHORAGE POLICE DEPARTMENT and the MUNICIPALITY OF ANCHORAGE, a municipal corporation, WALTER MONEGAN, Officer HENIKMAN, and Officer J. VOSS, | ) ) ) ) ) |
| Defendants. | ) Case No. 3:05-cv-00273-JWS |
| | ) |

## ENTRY OF APPEARANCE

The Municipal Attorney's Office, by and through Assistant Municipal Attorney Elizabeth D. Friedman, hereby enters her appearance as co-counsel of record for defendants Municipality of Anchorage, Anchorage Police Department, Walt Monegan, Officers Henikman and Voss and requests that all future correspondence and documents

pertaining to this action be forwarded by mail to Elizabeth D. Friedman at the Department of Law, Municipality of Anchorage, P.O. Box 196650, Anchorage, Alaska 99519-6650.

Respectfully submitted this 25th day of June, 2008.

                                      JAMES N. REEVES
                                      Municipal Attorney

By:  s/ Elizabeth D. Friedman
       Municipal Attorney's Office
       P.O. Box 196650
       Anchorage, Alaska 99519-6650
       Phone: (907) 343-4545
       Fax: (907) 343-4550
       E-mail: uslit@muni.org
       Alaska Bar No. 9306027

The undersigned hereby certifies that on 06/25/08 a true and correct copy of the *Entry of Appearance of Elizabeth D. Friedman* was served on:

Isaac D. Zorea
Moshe C. Zorea

by first class regular mail, if noted above, or by electronic means through the ECF system as indicated on the Notice of Electronic Filing.

 s/ Cathi Russell
Cathi Russell, Legal Secretary
Municipal Attorney's Office

Entry of Appearance of Elizabeth D. Friedman
Mitchell v. Anchorage Police Department et al., Case No. 3:05-cv-00273-JWS
Page 2 of 2