Isaac D. Zorea
Law Office of Isaac Derek Zorea
P.O. Box 210434
Anchorage, AK 99521
(907) 677-3779
(907) 644-2802 facsimile

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA

CAROLYN MITCHELL,                                   )
       Plaintiff,                                            )
   vs.                                                       )
                                                             )
ANCHORAGE POLICE DEPARTMENT and the    )
MUNICIPALITY OF ANCHORAGE, a                 )
municipal corporation, WALTER MONEGAN,    )
Officer HENIKMAN, and Officer J. VOSS,         )
       Defendants.                                           )
_____ )

Case No. 3:05-cv-00273-JWS

**PLAINTIFF'S OFFICIAL IMMUNITY BRIEFING**

    At the June 25, 2008, pre-trial conference, the court permitted Plaintiff to respond to Defendants' request for a jury instruction concerning Official Immunity. Defendant mistakenly believes that the jury should be instructed on the complex issue of official immunity, and discretionary immunity. Clearly the question concerning whether a municipal official is enacting a discretionary function concerning actions relevant to a tort are legal determinations that only this court can make, and at this stage of the litigation, can only make if a directed verdict is presented after the plaintiff has presented her case.

    As a strictly legal argument, the Defendants have cited to no case law

PLAINTIFF'S OFFICIAL IMMUNITY BRIEFING: MITCHELL V. MOA, ET AL..                    PAGE - 1 -

wherein a municipal actor's tort of false arrest can be construed as a discretionary function. Unlike the immunity afforded state actors under AS 09.50.250, municipal officers are not permitted the "good faith" defense as laid out in section 1 of that statute: 'an action may not be brought if the claim (1) is an action for tort, and is based upon an act or omission of an employee of the state, exercising due care, in the execution of a statute or regulation, whether or not the statute or regulation is valid." Under the municipal immunity clause, AS 09.65.070(d)(2), immunity is premised on the performance of a "discretionary function." Complying with State statutes is not a discretionary function.

In this case, Voss and Henikman violated Alaska law by (1) arresting Mitchell, (2) without probable cause. The associated torts of defamation and intentional infliction of emotional distress are all by products of unlawful conduct. It is ridiculous to argue, as the Defendants do, that the natural result of unlawful conduct can be classified as a discretionary act. No municipal official has the discretion to violate the law.

That being said, no case cited by the Defendants establish that the question of immunity is a jury question. The Defendants could not find an Alaska Pattern Civil Jury Instruction of official immunity because such questions are legal questions to be answered by the court. All the cases cited by Defendants are cases that had been decided at the summary judgment level. As this court has already ruled that qualified immunity is not an issue for the jury, it is unfounded for Defendants to expect immunity under state law to become an issue for the jury.

PLAINTIFF'S OFFICIAL IMMUNITY BRIEFING: MITCHELL v. MOA, ET AL..                    PAGE - 2 -

Parsing out the legal elements for qualified immunity is a matter for oral arguments, or written submissions to the court based on the established or undisputed facts of the case. The jury is not capable of rendering legal conclusions, or assessing between competing legal theories.

Respectfully submitted this 27th day of June 2008.

   S/ Isaac Zorea
Law Offices of Isaac D Zorea
P.O. Box 210434
Anchorage, AK 99521
907-830-1385
907-677-3779
Eyedz@gci.net

Certificate of Service

I hereby certify that on June 27, 2008
I electronically filed the foregoing with
the Clerk of Court using the CM/ECF
system which sent notification to the
following:

   James Reeves; and Elizabeth Friedman

and I hereby certify that I have mailed by
United States Postal Service the document
to the following non CM/ECF participants:

   none.

Dated this 27th day of June 2008, at Anchorage, Alaska.

 S/ Isaac Zorea
  Law Offices of Isaac D Zorea
  P.O. Box 210434
 Anchorage, AK 99521
 907-830-1385
 907-677-3779
 Eyedz@gci.net