***AMENDED***
MINUTES OF THE UNITED STATES DISTRICT COURT
DISTRICT OF ALASKA

 CAROLYN MITCHELL       vs.  ANCHORAGE POLICE DEPARTMENT, ET AL 

BEFORE THE HONORABLE  JOHN W. SEDWICK   CASE NO.  3:05-CV-00273-JWS 

DEPUTY CLERK/RECORDER:       APRIL KARPER

APPEARANCES:    PLAINTIFF:    ISAAC ZOREA AND MOSHE ZOREA

                DEFENDANT:    JAMES REEVES AND ELIZABETH FRIEDMAN

PROCEEDINGS: TRIAL BY JURY - DAY 1 HELD JUNE *30, 2008:
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -
At 9:00 a.m. court convened without the prospective jurors present.

Court and counsel heard re order at docket 128.

At 9:05 a.m. 37 prospective jurors entered the courtroom.

Court heard. Parties introduced themselves.

Oath as to qualifications administered.

General voir dire conducted.

Jurors #37, #2, #22, #10, and #33 excused for cause.

At 10:22 a.m. court recessed until 10:42 a.m. without the prospective jurors present.

At 10:44 a.m. 32 prospective jurors entered the courtroom.

Court instructed clerk to call 14 names; 14 names called.

Individual voir dire conducted.

Peremptory challenges taken; jury panel of 8 selected.

Oath as to trial jurors administered.

CONTINUED ON PAGE 2

DATE:      July 1, 2008         DEPUTY CLERK'S INITIALS:   AMK

Revised 6/18/07

```
                   CONTINUATION - PAGE 2
       CAROLYN MITCHELL vs. ANCHORAGE POLICE DEPARTMENT, ET AL
                       3:05-CV-00273-JWS
                     TRIAL BY JURY - DAY 1
                         June 30, 2008
```
----------------------------------------------------------------

At 11:15 a.m. court thanked and excused the excess prospective jurors.

Preliminary jury instructions and statement of facts read.

At 11:32 a.m. court recessed until 12:46 p.m. with the jury panel present.

Opening statements heard.

Carolyn Marie Mitchell sworn and testified on her own behalf.

Justin Christopher Voss sworn and testified on behalf of the plaintiff.

At 2:36 p.m. court recessed until 2:56 p.m. with the jury panel present.

Court and counsel heard re jury note.

Ross Anthony Henikman sworn and testified on behalf of the plaintiff.

William James Miller sworn and testified on behalf of the plaintiff.

At 4:34 p.m. court recessed this matter to reconvene Tuesday, **July 1, 2008 at 9:00 a.m**. court adjourned.

DATE:      July 1, 2008          DEPUTY CLERK'S INITIALS:   AMK

Revised 6/18/07