```
              MINUTES OF THE UNITED STATES DISTRICT COURT
                         DISTRICT OF ALASKA
```

 CAROLYN MITCHELL         vs.  ANCHORAGE POLICE DEPARTMENT, ET AL

BEFORE THE HONORABLE  JOHN W. SEDWICK   CASE NO.  3:05-CV-00273-JWS

DEPUTY CLERK/RECORDER:        APRIL KARPER

APPEARANCES:    PLAINTIFF:    ISAAC ZOREA AND MOSHE ZOREA

                DEFENDANT:    JAMES REEVES AND ELIZABETH FRIEDMAN

PROCEEDINGS: TRIAL BY JURY - DAY 3 HELD JULY 2, 2008:
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -
At 8:06 a.m. court convened without the jury panel present.

Court and counsel heard re the court's Order and Opinion at
Docket 130, Jury Instructions, Verdict Forms, and rebuttal
witnesses.

At 8:24 a.m. court recessed until 9:04 a.m. with the jury panel
present.

Carolyn Marie Mitchell resworn and testified on her own behalf on
rebuttal.

Neisha Jones sworn and testified on behalf of the plaintiff on
rebuttal.

Damarcus Mitchell resworn and testified on behalf of the
plaintiff on rebuttal.

At 9:17 a.m. the jury panel exited the courtroom to reconvene
Thursday, July 3, 2008 at 9:00 a.m.

Court and counsel heard re jury instructions.

At 9:18 a.m. court recessed this matter to reconvene Thursday,
**July 3, 2008 at 8:00 a.m.** and court adjourned.


DATE:      July 2, 2008          DEPUTY CLERK'S INITIALS:    AMK

Revised 6/18/07