```
           MINUTES OF THE UNITED STATES DISTRICT COURT
                        DISTRICT OF ALASKA
```

 CAROLYN MITCHELL        vs.  ANCHORAGE POLICE DEPARTMENT, ET AL 

BEFORE THE HONORABLE  JOHN W. SEDWICK   CASE NO. 3:05-CV-00273-JWS 

DEPUTY CLERK/RECORDER:        APRIL KARPER

APPEARANCES:   PLAINTIFF:     ISAAC ZOREA AND MOSHE ZOREA

               DEFENDANT:     JAMES REEVES AND ELIZABETH FRIEDMAN

PROCEEDINGS: TRIAL BY JURY - DAY 4 HELD JULY 3, 2008:
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -
At 8:06 a.m. court convened without the jury panel present.

Court and counsel heard re exceptions to the jury instructions and the verdict forms.

Court and counsel heard re plaintiff's oral motion for a judgment re section 1983 claims; **DENIED.**

Court and counsel heard re defendant's renewed Rule 50 oral motion for a ruling in favor of the defendant re defamation claim, section 1983 claim, punitive damages claims against all parties, and immunity claim; taken **UNDER ADVISEMENT.**

At 8:20 a.m. court recessed until 9:07 a.m. with the jury panel present.

Closing arguments heard.

Court read jury instructions.

At 11:06 a.m. the jury panel exited the courtroom to begin deliberations.

At 11:07 a.m. court recessed until 1:04 p.m. without the jury panel present.

Court and counsel heard re jury note.

CONTINUED ON PAGE 2

DATE:       July 3, 2008           DEPUTY CLERK'S INITIALS:   AMK 

Revised 6/18/07

```
                     CONTINUATION - PAGE 2
        CAROLYN MITCHELL vs. ANCHORAGE POLICE DEPARTMENT, ET AL
                         3:05-CV-00273-JWS
                       TRIAL BY JURY - DAY 4
                          July 3, 2008
```
----------------------------------------------------------------

At 1:06 p.m. court recessed until 2:18 p.m. without the jury panel present.

Court and counsel heard re jury note.

At 2:19 p.m. the jury panel entered the courtroom.

Verdict Published. Jury found in favor of the plaintiff in the amount of $1.00 on the State Law False Arrest Claim. Jury found in favor of the defendants on all remaining claims.

Jury Polled; all answered in the affirmative.

At 2:26 p.m. court thanked and excused the jury panel.

Court and counsel heard re defendant's renewed Rule 50 oral motion for a ruling in favor of the defendant re defamation claim, section 1983 claim, punitive damages claims against all parties, and immunity claim; **DENIED AS MOOT**.

Court and counsel heard re plaintiff's oral motion for judgment not withstanding the verdict; **DENIED**.

At 2:28 p.m. court adjourned.

OFF RECORD NOTE: All admitted exhibits, blank jury notes, original verdict forms and original jury instructions forwarded to the jury panel via the bailiff. Admitted exhibits C and J to be shown to the jury panel upon request.

Jury Instructions and Verdict Forms **FILED**.

List of Witnesses and List of Exhibits to be filed separately.

All original exhibits returned to counsel.

DATE:      July 3, 2008           DEPUTY CLERK'S INITIALS:   AMK

Revised 6/18/07