(Rev 7/08)                              **LIST OF EXHIBITS**

---

Case No. 3:05-CV-00273-JWS                                   Judge: **JOHN W. SEDWICK**

Title          Carolyn Mitchell
     vs.
               Anchorage Police Department, et al

Dates of Hearing/Trial:      June 30, 2008   thru   July 3, 2008

Deputy Clerk/Recorder:       April Karper

| Attorney for Plaintiff | Attorney for Defendant |
|---|---|
| Isaac Zorea | James Reeves |
| Moshe Zorea | Elizabeth Friedman |

---------------------------------------------------------**EXHIBITS**---------------------------------------------------------

| PLAINTIFF | | | | DEFENDANT | | | |
|---|---|---|---|---|---|---|---|
| EX # | ID | AD | DESCRIPTION OF EXHIBIT | EX# | ID | AD | DESCRIPTION OF EXHIBIT |
| 1 |  | By Stip | Police Report by Officer R. Blanton, DSN 27444 | A |  | By Stip | Police Report 04-20935, Bates Nos. 1-19 |
| 2 |  | By Stip | Police Report by Officer E. Smith, DSN25137 | B |  | By Stip | Calls for Service, Bates Nos. 26-31 |
| 3 |  | By Stip | Police Report by Officer Starr, DSN 28530 | C |  | By Stip | APD photographs CD |
| 4 |  | By Stip | Police Report by Officer Witte, DSN 26733 | D |  | By Stip | Affidavit of Officer Henikman (Dkt 52) |
| 5 |  | By Stip | Police Report by Officer R. Rhodes, DSN 27983 | E |  | By Stip | Affidavit of Officer Voss (Dkt 51) |
| 6 |  | By Stip | Police Report by Officer J. Voss, DSN 28532 | F |  | By Stip | Affidavit of Capt. Miller (Dkt 80) |
| 7 |  |  | Deposition of Justin Voss, 12/14/2006 | G |  |  | Affidavit of Special Agent Payne (Dkt 82) |
| 8 |  |  | J. Voss' Responses to Discovery Requests | H |  |  | Affidavit of Maj. Leveque (Dkt 83) |
| 9 |  |  | J. Voss' Response to Request for Admissions | I |  |  | Affidavit of Officer Daily (Dkt 81) |
| 10 |  | By Stip | Police Report by Officer Henikman, DSN 28525 | J |  | By Stip | KTUU Channel 2 News videotape (Dkt 50, Ex. F) |
| 11 |  |  | Deposition of R. Henikman, 11/28/2006 | K |  |  | Deposition of Carolyn Mitchell |

Continuation
List of Exhibits

Page: __2__

| Case No: 3:05-CV-00273-JWS | | | | Judge: JOHN W. SEDWICK | | | |
|---|---|---|---|---|---|---|---|
| **PLAINTIFF** | | | | **DEFENDANT** | | | |
| EX # | ID | AD | DESCRIPTION OF EXHIBIT | EX # | ID | AD | DESCRIPTION OF EXHIBIT |
| 12 | | | **Henikman's Responses to Discovery Requests** | | | | |
| 13 | | | **Henikman's Response to Req. For Admissions** | | | | |
| 14 | | By Stip | **Affidavit of Officer John Daily** | | | | |
| 15 | | By Stip | **Affidavit of Capt. Bill Miller** | | | | |
| 16 | ✓ | By Stip | **Walter Monegan, Letter to Mitchell, 12/3/2004** | | | | |
| 17 | | | **Monegan's Responses to Discovery Requests** | | | | |
| 18 | | | **Henikman's Response to Req. For Admissions** | | | | |