UNITED STATES DISTRICT COURT

DISTRICT OF ALASKA

| | |
|---|---|
| CAROLYN MITCHELL,<br><br>    Plaintiff,<br><br>vs.<br><br>MUNICIPALITY OF ANCHORAGE,<br>et al.,<br><br>    Defendants. | 3:05-cv-273 JWS |

SPECIAL VERDICT FORM
STATE LAW FALSE ARREST CLAIM

You have been instructed that you must consider the amount of damages, if any, to be awarded to Carolyn Mitchell on her False Arrest claim. Any such amount must not include the damages, if any, you award her on her defamation claim. You must award at least nominal damages of $1. Please enter the amount of any such damages in the space provided below.

$1.00

The court is responsible for assuring that any damage amount awarded by you is payable by the correct defendant or defendants.

DATED this 3rd day of July 2008.

Signature Redacted

JURY FOREPERSON