# UNITED STATES DISTRICT COURT

## DISTRICT OF ALASKA

CAROLYN MITCHELL,                          )
                                           )          3:05-cv-273 JWS
          Plaintiff,                   )
                                           )
      vs.                            )
                                           )
MUNICIPALITY OF ANCHORAGE,                 )
et al.,                                    )
                                           )
          Defendants.                  )
_____)

## SPECIAL VERDICT FORM
## FOURTH AMENDMENT CLAIMS

1. When Carolyn Mitchell was stopped, did Officers Henikman and Voss have a reasonable suspicion that she committed the bank robbery?

_____Yes_____ [Answer Yes or No]

If your answer to Question # 1 was No, then you have found that Officers Henikman and Voss violated the Fourth Amendment rights of Carolyn Mitchell, and you should skip Question # 2 and proceed to Question # 3. If your answer to Question #1 was Yes, then you should proceed to Question # 2.

2. Did the detention of Carolyn Mitchell by Officers Henikman and Voss become an arrest under federal law?

_____No_____ [Answer Yes or No]

If your answer to Question # 2 was Yes, then you have found that Officers Henikman and Voss violated the Fourth Amendment rights of Carolyn Mitchell. If your answer to Question # 2 was No, then you have found that Officers Henikman and Voss did not violate the Fourth Amendment rights of Carolyn Mitchell.

If you did not find that Officers Henikman and Officer Voss violated the Fourth Amendment rights of Carolyn Mitchell you should skip Questions # 3 and # 4. If you found that the Officers violated plaintiff's Fourth Amendment rights, then you should answer Questions # 3 and # 4.

3. Did defendant Walter Monegan violate plaintiff's rights under the Fourth Amendment?

_____ [Answer Yes or No]

4. Did defendant Municipality of Anchorage violate plaintiff's rights under the Fourth Amendment?

_____ [Answer Yes or No]

Even if you found for Carolyn Mitchell on one or more of her Fourth Amendment claims, you do not need to consider the amount of compensatory damages, if any, to award, because the measure of her compensatory damages on any Fourth Amendment claim is the same as it is on the False Arrest claim for which you have been required to consider her damages. The court is responsible for assuring that any damage award is payable by the correct defendant or defendants.

DATED this ___3rd___ day of July 2008.

**Signature Redacted**

_____
JURY FOREPERSON

-2-