UNITED STATES DISTRICT COURT

DISTRICT OF ALASKA

| | |
|---|---|
| CAROLYN MITCHELL,<br><br>        Plaintiff,<br><br>vs.<br><br>MUNICIPALITY OF ANCHORAGE,<br>et al.,<br><br>        Defendants. | 3:05-cv-273 JWS |

SPECIAL VERDICT FORM
DEFAMATION CLAIM

Did Carolyn Mitchell prove her claim for defamation against Officers Henikman and Voss and the Municipality of Anchorage?

        **NO**        [Answer Yes or No]

If you found that Carolyn Mitchell proved her claim for defamation, then you must determine the amount of damages, if any, she should be awarded. Any such amount must not include any damages you awarded on the False Arrest claim. You must award at least nominal damages in the amount of $1. Enter the amount of damages, if any, in the space provided immediately below on this page.

The court is responsible for assuring that any damage amount awarded by you is payable by the correct defendant or defendants.

DATED this ___3rd___ day of July 2008.

                                 **REDACTED SIGNATURE**
                                 _____
                                       JURY FOREPERSON