UNITED STATES DISTRICT COURT

DISTRICT OF ALASKA

| | |
|---|---|
| CAROLYN MITCHELL,<br><br>        Plaintiff,<br><br>vs.<br><br>MUNICIPALITY OF ANCHORAGE,<br>et al.,<br><br>        Defendants. | )<br>)  3:05-cv-273 JWS<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

SPECIAL VERDICT FORM
AVAILABILITY OF PUNITIVE DAMAGES
FOURTH AMENDMENT CLAIM

Did you find that plaintiff Carolyn Mitchell has proved by a preponderance of the evidence that punitive damages should be awarded on her Fourth Amendment claim under Section 1983 against any defendant?

    No     [Answer Yes or No]

If you answered no, your foreperson should sign and date this verdict form. If you answered yes, state the name of each defendant as to whom you have concluded that plaintiff should be entitled to seek an award of punitive damages in the space below.

DATED this 3rd day of July 2008.

                                  Redacted Signature
                                  JURY FOREPERSON