UNITED STATES DISTRICT COURT

DISTRICT OF ALASKA

| | |
|---|---|
| CAROLYN MITCHELL,<br><br>   Plaintiff,<br><br> vs.<br><br>MUNICIPALITY OF ANCHORAGE,<br>et al.,<br><br>   Defendants. | 3:05-cv-273 JWS |

SPECIAL VERDICT FORM
AVAILABILITY OF PUNITIVE DAMAGES
STATE LAW CLAIMS

  Do you find that plaintiff Carolyn Mitchell has proved by clear and convincing evidence that punitive damages should be awarded on her state law False Arrest claim against defendant Henikman?

    **No**  [Answer Yes or No]

  Do you find that plaintiff Carolyn Mitchell has proved by clear and convincing evidence that punitive damages should be awarded on her state law False Arrest claim against defendant Voss?

    **No**  [Answer Yes or No]

  Do you find that plaintiff Carolyn Mitchell has proved by clear and convincing evidence that punitive damages should be awarded on her state law defamation claim against defendant Henikman?

    **No**  [Answer Yes or No]

Do you find that plaintiff Carolyn Mitchell has proved by clear and convincing evidence that punitive damages should be awarded on her state law defamation claim against defendant Voss?

_____No_____ [Answer Yes or No]


DATED this _2nd_ day of July 2008.

Signature Redacted
_____
JURY FOREPERSON