Joyce Weaver Johnson
Assistant Municipal Attorney
Municipal Attorney's Office
P.O. Box 196650
Anchorage, Alaska 99519-6650
Phone: (907) 343-4545
Fax: (907) 343-4550
E-mail: uslit@muni.org

Attorney for Defendants
Municipality of Anchorage
Anchorage Police Department
Walt Monegan
Officers Voss and Henikman

**IN THE UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF ALASKA**

| | |
|---|---|
| CAROLYN MITCHELL, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | ) |
| | ) |
| ANCHORAGE POLICE DEPARTMENT and the MUNICIPALITY OF ANCHORAGE, a municipal corporation, WALTER MONEGAN, Officer HENIKMAN, and Officer J. VOSS, | ) ) ) ) ) |
| Defendants. | ) Case No. 3:05-cv-00273-JWS |
| | ) |

**DEFENDANTS' ITEMIZED TAXABLE COSTS**

Pursuant to Federal Rules of Civil Procedure, Rule 54(d), and Local Rules of the United States District Court for the District of Alaska, Rule 54.1, defendants submit their itemized listing of the taxable costs with supporting documentation, filed simultaneously and in support of the Bill of Cost, completed form AO 133.

Defendants are the prevailing party in the above captioned case, based on this Court's Judgment of August 5, 2008, (Dkt. 144) and the Offers of Judgment served May 29, 2008.

## ITEMIZED TAXABLE COSTS

1. Filing Fee (Removal from State Court)      $250.00

2. Fees of the court reporter for transcripts
   a. Transcript of Carolyn Mitchell    $ 958.60

   Total      $958.60

3. Fees for exemplification and copies of papers for use in case.

   a. Video Duplication    $20.00
   b. Medical Records    $45.00
   c. Copy of Transcript Henikman    $131.40
      (76 pgs $1.40, Compression $25.00)
   d. Copy of Transcript Voss    $119.50
      (63 pgs $1.50, Compression $25.00)

   Total      $315.90

4. Other Costs

   a. Investigation and claim handling    $1,523.45
   b. Video copies for use at trial    $ 180.00
   c. Computer research (2007& 2008)    $4,350.89

   Total      $6,054.34

   **TOTAL COSTS**    **$7,578.84**

## Dept. of Law Court Litigation Fund
### Check Listing: No.10085 - 10115
### Period:11/1/05 thru 11/30/05

| Check No. | Payee | Cost | Check Date | Amount | Purpose/Explanation |
|---|---|---|---|---|---|
| 10085 | Clerk | DWI | 11/01/05 | 720.00 | DWI Complaints |
| 10086 | Clerk | DWI | 11/02/05 | 270.00 | DWI Complaints |
| 10087 | Clerk | DWI | 11/03/05 | 450.00 | DWI Complaints |
| 10088 | Clerk | DWI | 11/04/05 | 270.00 | DWI Complaints |
| 10089 | AMAA | criminal | 11/04/05 | 400.00 | conference cost |
| 10090 | Steven Brister | criminal | 11/07/05 | 30.97 | purcahsed blank DVD on weekend |
| 10091 | Clerk | DWI | 11/07/05 | 1,260.00 | DWI Complaints |
| 10092 | Clerk | DWI | 11/08/05 | 1,080.00 | DWI Complaints |
| 10093 | Clerk | DWI | 11/09/05 | 360.00 | DWI Complaints |
| 10094 | Alaska IT Consulting | criminal | 11/10/05 | 341.24 | Time Matters |
| 10095 | Clerk | DWI | 11/10/05 | 540.00 | DWI Complaints |
| 10096 | Clerk | DWI | 11/14/05 | 810.00 | DWI Complaints |
| 10097 | Anchorage Bar Association | criminal | 11/15/05 | 24.96 | court copier |
| 10098 | Clerk | DWI | 11/15/05 | 1,710.00 | DWI Complaints |
| 10099 | Rhonda Fehlen Westover | criminal | 11/16/05 | 28.32 | SU costs for presentation |
| 10100 | Clerk | DWI | 11/16/05 | 540.00 | DWI Complaints |
| 10101 | Lori Ward | criminal | 11/17/05 | 78.00 | intern parking |
| 10102 | void | | | | |
| 10103 | Clerk | DWI | 11/17/05 | 180.00 | DWI Complaints |
| 10104 | Northern Lights Realtime and | criminal | 11/18/05 | 222.00 | Hearing Impaired for AMAA conf. |
| 10105 | Clerk | DWI | 11/18/05 | 540.00 | DWI Complaints |
| 10106 | Clerk | criminal | 11/21/05 | 250.00 | notice of removal, Mitchell v. MOA |
| 10107 | Clerk | DWI | 11/21/05 | 1,260.00 | DWI Complaints |
| 10108 | Clerk | DWI | 11/22/05 | 90.00 | DWI Complaints |
| 10109 | Clerk | DWI | 11/22/05 | 810.00 | DWI Complaints |
| 10110 | Clerk | DWI | 11/23/05 | 360.00 | DWI Complaints |
| 10111 | Clerk | DWI | 11/28/05 | 540.00 | DWI Complaints |
| 10112 | void | | | | |
| 10113 | Alaska IT Consulting | criminal | 11/28/05 | 237.50 | Time Matters |
| 10114 | Clerk | DWI | 11/29/05 | 1,710.00 | DWI Complaints |
| 10115 | Clerk | DWI | 11/30/05 | 90.00 | DWI Complaints |
| **TOTAL OUTLAYS** | | | | 15,202.99 | |
| **NET REIMBURSEMENT REQUEST** | | | | 15,202.99 | |

### ALLOCATION OF CHARGES

| Code | Description | Org. | Account | Project | Total Charges |
|---|---|---|---|---|---|
| CIVIL | General Civil | 1151 | 3804 | 115100 | |
| DWI | DWI Imp./Fort. / Criminal | 1152 | 3804 | 115200 | $15,202.99 |
| **TOTAL REIMBURSEMENT REQUEST** | | | | | $15,202.99 |



**Accu-Type Depositions**
16545 Southcliff Circle
Anchorage, AK 99516-5413
(907) 276-0544
WWW.ACCUTYPEDEPOSITIONS.COM

# Invoice

Number: 3199

Date: June 26, 2006

**Bill To:**
Joyce Weaver-Johnson
MOA
632 West 6th Avenue
Suite 730
Anchorage, AK 99501

| Case # | Terms | Case Name |
|---|---|---|
| 305-cv-00273 JWS | Upon Receipt | Mitchell vs. APD |

| Date | Description | Amount |
|---|---|---|
| 5/5/06 | Original & 1 Copy of the Deposition Transcript of Carolyn Mitchell taken 5/5/06 by Reporter Lisa Nelson for Attorney Joyce Weaver-Johnson + Word Indexing + Condensed Transcript + E-Tran + DVD of Above Transcript @ $3 Per Page | 618.00 |
| 5/5/06 | Exhibits to Above Deposition (6 @ .10 Cents Per Page) | 0.60 |
| 5/5/06 | Appearance Fee for Reporter Lisa Nelson from 12:30 PM to 5:30 PM (Includes Set-up and Breakdown of Equipment) VIDEO TAPED Deposition @ $35 Per Hour | 175.00 |
| 5/5/06 | 5 Digital Video-Taped Used During Deposition @ $15 Per Tape | 75.00 |
| 5/5/06 | 5 DVDs for Above Video-Taped Deposition @ $18 Per Tape | 90.00 |

OUR FEDERAL I.D. #92-0090322

**THIS IS A REVISED INVOICED TO REFLECT CHANGE FROM $718.60 TO $618.00
APPROVED BY SUNNY MORRISON - OWNER**

Total  $958.60



**RECEIVED**
NOV 16 2006
NovaPro Risk Solutions
Anchorage

Thank you for Choosing Accu-Type Depositions!

Our Federal I.D. #92-0090322

WE TAKE CREDIT CARDS FOR YOUR CONVENIENCE!

# Professional Legal Copy

**Invoice / Delivery**

EIN - 13-4333691

360 K Street
Suite 101
Anchorage, Alaska 99501

Phone: 277-2679
Fax: 277-2689
www.prolegalcopy.com

07 APR 27 PM 1:06

RECEIVED
MUNI[CIPAL ATTORNEY]

| Date | Invoice # |
|---|---|
| 4/27/2007 | 81353 |

**Bill To**
MOA/Municipal Attorney
632 West 6th Avenue Ste. 700
Anchorage, Alaska 99501

**Ship To**
MOA/Municipal Attorney
632 West 6th Avenue Ste. 700
Anchorage, AK 99501

JWJ

| Client Matter | Terms | Ship Via |
|---|---|---|
| Mitchell v MOA, APD | EOM | |

Carolyn

| Description | Qty | Rate | Amount |
|---|---|---|---|
| Video Duplication | 1 | 20.00 | 20.00 |
| Attn: Sheri | | | |

RECEIVED
APR 30 2007
NovaPro Risk Solutions
Anchorage

All work is complete!

**Total** $20.00

Remit Payment To
360 K Street, Suite 101
Anchorage, Alaska 99501

pd 5/9/07

Defendants' Itemized Taxable Costs
Mitchell v. APD et al.
3:05-cv-00273-JWS
Page 5 of 24

MOA v. Mitchell



*Christie Eberhardt, PhD*

*Phone/fax: 907-688-7350*
*Email: impactak@mtaonline.net*

5-4-06
Carolyn Mitchell

## BILLING RECORD

## Municipality of Anchorage

## Copy and compilation fees:　　　　　　　　$45

Pd 5/19/06
CCE

Please send remuneration to:

Dr. Christie C. Eberhardt
17791 Birchtree Street
Chugiak, AK 99567

PHONE/FAX: 907.688.7350

**RECEIVED**
MAY 09 2006
WARD NORTH AMERICA
ANCHORAGE

not able
to ID -
no name or
file # -

unable to
ID file -

OK 2 pay

17791 Birchtree Street
Chugiak, AK 99567

4325 Laurel Street
Anchorage, AK 99508

**RECEIVED**
MAY 4 2006
RISK MANAGEMENT

Defendants' Itemized Taxable Costs
Mitchell v. APD et al.
3:05-cv-00273-JWS
Page 6 of 24

** TOTAL PAGE.12 **

STATEMENT
R & R COURT REPORTERS, INC.
811 G STREET
ANCHORAGE, ALASKA 99501
(907) 277-0572
EMPLOYER ID NO. 92-0091345

N⁰ 145014

December 14, 2006
DATE

Ms. Joyce Weaver Johnson
Assistant Municipal Attorney
Municipality of Anchorage
632 W. 6th Ave., Suite 730
Anchorage, AK  99501

RECEIVED
DEC 15 2006
NovaPro Risk Solutions
Anchorage

DETACH AND MAIL WITH YOUR CHECK.    YOUR CANCELLED CHECK IS YOUR RECEIPT.

IN CAUSE NO. A05-0273 CV (JWS)

Mitchell
VS.
APD, et al.

DEPOSITION OF Officer Ross Henikman, Video, 11/28/6

TOTAL $131.40

PLUS TAX

AMT DUE $131.40    pd 12/21/06

REMARKS: 1 copy, 76pgs @$1.40, compression: $25.00.
Thank you, R & R.

PAID BY CHECK NO.
DATE

N⁰ 145014

Color Art Printing, Anchorage                                    SM 10-91

**STATEMENT**
**R & R COURT REPORTERS, INC.**
811 G STREET
ANCHORAGE, ALASKA 99501
(907) 277-0572
EMPLOYER ID NO. 92-0091345

№ 145142

January 31, 2007
DATE

Ms. Joyce Weaver Johnson
Assistant Municipal Attorney
Municipality of Anchorage
632 W. 6th Ave., Suite 730
Anchorage, AK  99501

RECEIVED JAN 31 PM 2:42

DETACH AND MAIL WITH YOUR CHECK.   YOUR CANCELLED CHECK IS YOUR RECEIPT.

IN CAUSE NO. A05-273 CV (JWS)

Mitchell
vs.
APD, et al.

DEPOSITION OF Officer Justin Voss, Video, 12/13/6

TOTAL $119.50
PLUS TAX
AMT. DUE $119.50

REMARKS: 1 copy, 63pgs @$1.50, compression: $25.00.

Thank you, R & R.

PAID BY CHECK NO.
**RECEIVED**
DATE
FEB 02 2007
NovaPro Risk Solutions
Anchorage

pd 2/9/07 cg

№ 145142

Color Art Printing, Anchorage                                 5M 10-91



# INVOICE

## NovaPro Risk Solutions, LP

MUNICIPALITY OF ANCHORAGE-FLD
ATN: GLENN SMITH
3630 E. TUDOR ROAD
ANCHORAGE        AK 99507

Jun 19 2008

For Services From:
Anchorage 021
Telephone: 907-561-1725

```
Policy #:                                Invoice:    HY00003191
Claim #:   345-A05935                    Our File:   02113302
Claimant:  MITCHELL, CAROLYN             Date of Loss: 05/08/04
Insured:   MUNI OF ANCHORAGE
```

SERVICES - SUMMARY:
---------------------

PROFESSIONAL SERVICES - ADJUSTER     1.40  HOURS         89.60

        TOTAL SERVICES                                   89.60

EXPENSES - SUMMARY:
---------------------

MILEAGE                                                   3.50
OFFICE/PHONE                                             29.56

        TOTAL EXPENSES                                   33.06

                         Balance Due                    122.66

OK

RECEIVED
JUN 2 0 2008
RISK MANAGEMENT

PAID
JUN 2 5 2008
BY: _____

RECEIVED
JUN 2 5 2008
NovaPro Risk Solutions
Anchorage, AK

**PLEASE REMIT COPY WITH PAYMENT**
Accounts over 30 days may be subject to a late charge of 1.5%



# INVOICE

## NovaPro Risk Solutions, LP

Page   1

MUNICIPALITY OF ANCHORAGE-FLD
ATN: GLENN SMITH
3630 E. TUDOR ROAD
ANCHORAGE        AK 99507

Jun 19 2008

Itemization of Charges

Policy #:
 Claim #:   345-A05935
 Claimant:  MITCHELL, CAROLYN
 Insured:   MUNI OF ANCHORAGE

Invoice:       HY00003191
Our File:      02113302
Date of Loss:  05/08/04

| Date | Code | Description | Quantity | Service Amount | Expense Amount |
|---|---|---|---|---|---|
| 06/11/08 | 10197 | Travel | .30 HRS | 19.20 | |
| 06/11/08 | 10197 | Meet W/ MOA/LEGAL | 1.10 HRS | 70.40 | |
| 06/11/08 | MILE | Mileage | 5.00 UNIT | | 3.50 |

**PLEASE REMIT COPY WITH PAYMENT**
Accounts over 30 days may be subject to a late charge of 1.5%

RECEIVED
JUN 2 5 2008
NovaPro Risk Solutions
Anchorage, AK