

# INVOICE

## NovaPro Risk Solutions, LP

MUNICIPALITY OF ANCHORAGE-FLD
ATN: GLENN SMITH
3630 E. TUDOR ROAD
ANCHORAGE        AK 99507

Jul 09 2008

For Services From:
Anchorage 021
Telephone: 907-561-1725

| | | |
|---|---|---|
| Policy #: | Invoice: | HY00003204 |
| Claim #: 345-A05935 | Our File: | 02113302 |
| Claimant: MITCHELL, CAROLYN | Date of Loss: | 05/08/04 |
| Insured: MUNI OF ANCHORAGE | | |

SERVICES - SUMMARY:

| | | |
|---|---|---|
| PROFESSIONAL SERVICES - ADJUSTER | 11.30 HOURS | 723.20 |
| TOTAL SERVICES | | 723.20 |

EXPENSES - SUMMARY:

| | |
|---|---|
| EXPENSES | 12.00 |
| MILEAGE | 11.20 |
| OFFICE/PHONE | 238.65 |
| TOTAL EXPENSES | 261.85 |
| Balance Due | 985.05 |

JUL 14 2008
BY: _____

RECEIVED
JUL 10 2008
RISK MANAGEMENT

RECEIVED
JUL 14 2008
NovaPro Risk Solutions
Anchorage, AK

**PLEASE REMIT COPY WITH PAYMENT**
Accounts over 30 days may be subject to a late charge of 1.5%



# INVOICE

## NovaPro Risk Solutions, LP
Page: 1

UNICIPALITY OF ANCHORAGE-FLD
TN: GLENN SMITH
630 E. TUDOR ROAD
NCHORAGE        AK 99507

Jul 09 2008

### Itemization of Charges

| Policy #: | | Invoice: | HY00003204 |
|---|---|---|---|
| Claim #: | 345-A05935 | Our File: | 02113302 |
| Claimant: | MITCHELL, CAROLYN | Date of Loss: | 05/08/04 |
| Insured: | MUNI OF ANCHORAGE | | |

| Date | Code | Description | Quantity | Service Amount | Expense Amount |
|---|---|---|---|---|---|
| 06/30/08 | 10197 | Travel | .20 HRS | 12.80 | |
| 06/30/08 | 10197 | Attend TRIAL | 6.30 HRS | 403.20 | |
| 06/30/08 | 44007 | Parking/Tolls | 6.25 COST | | 6.25 |
| 06/30/08 | 44007 | Parking/Tolls | 1.25 COST | | 1.25 |
| 06/30/08 | 44007 | Parking/Tolls | 1.75 COST | | 1.75 |
| 06/30/08 | 44007 | Parking/Tolls | 2.75 COST | | 2.75 |
| 06/30/08 | MILE | Mileage | 4.00 UNIT | | 2.80 |
| 07/01/08 | 10197 | Travel | .20 HRS | 12.80 | |
| 07/01/08 | 10197 | Attend TRIAL | 1.50 HRS | 96.00 | |
| 07/01/08 | MILE | Mileage | 4.00 UNIT | | 2.80 |
| 07/02/08 | 10197 | Travel | .20 HRS | 12.80 | |
| 07/02/08 | 10197 | Attend TRIAL | .40 HRS | 25.60 | |
| 07/02/08 | MILE | Mileage | 4.00 UNIT | | 2.80 |
| 07/03/08 | 10197 | Travel | .20 HRS | 12.80 | |
| 07/03/08 | 10197 | Attend TRIAL | 2.30 HRS | 147.20 | |
| 07/03/08 | MILE | Mileage | 4.00 UNIT | | 2.80 |

**PLEASE REMIT COPY WITH PAYMENT**
Accounts over 30 days may be subject to a late charge of 1.5%

hundred and eighty-nine thousand, three hundred ninety-two dollars (**$389,392**) in 2004 in accordance with this section.

B. Upon completion of satisfactory performance in all respects by the Contractor and subject to the remainder of this section, Anchorage shall pay the Contractor total compensation not to exceed **$340,000.00** in 1999, **$349,350.00** in 2000, **$358,957.00** in 2001, **$368,828.00** in 2002, **$378,970.00** in 2003 or **$389,392.00** in 2004 for claims handled in accordance with this contract as follows:

1. A basic minimum and Administrative annual fee to be paid in equal installments – **$225,000.00** in 1999 due January 1, April 1, July 1, and October 1 1999; **$250,000.00** in 2000 due January 1, April 1, July 1, and October 1, 2000; **$250,000.00** in 2001 due January 1, April 1, July 1, and October 1, 2001, **$250,000.00** in 2002 due January 1, April 1, July 1, and October 1, 2002, **$275,000.00** in 2003 due January1, April 1, July 1, & October 1, 2003 and **$275,000.00** in 2004 due January 1, April 1, July 1, & October 1 2004.

2. For each workers' compensation claim adjusted by the Contractor, Anchorage shall pay the Contractor **$380.00** in 1999, **$390.45** in 2000, **$401.20** in 2001, **$412.34** in 2002, **$423.57** in 2003 and **$435.22** in 2004.

3. <u>For each general or automobile liability claim adjusted by the Contractor, Anchorage shall pay the contractor **$363.00** in 1999, **$372.99** in 2000, **$383.24** in 2001, **$393.78** in 2002, **$404.61** in 2003 and **$415.74** in 2004.</u>

4. For each incident all lines claim recorded, (incidents are reports requiring no claim technical action and entered into the database for record purposes only) Anchorage shall pay the Contractor **$28.00** in 1999, **$28.77** in 2000, **$29.56** in 2001, **$30.37** in 2002, **$31.21** in 2003 and **$32.07** in 2004.

Defendants' Itemized Taxable Costs
Mitchell v. APD et al.
3:05-cv-00273-JWS
Page 13 of 24

CONTRACT WITH WARD NORTH AMERICA HOLDING, INC.
PAGE 2

Quality Services

2530 E. 16th Avenue
Anchorage, Alaska 99508

# Invoice

| Date | Invoice # |
|---|---|
| 6/17/2008 | 16603 |

**Bill To**

NovaPro Risk Solutions
Attn: Connie Ernst
3330 Arctic Blvd.
Anchorage, AK 99503

| P.O. No. | Terms | Contact |
|---|---|---|
| | Net 30 Days | |

| Date | Channel/Item | Program | Description | Rate | Amount |
|---|---|---|---|---|---|
| 5/8/04 | 2-KTUU | 5:00 PM News | Armed Robbery - Sears Mall | 30.00 | 30.00 |
| 5/8/04 | 2-KTUU | 10:00 PM News | Armed Robbery - Sears Mall | 30.00 | 30.00 |
| 5/9/04 | 2-KTUU | 5:00 PM News | Armed Robbery - Sears Mall | 30.00 | 30.00 |
| 5/9/04 | 2-KTUU | 10:00 PM News | Armed Robbery - Sears Mall | 30.00 | 30.00 |
| | Extra Copies | | 4 Additional DVD Copies @ $15.00 Each | 60.00 | 60.00 |

*Pd. 6/17/08*
*CR# 00262642*

A finance charge of 1.5% will be applied if your account becomes 30 days past due.

**Total** $180.00

| Phone # | Fax # |
|---|---|
| 907-274-1056 | 907-272-5515 |

Defendants' Itemized Taxable Costs
Mitchell v. APD et al.
3:05-cv-00273-JWS
Page 14 of 24

**Account:** ANCHORAGE MUNICIPAL CIVIL DIV, ANCHORAGE AK (1000431200)
**Date Range:** February 01, 2007 - February 28, 2007
**Report Format:** Summary-Account by Client by User by Day

Account by Client by User by Day

| User Name WEAVER JOHNSON,JOYCE (5158330) | Database Time | Transactions | Docs/Lines | Connect Time | Standard Charge | Special Pricing Charge | Total Charge |
|---|---|---|---|---|---|---|---|
| Day 02/12/2007 | | | | 0:11:08 | $71.99 | | $15.65 |
| Totals for Day 02/12/2007 | | | | 0:11:08 | $71.99 | | $15.65 |
| Day 02/25/2007 | | | | 0:31:40 | $204.77 | | $44.51 |
| Totals for Day 02/25/2007 | | | | 0:31:40 | $204.77 | | $44.51 |
| Day 02/26/2007 | | | | 0:10:17 | $151.57 | | $32.94 |
| Totals for Day 02/26/2007 | | | | 0:10:17 | $151.57 | | $32.94 |
| Totals for User Name WEAVER JOHNSON,JOYCE (5158330) | | | 2,430 | 0:53:05 | $428.33 | | $93.10 |
| Totals for Client MITCHELL | | | 2,430 | 0:53:05 | $428.33 | | $93.10 |

**Account:** ANCHORAGE MUNICIPAL CIVIL DIV, ANCHORAGE AK (1000431200)
**Date Range:** April 01, 2007 - April 30, 2007
**Report Format:** Summary-Account by Client by User by Day

### Account by Client by User by Day

| | Database Time | Transactions | Docs/Lines | Connect Time | Standard Charge | Special Pricing Charge | Total Charge |
|---|---|---|---|---|---|---|---|
| User Name WEAVER JOHNSON,JOYCE (5158330) | | | | | | | |
| Day 04/25/2007 | | | | | | | |
| Totals for included | | | | 0:56:08 | $362.99 | $56.56 | $56.56 |
| Totals for Day 04/25/2007 | | | | 0:56:08 | $362.99 | $56.56 | $56.56 |
| Day 04/26/2007 | | | | | | | |
| Totals for included | | | | 0:25:20 | $163.81 | $25.52 | $25.52 |
| Totals for Day 04/26/2007 | | | | 0:25:20 | $163.81 | $25.52 | $25.52 |
| Totals for User Name WEAVER JOHNSON,JOYCE (5158330) | | | | 1:21:28 | $526.80 | $82.08 | $82.08 |
| Totals for Client MITCHELL | | | | 1:21:28 | $526.80 | $82.08 | $82.08 |

**Account:** ANCHORAGE MUNICIPAL CIVIL DIV, ANCHORAGE AK (1000431200)
**Date Range:** May 01, 2007 - May 31, 2007
**Report Format:** Summary-Account by Client by User by Day

## Account by Client by User by Day

| | Database Time | Transactions | Docs/Lines | Connect Time | Standard Charge | Special Pricing Charge | Total Charge |
|---|---|---|---|---|---|---|---|
| User Name WEAVER JOHNSON,JOYCE (5158330) | | | | | | | |
| Day 05/12/2007 | | | | 0:21:21 | $138.07 | | $13.08 |
| Totals for Day 05/12/2007 | | | | 0:21:21 | $138.07 | | $13.08 |
| Day 05/15/2007 | | | | 1:42:10 | $921.14 | | $87.24 |
| Totals for Day 05/15/2007 | | | | 1:42:10 | $921.14 | | $87.24 |
| Day 05/28/2007 | | | | 1:05:24 | $422.91 | | $40.05 |
| Totals for Day 05/28/2007 | | | | 1:05:24 | $422.91 | | $40.05 |
| Totals for User Name WEAVER JOHNSON,JOYCE (5158330) | | | | 3:08:55 | $1,482.12 | | $140.37 |
| Totals for Client MITCHELL | | | | 3:08:55 | $1,482.12 | | $140.37 |