**Account:** ANCHORAGE MUNICIPAL CIVIL DIV, ANCHORAGE AK (1000431200)
**Date Range:** June 01, 2007 - June 30, 2007
**Report Format:** Summary-Account by Client by User by Day

| User Name WEAVER JOHNSON,JOYCE (5158330) | Database Time | Transactions | Docs/Lines | Connect Time | Standard Charge | Special Pricing Charge | Total Charge |
|---|---|---|---|---|---|---|---|
| Day 06/06/2007 | 0:56:22 | | | 0:56:22 | $767.37 | | $35.33 |
| Totals for Day 06/06/2007 | 0:56:22 | | | 0:56:22 | $767.37 | | $35.33 |
| Day 06/11/2007 | 0:34:36 | | 40 | 0:34:36 | $225.14 | | $10.37 |
| Totals for Day 06/11/2007 | 0:34:36 | | 40 | 0:34:36 | $225.14 | | $10.37 |
| Day 06/12/2007 | 1:35:52 | | 40 | 1:35:52 | $619.92 | | $28.54 |
| Totals for Day 06/12/2007 | 1:35:52 | | 40 | 1:35:52 | $619.92 | | $28.54 |
| Totals for User Name WEAVER JOHNSON,JOYCE (5158330) | 3:06:50 | | 40 | 3:06:50 | $1,612.43 | | $74.24 |
| Totals for Client MITCHELL | 3:06:50 | | 40 | 3:06:50 | $1,612.43 | | $74.24 |

Account by Client by User by Day

**Account:** ANCHORAGE MUNICIPAL CIVIL DIV, ANCHORAGE AK (1000431200)
**Date Range:** November 01, 2007 - November 30, 2007
**Report Format:** Summary-Account by Client by User by Day

Account by Client by User by Day

| | Database Time | Transactions | Docs/Lines | Connect Time | Standard Charge | Special Pricing Charge | Total Charge |
|---|---|---|---|---|---|---|---|
| User Name WEAVER JOHNSON,JOYCE (5158330) | | | | | | | |
| Day 11/15/2007 | | | | 0:30:41 | $198.42 | $19.57 | $19.57 |
| Totals for Included | | | | 0:30:41 | $198.42 | $19.57 | $19.57 |
| Totals for Day 11/15/2007 | | | | 0:30:41 | $198.42 | $19.57 | $19.57 |
| Day 11/16/2007 | | | | 0:55:49 | $360.94 | $35.59 | $35.59 |
| Totals for Included | | | | 0:55:49 | $360.94 | $35.59 | $35.59 |
| Totals for Day 11/16/2007 | | | | 0:55:49 | $360.94 | $35.59 | $35.59 |
| Totals for User Name WEAVER JOHNSON,JOYCE (5158330) | | | | 1:26:30 | $559.36 | $55.16 | $55.16 |
| Totals for Client MITCHELL | | | | 1:26:30 | $559.36 | $55.16 | $55.16 |

Account: ANCHORAGE MUNICIPAL CIVIL DIV, ANCHORAGE AK (1000431200)
Date Range: January 01, 2008 - June 30, 2008
Report Format: Summary-Account by Client by User by Day

Account by Client by User by Day

User Name WEAVER JOHNSON,JOYCE (5158330)

| Database Time | Transactions | Docs/Lines | Connect Time | Standard Charge | Special Pricing Charge | Total Charge |
|---|---|---|---|---|---|---|
| Day 01/04/2008 | | | 0:44:08 | $285.39 | | $23.24 |
| Totals for Day 01/04/2008 | | | 0:44:08 | $285.39 | | $23.24 |
| Day 01/14/2008 | | | 0:57:14 | $370.11 | | $30.13 |
| Totals for Day 01/14/2008 | | | 0:57:14 | $370.11 | | $30.13 |
| Day 01/15/2008 | | | 1:40:44 | $870.19 | | $70.85 |
| Totals for Day 01/15/2008 | | | 1:40:44 | $870.19 | | $70.85 |
| Day 03/04/2008 | | | 3:41:42 | $2,254.37 | | $183.55 |
| Totals for Day 03/04/2008 | | | 3:41:42 | $2,254.37 | | $183.55 |
| Day 03/11/2008 | | 3,085 | 1:15:48 | $613.60 | | $49.96 |
| Totals for Day 03/11/2008 | | 3,085 | 1:15:48 | $613.60 | | $49.96 |
| Day 03/13/2008 | | 1,050 | 2:14:17 | $1,373.46 | | $111.83 |
| Totals for Day 03/13/2008 | | 1,050 | 2:14:17 | $1,373.46 | | $111.83 |
| Day 03/17/2008 | | 3,790 | 4:15:54 | $2,142.82 | | $174.47 |
| Totals for Day 03/17/2008 | | 3,790 | 4:15:54 | $2,142.82 | | $174.47 |
| Day 03/18/2008 | | 1,169 | 1:02:18 | $456.91 | | $37.20 |
| Totals for Day 03/18/2008 | | 1,169 | 1:02:18 | $456.91 | | $37.20 |
| Day 03/25/2008 | | 3,962 | 0:19:15 | $300.26 | | $24.45 |
| Totals for Day 03/25/2008 | | 3,962 | 0:19:15 | $300.26 | | $24.45 |
| Day 03/29/2008 | | 2,702 | 0:15:46 | $210.04 | | $17.10 |
| Totals for Day 03/29/2008 | | 2,702 | 0:15:46 | $210.04 | | $17.10 |
| Day 03/30/2008 | | 3,874 | 2:12:09 | $1,061.78 | | $86.45 |
| Totals for Day 03/30/2008 | | 3,874 | 2:12:09 | $1,061.78 | | $86.45 |
| Day 03/31/2008 | | 3,133 | 3:01:00 | $1,295.80 | | $105.51 |
| Totals for Day 03/31/2008 | | 3,133 | 3:01:00 | $1,295.80 | | $105.51 |
| Day 04/09/2008 | | 1,027 | 1:28:33 | $800.18 | | $65.15 |
| Totals for Day 04/09/2008 | | 1,027 | 1:28:33 | $800.18 | | $65.15 |
| Day 04/12/2008 | | | | | | |