**Account:** ANCHORAGE MUNICIPAL CIVIL DIV, ANCHORAGE AK (1000431200)
**Date Range:** January 01, 2008 - June 30, 2008
**Report Format:** Summary-Account by Client by User by Day

Account by Client by User by Day

| | Database Time | Transactions Docs/Lines | Connect Time | Standard Charge | Special Pricing Charge | Total Charge |
|---|---|---|---|---|---|---|
| Totals for Included Day 04/12/2008 | 3:35:06 | 1,449 | 3:35:06 | $1,731.28 | $140.96 | $140.96 |
| Totals for Day 04/12/2008 | 3:35:06 | 1,449 | 3:35:06 | $1,731.28 | $140.96 | $140.96 |
| Totals for Included Day 04/14/2008 | 1:15:04 | 1,186 | 1:15:04 | $539.75 | $43.95 | $43.95 |
| Totals for Day 04/14/2008 | 1:15:04 | 1,186 | 1:15:04 | $539.75 | $43.95 | $43.95 |
| Totals for Included Day 04/21/2008 | 1:38:17 | 1,431 | 1:38:17 | $692.80 | $56.41 | $56.41 |
| Totals for Day 04/21/2008 | 1:38:17 | 1,431 | 1:38:17 | $692.80 | $56.41 | $56.41 |
| Totals for Included Day 04/22/2008 | 6:29:20 | 3,847 | 6:29:20 | $2,984.38 | $242.99 | $242.99 |
| Totals for Day 04/22/2008 | 6:29:20 | 3,847 | 6:29:20 | $2,984.38 | $242.99 | $242.99 |
| Totals for Included Day 04/23/2008 | 0:41:56 | 740 | 0:41:56 | $300.76 | $24.49 | $24.49 |
| Totals for Day 04/23/2008 | 0:41:56 | 740 | 0:41:56 | $300.76 | $24.49 | $24.49 |
| Totals for Included Day 04/24/2008 | 1:16:43 | | 1:16:43 | $496.10 | $40.39 | $40.39 |
| Totals for Day 04/24/2008 | 1:16:43 | | 1:16:43 | $496.10 | $40.39 | $40.39 |
| Totals for Included Day 04/25/2008 | 2:56:37 | 3,854 | 2:56:37 | $1,481.92 | $120.66 | $120.66 |
| Totals for Day 04/25/2008 | 2:56:37 | 3,854 | 2:56:37 | $1,481.92 | $120.66 | $120.66 |
| Totals for Included Day 04/28/2008 | 2:45:50 | 7,761 | 2:45:58 | $2,200.23 | $179.14 | $179.17 |
| Totals for Excluded Day 04/28/2008 | | | 0:00:08 | $0.03 | $0.00 | $0.03 |
| Totals for Day 04/28/2008 | 2:45:50 | 7,761 | 2:45:58 | $2,200.26 | $179.14 | $179.17 |
| Totals for Included Day 05/05/2008 | 1:13:28 | 264 | 1:13:28 | $1,014.89 | $82.63 | $82.63 |
| Totals for Day 05/05/2008 | 1:13:28 | 264 | 1:13:28 | $1,014.89 | $82.63 | $82.63 |
| Totals for Included Day 05/19/2008 | 2:42:29 | | 2:42:29 | $1,050.70 | $85.55 | $85.55 |
| Totals for Day 05/19/2008 | 2:42:29 | | 2:42:29 | $1,050.70 | $85.55 | $85.55 |
| Totals for Included Day 05/20/2008 | 5:19:04 | 16,734 | 5:19:04 | $3,634.20 | $295.90 | $295.90 |
| Totals for Day 05/20/2008 | 5:19:04 | 16,734 | 5:19:04 | $3,634.20 | $295.90 | $295.90 |
| Totals for Included Day 05/21/2008 | 3:06:55 | 2,514 | 3:06:55 | $1,752.06 | $142.66 | $142.66 |
| Totals for Day 05/21/2008 | 3:06:55 | 2,514 | 3:06:55 | $1,752.06 | $142.66 | $142.66 |
| Totals for Included Day 05/22/2008 | 3:36:19 | 340 | 3:38:24 | $1,761.64 | $143.44 | $143.89 |
| Totals for Excluded Day 05/22/2008 | | | 0:02:05 | $0.45 | $0.00 | $0.45 |
| Totals for Day 05/22/2008 | 3:36:19 | 340 | 3:38:24 | $1,762.09 | $143.44 | $143.89 |

Defendants' Itemized Taxable Costs
Mitchell v. APD et al.
3:05-cv-00273-JWS
Page 2 of 24

**Account:** ANCHORAGE MUNICIPAL CIVIL DIV, ANCHORAGE AK (1000431200)
**Date Range:** January 01, 2008 - June 30, 2008
**Report Format:** Summary-Account by Client by User by Day

Account by Client by User by Day

| | Database Time | Transactions | Docs/Lines | Connect Time | Standard Charge | Special Pricing Charge | Total Charge |
|---|---|---|---|---|---|---|---|
| Totals for Day 05/23/2008 | 4:23:16 | | 907 | 4:23:16 | $2,794.37 | $227.52 | $227.52 |
| Totals for Day 05/25/2008 | 1:38:08 | | 1,982 | 1:38:08 | $713.87 | $58.12 | $58.12 |
| Totals for Day 05/27/2008 | 0:59:09 | | 886 | 0:59:09 | $685.03 | $55.78 | $55.78 |
| Totals for Day 06/02/2008 | 0:31:28 | | 3,265 | 0:31:28 | $366.08 | $29.81 | $29.81 |
| Totals for Day 06/03/2008 | 1:54:22 | 4 | 1,081 | 1:54:22 | $977.28 | $79.57 | $79.57 |
| Totals for Day 06/05/2008 | 2:43:37 | 2 | 1,058 | 2:43:37 | $1,116.40 | $90.90 | $90.90 |
| Totals for Day 06/08/2008 | 2:21:45 | | 2,231 | 2:22:02 | $1,227.13 | $99.91 | $99.91 |
| Totals for Day 06/09/2008 | 2:14:08 | | 4,317 | 2:14:08 | $1,205.99 | $98.19 | $98.19 |
| Totals for Day 06/10/2008 | 1:01:05 | | | 1:01:05 | $395.01 | $32.16 | $32.16 |
| Totals for Day 06/12/2008 (Included) | 9:00:44 | | 6,504 | 9:00:44 | $4,326.60 | $352.28 | $352.28 |
| Totals for Day 06/12/2008 (Excluded) | 0:24:44 | | 2,408 | 0:24:44 | $0.00 | $0.00 | $0.00 |
| Totals for Day 06/12/2008 | 9:25:28 | | 8,912 | 9:25:28 | $4,326.60 | $352.28 | $352.28 |
| Totals for Day 06/14/2008 | 1:18:50 | | | 1:18:50 | $541.54 | $44.09 | $44.09 |
| Totals for User Name WEAVER JOHNSON,JOYCE | 88:17:12 | 6 | 93,065 | 88:19:42 | $46,025.37 | $3,747.42 | $3,747.42 |
| Totals for Client MITCHELL (158330) | 89:19:25 | 6 | 93,644 | 89:21:55 | $46,450.83 | $3,782.06 | $3,782.06 |

Defendants' Itemized Taxable Costs
Mitchell v. APD et al.
3:05-cv-00273-JWS
Page 22 of 24

| | | | | |
|---|---|---|---|---|
| Client MITCHELL | | | | |
| User Name FRIEDMAN,ELIZABETH D (5480076) | | | | |
| Day 06/15/2008 | | | | |
| **Totals for included** | 1:02:13 | 579 | $425.46 | $30.69 |
| Totals for Day 06/15/2008 | 1:02:13 | 579 | $425.46 | $30.69 |
| Totals for User Name FRIEDMAN,ELIZABETH D (5480076) | 1:02:13 | 579 | $425.46 | $30.69 |
| Day 06/20/2008 | | | | |
| **Totals for included** | 0:54:03 | 207 | $357.82 | $25.81 |
| Totals for Day 06/20/2008 | 0:54:03 | 207 | $357.82 | $25.81 |
| Totals for User Name FRIEDMAN,ELIZABETH D (5480076) | 0:54:03 | 207 | $357.82 | $25.81 |
| Totals for Client MITCHELL APD | 0:54:03 | 207 | $357.82 | $25.81 |
| Client MITCHELL | | | | |
| User Name WEAVER JOHNSON,JOYCE (5158330) | | | | |
| Day 07/08/2008 | | | | |
| **Totals for included** | 1:20:35 | 11,793 | $1,227.15 | $66.70 |
| Totals for Day 07/08/2008 | 1:20:35 | 11,793 | $1,227.15 | $66.70 |
| Totals for User Name WEAVER JOHNSON,JOYCE (5158330) | 1:20:35 | 11,793 | $1,227.15 | $66.70 |
| Totals for Client MITCHELL | 1:20:35 | 11,793 | $1,227.15 | $66.70 |

Defendants' Itemized Taxable Costs
Mitchell v. APD et al.
3:05-cv-00273-JWS
Page 23 of 24

Respectfully submitted this 14th day of August, 2008.

             JAMES N. REEVES
             Municipal Attorney

          By: s/ Joyce Weaver Johnson
             Municipal Attorney's Office
             P.O. Box 196650
             Anchorage, Alaska 99519-6650
             Phone: (907) 343-4545
             Fax: (907) 343-4550
             E-mail: uslit@muni.org
             Alaska Bar No. 9306029

The undersigned hereby certifies that on 08/14/08 a true and correct copy of the *Defendants' Itemized Taxable Costs and Supporting Documents* was served on:

Isaac D. Zorea
Moshe C. Zorea

by first class regular mail, if noted above, or by electronic means through the ECF system as indicated on the Notice of Electronic Filing.

s/ Cathi Russell
Cathi Russell, Legal Secretary
Municipal Attorney's Office