Joyce Weaver Johnson
Assistant Municipal Attorney
Municipal Attorney's Office
P.O. Box 196650
Anchorage, Alaska 99519-6650
Phone: (907) 343-4545
Fax: (907) 343-4550
E-mail: uslit@muni.org

Attorney for Defendants
Municipality of Anchorage
Anchorage Police Department
Walt Monegan
Officers Voss and Henikman

**IN THE UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF ALASKA**

| | |
|---|---|
| CAROLYN MITCHELL, )<br> )<br>  Plaintiff, )<br> )<br>vs. )<br> )<br>ANCHORAGE POLICE DEPARTMENT and )<br>the MUNICIPALITY OF ANCHORAGE, a )<br>municipal corporation, WALTER MONEGAN, )<br>Officer HENIKMAN, and Officer J. VOSS, )<br> )<br>  Defendants. )<br>_____ ) | Case No. 3:05-cv-00273-JWS |

**NOTICE OF HEARING**

Please take notice that on **August 25, 2008**, at **9:00 a.m**. a cost bill hearing is scheduled pursuant to Local Rule 54.1(a)(1). The hearing will be held in the Clerk's Office at the Federal Building/United States District Courthouse, 222 West 7th Avenue, Anchorage, Alaska before the Clerk of Court.

Respectfully submitted this 14th day of August, 2008.

        JAMES N. REEVES
        Municipal Attorney

By:   s/ Joyce Weaver Johnson
       Municipal Attorney's Office
       P.O. Box 196650
       Anchorage, Alaska 99519-6650
       Phone: (907) 343-4545
       Fax: (907) 343-4550
       E-mail: uslit@muni.org
       Alaska Bar No. 9306029

The undersigned hereby certifies that on 08/14/08 a true and correct copy of the *Notice of Hearing* was served on:

Isaac D. Zorea
Moshe C. Zorea

by first class regular mail, if noted above, or by electronic means through the ECF system as indicated on the Notice of Electronic Filing.

 s/ Cathi Russell
Cathi Russell, Legal Secretary
Municipal Attorney's Office