Joyce Weaver Johnson
Assistant Municipal Attorney
Municipal Attorney's Office
P.O. Box 196650
Anchorage, Alaska 99519-6650
Phone: (907) 343-4545
Fax: (907) 343-4550
E-mail: uslit@muni.org

Attorney for Defendants
Municipality of Anchorage
Anchorage Police Department
Walt Monegan
Officers Voss and Henikman

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| CAROLYN MITCHELL, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | ) |
| | ) |
| ANCHORAGE POLICE DEPARTMENT and | ) |
| the MUNICIPALITY OF ANCHORAGE, a | ) |
| municipal corporation, WALTER MONEGAN, | ) |
| Officer HENIKMAN, and Officer J. VOSS, | ) |
| | ) |
| Defendants. | ) Case No. 3:05-cv-00273-JWS |
| | ) |

**NOTICE OF FILING OFFERS OF JUDGMENT;
REQUEST FOR ENTRY OF AMENDED JUDGMENT**

Defendants Municipality of Anchorage, Anchorage Police Department, Walt Monegan, and Officers Henikman and Voss, by and through Assistant Municipal Attorney Joyce Weaver Johnson, file herewith as Exhibits A-D Defendants' unaccepted Rule 68 Offers of Judgment. When the Offers are considered, all Defendants prevailed

on all federal and state claims. Judgment has been entered in their favor (Dkt. 144). Defendants request the court amend that judgment to include their costs, as well as pre-judgment and post-judgment interest.

Respectfully submitted this 18th day of August, 2008.

        JAMES N. REEVES
        Municipal Attorney

By:  s/ Joyce Weaver Johnson
      Municipal Attorney's Office
      P.O. Box 196650
      Anchorage, Alaska 99519-6650
      Phone: (907) 343-4545
      Fax: (907) 343-4550
      E-mail: uslit@muni.org
      Alaska Bar No. 9306027

The undersigned hereby certifies that on 08/18/08 a true and correct copy of the *Notice of Filing Offers of Judgment; Request for Entry of Amended Judgment and Exhibits A-D* was served on:

Isaac D. Zorea
Moshe C. Zorea

by first class regular mail, if noted above, or by electronic means through the ECF system as indicated on the Notice of Electronic Filing.
 s/ Cathi Russell
Cathi Russell, Legal Secretary
Municipal Attorney's Office

Notice of Filing Offers of Judgment; Request for Entry of Amended Judgment
Mitchell v. Anchorage Police Department et al., Case No. 3:05-cv-00273-JWS
Page 2 of 2