Joyce Weaver Johnson
Assistant Municipal Attorney
Municipal Attorney's Office
P.O. Box 196650
Anchorage, Alaska 99519-6650
Phone: (907) 343-4545
Fax: (907) 343-4550
E-mail: uslit@muni.org

Attorney for Defendants
Municipality of Anchorage
Anchorage Police Department
Walt Monegan
Officers Voss and Henikman

# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| CAROLYN MITCHELL, ) <br> ) <br> Plaintiff, ) <br> ) <br> vs. ) <br> ) <br> ANCHORAGE POLICE DEPARTMENT and ) <br> the MUNICIPALITY OF ANCHORAGE, a ) <br> municipal corporation, WALTER MONEGAN, ) <br> Officer HENIKMAN, and Officer J. VOSS, ) <br> ) <br> Defendants. ) <br> ) | Case No. 3:05-cv-00273-JWS |

## WALTER MONEGAN'S RULE 68 OFFER OF JUDGMENT

Defendant Walter Monegan, through counsel, the Municipal Attorney's Office, offers pursuant to Rule 68, Federal Rules of Civil Procedure, to allow judgment to be entered against him and in favor of Plaintiff Carolyn Mitchell in the total amount of $100. This offer is inclusive of all allowable costs, interest and attorneys' fees; is an offer of compromise only; is made solely for the purposes specified in Rule 68, and is not to be

MUNICIPALITY
OF
ANCHORAGE
OFFICE OF THE
MUNICIPAL ATTORNEY
P.O. Box 196650
Anchorage, Alaska
99519-6650
Telephone: 343-4545
Facsimile: 343-4550

Exhibit B - Pg 1

construed as an admission of any type for any purpose. This Offer will expire 10 days from service.

Respectfully submitted this 29th day of May, 2008.

JAMES N. REEVES
Municipal Attorney

By: /s/ Joyce Weaver Johnson
Joyce Weaver Johnson
Assistant Municipal Attorney
Alaska Bar No. 9306029

Certificate of Service
I hereby certify that on the 29th of May, 2008 I caused to be mailed a true and correct copy of this foregoing document to

Isaac Derek Zorea & Moshe Calberg Zorea

/s/ C. Russell
C. Russell

MUNICIPALITY
OF
ANCHORAGE

OFFICE OF THE
MUNICIPAL ATTORNEY

P.O. Box 196650
Anchorage, Alaska
99519-6650

Telephone: 343-4545
Facsimile: 343-4550

Monegan's Offer of Judgment
*Mitchell v. APD et al.*, Case No. 3:05-cv-00273-JWS
Page 2 of 2

Exhibit B - Pg 2