Joyce Weaver Johnson
Assistant Municipal Attorney
Municipal Attorney's Office
P.O. Box 196650
Anchorage, Alaska 99519-6650
Phone: (907) 343-4545
Fax: (907) 343-4550
E-mail: uslit@muni.org

Attorney for Defendants
Municipality of Anchorage
Anchorage Police Department
Walt Monegan
Officers Voss and Henikman

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| CAROLYN MITCHELL,<br><br>    Plaintiff,<br><br>vs.<br><br>ANCHORAGE POLICE DEPARTMENT and the MUNICIPALITY OF ANCHORAGE, a municipal corporation, WALTER MONEGAN, Officer HENIKMAN, and Officer J. VOSS,<br><br>    Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) Case No. 3:05-cv-00273-JWS<br>) |

## NOTICE OF FILING FORM OF JUDGMENT

  Defendants Municipality of Anchorage, Anchorage Police Department, Walt Monegan, Officers Henikman and Voss, by and through Assistant Municipal Attorney Joyce Weaver Johnson, give notice of filing herewith their proposed Form of Judgment, and request that the Judgment be set out in a separate document such as that proposed.

Defendants' Motion for Attorneys' Fees will follow; their Bill of Costs is already pending.

Respectfully submitted this 18th day of August, 2008.

        JAMES N. REEVES
        Municipal Attorney

By:  s/ Joyce Weaver Johnson
     Municipal Attorney's Office
     P.O. Box 196650
     Anchorage, Alaska 99519-6650
     Phone: (907) 343-4545
     Fax: (907) 343-4550
     E-mail: uslit@muni.org
     Alaska Bar No. 9306027

The undersigned hereby certifies that on 08/18/08 a true and correct copy of the *Notice of Filing Form of Judgment and Proposed (Amended) Final Judgment* was served on:

Isaac D. Zorea
Moshe C. Zorea

by first class regular mail, if noted above, or by electronic means through the ECF system as indicated on the Notice of Electronic Filing.

s/ Cathi Russell
Cathi Russell, Legal Secretary
Municipal Attorney's Office

Notice of Filing Form of Judgment
Mitchell v. Anchorage Police Department et al., Case No. 3:05-cv-00273-JWS
Page 2 of 2