Joyce Weaver Johnson
Assistant Municipal Attorney
Municipal Attorney's Office
P.O. Box 196650
Anchorage, Alaska 99519-6650
Phone: (907) 343-4545
Fax: (907) 343-4550
E-mail: uslit@muni.org

Attorney for Defendants
Municipality of Anchorage
Anchorage Police Department
Walt Monegan
Officers Voss and Henikman

**IN THE UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF ALASKA**

| | |
|---|---|
| CAROLYN MITCHELL, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | ) |
| | ) |
| ANCHORAGE POLICE DEPARTMENT and | ) |
| the MUNICIPALITY OF ANCHORAGE, a | ) |
| municipal corporation, WALTER MONEGAN, | ) |
| Officer HENIKMAN, and Officer J. VOSS, | ) |
| | ) |
| Defendants. | ) Case No. 3:05-cv-00273-JWS |
| | ) |

**PROPOSED (AMENDED) FINAL JUDGMENT**

This matter having proceeded to trial, the jury having rendered special verdicts in favor of defendants and defendants being the prevailing parties by virtue of their May 29, 2008 offers of judgment,

IT IS ORDERED that judgment is entered as follows:

1. Plaintiff shall take nothing from defendants.

2. Defendants shall be awarded ___% of their attorneys' fees plus Rule their costs.

    a. ___% of defendants' attorneys' fees from
 <u>10/24/05</u> through <u>8/19/08</u> ($ _____ ):    $_____

       Date Awarded: _____
       Judge: _____

    b. Costs    $_____
       Date Awarded: _____
       Clerk: _____

    c. Less verdict for Plaintiff    $ <u>  -1.00  </u>

    d. **TOTAL JUDGMENT:**    $_____

    e. Post-Judgment Interest Rate:    _____%

_____                 _____
Date                John W. Sedwick
               U. S. District Judge