Isaac D. Zorea
Law Office of Isaac Derek Zorea
P.O. Box 210434
Anchorage, AK 99521
(907) 677-3779
(907) 644-2802 facsimile

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| CAROLYN MITCHELL, ) | |
|     Plaintiff, ) | |
| vs. ) | |
| ) | [PROPOSED] ORDER |
| ANCHORAGE POLICE DEPARTMENT and the ) | ON PREVAILING STATUS |
| MUNICIPALITY OF ANCHORAGE, a ) | |
| municipal corporation, WALTER MONEGAN, ) | |
| Officer HENIKMAN, and Officer J. VOSS, ) | |
|     Defendants. ) | |
| _____ ) | Case No. 3:05-cv-00273-JWS |

**ORDER**

Plaintiff has submitted a Motion for Ruling on Prevailing Party Status, at Docket 147. The Court has reviewed the Motion. This Court having considered any opposition and reply and being duly advised of the premises,

IT IS HEREBY ORDERED:

That Plaintiff, Carolyn Mitchell, is the prevailing party based on being awarded nominal damages. Additionally, the nominal damage award, plus the allowable costs accrued before Defendants' Rule 68 offer, exceed the amount of the offer.

PROPOSED ORDER: MITCHELL v. MOA, POLICE DEPARTMENT, ET AL.                                                PAGE - 1 -

1     Based on this Order, Plaintiff is permitted to submit her bill of costs.

    Dated this _____ day of _____ 2008.

                             By: _____
                                  John W. Sedwick
                                  U.S. District Judge