# Municipality of Anchorage

OFFICE OF THE MUNICIPAL ATTORNEY

P.O. Box 196650
Anchorage, Alaska  99519-6650
Telephone:  (907) 343-4545
Fax:  (907) 343-4550

August 19, 2008

Mitchell vs APD,MOA,Monegan,Doe 1 & 2
Fed District Ct, 3:05-cv-273-JWS
For the period 1/1/2005 - 8/7/2008

## Fee Report - Lit

| | | | Hours | |
|---|---|---|---|---|
| 10/26/200 | JWJ | New file to discuss @ Risk and w/Chief. | 1.12 | $196.00 |
| 10/27/200 | JWJ | Curro re removal package. | .20 | $35.00 |
| 10/31/200 | JWJ | Emails w/Ernst, Heun; complete lit status note; begin contact with Does. | .60 | $105.00 |
| 11/1/2005 | JWJ | Outline issues, depo Qs for pl. | .80 | $140.00 |
| 11/1/2005 | JWJ | Memo to John Does. | .30 | $52.50 |
| 11/1/2005 | JWJ | Msgs from Ernst, Heun, to Curro. | .20 | $35.00 |
| 11/2/2005 | JWJ | Add Capts' Mtg ideas re mistaken identity to Lit Status | .20 | $35.00 |
| 11/3/2005 | JWJ | Honeman re not Papa. | .10 | $17.50 |
| 11/3/2005 | JWJ | Revise memo for Voss, ck police report. | .40 | $70.00 |
| 11/7/2005 | JWJ | Ck our statute, email Glenn re false arrest case. | .20 | $35.00 |
| 11/7/2005 | JWJ | From/to Voss, try calling him. | .20 | $35.00 |
| 11/10/200 | JWJ | From/to Ernst re KTUU tape, facts. | .30 | $52.50 |
| 11/11/200 | JWJ | From/to Ernst, Voss re video, etc. | .20 | $35.00 |
| 11/15/200 | JWJ | ernst re how to contact 38 police officers re their | .40 | $70.00 |
| 11/16/200 | JWJ | From Henikman, to Ernst. | .20 | $35.00 |
| 11/16/200 | JWJ | Ernst et al. re anticipated mtg Henikman. | .30 | $52.50 |
| 11/16/200 | JWJ | curro & ck deadline for removal. | .20 | $35.00 |
| 11/17/200 | JWJ | Call to Rohwer. | .10 | $17.50 |
| 11/17/200 | JWJ | Note file re Henikman, video review; email cl. | .98 | $171.50 |
| 11/17/200 | JWJ | Henikman. review KTUU video. | 1.00 | $175.00 |
| 11/17/200 | JWJ | Fed case re sec 1983 and mistaken bank robbery suspect; email cl. | .20 | $35.00 |

# Fee Report

Mitchell vs APD,MOA,Monegan,Doe 1 & 2
Fed District Ct, 3:05-cv-273-JWS                                    Page    2

| | | | Hours | |
|---|---|---|---|---|
| 11/20/200 | JWJ | Revise Removal pkg; draft answer to complaint; APD Only rsch; email Burton. | 2.50 | $437.50 |
| 11/21/200 | JWJ | Curro re removal pldgs. | .20 | $35.00 |
| 11/21/200 | JWJ | Finalize fed characterization, execute removal package. | .30 | $52.50 |
| 11/30/200 | JWJ | Sedwick order subseq to removal; verify compliance w/all instrxns. | .20 | $35.00 |
| 11/30/200 | JWJ | Finalize answer. | .20 | $35.00 |
| 12/14/200 | JWJ | Ck rules, deadlines; add to pl depo otl. | .30 | $52.50 |
| 1/24/2006 | JWJ | Rev Burgess assignment; emails from Monegan re possible bias. | .40 | $70.00 |
| 1/24/2006 | JWJ | NEF reassignment to Burgess; conf Curro re filing; email | .30 | $52.50 |
| 1/25/2006 | JWJ | USCode re judicial recusal. | .20 | $35.00 |
| 1/25/2006 | JWJ | Notice of possible grounds for recusal, further review of fed stat & rules, emal Monegan. | .80 | $140.00 |
| 1/25/2006 | JWJ | FHB, MBP et al. re recusal Q; revise Notice accordingly. | .20 | $35.00 |
| 2/8/2006 | JWJ | Minute orders, Zoreas' filed Rets of Svc; ck our ansr; cal pl's deadline to take action. | 1.10 | $192.50 |
| 2/10/2006 | JWJ | TF MDayan re svc on Monegan. | .20 | $35.00 |
| 2/13/2006 | JWJ | From/to Blume re summons service on Chief. | .30 | $52.50 |
| 3/3/2006 | JWJ | Rev/revise Monegan answer; rsch discov, aff defenses in CLE books. | 1.80 | $315.00 |
| 3/3/2006 | JWJ | Recusal, reassignment; note change in caption for Curro. | .20 | $35.00 |
| 3/14/2006 | JWJ | Revisit file; draft ID; rev FRCP, Local Rules; prepare releases; meet w/Isaac Zorea; work up parties' report; call to Retta Randall re case against robber; select materials to disclose in ID and arrange Bates numbering; | 5.72 | $1,001.00 |
| 3/14/2006 | JWJ | DTG re experience w/I. Zorea. | .20 | $35.00 |
| 3/14/2006 | JWJ | Email to Monegan, Risk, Ward re IZorea mtg. | .75 | $131.25 |
| 3/15/2006 | JWJ | Revise ID; dlt Zoreas; ck Rules; consider SJ; emails from/to | 1.10 | $192.50 |
| 3/16/2006 | JWJ | VMMF Retta Randall re CWashington pled guilty, sentenced, case closed. | .10 | $17.50 |
| 3/21/2006 | JWJ | ERnst email; email to Honeman. | .20 | $35.00 |

# Fee Report

Mitchell vs APD,MOA,Monegan,Doe 1 & 2
Fed District Ct, 3:05-cv-273-JWS                                           Page    3

| | | | Hours | |
|---|---|---|---|---|
| 3/23/2006 JWJ | Calls from MZorea re serving Voss, Henikman and re am complaint; interruption by Moshe during unrelated meeting; rev "consent" and am complaint; execute | | .70 | $122.50 |
| 3/23/2006 JWJ | Henikman, Voss re Am Complaint, service, pl depo. | | .40 | $70.00 |
| 3/27/2006 JWJ | Signed releases; dlt IZorea re no list, no ID; ck w/Curro for pl's ID. | | .50 | $87.50 |
| 4/4/2006 JWJ | MZorea's Mot Amend. | | .10 | $17.50 |
| 4/16/2006 JWJ | Revise & finalize supp discl re apd pix. | | .10 | $17.50 |
| 4/16/2006 JWJ | Close rev Howard case (Ketchikan); cite-check; email cl. | | .90 | $157.50 |
| 4/22/2006 JWJ | Mistaken arrest, qual imm cases from 1st Cir. | | 1.40 | $245.00 |
| 4/22/2006 JWJ | Hen, Voss re service. | | .20 | $35.00 |
| 4/23/2006 JWJ | Emails from Voss, Henikman: not served yet. | | .10 | $17.50 |
| 4/25/2006 JWJ | Rev Pl's ID; DLT psych; email Stouff for CFS; email from Ernst, call to id re pl depo; arrange w/Retah to set up pl depo; email Klaas & ofcrs re tentativ May 2 depo; close review of Judge's sked order, arrange w/Curro to calendar addl impt deadlines; conf MAE re meaning of JWS's "contemporaneous record of document production." | | 1.85 | $323.75 |
| 4/27/2006 JWJ | TF Henikman re attending depo on May 5th. | | .10 | $17.50 |
| 4/27/2006 JWJ | Klaas, ofcrs re attending pl depo. | | .40 | $70.00 |
| 4/28/2006 JWJ | CFS report provided by Dispatch; draft supp disclosure re | | .60 | $105.00 |
| 4/28/2006 JWJ | Stouff email re CFS retrieval. | | .10 | $17.50 |
| 5/1/2006 JWJ | TF Zorea; update lit notes. | | .20 | $35.00 |
| 5/1/2006 JWJ | TF MZorea, conf Curro re psych records coming. | | .20 | $35.00 |
| 5/2/2006 JWJ | Finish reviewing pl's psych records, email cl, draft supp | | 1.20 | $210.00 |
| 5/3/2006 JWJ | More outlining PI depo. | | .40 | $70.00 |
| 5/3/2006 JWJ | Rev complaint, treatise to plan for pl depo. | | .50 | $87.50 |
| 5/4/2006 JWJ | Review docs to prepare for depo. | | 1.50 | $262.50 |
| 5/4/2006 JWJ | Summonses issued for ofcrs; email to id re same & pl | | .30 | $52.50 |
| 5/4/2006 JWJ | PDO Pl; work on outline, incorporate Heun et al.'s | | 3.95 | $691.25 |

# Fee Report

Mitchell vs APD,MOA,Monegan,Doe 1 & 2
Fed District Ct, 3:05-cv-273-JWS                                              Page    4

| | | | Hours | |
|---|---|---|---|---|
| 5/5/2006 | JWJ | Finish prep & attend depo of pl; meet w/cl; email Glenn et | 5.52 | $966.00 |
| 6/15/2006 | JWJ | Curro; email cl, plan SJ work for an intern. | .40 | $70.00 |
| 6/19/2006 | JWJ | rev emails from sunny @ accutype; brief rev of depo tx; fwd to clients. | .30 | $52.50 |
| 6/19/2006 | JWJ | From ct rptr re no pl depo tx yet; prepare intern assignment; emails from/to Monegan  re pl's inflated | .60 | $105.00 |
| 6/19/2006 | JWJ | Sheldon v. Ambler dec by Jeffery; fwd to colleagues. | .60 | $105.00 |
| 6/20/2006 | JWJ | From cl to curro re pl depo tx. | .20 | $35.00 |
| 6/20/2006 | JWJ | Outline facts, rsch needed for SJ w/intern; rev depo hard | .40 | $70.00 |
| 6/20/2006 | JWJ | Calls from Voss, Henikman re admissions in answer; finalize answer; email ofcrs re sj. | .90 | $157.50 |
| 6/20/2006 | JWJ | Answers for Voss/Henikman; email to id for approval. | 2.50 | $437.50 |
| 6/21/2006 | HKV | Review files | .50 | $0.00 |
| 6/22/2006 | HKV | Review files | 4.75 | $0.00 |
| 6/23/2006 | HKV | Review files | 4.00 | $0.00 |
| 6/23/2006 | HKV | Research for memo/MSJ | 1.75 | $0.00 |
| 6/26/2006 | HKV | research for MSJ | 3.00 | $0.00 |
| 6/27/2006 | JWJ | From, to Monegan et al. re Jack Ryan handcuffing article. | .30 | $52.50 |
| 6/27/2006 | HKV | research | .50 | $0.00 |
| 6/28/2006 | HKV | research | 2.00 | $0.00 |
| 6/29/2006 | JWJ | HVB re progress on law, facts for SJ. | .30 | $52.50 |
| 6/29/2006 | HKV | research | 6.00 | $0.00 |
| 6/30/2006 | HKV | research for MSJ | 3.00 | $0.00 |
| 6/30/2006 | HKV | draft memo for MSJ | 2.00 | $0.00 |
| 7/5/2006 | HKV | Memo for MSJ | 5.75 | $0.00 |
| 7/6/2006 | HKV | Memo for MSJ | 6.00 | $0.00 |
| 7/7/2006 | HKV | Memo for MSJ | 6.00 | $0.00 |
| 7/10/2006 | HKV | Memo for MSJ | 1.50 | $0.00 |

# Fee Report

Mitchell vs APD,MOA,Monegan,Doe 1 & 2
Fed District Ct, 3:05-cv-273-JWS                                    Page    5

| Date | | Description | Hours | |
|---|---|---|---|---|
| 7/10/2006 | JWJ | Vonblum re rsch memo, ofcr affs, motion; review mem. | 1.00 | $175.00 |
| 7/11/2006 | HKV | MSJ | 1.75 | $0.00 |
| 7/11/2006 | JWJ | Finish rev/comment on Vonblum's memo; memo to cl; discuss SJ mot w/Vonblum. | .67 | $117.25 |
| 7/11/2006 | JWJ | AccuType bill for pl depo & tx; tct id re amount. | .20 | $35.00 |
| 7/12/2006 | HKV | MSJ | 3.00 | $0.00 |
| 7/12/2006 | JWJ | HVonblum re SJ mot ready for review. | .20 | $35.00 |
| 7/14/2006 | JWJ | Crawford-Kemp ASC opinion re Fbx Trp false arrest; fwrd to Vonblum. | .40 | $70.00 |
| 7/17/2006 | HKV | review Crawford v Kemp - new AK S. Ct decision | 1.50 | $0.00 |
| 7/17/2006 | HKV | changes to MSJ | 1.50 | $0.00 |
| 7/20/2006 | JWJ | rev & finalize pwl. | .58 | $101.50 |
| 7/24/2006 | JWJ | Vonblum, Curro re affs, mot. | .30 | $52.50 |
| 7/24/2006 | HKV | Prepare Officer Affidavits | 3.00 | $0.00 |
| 7/26/2006 | JWJ | Affs, SJ Mot from HVonblum; revise & send comments for her to revise. | 1.70 | $297.50 |
| 7/27/2006 | JWJ | Curro; ck dispatch, radio in hand; call to JRooney and email to obtain audio. | .40 | $70.00 |
| 7/27/2006 | JWJ | EDF, HVonblum re dispatch & radio tapes, transcripts; email Curro re same. | .20 | $35.00 |
| 7/27/2006 | HKV | Revise MSJ in response to comments from Joyce | 3.00 | $0.00 |
| 7/28/2006 | HKV | Received response from Henikman and revised affidavit | .50 | $0.00 |
| 9/29/2006 | JWJ | Work on revisions to Heidi's SJ mot. | .30 | $52.50 |
| 9/29/2006 | JWJ | Revise & finalize wit list for filing as final. | .40 | $70.00 |
| 10/2/2006 | JWJ | Pl's FWL; ck cal for psych expert reporting deadline; fwd to | .20 | $35.00 |
| 10/2/2006 | JWJ | From/to Rohwer re ofcr eval & re testifying on handling of | .30 | $52.50 |
| 10/9/2006 | JWJ | TF Henikman re RFA responses, aff for SJ. | .20 | $35.00 |
| 10/10/200 | JWJ | Work up Q outlines for Pl's wits; calls to Locatos, Pastor, LFrye, Canady; note file re LFrye intvu. | 1.28 | $224.00 |
| 10/11/200 | JWJ | Curro re finding Locatos. | .10 | $17.50 |

Exhibit A - Pg 5

# Fee Report

Mitchell vs APD,MOA,Monegan,Doe 1 & 2
Fed District Ct, 3:05-cv-273-JWS                                      Page    6

| | | | Hours | |
|---|---|---|---|---|
| 10/12/200 | JWJ | EDF, Honeman re Shorty, Papa Pilgrim lookalikes. | .30 | $52.50 |
| 10/13/200 | JWJ | TF Honeman re look-alikes. | .20 | $35.00 |
| 10/30/200 | JWJ | Draft discov responses; prep & attend mtg w/Henikman; rev Saucier for use in our MSJ; Westlaw re "verifiable probable cause," etc. | 4.13 | $722.75 |
| 10/31/200 | JWJ | Finish drafting Henikman rog-rfp responses; tf MZorea re ofcr depos; email cl re whether to agree to late depos; | 1.42 | $248.50 |
| 10/31/200 | JWJ | LBurroughs re person codes. | .10 | $17.50 |
| 10/31/200 | JWJ | Work on Monegan's responses. | .40 | $70.00 |
| 10/31/200 | JWJ | Calls from/to Voss re his discov responses, email to id re mtg Mon. | .40 | $70.00 |
| 11/1/2006 | JWJ | Cont drafting Monegan responses, meet w/id. | 2.00 | $350.00 |
| 11/1/2006 | JWJ | Calls to Case Mgt re stip; draft stip & send to Moshe; finalize H responses; | 1.28 | $224.00 |
| 11/1/2006 | JWJ | TF Ken McCoy re Shorty lookalike. | .20 | $35.00 |
| 11/1/2006 | JWJ | Curro re deadlines; tct case mgt clerks; ck PTO; tct EDF, Ken McCoy re lookalikes; | .50 | $87.50 |
| 11/2/2006 | JWJ | Work on Monegan responses; tct Nelson re helping; | .60 | $105.00 |
| 11/2/2006 | JWJ | Curro, MZorea re stip. | .20 | $35.00 |
| 11/3/2006 | JWJ | From Voss, to P&E trying to locate any contact tapes. | .30 | $52.50 |
| 11/3/2006 | JWJ | ID discov requests requiring Nelson assistance; memo to id; email Henikman. | 2.47 | $432.25 |
| 11/6/2006 | JWJ | From, to P&E, ESmith re showups, audiotape. | .50 | $87.50 |
| 11/6/2006 | JWJ | Voss re discovery responses. | .73 | $127.75 |
| 11/7/2006 | JWJ | From/to Gilliam, Jeff re tape destroyed. | .30 | $52.50 |
| 11/8/2006 | JWJ | Henikman email, trng hx. | .20 | $35.00 |
| 11/8/2006 | JWJ | From Agent Payne; note file re same. | .58 | $101.50 |
| 11/8/2006 | JWJ | Call to FBI re their records. | .20 | $35.00 |
| 11/8/2006 | JWJ | VMMF, email from Honeman re lookalikes, fwd to Curro to search, conf Curro re her findings. | .40 | $70.00 |

# Fee Report

Mitchell vs APD,MOA,Monegan,Doe 1 & 2
Fed District Ct, 3:05-cv-273-JWS

Page    7

| Date | | Description | Hours | |
|------|---|-------------|-------|---|
| 11/8/2006 | JWJ | Calls from/to Agent Steve Payne re FBI role. | .30 | $52.50 |
| 11/8/2006 | JWJ | Add lookalikes and FBI agent to supp wit list. | .40 | $70.00 |
| 11/9/2006 | JWJ | VMMF Masten re IA working on discov. | .10 | $17.50 |
| 11/15/200 | JWJ | Work on discov responses. | 2.90 | $507.50 |
| 11/15/200 | JWJ | TF Special Agent Steve Payne re bank pix, report of 1 | .30 | $52.50 |
| 11/16/200 | JWJ | Work on Monegan responses. | .10 | $17.50 |
| 11/16/200 | JWJ | VMMF MZorea, email to id and Voss, Henikman re depo | .40 | $70.00 |
| 11/16/200 | JWJ | Finalize Voss responses. | .30 | $52.50 |
| 11/22/200 | JWJ | Calls from, to Zoreas re ofcrs' discov not rec'd & re depo scheduling. | .40 | $70.00 |
| 11/28/200 | JWJ | Prepare for Henikman depo. | .30 | $52.50 |
| 11/28/200 | JWJ | Work on Monegan RFA responses, rev Nelson P&I's. | 1.10 | $192.50 |
| 11/28/200 | JWJ | Meet w/Henikman, go over depo expectations, travel to and attend depo. | 3.50 | $612.50 |
| 11/28/200 | JWJ | Cl email re Henikman depo. | .55 | $96.25 |
| 11/29/200 | JWJ | Curro re deadlines changing, Voss depo, affs. | .20 | $35.00 |
| 11/29/200 | JWJ | Work on SJ mot, affs for ofcr approval. | 1.07 | $187.25 |
| 11/30/200 | JWJ | Work on SJ; email Zs re extending deadline. | 3.78 | $661.50 |
| 12/2/2006 | JWJ | Rev email from IZorea; work on cite-checking, refining brief; plan Mot in Limine. | 4.30 | $752.50 |
| 12/3/2006 | JWJ | Finish cite-checking brief; revise brief; work on affs. | 5.03 | $880.25 |
| 12/4/2006 | JWJ | Supp disclosure of clearer CFS print. | .20 | $35.00 |
| 12/4/2006 | JWJ | From/to Zoreas, conf Curro re Voss depo, resetting | .40 | $70.00 |
| 12/4/2006 | JWJ | Work on matching affs to brief. | 1.38 | $241.50 |
| 12/5/2006 | JWJ | IZorea re deadlines, doing non-opp motion; rev PTO, draft Mot/Stip. | 2.60 | $455.00 |
| 12/5/2006 | JWJ | Work on tying affs to MSJ. | 1.20 | $210.00 |
| 12/6/2006 | JWJ | From, to IZ, Curro; revise Stip and Order for further ext. | .30 | $52.50 |
| 12/6/2006 | JWJ | Note file re Risk mtg ideas on pix from FBI. | .20 | $35.00 |

# Fee Report

Mitchell vs APD,MOA,Monegan,Doe 1 & 2
Fed District Ct, 3:05-cv-273-JWS                                      Page    8

| Date | | Description | Hours | |
|---|---|---|---|---|
| 12/6/2006 | JWJ | Work on Monegan/MOA responses. | 2.20 | $385.00 |
| 12/8/2006 | JWJ | SGalbraith re issues for trial. | .20 | $35.00 |
| 12/8/2006 | JWJ | Sedwick order granting extensions. | .10 | $17.50 |
| 12/11/200 | JWJ | Work w/Curro on coord Voss depo. | .30 | $52.50 |
| 12/12/200 | JWJ | Depo ntc & correction for Voss. | .20 | $35.00 |
| 12/13/200 | JWJ | Prepare for Voss depo; call to id; get Henikman tx and | .30 | $52.50 |
| 12/14/200 | JWJ | PDO Voss, rev Henikman tx, ADO Voss. | 4.13 | $722.75 |
| 12/14/200 | JWJ | Email cl re Voss depo. | .50 | $87.50 |
| 12/18/200 | JWJ | Finish drafting Monegan and MOA responses; conf Monegan; meet w/Nelson. | 5.62 | $983.50 |
| 12/28/200 | JWJ | MBP re discl of FBI pix. | .20 | $35.00 |
| 1/15/2007 | JWJ | VMMF MZorea; rev discov, draft Stip Prot Order per Moshe's msg; | 2.85 | $498.75 |
| 1/16/2007 | JWJ | Ck draft Prot Order against P&I's from Nelson; revise; ck against MOA&Monegan discovery responses; email to | 2.35 | $411.25 |
| 1/16/2007 | JWJ | Redact P&Is for discl under proposed Prot Order. | 1.18 | $206.50 |
| 1/17/2007 | JWJ | Calls to, from  MZorea re stip, SJ deadline. | .20 | $35.00 |
| 1/17/2007 | JWJ | Finish close rev, redacting P&Is for disclosure; rev email from MZorea; try to revise Stip/Order accordingly; email to id to draft the deadline stip himself. | 1.17 | $204.75 |
| 1/18/2007 | JWJ | Calls to/from Moshe, Isaac; rev/revise 2 stips; meet Moshe for sig. | 1.50 | $262.50 |
| 1/20/2007 | JWJ | For SJ. | .20 | $35.00 |
| 2/8/2007 | JWJ | Email from court re deadline stip denied; prot order apparently OK'd. | .20 | $35.00 |
| 2/13/2007 | JWJ | Court order re trialsetting etc.; finish redacting policies, draft cover notice. | .20 | $35.00 |
| 2/14/2007 | JWJ | Finish redacting policies & draft ntc; email Nelson et al. re deadly force. | 3.90 | $682.50 |
| 2/15/2007 | JWJ | Conf Curro, finalize protected document production. | .20 | $35.00 |
| 2/25/2007 | JWJ | Work on SJ brief; rev Henikman tx for testimony; | 3.43 | $600.25 |

# Fee Report

Mitchell vs APD,MOA,Monegan,Doe 1 & 2
Fed District Ct, 3:05-cv-273-JWS                                      Page    9

| | | | Hours | |
|---|---|---|---|---|
| 2/26/2007 JWJ | 6th Cir case on overlong Terry stop,1st am violations. | | .70 | $122.50 |
| 2/28/2007 JWJ | Prepare, attend parties' mtg, draft Joint Report; email to | | 1.17 | $204.75 |
| 4/11/2007 JWJ | Rev & cal status conf. | | .20 | $35.00 |
| 4/12/2007 JWJ | Calls from MZorea re SJ deadline, hrng w/Sedwick; email Curro re same. | | .30 | $52.50 |
| 4/19/2007 JWJ | Ck deadlines, tct MZorea re MSJ not ready. | | .20 | $35.00 |
| 4/20/2007 JWJ | Review case status, plan pre-trial work, prep& attend status conf, re-calendar. | | 1.50 | $262.50 |
| 4/25/2007 JWJ | 5th Cir case arrest, handcuffs etc. Freeman v Gore. | | .70 | $122.50 |
| 4/26/2007 JWJ | Work on MSJ exhibits. | | 3.67 | $642.25 |
| 4/27/2007 JWJ | Work w/Curro on exhibits to SJ. | | .30 | $52.50 |
| 4/27/2007 JWJ | Review video w/Curro, Middleton; revise language of | | .30 | $52.50 |
| 4/28/2007 JWJ | Final review/exhibit matchup for filing MSJ. | | 1.70 | $297.50 |
| 4/30/2007 JWJ | Work w/Curro on corrections, tbl of contents, etc.; email Vonblum. | | 1.30 | $227.50 |
| 5/2/2007 JWJ | ECF filing. | | .10 | $17.50 |
| 5/7/2007 JWJ | Multiple ECF notices, ck w/PKarella re substance. | | .40 | $70.00 |
| 5/8/2007 JWJ | Draft ntc re filing VHS tape; IZorea aff re filing discov. | | .20 | $35.00 |
| 5/9/2007 JWJ | Rev Aspen treatise on dmgs, PJI etc.; note file. | | .90 | $157.50 |
| 5/12/2007 JWJ | Pl's SJ briefing to plan for Opp; rev Local Rules governing opp/reply; rev cases cited in her SJ; rev Pl's new affidavit. | | 4.55 | $796.25 |
| 5/15/2007 JWJ | Outline & draft Opp to pl's MPSJ; conf EDF; | | 6.82 | $1,193.50 |
| 5/16/2007 JWJ | Revise & finalize Opp to MPSJ. | | 4.97 | $869.75 |
| 5/17/2007 JWJ | Finalize & file Opp to MPSJ. | | 2.63 | $460.25 |
| 5/21/2007 JWJ | IZ's filing. | | .10 | $17.50 |
| 5/28/2007 JWJ | Pl's Opp to our MSJ; outline Rpy; case rsch esp | | 2.55 | $446.25 |
| 5/29/2007 JWJ | Prepare intern request re replying to main part of Opp, conf Alexis Greico re same. | | 1.02 | $178.50 |
| 5/29/2007 JWJ | Dunaway, finish rev Pl's brief to plan reply. | | 1.15 | $201.25 |

# Fee Report

Mitchell vs APD,MOA,Monegan,Doe 1 & 2
Fed District Ct, 3:05-cv-273-JWS                                    Page   10

| Date | | Description | Hours | |
|---|---|---|---|---|
| 5/30/2007 | JWJ | Review IZorea reply. | .58 | $101.50 |
| 5/30/2007 | AMS | Research, outline and draft reply | 2.75 | $206.25 |
| 5/31/2007 | JWJ | TCT IZ re extension; draft Mot, Order, Aff; conf ASandone re Reply. | 1.40 | $245.00 |
| 6/1/2007 | JWJ | Emails, respons to mot extension, conf ASandone. | .30 | $52.50 |
| 6/4/2007 | JWJ | Sedwick order granting extension; conf ASandone. | .20 | $35.00 |
| 6/7/2007 | JWJ | Rev ASandone's work on Rpy. | .50 | $87.50 |
| 6/8/2007 | JWJ | ASandone re reply brief. | .40 | $70.00 |
| 6/8/2007 | JWJ | Finish going over ASandone's draft, ck Gallegos, | 1.35 | $236.25 |
| 6/11/2007 | AMS | Draft Reply | 3.00 | $225.00 |
| 6/11/2007 | AMS | Reply Draft | 3.25 | $243.75 |
| 6/11/2007 | JWJ | Work on false arrest, other portions of reply; Westlaw re proof of biz dmgs. | 3.80 | $665.00 |
| 6/11/2007 | JWJ | ASandone; rev 2nd draft brief. | .48 | $84.00 |
| 6/12/2007 | JWJ | Work on reply. | 8.17 | $1,429.75 |
| 6/12/2007 | AMS | revise/ edit reply | 2.17 | $162.75 |
| 6/12/2007 | AMS | revise/ edit reply | 1.67 | $125.25 |
| 6/12/2007 | AMS | Cite check to record | 1.83 | $137.25 |
| 6/13/2007 | JWJ | ASandone, Curro re brief. | .20 | $35.00 |
| 10/26/200 | JWJ | Pl's Rpy on our SJ. | .30 | $52.50 |
| 10/30/200 | JWJ | Sedwick decision denying SJ; report to cl. | 1.50 | $262.50 |
| 10/31/200 | JWJ | Cw MBP re denial of sj, moving for qual imm; rev Saucier; call, email SGalbraith. | 1.77 | $309.75 |
| 10/31/200 | JWJ | More time TM wouldn't take. | .70 | $122.50 |
| 11/5/2007 | JWJ | From, to SGalbraith re reconsideration vs. qual immunity. | .20 | $35.00 |
| 11/8/2007 | JWJ | Zoreas' Mot Reconsider; Judge's Order; false arrest cases; analyze & plan Opp. | 6.98 | $1,221.50 |
| 11/15/200 | JWJ | Ck deadlines, close rev Mot Recon, plan Opp. | 1.35 | $236.25 |
| 11/16/200 | JWJ | Determine focus of Opp to Recon; outline, draft, revise, | 4.27 | $747.25 |

# Fee Report

Mitchell vs APD,MOA,Monegan,Doe 1 & 2
Fed District Ct, 3:05-cv-273-JWS                                        Page    11

| Date | | Description | Hours | |
|---|---|---|---|---|
| 12/27/200 | JWJ | Sedwick order for SJ on false arrest; email clients. | .30 | $52.50 |
| 12/28/200 | JWJ | Finish emails to cl, colleagues re Sedwick ruling on tort. | .20 | $35.00 |
| 12/28/200 | JWJ | JMF re certifying Q to ASD; rev App R 407; rev case cites on certifiying. | .43 | $75.25 |
| 12/31/200 | JWJ | JMF, EDF re Sedwick dec, conferring w/APD, Jay Fayette, et al.; rev cases on | 6.77 | $1,184.75 |
| | | arrest under AK law; email decision to Fayette; conf DKF; rev Fayette's outline, Local Rule on recon, App Rules on time for appeal; begin to outline response; | | |
| 12/31/200 | EDF | read Judge Sedwick decision; discuss options w Joyce and Joshua | .80 | $140.00 |
| 1/1/2008 | JWJ | Outline Mot Recon. | 1.50 | $262.50 |
| 1/2/2008 | EDF | westlaw research & emails w Joyce/Joshua re mtn reconsideration | .80 | $140.00 |
| 1/2/2008 | JWJ | Conf Plummer, Miller, DCooper, Monegan re affs, mot recon; conf EDF; draft Miller aff; | 5.67 | $992.25 |
| | | conf Monegan, Cooper; email EDF to do FBI aff; do Mot Ext, Aff of Counsel; | | |
| 1/2/2008 | JWJ | FRom, to EDF re Reconsider. | .20 | $35.00 |
| 1/2/2008 | JWJ | Goss 9th Cir dec from DCooper; conf LeVeque, GLick; cont work on Miller aff; etc. | 2.15 | $376.25 |
| 1/3/2008 | JWJ | Aff for Troopers; call to Jay Fayette; email to state attys; tf Bill Miller on his. | 2.12 | $371.00 |
| 1/3/2008 | JWJ | Finish drafting Bill Miller aff & fwd to him. | 1.13 | $197.75 |
| 1/3/2008 | JWJ | Rev Bill Miller's changes, email back for more. | .30 | $52.50 |
| 1/3/2008 | EDF | draft case summaries | .50 | $87.50 |
| 1/3/2008 | JWJ | EDF re focus for brief & re Gallegos, Howard, LeMense, | .20 | $35.00 |
| 1/3/2008 | EDF | westlaw research review cases | 1.00 | $175.00 |
| 1/3/2008 | EDF | review order & officer affidavits | .50 | $87.50 |
| 1/3/2008 | EDF | tc w FBI agent Eric Gonzales re affidavit | .40 | $70.00 |
| 1/4/2008 | JWJ | EDF re Trp, APD, FBI affs. | .20 | $35.00 |

# Fee Report

Mitchell vs APD,MOA,Monegan,Doe 1 & 2
Fed District Ct, 3:05-cv-273-JWS                                          Page   12

| Date | | Description | Hours | |
|---|---|---|---|---|
| 1/4/2008 | JWJ | Emails from JFayette. | .20 | $35.00 |
| 1/4/2008 | JWJ | Rev EDF's briefs, Sharpe dec, etc. | 1.30 | $227.50 |
| 1/7/2008 | JWJ | Rev email, call to JFayette re Trp aff. | .20 | $35.00 |
| 1/7/2008 | JWJ | Rev email, tct Bill Miller re his aff. | .20 | $35.00 |
| 1/7/2008 | JWJ | Work on Mot Reconsideration; rev new Gilles & other | 4.00 | $700.00 |
| 1/8/2008 | EDF | pc w Sgt McCoy, call to Eric Gonzales, discussion w Capt. Miller re bank robbery procedures | .60 | $105.00 |
| 1/8/2008 | JWJ | Calls from, to Miller re gun call. | .20 | $35.00 |
| 1/8/2008 | JWJ | Prepare materials for review, meet w/Bill Miller, EDF; revise Bill's Aff. | 7.40 | $1,295.00 |
| 1/8/2008 | JWJ | Calls to/from Sue McLean re OK'ing my work w/Leveque | .40 | $70.00 |
| 1/9/2008 | JWJ | Work w/printed draft to ID exhibits, facts for 2nd draft. | 1.05 | $183.75 |
| 1/9/2008 | JWJ | Calls from/to AHolloway re Trp aff. | .20 | $35.00 |
| 1/9/2008 | JWJ | From, to Deputy AG SMcLean re Leveque Aff, deadline, | .40 | $70.00 |
| 1/9/2008 | JWJ | Conf, email w/ EDF re affs. | .40 | $70.00 |
| 1/9/2008 | EDF | FBI agent re affidavit | .40 | $70.00 |
| 1/9/2008 | EDF | begin drafting affidavit for Agent Payne, discuss w Joyce | .50 | $87.50 |
| 1/10/2008 | EDF | meet w Agent Payne, discuss and draft affidavit | 2.00 | $350.00 |
| 1/10/2008 | JWJ | Call to JDaily re aff; draft same. | 1.50 | $262.50 |
| 1/10/2008 | JWJ | TNelson, KRobbins re affiant for witness identification | .30 | $52.50 |
| 1/10/2008 | JWJ | EDF, Agent Payne re affidavit. | .30 | $52.50 |
| 1/10/2008 | JWJ | Call to JDaily, fwd draft Aff. | .40 | $70.00 |
| 1/10/2008 | JWJ | Work on Mot Recon. | 1.28 | $224.00 |
| 1/10/2008 | JWJ | Calls from, to Holloway re Trp aff. | .20 | $35.00 |
| 1/14/2008 | JWJ | Work on matching aff grafs, brief cites to our draft. | 2.70 | $472.50 |
| 1/14/2008 | JWJ | Revu Daily's revision; revise & finalize; email to id. | .80 | $140.00 |
| 1/14/2008 | EDF | edit & revise brief | 2.50 | $437.50 |
| 1/14/2008 | JWJ | EDF re revisions to Mot Recon. | .20 | $35.00 |

# Fee Report

Mitchell vs APD,MOA,Monegan,Doe 1 & 2
Fed District Ct, 3:05-cv-273-JWS                                          Page   13

| Date | | Description | Hours | |
|------|---|-------------|-------|---|
| 1/14/2008 | JWJ | Arvizu, other cases for mot recon. | 1.10 | $192.50 |
| 1/15/2008 | EDF | revise reconsideration brief; edit & review affidavits | 3.00 | $525.00 |
| 1/15/2008 | JWJ | Curro re affs; revu Leveque's; tct id re changes, sig. | .50 | $87.50 |
| 1/15/2008 | JWJ | Work with affiants, EDF, revisions, filing issues; draft Order. | 3.70 | $647.50 |
| 1/16/2008 | JWJ | EDF re choice of law, remedy, oral argument. | .30 | $52.50 |
| 1/17/2008 | JWJ | Gather attachments & send false arrest reconsider briefs to APD, colleagues, LJJ etc. | .58 | $101.50 |
| 2/4/2008 | JWJ | ECF ntc of Pl's deadline to rpy; email to clients, affiants re | .40 | $70.00 |
| 2/12/2008 | JWJ | Dispatch audio Ch 2 partial. | 1.00 | $175.00 |
| 2/21/2008 | JWJ | Zoreas' response on recon; draft email & fwd to cl, affiants, colleagues. | .73 | $127.75 |
| 3/3/2008 | JWJ | Rev Dorsey case on QI. | .30 | $52.50 |
| 3/4/2008 | JWJ | Order denying recon; email cl, colleagues, affiants, etc.; conf JNR; rev 1292(b); legal rsch re interlocutory appeals. | 3.32 | $581.00 |
| 3/6/2008 | JWJ | Sedwick order to declare case ready for trial; ck orig SJ mot for ref to QI. | .20 | $35.00 |
| 3/13/2008 | JWJ | Westlaw re Sec 1291, finality. | 1.00 | $175.00 |
| 3/17/2008 | JWJ | Alaska QI cases. | .72 | $126.00 |
| 3/18/2008 | JWJ | New Spencer CtApp, Gutierres & Holland re stops. | 1.25 | $218.75 |
| 3/19/2008 | JWJ | TF MZorea re status report, rev SJ deadline, analyze scope of Immunity motion. | .90 | $157.50 |
| 3/20/2008 | JWJ | Calls to, from MZorea re MSJ on QI; ck pldgs for any prior objection to later QI motion; dlt MZorea re deadline; conf JNR re preparing MSJ on QI and filing it with Mot for Leave to Depart from Pretrial | 1.77 | $309.75 |
| 3/23/2008 | JWJ | Achayok mot as sample for our immunity motion. | .67 | $117.25 |
| 3/24/2008 | JWJ | Closer revu Sheldon v Ambler for QI briefing. | .70 | $122.50 |
| 3/25/2008 | JWJ | Work on immunity motion. | .10 | $17.50 |
| 3/25/2008 | JWJ | Sharpe, others re length of inv stop. | 1.40 | $245.00 |
| 3/25/2008 | JWJ | ECF re pl filed Certif re Readiness for Trial. | .10 | $17.50 |

# Fee Report

Mitchell vs APD,MOA,Monegan,Doe 1 & 2
Fed District Ct, 3:05-cv-273-JWS                                       Page   14

| | | | Hours | |
|---|---|---|---|---|
| 3/25/2008 JWJ | Pl's "Cert of Readiness." | | .10 | $17.50 |
| 3/26/2008 JWJ | VMMF MZorea. | | .10 | $17.50 |
| 3/28/2008 JWJ | Trialsetting orders; draft Aff re conflicting dates; tct M, I Zorea; draft Non-Opposed Req. | | 1.08 | $189.00 |
| 3/29/2008 JWJ | Draft immunity motion; rev & select among fed, state cases to cite; conf MBP re approach. | | 6.52 | $1,141.00 |
| 3/30/2008 JWJ | Smith v Wade re punis; add section to brief. | | 1.25 | $218.75 |
| 3/30/2008 JWJ | Continue drafting immunity mot; cont revu & select case law and citing; Westlaw rsch. | | 2.35 | $411.25 |
| 3/31/2008 JWJ | Cont reading immunity cases for SJ. | | 3.33 | $582.75 |
| 3/31/2008 JWJ | Fbx v Rice, AK&Fed QI. | | 1.00 | $175.00 |
| 4/8/2008 JWJ | Work on SJ. | | 1.20 | $210.00 |
| 4/9/2008 JWJ | TCT MZorea, adv we plan to move SJ & relief from PTO; note file re same. | | .40 | $70.00 |
| 4/11/2008 JWJ | Gather materials for work at home. | | .30 | $52.50 |
| 4/12/2008 JWJ | Select cases; ck Complaint for "malice", "excessive"; draft portions of brief; | | 8.52 | $1,491.00 |
| | draft proposed order on QI; | | | |
| 4/14/2008 JWJ | Jewett v Anders 7th Cir QI & length of stop. | | .60 | $105.00 |
| 4/14/2008 JWJ | Work on SJ. | | 5.17 | $904.75 |
| 4/22/2008 JWJ | Work on SJ; conf EDF re same; addl rsch; | | 10.37 | $1,814.75 |
| 4/23/2008 JWJ | SJ Brief; conf EDF re recital of facts. | | 4.68 | $819.00 |
| 4/24/2008 JWJ | WOrk on brief, exhibits. | | 4.02 | $703.50 |
| 4/24/2008 JWJ | TF IZorea re cooperating on Monday's deadlines; outline joint issues, draft "Final, Revised Wit List," email CMR re work needed, request database search by JAR | | 3.40 | $595.00 |
| 4/25/2008 JWJ | Email colleagues, cl re evidentiary issue. | | .28 | $49.00 |
| 4/25/2008 JWJ | Work on brief; tct Isaac re joint filings; conf JAR re finding wits; rev new Supreme Ct case; | | 7.77 | $1,359.75 |
| 4/25/2008 JWJ | From, to Ernst, Glenn re KTUU witnesses for trial. | | .30 | $52.50 |

# Fee Report

Mitchell vs APD,MOA,Monegan,Doe 1 & 2
Fed District Ct, 3:05-cv-273-JWS                                    Page   15

| | | Hours | |
|---|---|---|---|
| 4/27/2008 JWJ | Work on jt stmt facts, make notes for trial, email Nelson, email Isaac. | 2.78 | $486.50 |
| 4/27/2008 JWJ | Work on brief (slash & burn) | 5.00 | $875.00 |
| 4/27/2008 JWJ | Work on Mot for LEave, Aff, Unopposed Req Status Conf, stmt of issues. | 2.05 | $358.75 |
| 4/28/2008 EDF | read draft of brief & write comment to Joyce | .40 | $70.00 |
| 4/28/2008 JWJ | Draft Orders for today's Motions; tf MZorea re p/u pix; review pix; arrange to send KTUU video to Ernst; work on joint issues, joint facts; email to IZorea; conf JNR; conf IZorea, meet w/his messenger; review Pl's exhibits; write our exhibit list; email Fuji re Ofcr Starr who did a show-up; | 9.43 | $1,650.25 |
| 4/29/2008 JWJ | Work on exhs for mtg; rev Pl's for objections; conf EJL; legal rsch re admissibility Qs. | 1.60 | $280.00 |
| 4/29/2008 JWJ | Travel to, from & attend exh mtg w/IZorea, clerk Robin. | 1.42 | $248.50 |
| 4/29/2008 JWJ | Calls to, from IZorea, Robin @ Court re exh mtg today | .40 | $70.00 |
| 4/29/2008 JWJ | Ck Daily, Miller, LeVeque, Payne affs re handcuff, gun | .40 | $70.00 |
| 4/29/2008 JWJ | Ck ECFs for filing; emails w/Ernst re Ch 2 reporter; w/Fuji re Ofcr Starr. | .60 | $105.00 |
| 4/30/2008 JWJ | CMR re corrected filing; revu ECF notices; conf JWright re cross-exam. | .30 | $52.50 |
| 4/30/2008 JWJ | Revu Exh List as formatted, email to CMR. | .10 | $17.50 |
| 4/30/2008 JWJ | Finish revu Voss depo, make notes re redacting & re his best testimony. | 1.50 | $262.50 |
| 5/1/2008 JWJ | Calls to IZorea re handling of depo redactions; conf CMR re exh lists, exhs. | .30 | $52.50 |
| 5/1/2008 JWJ | STatter re Dist Ct's decisions; note file. | .20 | $35.00 |
| 5/1/2008 JWJ | HBranson re Zoreas, federal mediations. | .20 | $35.00 |
| 5/1/2008 JWJ | CMR re exhibit handling, deadline. | .20 | $35.00 |
| 5/1/2008 JWJ | Revu Pl depo, mark redactions, portions for cross. | 1.75 | $306.25 |
| 5/1/2008 JWJ | From, to Ernst. | .20 | $35.00 |
| 5/2/2008 JWJ | Redact Pl depo, finish exhibit production & deliver to | 1.40 | $245.00 |
| 5/2/2008 JWJ | RLeBlanc re Pl testimony of "masked" ofcrs; revu CAD report together. | .20 | $35.00 |

# Fee Report

Mitchell vs APD,MOA,Monegan,Doe 1 & 2
Fed District Ct, 3:05-cv-273-JWS                                          Page   16

| Date | Initials | Description | Hours | Amount |
|------|----------|-------------|-------|--------|
| 5/4/2008 | JWJ | Note file re Pl dreamed up SWAT presence. | .20 | $35.00 |
| 5/5/2008 | JWJ | Conf CMR; prepare ofcr depo redaxns for service to Pl. | 2.92 | $511.00 |
| 5/5/2008 | JWJ | ECF of Isaac's Opp; emal from/to CMR, rev & finalize ntc re Exh K. | .30 | $52.50 |
| 5/5/2008 | JWJ | Prepare objections to Pl's exhibits. | 1.40 | $245.00 |
| 5/5/2008 | JWJ | IZorea's Opp re Relief from Minute Order; email to JNR, | .50 | $87.50 |
| 5/6/2008 | JNR | Corr JW Johnson re judge decision - reply | .25 | $56.25 |
| 5/6/2008 | JNR | Corr JW Johnson re Zorea' opposition and her reply | .33 | $74.25 |
| 5/7/2008 | JWJ | Conf CMR, ck cal, draft Rpy re status conference. | 2.33 | $407.75 |
| 5/12/2008 | JWJ | Rev order, rules re no need to affirmatively justify our | .60 | $105.00 |
| 5/12/2008 | JWJ | Crim v King for QI analysis. | .10 | $17.50 |
| 5/19/2008 | JWJ | ECF orders denying our mots; conf Ernst re same. | .30 | $52.50 |
| 5/19/2008 | JWJ | Revu actual order, discuss w/JMF, JNR, rev fed rules for authority to challenge orders and for appeal points. | 1.07 | $187.25 |
| 5/19/2008 | JWJ | JNR re arguments for reconsideration on trial date; draft Mot Recon. | 5.07 | $887.25 |
| 5/20/2008 | JWJ | Email, conf JNR re "waiver" issue; revu Pl's Opps to confirm they sought "waiver" only as to filing dispositive motions [pre-trial], not as to the affirmative defenses themselves; rsch "waiver" of aff defenses; draft 2nd Mot Reconsider; email to clients; revise & finalize Mot Recon re trial date w/JNR's revisions; review stlmt hx at JNR's request; | 6.20 | $1,085.00 |
| 5/20/2008 | JNR | Review research from J Freeman, corr | .25 | $56.25 |
| 5/20/2008 | JNR | Corr J Freeman re jury instructions special verdicts etc | .33 | $74.25 |
| 5/20/2008 | JNR | Corr JW Johnson re waiver | .25 | $56.25 |
| 5/20/2008 | JNR | Review docs from J Freeman etc. corr J Freeman and JW Johnson | .42 | $94.50 |
| 5/21/2008 | JNR | Research Sedwick's 10-30-08 order | 1.00 | $225.00 |
| 5/21/2008 | JWJ | JNR re 1st Cir support on waiver issue. | .10 | $17.50 |
| 5/21/2008 | JWJ | Rev waiver cases; rev aff defense cases; draft Recon re | 5.20 | $910.00 |
| 5/22/2008 | JNR | Corr C Ernst re settlement issues etc | .33 | $74.25 |

# Fee Report

Mitchell vs APD,MOA,Monegan,Doe 1 & 2
Fed District Ct, 3:05-cv-273-JWS                                    Page   17

| Date | | Description | Hours | |
|---|---|---|---|---|
| 5/22/2008 | JWJ | Emal cl re whether to discuss stlmt. | .40 | $70.00 |
| 5/22/2008 | JNR | Corr C Ernst re trial issues etc | .25 | $56.25 |
| 5/22/2008 | JWJ | Mot Recon re waiver; rsch 9th Cir jinstrxns. | 4.35 | $761.25 |
| 5/23/2008 | JWJ | Cont email exchange re whether to discuss stlmt. | 1.00 | $175.00 |
| 5/23/2008 | JWJ | Cont rsch, drafting of Mot Recon re waiver of immunity. | 6.27 | $1,097.25 |
| 5/23/2008 | JNR | Corr JW Johnson; then G Smith etc | .42 | $94.50 |
| 5/25/2008 | JWJ | Work on recon re "waiver" | 2.82 | $493.50 |
| 5/27/2008 | JWJ | Finish rsch, drafting of Mot Recon re Waiver; rev W&M sxn annots. | 3.50 | $612.50 |
| 5/27/2008 | JNR | Meet JW Johnson re status etc | .58 | $130.50 |
| 5/27/2008 | JWJ | JNR re things to do for trial; emal clients re OJs, conf MBP re OJs. | 1.93 | $337.75 |
| 5/28/2008 | JWJ | TF Henikman re OJ, trial, stlmt. | .20 | $35.00 |
| 5/28/2008 | JNR | Corr JW Johnson re trial date motion denied etc | .33 | $74.25 |
| 5/28/2008 | JWJ | Orders denying recon on trial date, granting on waiver issue; email cls, colleagues. | .80 | $140.00 |
| 5/28/2008 | MBP | confer with JW J re status of case | .17 | $29.75 |
| 5/30/2008 | JWJ | Organize rsch for filing. | .10 | $17.50 |
| 6/1/2008 | JWJ | Review orders, calendar; outline tasks; prepare for work session w/JNR; DMT wits; etc. | 3.23 | $565.25 |
| 6/2/2008 | JWJ | Conf CMR re pldgs; finalize memo to wits; begin jury instructions; emails w/Bill Miller; | 5.75 | $1,006.25 |
| 6/2/2008 | JWJ | JNR re trial prep. | .92 | $161.00 |
| 6/2/2008 | JNR | meet JW Johnson re status - strategy | .58 | $130.50 |
| 6/3/2008 | JWJ | W/Voss, DMiller re CAD entries. | .30 | $52.50 |
| 6/3/2008 | JWJ | Work on jinstrxns; conf JNR re counsel table, non-ret experts, etc. | 2.10 | $367.50 |
| 6/3/2008 | JNR | Corr JW Johnson re expert disclosures | .25 | $56.25 |
| 6/3/2008 | JWJ | Oladeinde op for 50(a), (b) mots, QI. | 1.72 | $301.00 |

# Fee Report

Mitchell vs APD,MOA,Monegan,Doe 1 & 2
Fed District Ct, 3:05-cv-273-JWS                                              Page   18

| Date | Atty | Description | Hours | |
|------|------|-------------|------:|---:|
| 6/5/2008 | JWJ | Zorea demand ltr; revu case cited; ck wit list re Mayor; email cl; fwd ltr to cl.; conf JNR. | 1.40 | $245.00 |
| 6/5/2008 | JNR | Corr JW Johnson re offers of judgment; Judges' Order etc | .50 | $112.50 |
| 6/6/2008 | JNR | Meet K  Bearden | .33 | $74.25 |
| 6/6/2008 | JNR | Corr E Friedman with info | .25 | $56.25 |
| 6/6/2008 | JWJ | From, to JNR re trial, jinstrxns, etc. | .30 | $52.50 |
| 6/7/2008 | JWJ | Revu Honeman comments, media policy re not stopping TV cameras. | .40 | $70.00 |
| 6/8/2008 | JWJ | Jury instructions. | 4.28 | $749.00 |
| 6/9/2008 | JNR | Corr JW Johnson re false arrest etc | .25 | $56.25 |
| 6/9/2008 | JNR | Corr jury instructions | .33 | $74.25 |
| 6/9/2008 | JNR | Meet E Friedman | .25 | $56.25 |
| 6/9/2008 | JWJ | Work on jinstrxns; conf JNR; more resch; DMT JNR; etc. | 8.37 | $1,464.75 |
| 6/9/2008 | EDF | with Agent Payne re testimony | .30 | $52.50 |
| 6/9/2008 | JNR | Meet JW Johnson then corr re same | .58 | $130.50 |
| 6/10/2008 | EDF | with Joyce & Jim re trial issues and planning | 1.50 | $262.50 |
| 6/10/2008 | EDF | letter to Eric Gonzalez re testimony by S. Payne | 1.00 | $175.00 |
| 6/10/2008 | JNR | Meet JW Johnson E Friedman | 2.50 | $562.50 |
| 6/10/2008 | EDF | w Capt. Miller re testimony @ trial | .30 | $52.50 |
| 6/10/2008 | JNR | Corr re meeting JW Johnson E Friedman etc | .17 | $38.25 |
| 6/10/2008 | JWJ | Conf EDF re Payne; emails; work on IIED instruction; start trial brief; meet w/ JNR & EDF; | 5.25 | $918.75 |
| 6/11/2008 | EDF | w Connie, Joyce, Jim re evidentiary issues | 1.50 | $262.50 |
| 6/11/2008 | EDF | review & take notes on depositions | 1.50 | $262.50 |
| 6/11/2008 | EDF | legal research re 1983 caselaw | .50 | $87.50 |
| 6/11/2008 | EDF | place call to attorney in Portland re case background | .30 | $52.50 |
| 6/11/2008 | EDF | put together phone list with APD witnesses cell phones | .40 | $70.00 |

# Fee Report

Mitchell vs APD,MOA,Monegan,Doe 1 & 2
Fed District Ct, 3:05-cv-273-JWS                                          Page   19

| | | | Hours | |
|---|---|---|---|---|
| 6/11/2008 | JWJ | Conf CMR, VMMF Sunny, dlt id re no videotape, meet w/EDF & JNR re trial, review orders, tct Isaac re jinstrxns, calls to Voss, Henikman re mtg tomorrow. | 3.90 | $682.50 |
| 6/11/2008 | JNR | Corr JW Johnson re jury instructions | .25 | $56.25 |
| 6/12/2008 | JNR | Corr JW Johnson | .33 | $74.25 |
| 6/12/2008 | EDF | work on jury instructions research | 5.00 | $875.00 |
| 6/12/2008 | JNR | Meet JW Johnson Voss Henikkman E Friedman | 1.33 | $299.25 |
| 6/12/2008 | JNR | Corr JW Johnson re defamation claim based on perp walk | .17 | $38.25 |
| 6/12/2008 | JWJ | Rsch on fndn for KTUU tape; finish jinstrxns; meet w/Voss, Henikman, JNR, EDF; rsch; | 12.23 | $2,140.25 |
| 6/12/2008 | JNR | Corr JW Johnson E Friedman re jury instructions etc | .50 | $112.50 |
| 6/13/2008 | JNR | Corr E Friedman re KTUU footage | .42 | $94.50 |
| 6/13/2008 | JNR | Corr Voss re Mitchell call | .25 | $56.25 |
| 6/13/2008 | JNR | Review file; research suplicative damages | .83 | $186.75 |
| 6/13/2008 | JWJ | Prepare add'l jury instructions, special rogs; conf JNR. | 2.87 | $502.25 |
| 6/13/2008 | JNR | Corr C Ernst re KTUU footage | .33 | $74.25 |
| 6/14/2008 | EDF | jury instructions | 9.00 | $1,575.00 |
| 6/14/2008 | JWJ | Review instrxns from JNR, EDF; draft trial brief; revu key orders; gather r& label materials for their use; | 7.02 | $1,228.50 |
| 6/15/2008 | JWJ | Group resch for trial, msgs to Cathi & colleagues re trial. | .80 | $140.00 |
| 6/15/2008 | EDF | Jury instructions, prepare & meet with Jim to review & | 8.00 | $1,400.00 |
| 6/16/2008 | JNR | Corr J Freeman re rule punitive damages | .25 | $56.25 |
| 6/16/2008 | JNR | Draft trial brief | .42 | $94.50 |
| 6/16/2008 | JNR | corr C Russell re jury instructions | .33 | $74.25 |
| 6/16/2008 | JNR | Corr re jury instructions | .25 | $56.25 |
| 6/16/2008 | JNR | Revise trial brief | .50 | $112.50 |
| 6/16/2008 | EDF | jury instructions | 1.00 | $175.00 |
| 6/16/2008 | EDF | jury instructions | 2.00 | $350.00 |
| 6/16/2008 | EDF | w Plaintiff's counsel re jury instructions | .50 | $87.50 |

# Fee Report

Mitchell vs APD,MOA,Monegan,Doe 1 & 2
Fed District Ct, 3:05-cv-273-JWS                                    Page   20

|  |  |  | Hours |  |
|---|---|---|---|---|
| 6/16/2008 | EDF | trial brief | 1.00 | $175.00 |
| 6/17/2008 | JNR | Corr E Friedman re research DA's office etc | .50 | $112.50 |
| 6/17/2008 | JNR | Corr C Russell re W Monegan testify time | .25 | $56.25 |
| 6/17/2008 | EDF | review documents and cases, prepare for trial | 3.00 | $525.00 |
| 6/17/2008 | JNR | Corr re organization of witnesses lists etc | .25 | $56.25 |
| 6/17/2008 | JNR | Corr C Ernst re certificate of authenticity | .25 | $56.25 |
| 6/17/2008 | JNR | Corr re DVD training at US District Ct | .25 | $56.25 |
| 6/17/2008 | JNR | Corr E Friedman re defamation | .25 | $56.25 |
| 6/18/2008 | JNR | Meet E Friedman re documents | .25 | $56.25 |
| 6/18/2008 | EDF | w Captain Miller re testimony | .52 | $91.00 |
| 6/18/2008 | EDF | review documents from Monegan; draft questions for | 2.00 | $350.00 |
| 6/18/2008 | JNR | Review archived docs | .33 | $74.25 |
| 6/18/2008 | EDF | calls re dvd; calls to IT re freeze frame of Mitchell; call to C. Hodge | 1.50 | $262.50 |
| 6/19/2008 | JNR | Meet E Friedman re Monegan questions | .25 | $56.25 |
| 6/19/2008 | JNR | Corr re exhibits | .25 | $56.25 |
| 6/20/2008 | JNR | Corr K Zilowski re thanks video | .25 | $56.25 |
| 6/20/2008 | EDF | Officer Henikman re trial | 1.50 | $262.50 |
| 6/20/2008 | EDF | review & research responses to D jury instructions & letter | 2.00 | $350.00 |
| 6/20/2008 | JNR | Corr Zorea re objections | .50 | $112.50 |
| 6/23/2008 | JNR | Corr E Friedman timeframe of knowledge of why she was detained etc | .42 | $94.50 |
| 6/23/2008 | JNR | Corr E Friedman C Russell re CD of photos | .50 | $112.50 |
| 6/23/2008 | JNR | Corr E Friedman C Russell re CD photos of Wells Fargo no need | .25 | $56.25 |
| 6/23/2008 | JNR | Research in JWJ's office | .67 | $150.75 |
| 6/23/2008 | JNR | Corr re pretrial mtg reschedule 6-25 | .25 | $56.25 |
| 6/24/2008 | MBP | confer with JR and EF re qualified immunity; | .17 | $29.75 |

# Fee Report

Mitchell vs APD,MOA,Monegan,Doe 1 & 2
Fed District Ct, 3:05-cv-273-JWS                                    Page   21

| | | | Hours | |
|---|---|---|---|---|
| 6/24/2008 | EDF | trial preparation contact witnesses, begin drafting questions; review cases | 4.00 | $700.00 |
| 6/24/2008 | JNR | Corr L Haugen re defamationElements.doc | .17 | $38.25 |
| 6/24/2008 | JNR | Meet L Haugen and E Friedman re trial etc | 1.25 | $281.25 |
| 6/24/2008 | LWH | Briefing on case. Research elements of defamation. | 1.25 | $93.75 |
| 6/24/2008 | JNR | Corr re intern assignment | .25 | $56.25 |
| 6/24/2008 | JNR | Corr E Friedman re other suspects | .25 | $56.25 |
| 6/24/2008 | EDF | training on DEPS at federal ct | 1.00 | $175.00 |
| 6/24/2008 | JNR | US District Ct training on DVD equipment | 1.00 | $225.00 |
| 6/25/2008 | JNR | Attend pretrial conference | 2.50 | $562.50 |
| 6/25/2008 | JNR | Corr re jury instructions etc | .50 | $112.50 |
| 6/25/2008 | JNR | Meet Monegan | 1.50 | $337.50 |
| 6/25/2008 | LWH | Research elements of defamation. | 6.00 | $450.00 |
| 6/25/2008 | JNR | Meet E Friedman; draft summary and notes from PT | 1.00 | $225.00 |
| 6/26/2008 | LWH | Research cases regarding perp walks, defamation and negligence, constitutional torts | 6.75 | $506.25 |
| 6/26/2008 | JNR | Meet E Friedman, officers, G Smith etc re prep for | .75 | $168.75 |
| 6/26/2008 | JNR | Attend mediation with T Burgess | 6.75 | $1,518.75 |
| 6/26/2008 | MBP | email to JR and EF re Ambler and Togiak cases; | .18 | $31.50 |
| 6/27/2008 | DKF | Conf w/JNR, research waiver of defects in depositions | .33 | $57.75 |
| 6/27/2008 | JNR | Corr, draft docs, review case etc | 3.00 | $675.00 |
| 6/27/2008 | JNR | Corr, research, review docs, offers etc | 1.67 | $375.75 |
| 6/27/2008 | JNR | Prepare for trial | .75 | $168.75 |
| 6/27/2008 | LWH | Research negligence and defamation, and section 1983 defenses | 7.25 | $543.75 |
| 6/29/2008 | EDF | prepare questions for witnesses, meet w Officer Daily, review files | 5.00 | $875.00 |
| 6/30/2008 | LWH | Attend and assist with trial | 7.25 | $543.75 |

# Fee Report

Mitchell vs APD,MOA,Monegan,Doe 1 & 2
Fed District Ct, 3:05-cv-273-JWS                                    Page   22

| | | | Hours | |
|---|---|---|---|---|
| 6/30/2008 | EDF | attend trial | 8.50 | $1,487.50 |
| 6/30/2008 | JNR | Attend trial | 9.00 | $2,025.00 |
| 7/1/2008 | EDF | trial -- co-counsel at trial | 7.50 | $1,312.50 |
| 7/1/2008 | KMB | Observed to Mitchell Trial | 1.92 | $144.00 |
| 7/1/2008 | EDF | research & prepare cases & argument for immunity | 2.50 | $437.50 |
| 7/1/2008 | LWH | Attend and assist with trial proceedings | 6.75 | $506.25 |
| 7/1/2008 | JNR | Attend trial | 9.00 | $2,025.00 |
| 7/2/2008 | JNR | Research for closing etc | 2.25 | $506.25 |
| 7/2/2008 | JNR | Attend trial | 1.50 | $337.50 |
| 7/2/2008 | JNR | Attend trial (jury questions) | 3.75 | $843.75 |
| 7/2/2008 | EDF | Oral argument re immunity; trial (rebuttal); work w Judge & parties jury instructions | 8.50 | $1,487.50 |
| 7/3/2008 | LWH | Attend and assist with trial in federal court | 5.50 | $412.50 |
| 7/3/2008 | EDF | objections to jury instructions; trial - closing arguments & jury instruction | 3.50 | $612.50 |
| 7/3/2008 | EDF | go to federal ct re question from juror No. 6 | .60 | $105.00 |
| 7/3/2008 | JNR | Attend trial | 9.00 | $2,025.00 |
| 7/3/2008 | KMB | Attended closing arguments in the Mitchell trial | 4.70 | $352.50 |
| 7/7/2008 | JNR | Revise ltr to client | .33 | $74.25 |
| 7/7/2008 | JWJ | Jinstrxns, spec ver; analyze need for post-trial mots. | .60 | $105.00 |
| 7/7/2008 | JWJ | Conf LHenderson, C Russell et al. re trial. | .90 | $157.50 |
| 7/7/2008 | JWJ | JNR re trial, fees, costs, appeal; revu ltr for ofcrs' files. | 1.18 | $206.50 |
| 7/7/2008 | JNR | Draft ltr for officers file | .33 | $74.25 |
| 7/7/2008 | JWJ | Minute entries from trial. | .20 | $35.00 |
| 7/8/2008 | JWJ | AK Rule 82, FRCP 68, judgment, calendaring issues post- | 3.55 | $621.25 |
| 7/8/2008 | JWJ | PDW, JNR re approaches to w/d false arrest ruling, notifying Weslaw & USDC Web site, etc. | .40 | $70.00 |
| 7/8/2008 | PDW | Conf w JWJ re atty fees/costs in Federal Ct | .17 | $29.75 |

# Fee Report

Mitchell vs APD,MOA,Monegan,Doe 1 & 2
Fed District Ct, 3:05-cv-273-JWS                                        Page   23

| Date | | Description | Hours | |
|------|---|-------------|-------|---|
| 7/9/2008 | JWJ | Treatise as to costs, fees in sec. 1983; emails w/Ernst re recov costs. | 1.30 | $227.50 |
| 7/9/2008 | JNR | Corr E Friedman re law artilce supreme ct case on tort | .25 | $56.25 |
| 7/14/2008 | JNR | Corr Capt B Miller offer academy ride along etc | .25 | $56.25 |
| 7/23/2008 | JWJ | From, to Bill Miller re post-trial plans. | .20 | $35.00 |
| 7/23/2008 | JWJ | Work on Mot for Fees, Req for Costs. | 2.10 | $367.50 |
| 7/23/2008 | JWJ | Work on Form of Jgt, ntc of filing; revu Spec Verdicts. | 1.88 | $329.00 |
| 7/24/2008 | JWJ | Revu add'l local & fed rules, forms, case law; work on cost/fee requests. | 1.50 | $262.50 |
| 8/5/2008 | JWJ | ECF judgment. | .10 | $17.50 |
| 8/6/2008 | JWJ | Work on cost bill. | 2.47 | $432.25 |
| 8/6/2008 | JWJ | Attys meeting. | 1.87 | $327.25 |
| 8/6/2008 | JWJ | Cont work on cost bill. | 1.18 | $206.50 |
| 8/7/2008 | JWJ | Work on fees, interest, form of judgment; Westlaw rsch. | 2.37 | $414.75 |
| | | Totals | 804.40 | $127,869.00 |
| | | | | -$2,016.75 |
| | | | | $125,852.25 |

# Fee Report

Mitchell vs APD,MOA,Monegan,Doe 1 & 2
Fed District Ct, 3:05-cv-273-JWS

Page   24

<u>Hours</u>                   _

### Timekeeper Summary

| Staff | Name | | Hours | Rate | Amount |
|-------|------|--|-------|------|--------|
| AMS | Aaron M Sandone | | 14.67 | 75.00 | $1,100.25 |
| ~~DKF~~ | ~~D Kenneth Ford~~ | | ~~0.33~~ | ~~175.00~~ | ~~$57.75~~ |
| EDF | Elizabeth D Friedman | | 98.82 | 175.00 | $17,293.5 |
| HKV | Heidi K Vonblum | | 61.00 | .00 | $0.00 |
| JNR | James N Reeves | | 79.56 | 225.00 | $17,901.0 |
| JWJ | Joyce W Johnson | | 501.96 | 175.00 | $87,843.0 |
| ~~KMB~~ | ~~Kristina M Bearden~~ | | ~~6.62~~ | ~~75.00~~ | ~~$496.50~~ |
| LWH | Leif W Haugen | 21.25 | ~~40.75~~ | 75.00 | ~~$3,056.25~~ $1,593.75 |
| MBP | Mary B Pinkel | | 0.52 | 175.00 | $91.00 |
| PDW | Pamela D Weiss | | 0.17 | 175.00 | $29.75 |

Exhibit A - Pg 24