Joyce Weaver Johnson
Assistant Municipal Attorney
Municipal Attorney's Office
P.O. Box 196650
Anchorage, Alaska 99519-6650
Phone: (907) 343-4545
Fax: (907) 343-4550
E-mail: uslit@muni.org

Attorney for Defendants
Municipality of Anchorage
Anchorage Police Department
Walt Monegan
Officers Voss and Henikman

**IN THE UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF ALASKA**

| | |
|---|---|
| CAROLYN MITCHELL, | ) |
| Plaintiff, | ) ) ) |
| vs. | ) ) |
| ANCHORAGE POLICE DEPARTMENT and the MUNICIPALITY OF ANCHORAGE, a municipal corporation, WALTER MONEGAN, Officer HENIKMAN, and Officer J. VOSS, | ) ) ) ) ) |
| Defendants. | ) Case No. 3:05-cv-00273-JWS ) |

**PROPOSED ORDER ON MUNICIPAL DEFENDANTS' MOTION FOR ATTORNEY FEES**

Defendants Municipality of Anchorage, Walt Monegan and Officers Henikman and Voss, through the Municipal Attorney's Office, having moved this court for attorney fees pursuant to Federal R. Civ. P. 54 and Alaska Civ. R. 82, and this Court having considered any opposition and reply and being duly advised of the premises,

IT IS HEREBY ORDERED:

Defendants' Motion for Attorney Fees is GRANTED.

Defendants are awarded $_____ in attorneys' fees.

Dated this _____ day of _____ 2008.

By:_____
John W. Sedwick
U. S. District Judge

Proposed Order on Defendants' Motion for Attorney Fees
Mitchell v. Anchorage Police Department et al., Case No. 3:05-cv-00273-JWS
Page 2 of 2