Joyce Weaver Johnson
Assistant Municipal Attorney
Municipal Attorney's Office
P.O. Box 196650
Anchorage, Alaska 99519-6650
Phone: (907) 343-4545
Fax: (907) 343-4550
E-mail: uslit@muni.org

Attorney for Defendants
Municipality of Anchorage
Anchorage Police Department
Walt Monegan
Officers Voss and Henikman

**IN THE UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF ALASKA**

| | |
|---|---|
| CAROLYN MITCHELL,              ) | |
|                                )   | |
|        Plaintiff,              ) | |
|                                ) | |
| vs.                            ) | |
|                                ) | |
| ANCHORAGE POLICE DEPARTMENT and ) | |
| the MUNICIPALITY OF ANCHORAGE, a ) | |
| municipal corporation, WALTER MONEGAN, ) | |
| Officer HENIKMAN, and Officer J. VOSS, ) | |
|                                ) | |
|        Defendants.             ) | Case No. 3:05-cv-00273-JWS |
|                                ) | |

**AFFIDAVIT OF JAMES N. REEVES**

STATE OF ALASKA            )
                           ) ss.
THIRD JUDICIAL DISTRICT    )

　　　James N. Reeves, being first duly sworn upon oath, deposes and states as follows:

1.      I am Municipal Attorney for the Municipality of Anchorage.  I make this Affidavit based on my own personal knowledge, in support of Defendants' Motion for Attorney Fees.

2.      I worked extensively on the Mitchell case in the weeks leading up to trial, and was lead counsel in the trial.

3.      Because of my other duties as Municipal Attorney, I normally do not take the lead responsibility in litigation.  My work includes attending many meetings, advising department officials, fielding queries from the public and managing our civil and criminal sections.  I account for my time with my time entries entered daily by my secretary who relies on my calendar, my written work, and other information she receives concerning my activities.  We do not attempt to account for my job related activities on nights or weekends.

4.      Before and during the Mitchell trial I worked most evenings, mornings before trial and on the weekends.  Because of the way my time is entered, our office's billing records submitted with the Motion for Attorney Fees understate the amount of time I spent on the case.  I estimate that the time is understated by about twenty-five (25) to forty (40) hours; but contemporaneous time entries documenting the work done in these hours do not exist, and for that reason the Defendants' fee award motion does not claim them.

FURTHER YOUR AFFIANT SAYETH NAUGHT.

By: _____
James N. Reeves

SUBSCRIBED and SWORN to before me this 19th day of August, 2008.

_____
Notary Public in and for Alaska
My commission expires: 1/13/2011



The undersigned hereby certifies that on 8/19/08 a true and correct copy of the *Affidavit of James N. Reeves* was served on

Isaac D. Zorea
Moshe C. Zorea

by first class regular mail, if noted above, or by electronic means through the ECF system as indicated on the Notice of Electronic Filing.

s/ Cathi Russell
Cathi Russell, Legal Secretary
Municipal Attorney's Office