Joyce Weaver Johnson
Assistant Municipal Attorney
Municipal Attorney's Office
P.O. Box 196650
Anchorage, Alaska 99519-6650
Phone: (907) 343-4545
Fax: (907) 343-4550
E-mail: uslit@muni.org

Attorney for Defendants
Municipality of Anchorage
Anchorage Police Department
Walt Monegan
Officers Voss and Henikman

**IN THE UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF ALASKA**

| | |
|---|---|
| CAROLYN MITCHELL, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | ) |
| | ) |
| ANCHORAGE POLICE DEPARTMENT and the MUNICIPALITY OF ANCHORAGE, a municipal corporation, WALTER MONEGAN, Officer HENIKMAN, and Officer J. VOSS, | ) ) ) ) ) |
| Defendants. | ) Case No. 3:05-cv-00273-JWS |
| | ) |

**AFFIDAVIT OF JOYCE WEAVER JOHNSON**

STATE OF ALASKA           )
                                              ) ss.
THIRD JUDICIAL DISTRICT   )

   Joyce Weaver Johnson, being first duly sworn upon oath, deposes and states as follows:

1. I am an Assistant Municipal Attorney for the Municipality of Anchorage. I make this Affidavit based on my own knowledge, in support of Defendants' Motion for Attorney Fees.

2. This case was assigned to me and handled by me until it became clear trial would go forward while I was overseas. At that point my colleagues began to review the depositions and pleadings, participated in a court-mandated mediation, and took the case to trial.

3. I have reviewed the billing records of the Municipal Attorney's Office in this case and identified entries that should not be included in calculating Defendants' fee award. These included entries for attorneys and law clerks' time attending trial. These deductions are noted at pages 23-24 of Exhibit A to the Motion and the final total fees figure of $125,852 reflects these deductions.

4. Otherwise, the billing records appear to accurately represent our work in defending this case.

Respectfully submitted this 19th day of August, 2008.

JAMES N. REEVES
Municipal Attorney

By: s/ Joyce Weaver Johnson
    Municipal Attorney's Office
    P.O. Box 196650
    Anchorage, Alaska 99519-6650
    Phone: (907) 343-4545
    Fax: (907) 343-4550
    E-mail: uslit@muni.org
    Alaska Bar No. 9306029

The undersigned hereby certifies that on 8/19/08 a true and correct copy of the *Affidavit of Joyce Weaver Johnson* was served on

Isaac D. Zorea
Moshe C. Zorea

by first class regular mail, if noted above, or by electronic means through the ECF system as indicated on the Notice of Electronic Filing.

 s/ Cathi Russell
Cathi Russell, Legal Secretary
Municipal Attorney's Office