# Isaac Derek Zorea, Esq.
P.O. Box 210434
Anchorage AK 99521

Invoice submitted to:

**Carolyn Mitchell**
2333 Caribou Hill Place
Anchorage AK 99508

August 17, 2008

Invoice #      10222

Professional services

|  |  |  | Hrs/Rate | Amount |
|---|---|---|---|---|
| 12/28/04 | Mos | Meeting w/ Client<br>Conference with Client Concerning Case. | 1.50<br>250.00/hr | 375.00 |
| 12/29/04 | IDZ | Meeting w/ Client<br>Conference with Client Concerning Case. | 1.20<br>250.00/hr | 300.00 |
| 1/5/05 | Mos | Meeting w/ Client<br>Meeting with Client | 1.00<br>250.00/hr | 250.00 |
| 1/7/05 | IDZ | Review Cases/ Documents<br>Reviewing Client Materials, Research law on 42 u.s.c.<br>1983 | 1.00<br>250.00/hr | 250.00 |
| 1/17/05 | IDZ | Review Cases/ Documents<br>Reviewing Client Materials | 1.50<br>250.00/hr | 375.00 |

*Carolyn Mitchell*                                                                Page    2

|  |  |  | Hrs/Rate | Amount |
|---|---|---|---|---|
| 1/21/05 | Mos | Construct Legal Product<br>Draft Demand Letter. | 0.80<br>250.00/hr | 200.00 |
|  | IDZ | Perform Research<br>Conduct On-Line Research Concerning all potential<br>claims. | 2.50<br>250.00/hr | 625.00 |
| 3/24/05 | IDZ | Construct Legal Product<br>Draft or Outline Legal Brief: initial disclosures. | 1.00<br>250.00/hr | 250.00 |
| 9/26/05 | IDZ | Perform Research<br>Conduct On-Line Research: Re. False Arrest. | 2.00<br>250.00/hr | 500.00 |
| 9/27/05 | IDZ | Perform Research<br>Conduct On-Line Research: Defamation & 1983 law. | 2.50<br>250.00/hr | 625.00 |
| 10/1/05 | IDZ | Perform Research<br>Conduct On-Line Research: Qualified Immunity in<br>1983 cases. | 2.25<br>250.00/hr | 562.50 |
| 10/10/05 | IDZ | Perform Research<br>Conduct On-Line Research: Immunity (continued) | 1.50<br>250.00/hr | 375.00 |
| 10/11/05 | IDZ | Review Cases/ Documents<br>Reviewing Research on Immunity Issue. | 3.00<br>250.00/hr | 750.00 |
| 10/18/05 | Mos | Review Cases/ Documents<br>Reviewing Research Concerning Issues for Complaint. | 2.00<br>250.00/hr | 500.00 |
| 10/19/05 | Mos | Meeting w/ Client<br>Conference with Client Concerning Case -- Review<br>Complaint. | 1.00<br>250.00/hr | 250.00 |

*Carolyn Mitchell*                                                                                    Page     3

|  |  |  | Hrs/Rate | Amount |
|---|---|---|---|---|
| 10/20/05 | Mos | Review Cases/ Documents<br>Review, Revise, Complaint | 0.50<br>250.00/hr | 125.00 |
|  | IDZ | Construct Legal Product<br>Draft Complaint. | 2.50<br>250.00/hr | 625.00 |
| 10/21/05 | IDZ | Construct Legal Product<br>Draft, Finalize, and File Complaint | 2.00<br>250.00/hr | 500.00 |
| 11/4/05 | IDZ | Review Opposing Court Docs<br>Read and Review Motions Filed by Opposing<br>Counsel: Entry of Appearance, etc., by MOA. | 0.40<br>250.00/hr | 100.00 |
| 11/24/05 | IDZ | Review Opposing Court Docs<br>Read and Review Motions Filed by Opposing<br>Counsel: Removal to District Court. | 1.00<br>250.00/hr | 250.00 |
|  | IDZ | Meeting w/ Client<br>Conference with Client Concerning Case. | 1.00<br>250.00/hr | 250.00 |
|  | IDZ | Perform Research<br>Conduct On-Line Research: Re. Federal Court<br>Jurisdiction | 1.50<br>250.00/hr | 375.00 |
| 11/25/05 | IDZ | Review Court Orders<br>Read Court Order | 0.25<br>250.00/hr | 62.50 |
| 11/28/05 | Mos | Meeting w/ Client<br>Meeting with Client, plan case outline. | 3.00<br>250.00/hr | 750.00 |
| 12/5/05 | IDZ | Review Opposing Court Docs<br>Read and Review Motions Filed by Opposing<br>Counsel: Answer by MOA. | 1.00<br>250.00/hr | 250.00 |

*Carolyn Mitchell*                                                                  Page    4

|  |  |  | Hrs/Rate | Amount |
|---|---|---|---|---|
| 12/5/05 | Mos | Meeting w/ Client<br>Conference with Client Concerning Case. | 1.50<br>250.00/hr | 375.00 |
| 12/9/05 | IDZ | Construct Legal Product<br>Draft or Outline Legal Brief: jury request. | 0.30<br>250.00/hr | 75.00 |
|  | IDZ | Construct Legal Product<br>Draft, and file, Legal Memo. | 0.50<br>250.00/hr | 125.00 |
| 12/13/05 | Mos | Meeting w/ Client<br>Meeting with Co-counsel concerning case strategy,<br>and research requirements for case. | 2.00<br>250.00/hr | 500.00 |
| 1/18/06 | IDZ | Perform Research<br>Conduct Research & Analysis of Findings: 1983 cases | 2.00<br>250.00/hr | 500.00 |
| 1/19/06 | Mos | Analyze & Research<br>Analyze 42 U.S.C. 1983 Cases (cont) | 4.00<br>250.00/hr | 1,000.00 |
| 1/30/06 | IDZ | Review Court Orders<br>Read court Order | 0.30<br>250.00/hr | 75.00 |
|  | IDZ | Meeting w/ Client<br>Conference with Client Concerning Case. | 0.75<br>250.00/hr | 187.50 |
| 2/2/06 | IDZ | Phone Communication<br>Phone Communication with Opposing Client. | 0.30<br>250.00/hr | 75.00 |
| 2/3/06 | IDZ | Perform Research<br>Research Documents. | 1.25<br>250.00/hr | 312.50 |
| 2/4/06 | IDZ | Review Court Orders<br>Read Court Order | 0.75<br>250.00/hr | 187.50 |

*Carolyn Mitchell*                                                                      Page     5

|  |  |  | Hrs/Rate | Amount |
|---|---|---|---|---|
| 2/8/06 | IDZ | Review Court Orders<br>Review Court Documents | 0.50<br>250.00/hr | 125.00 |
| 2/11/06 | IDZ | Review Court Orders<br>Read court Order | 0.20<br>250.00/hr | 50.00 |
| 2/18/06 | IDZ | Review Court Orders<br>Read Order | 0.30<br>250.00/hr | 75.00 |
| 3/2/06 | IDZ | Review Court Orders<br>Read Order | 0.30<br>250.00/hr | 75.00 |
| 3/3/06 | Mos | Meeting w/ Client<br>Conference with Client Concerning Case. | 0.75<br>250.00/hr | 187.50 |
| 3/9/06 | IDZ | Review Opposing Court Docs<br>Read and Review Motions Filed by Opposing<br>Counsel: Answer by Monegan. | 0.75<br>250.00/hr | 187.50 |
|  | Mos | Meeting w/ Client<br>Conference with Client Concerning Case. | 1.00<br>250.00/hr | 250.00 |
| 3/11/06 | IDZ | Review Court Orders<br>Read Order | 0.20<br>250.00/hr | 50.00 |
|  | IDZ | Review Cases/ Documents<br>Reviewing Client Materials | 2.00<br>250.00/hr | 500.00 |
| 3/13/06 | Mos | Meeting w/ Client<br>Conference with Client and co-counsel Concerning<br>Case. | 1.00<br>250.00/hr | 250.00 |

*Carolyn Mitchell*                                                                   Page    6

|  |  |  | Hrs/Rate | Amount |
|---|---|---|---|---|
| 3/14/06 | IDZ | Conference w/ Op. Counsel<br>Conference Meeting with Opposite Counsel | 1.00<br>250.00/hr | 250.00 |
| 3/15/06 | IDZ | Review Cases/ Documents<br>Reviewing Opposing Counsel Document. | 0.50<br>250.00/hr | 125.00 |
|  | IDZ | Meeting w/ Client<br>Conference with Client Concerning Case. | 1.00<br>250.00/hr | 250.00 |
| 3/17/06 | IDZ | Review Opposing Court Docs<br>Read and Review Motions Filed by Opposing<br>Counsel: initial disclosure. | 1.00<br>250.00/hr | 250.00 |
|  | IDZ | Perform Research<br>Research on Sample Interrogatories in False Arrest,<br>and 42 U.S.C. 1983 cases. | 5.00<br>250.00/hr | 1,250.00 |
| 3/18/06 | Mos | Meeting w/ Client<br>Conference with Client Concerning Case. | 1.00<br>250.00/hr | 250.00 |
|  | IDZ | Construct Legal Product<br>Draft Interrogatories to Defendants. | 2.25<br>250.00/hr | 562.50 |
| 3/19/06 | IDZ | Construct Legal Product<br>Draft Interrogatories. | 2.00<br>250.00/hr | 500.00 |
|  | Mos | Review Cases/ Documents<br>Review and Revise Discovery Requests. | 1.50<br>250.00/hr | 375.00 |
| 3/20/06 | IDZ | Construct Legal Product<br>Draft or Outline Legal Brief: Complaint Amended | 1.50<br>250.00/hr | 375.00 |

**Carolyn Mitchell**                                                    Page    7

|  |  |  | Hrs/Rate | Amount |
|---|---|---|---|---|
| 3/20/06 | IDZ | Construct Legal Product<br>Draft Interrogatories (cont), motions to produce,<br>admit, etc. | 2.75<br>250.00/hr | 687.50 |
|  | Mos | Review Cases/ Documents<br>Review, Revise, Amended Complaint. | 0.50<br>250.00/hr | 125.00 |
| 3/23/06 | IDZ | Review Court Orders<br>Review Order | 0.30<br>250.00/hr | 75.00 |
| 3/25/06 | IDZ | Review Court Orders<br>Read Order | 0.30<br>250.00/hr | 75.00 |
|  | Mos | Meeting w/ Client<br>Conference with Client Concerning Case. | 0.30<br>250.00/hr | 75.00 |
| 3/30/06 | IDZ | Review Opposing Court Docs<br>Read letter from Opposing Counsel | 0.20<br>250.00/hr | 50.00 |
|  | IDZ | Meeting w/ Client<br>Conference with Client Concerning Case. | 0.30<br>250.00/hr | 75.00 |
|  | IDZ | Review Opposing Court Docs<br>Read Counsel | 0.30<br>250.00/hr | 75.00 |
| 4/20/06 | IDZ | Review Opposing Court Docs<br>Read and Review Motions Filed by Opposing Counsel | 0.20<br>250.00/hr | 50.00 |
| 4/26/06 | IDZ | Review Opposing Court Docs<br>Read and Review Motions Filed by Opposing Counsel | 0.20<br>250.00/hr | 50.00 |
| 5/1/06 | IDZ | Review Opposing Court Docs<br>Read and Review Motions Filed by Opposing Counsel | 0.40<br>250.00/hr | 100.00 |

*Carolyn Mitchell*                                                                  Page    8

|            |     |                                                                                      | Hrs/Rate   | Amount   |
|------------|-----|--------------------------------------------------------------------------------------|------------|----------|
| 5/1/06     | IDZ | Meeting w/ Client<br>Conference with Client Concerning Case.                          | 0.40<br>250.00/hr | 100.00 |
| 5/4/06     | IDZ | Prepare and File<br>Prepare for deposition of Mitchell.                               | 2.50<br>250.00/hr | 625.00 |
|            | IDZ | Meeting w/ Client<br>Conference with Client Concerning Case.                          | 1.00<br>250.00/hr | 250.00 |
| 5/5/06     | IDZ | Attending Deposition<br>Attend Deposition Concerning Case, Conference with<br>Client. | 4.25<br>250.00/hr | 1,062.50 |
|            | Mos | Attending Deposition<br>Attend Deposition Concerning Case                            | 4.00<br>250.00/hr | 1,000.00 |
| 6/21/06    | IDZ | Review Opposing Court Docs<br>Read and Review Motions Filed by Opposing<br>Counsel: Answer from Voss and Henikman. (dkt. 32,<br>33) | 0.75<br>250.00/hr | 187.50 |
|            | IDZ | Meeting w/ Client<br>Conference with Client Concerning Case.                          | 0.50<br>250.00/hr | 125.00 |
| 6/22/06    | IDZ | Review Opposing Court Docs<br>Read and Review Motions Filed by Opposing<br>Counsel: Answer from Voss and Henikman. (dkt. 32,<br>33) | 0.50<br>250.00/hr | 125.00 |
| 7/19/06    | IDZ | Construct Legal Product<br>Outline Partial Summary Judgment Motion                    | 2.00<br>250.00/hr | 500.00 |

**Carolyn Mitchell**                                                              Page    9

|          |     |                                                              | Hrs/Rate   | Amount   |
|----------|-----|--------------------------------------------------------------|------------|----------|
| 7/20/06  | IDZ | Construct Legal Product<br>Outline for Motion of Partial Summary Judgment. | 4.00<br>250.00/hr | 1,000.00 |
|          | IDZ | Review Opposing Court Docs<br>Read and Review Motions Filed by Opposing<br>Counsel (dkt. 34) | 0.50<br>250.00/hr | 125.00 |
| 7/21/06  | Mos | Review Cases/ Documents<br>Review, and Analyze Outline for partial summary<br>judgment. | 1.50<br>250.00/hr | 375.00 |
| 7/25/06  | IDZ | Meeting w/ Client<br>Conference with Client Concerning Case. | 0.50<br>250.00/hr | 125.00 |
| 9/12/06  | IDZ | Perform Research<br>Conduct On-Line Research & Analysis of Findings:<br>Treatise Review. | 4.00<br>250.00/hr | 1,000.00 |
| 9/13/06  | IDZ | Perform Research<br>Conduct On-Line Research & Analysis of Findings:<br>Treatise Review. Westlaw download. | 4.50<br>250.00/hr | 1,125.00 |
| 9/14/06  | IDZ | Perform Research<br>Conduct On-Line Research & Analysis of Findings<br>(Cont.) | 3.50<br>250.00/hr | 875.00 |
| 9/15/06  | IDZ | Perform Research<br>Conduct On-Line Research & Analysis of Findings<br>(Cont.) | 4.25<br>250.00/hr | 1,062.50 |
| 9/16/06  | IDZ | Perform Research<br>Conduct On-Line Research & Analysis of Findings<br>(Cont.) | 3.75<br>250.00/hr | 937.50 |

*Carolyn Mitchell*                                                                           Page    10

|  |  |  | Hrs/Rate | Amount |
|---|---|---|---|---|
| 9/17/06 | IDZ | Perform Research<br>Conduct On-Line Research & Analysis of Findings:<br>(Review Treatise for Discovery Requests) | 4.00<br>250.00/hr | 1,000.00 |
| 9/19/06 | IDZ | Perform Research<br>Conduct On-Line Research & Analysis of Findings<br>(cont.) | 2.50<br>250.00/hr | 625.00 |
| 9/20/06 | IDZ | Perform Research<br>Conduct On-Line Research & Analysis of Findings<br>(cont.) | 3.75<br>250.00/hr | 937.50 |
| 9/26/06 | IDZ | Perform Research<br>Conduct Research & Analysis of Findings concerning<br>unlawful arrest. | 1.75<br>250.00/hr | 437.50 |
|  | IDZ | Construct Legal Product<br>Draft Witness List. | 0.50<br>250.00/hr | 125.00 |
| 9/29/06 | IDZ | Construct Legal Product<br>Draft or Outline Legal Brief: Witness List (dkt. 36) | 0.40<br>250.00/hr | 100.00 |
|  | IDZ | Construct Legal Product<br>Draft or Outline Legal Brief: Admissions Monegan,<br>Voss, Henikman, MOA | 2.20<br>250.00/hr | 550.00 |
|  | IDZ | Construct Legal Product<br>Draft or Outline Legal Brief: stipulation to extend dates. | 0.40<br>250.00/hr | 100.00 |
|  | IDZ | Review Opposing Court Docs<br>Review Motions Filed by Opposing Counsel (dkt. 35) | 0.50<br>250.00/hr | 125.00 |

**Carolyn Mitchell**                                                                 Page    11

|  |  |  | Hrs/Rate | Amount |
|---|---|---|---|---|
| 9/29/06 | IDZ | Meeting w/ Client<br>Conference with Client Concerning Case. | 0.40<br>250.00/hr | 100.00 |
| 9/30/06 | IDZ | Construct Legal Product<br>Draft or Outline Legal Brief: Interrogatories Voss,<br>Henikman. | 4.75<br>250.00/hr | 1,187.50 |
| 10/1/06 | IDZ | Construct Legal Product<br>Draft or Outline Legal Brief: Interrogatories MOA,<br>Monegan. (Finalize all discovery requests) | 3.20<br>250.00/hr | 800.00 |
| 10/2/06 | IDZ | Finalize work<br>Finalize, File, and Mail Finished Brief/Motion<br>(Interrogatories, admissions, for all defendants) | 1.40<br>250.00/hr | 350.00 |
| 11/3/06 | IDZ | Review Opposing Court Docs<br>Read and Review Motions Filed by Opposing<br>Counsel (dkt. 37) | 0.30<br>250.00/hr | 75.00 |
|  | IDZ | Meeting w/ Client<br>Conference with Client Concerning Case. | 0.25<br>250.00/hr | 62.50 |
| 11/6/06 | IDZ | Review Court Orders<br>Read, Review, Analyze Court Ruling/Order | 0.30<br>250.00/hr | 75.00 |
| 11/18/06 | IDZ | Review Opposing Court Docs<br>Read and Review Motions Filed by Opposing<br>Counsel: Answers by Defendants to Discovery<br>Requests. | 3.00<br>250.00/hr | 750.00 |
| 11/20/06 | IDZ | Meeting w/ Client<br>Conference with Client Concerning Case. | 1.00<br>250.00/hr | 250.00 |

*Carolyn Mitchell*                                                                                          Page    12

|  |  |  | Hrs/Rate | Amount |
|---|---|---|---|---|
| 11/22/06 | IDZ | Construct Legal Product<br>Outline and Prepare for Henikman deposition. | 2.25<br>250.00/hr | 562.50 |
| 11/23/06 | Mos | Analyze & Research<br>Analyze Deposition Outline for Henikman. | 1.00<br>250.00/hr | 250.00 |
| 11/24/06 | IDZ | Prepare and File<br>Prepare for Henikman Depo. (cont.) | 2.00<br>250.00/hr | 500.00 |
| 11/28/06 | IDZ | Attending Deposition<br>Attend Deposition Concerning Case for Henikman,<br>and Meet with Client. | 4.00<br>250.00/hr | 1,000.00 |
|  | Mos | Attending Deposition<br>Attend Deposition Concerning Case, Henikman/ Meet<br>with Client. | 4.00<br>250.00/hr | 1,000.00 |
| 12/6/06 | IDZ | Review Opposing Court Docs<br>Read and Review Disclosure Filed by Opposing<br>Counsel (dkt. 39) | 0.50<br>250.00/hr | 125.00 |
| 12/8/06 | IDZ | Review Opposing Court Docs<br>Read and Review Motions Filed by Opposing<br>Counsel (dkt. 40) | 0.20<br>250.00/hr | 50.00 |
| 12/9/06 | IDZ | Meeting w/ Client<br>Conference with Client Concerning Case. | 0.40<br>250.00/hr | 100.00 |
| 12/11/06 | Mos | Construct Legal Product<br>Draft Letter/Memo to opposing Counsel. | 0.30<br>250.00/hr | 75.00 |
| 12/12/06 | Mos | Construct Legal Product<br>Draft Memo to Opposing Counsel. | 0.20<br>250.00/hr | 50.00 |

*Carolyn Mitchell*                                                                 Page    13

|          |     |                                                           | Hrs/Rate   | Amount  |
|----------|-----|-----------------------------------------------------------|------------|---------|
| 12/12/06 | IDZ | Prepare and File<br>Prepare for Deposition of Voss.       | 2.00<br>250.00/hr | 500.00 |
| 12/13/06 | IDZ | Prepare and File<br>Prepare for Deposition of Voss (cont.) | 2.50<br>250.00/hr | 625.00 |
|          | Mos | Analyze & Research<br>Analyze and Draft Outline for Voss Deposition. | 1.00<br>250.00/hr | 250.00 |
| 12/14/06 | IDZ | Construct Legal Product<br>Draft or Outline Legal Brief: Prepare for Voss Deposition. | 3.50<br>250.00/hr | 875.00 |
|          | IDZ | Attending Deposition<br>Attend Deposition Concerning Case of Voss; Meet with Client | 3.00<br>250.00/hr | 750.00 |
|          | Mos | Attending Deposition<br>Attend Deposition of Voss. | 3.00<br>250.00/hr | 750.00 |
| 12/21/06 | IDZ | Review Opposing Court Docs<br>Read and Review Motions Filed by Opposing Counsel: MOA's response to Admissions, etc. | 2.00<br>250.00/hr | 500.00 |
|          | Mos | Meeting w/ Client<br>Conference with Client Concerning Case. | 0.50<br>250.00/hr | 125.00 |
| 12/22/06 | Mos | Review Opposing Court Docs<br>Read and Review Motions Filed by Opposing Counsel | 1.00<br>250.00/hr | 250.00 |
| 1/18/07  | IDZ | Construct Legal Product<br>Draft or Outline Legal Brief: stipulation to extend deadlines | 0.50<br>250.00/hr | 125.00 |

*Carolyn Mitchell*                                                                    Page   14

|  |  |  | Hrs/Rate | Amount |
|---|---|---|---|---|
| 1/19/07 | Mos | Meeting w/ Client<br>Conference with Client Concerning Case Concerning Dkt 42. | 0.50<br>250.00/hr | 125.00 |
| 1/20/07 | Mos | Perform Research<br>Research Rules on Protective Order. | 2.00<br>250.00/hr | 500.00 |
| 2/7/07 | IDZ | Review Court Orders<br>Read, Review, Analyze Court Ruling/Order (dkt. 43) | 0.20<br>250.00/hr | 50.00 |
| 2/12/07 | IDZ | Review Court Orders<br>Read, Review, Order (dkt 42) | 0.30<br>250.00/hr | 75.00 |
|  | IDZ | Review Court Orders<br>Read Order of Court. (dkt. 44) | 0.20<br>250.00/hr | 50.00 |
| 2/19/07 | IDZ | Review Opposing Court Docs<br>Read and Review Motions Filed by Opposing Counsel: Protected Documents. | 2.00<br>250.00/hr | 500.00 |
|  | IDZ | Perform Research<br>Conduct Research & Analysis of Findings: Concerning Protected document material. | 1.50<br>250.00/hr | 375.00 |
|  | Mos | Review Opposing Court Docs<br>Read and Review Motions Filed by Opposing Counsel Concerning Protected Documents. | 1.00<br>250.00/hr | 250.00 |
| 2/28/07 | IDZ | Phone Communication<br>Phone Communication with Opposing Counsel. | 0.30<br>250.00/hr | 75.00 |
|  | IDZ | Review Court Orders<br>Read, Review, Order (dkt. 46) | 0.20<br>250.00/hr | 50.00 |

*Carolyn Mitchell*                                                                     Page    15

|  |  |  | Hrs/Rate | Amount |
|---|---|---|---|---|
| 3/2/07 | IDZ | Review Court Orders<br>Read, Review, Analyze Court Ruling/Order (dkt. 47) | 0.20<br>250.00/hr | 50.00 |
| 4/3/07 | IDZ | Perform Research<br>Conduct On-Line Research & Analysis of Findings:<br>False Arrest Issue for Summary Judgment. | 5.00<br>250.00/hr | 1,250.00 |
| 4/5/07 | IDZ | Construct Legal Product<br>Draft Beginning of Summary Judgment Motion. | 3.50<br>250.00/hr | 875.00 |
| 4/8/07 | IDZ | Construct Legal Product<br>Draft or Outline Cases on False Arrest | 2.20<br>250.00/hr | 550.00 |
| 4/9/07 | IDZ | Construct Legal Product<br>Draft or Outline on False Arrest (cont.) | 1.70<br>250.00/hr | 425.00 |
|  | Mos | Review Cases/ Documents<br>Review Argument on False Arrest. | 1.00<br>250.00/hr | 250.00 |
| 4/11/07 | IDZ | Review Court Orders<br>Read CT Order (dkt. 48) | 0.20<br>250.00/hr | 50.00 |
|  | Mos | Meeting w/ Client<br>Conference with Client Concerning Case. | 1.50<br>250.00/hr | 375.00 |
|  | IDZ | Construct Legal Product<br>Draft Exhibit for Summary Judgment Motion. | 1.00<br>250.00/hr | 250.00 |
| 4/12/07 | IDZ | Construct Legal Product<br>Draft or Outline Legal Brief: letter to opposing counsel. | 0.40<br>250.00/hr | 100.00 |
| 4/20/07 | IDZ | Court Date<br>Attend Court Hearing (in person or telephonic);<br>Conference with Client. | 1.00<br>250.00/hr | 250.00 |

*Carolyn Mitchell*                                                                     Page    16

|  |  |  | Hrs/Rate | Amount |
|---|---|---|---|---|
| 4/20/07 | IDZ | Construct Legal Product<br>Work on Outline for Summary Judgment Motion. | 2.50<br>250.00/hr | 625.00 |
|  | Mos | Court Date<br>Attend Court Hearing (in person or telephonic) | 1.00<br>250.00/hr | 250.00 |
| 4/23/07 | IDZ | Review Cases/ Documents<br>Reviewing Client Materials, Cases, in Preparation for<br>SJM. | 4.00<br>250.00/hr | 1,000.00 |
| 4/24/07 | IDZ | Perform Research<br>Review Research, Draft Argument for SJM (Cont.) | 3.00<br>250.00/hr | 750.00 |
| 4/27/07 | IDZ | Construct Legal Product<br>Draft SJM (cont.) | 4.50<br>250.00/hr | 1,125.00 |
| 4/28/07 | IDZ | Construct Legal Product<br>Draft (writing) SJM. | 3.00<br>250.00/hr | 750.00 |
| 4/29/07 | IDZ | Construct Legal Product<br>Draft (writing) SJM (cont.) | 7.00<br>250.00/hr | 1,750.00 |
|  | Mos | Construct Legal Product<br>Draft (revise) SJM. | 1.50<br>250.00/hr | 375.00 |
| 4/30/07 | Mos | Construct Legal Product<br>Draft (revise) SJM. | 1.50<br>250.00/hr | 375.00 |
|  | IDZ | Finalize work<br>Finalize, and File, Finished Brief/Motion for SJ. | 3.50<br>250.00/hr | 875.00 |
| 5/1/07 | IDZ | Review Opposing Court Docs<br>Read and Review Motions Filed by Opposing<br>Counsel: Motion for Summary Judgment. | 3.00<br>250.00/hr | 750.00 |

*Carolyn Mitchell*                                                                                    Page    17

|  |  |  | Hrs/Rate | Amount |
|---|---|---|---|---|
| 5/2/07 | IDZ | Review Opposing Court Docs<br>Read and Review Motions Filed by Opposing<br>Counsel: Sum. Jud. (Cont.) | 4.50<br>250.00/hr | 1,125.00 |
| 5/5/07 | IDZ | Construct Legal Product<br>Draft outline of Defendants motion for sum. jud, and<br>reply brief. | 3.80<br>250.00/hr | 950.00 |
| 5/7/07 | IDZ | Perform Research<br>Conduct On-Line Research & Analysis of Findings for<br>Response Brief. | 4.00<br>250.00/hr | 1,000.00 |
|  | IDZ | Finalize work<br>File Motion: dkt 59 | 0.30<br>250.00/hr | 75.00 |
| 5/10/07 | IDZ | Construct Legal Product<br>Draft or Outline Legal Brief: response brief to sj. | 2.50<br>250.00/hr | 625.00 |
| 5/12/07 | IDZ | Construct Legal Product<br>Draft Response to Opposition to SJ (cont.) | 3.00<br>250.00/hr | 750.00 |
|  | IDZ | Perform Research<br>Conduct On-Line Research & Analysis of Findings for<br>Reply Brief. | 4.00<br>250.00/hr | 1,000.00 |
| 5/13/07 | IDZ | Review Cases/ Documents<br>Review Downloaded Cases, Research (cont.) | 3.50<br>250.00/hr | 875.00 |
| 5/16/07 | IDZ | Construct Legal Product<br>Draft Response to SJ. | 4.00<br>250.00/hr | 1,000.00 |
| 5/17/07 | IDZ | Construct Legal Product<br>Draft Response Brief in Opposition SJ. | 5.50<br>250.00/hr | 1,375.00 |

**Carolyn Mitchell**                                                                         Page    18

|  |  |  | Hrs/Rate | Amount |
|--|--|--|----------|--------|

| 5/17/07 | Mos | Construct Legal Product<br>Draft (review & revise) Response Brief to SJ. | 1.50<br>250.00/hr | 375.00 |
| 5/18/07 | IDZ | Finalize work<br>Finalize, File, and Mail Finished Brief/Motion:<br>Response in Opposition to Defendants motion for<br>summary judgment. (dkt. 62, 63, 64) | 3.00<br>250.00/hr | 750.00 |
| 5/19/07 | IDZ | Review Opposing Court Docs<br>Read and Review Motions Filed by Opposing<br>Counsel: Response in Opp. to Mitchell's partial sj.<br>(dkt. 61) | 4.50<br>250.00/hr | 1,125.00 |
| 5/20/07 | IDZ | Review Opposing Court Docs<br>Read and Review Motions Filed by Opposing<br>Counsel: opp. brief to partial sj. | 3.50<br>250.00/hr | 875.00 |
|  | Mos | Review Opposing Court Docs<br>Read and Review Motions Filed by Opposing<br>Counsel (dkt. 61) | 2.00<br>250.00/hr | 500.00 |
| 5/21/07 | IDZ | Construct Legal Product<br>Outline Opposing Counsel Response brief to partial sj. | 1.50<br>250.00/hr | 375.00 |
| 5/22/07 | IDZ | Perform Research<br>Conduct On-Line Research & Analysis of Findings of<br>Cases in Defendants' Motion. | 3.00<br>250.00/hr | 750.00 |
| 5/23/07 | IDZ | Perform Research<br>Analysis of Cases, Outline Reply Brief. | 3.50<br>250.00/hr | 875.00 |
| 5/27/07 | IDZ | Perform Research<br>Conduct On-Line Research & Analysis of Findings<br>concerning cases cited in defendant's opposition brief. | 2.50<br>250.00/hr | 625.00 |

*Carolyn Mitchell*                                                          Page   19

|  |  |  | Hrs/Rate | Amount |
|---|---|---|---|---|
| 5/27/07 | IDZ | Perform Research<br>Analysis of Cases Downloaded. | 4.50<br>250.00/hr | 1,125.00 |
| 5/28/07 | IDZ | Construct Legal Product<br>Draft and Outline Reply Brief. | 4.50<br>250.00/hr | 1,125.00 |
|  | Mos | Review Cases/ Documents<br>Review, Revise, Reply Brief. | 2.00<br>250.00/hr | 500.00 |
| 5/29/07 | IDZ | Construct Legal Product<br>Draft, Finalize, File Reply Brief. (dkt. 66) | 5.00<br>250.00/hr | 1,250.00 |
| 5/31/07 | IDZ | Review Cases/ Documents<br>Reviewing Motion from Opposing Counsel,<br>Conference with Co-counsel. (dkt.67, 68) | 0.30<br>250.00/hr | 75.00 |
| 6/1/07 | IDZ | Construct Legal Product<br>Draft, File, Response Brief (dkt. 69, 70) | 0.40<br>250.00/hr | 100.00 |
| 6/12/07 | IDZ | Review Opposing Court Docs<br>Read and Review Motions Filed by Opposing<br>Counsel (dkt. 71) | 2.00<br>250.00/hr | 500.00 |
| 6/13/07 | Mos | Review Opposing Court Docs<br>Read and Review Motions Filed by Opposing<br>Counsel (dkt. 71) | 1.00<br>250.00/hr | 250.00 |
| 6/14/07 | IDZ | Perform Research<br>Conduct On-Line Research & Analysis of Findings<br>concerning cases cited in  dkt. 71. | 3.50<br>250.00/hr | 875.00 |
| 7/7/07 | IDZ | Perform Research<br>Conduct On-Line Research & Analysis of Findings in<br>preparation for potential oral arguments. | 2.00<br>250.00/hr | 500.00 |

**Carolyn Mitchell**                                                                 Page   20

|              |     |                                                                 | Hrs/Rate    | Amount  |
|--------------|-----|-----------------------------------------------------------------|-------------|---------|
| 7/8/07       | IDZ | Perform Research<br>Analysis Cases Downloaded (cont.)           | 3.00<br>250.00/hr | 750.00  |
| 8/2/07       | Mos | Meeting w/ Client<br>Conference with Client Concerning Case.    | 0.40<br>250.00/hr | 100.00  |
| 9/10/07      | Mos | Meeting w/ Client<br>Conference with Client Concerning Case.    | 0.50<br>250.00/hr | 125.00  |
| 10/30/07     | IDZ | Review Court Orders<br>Read, Review, Analyze Court Ruling/Order  (dkt. 72) | 3.00<br>250.00/hr | 750.00  |
| 11/1/07      | Mos | Meeting w/ Client<br>Conference with Client Concerning Case.    | 0.40<br>250.00/hr | 100.00  |
|              | Mos | Review Court Orders<br>Read, Review, Analyze Court Ruling/Order (dkt 72) | 1.00<br>250.00/hr | 250.00  |
| 11/2/07      | IDZ | Construct Legal Product<br>Draft outline of Argument for Motion for<br>Reconsideration. | 2.50<br>250.00/hr | 625.00  |
| 11/6/07      | IDZ | Construct Legal Product<br>Draft, Finish, Finalize, File Motion for<br>Reconsideration. (dkt. 73) | 1.00<br>250.00/hr | 250.00  |
| 11/7/07      | Mos | Review Court Orders<br>Read, Review, Analyze Court Ruling/Order (dkt. 74) | 0.20<br>250.00/hr | 50.00   |
| 11/8/07      | Mos | Meeting w/ Client<br>Conference with Client Concerning Case.    | 0.30<br>250.00/hr | 75.00   |

*Carolyn Mitchell*                                                                                     Page   21

|  |  |  | Hrs/Rate | Amount |
|---|---|---|---|---|
| 11/16/07 | Mos | Review Opposing Court Docs<br>Read and Review Motions Filed by Opposing Counsel (dkt. 75) | 1.00<br>250.00/hr | 250.00 |
| 11/17/07 | IDZ | Review Opposing Court Docs<br>Read and Review Motions Filed by Opposing Counsel | 1.00<br>250.00/hr | 250.00 |
|  | Mos | Meeting w/ Client<br>Conference with Client Concerning Case. | 0.40<br>250.00/hr | 100.00 |
| 12/17/07 | Mos | Review Court Orders<br>Read, Review, Analyze Court Ruling/Order (dkt. 76) | 0.75<br>250.00/hr | 187.50 |
| 12/26/07 | IDZ | Review Court Orders<br>Read, Review, Analyze Court Ruling/Order Granting Motion for Reconsideration. (dkt. 76) | 1.50<br>250.00/hr | 375.00 |
| 1/15/08 | IDZ | Review Opposing Court Docs<br>Read and Review Motions Filed by Opposing Counsel. (dkt. 79, 80, 81, 82, 83). | 3.00<br>250.00/hr | 750.00 |
|  | Mos | Review Opposing Court Docs<br>Read and Review Motions Filed by Opposing Counsel (dkt. 79, 80, 81, 82, 83) | 2.00<br>250.00/hr | 500.00 |
| 1/16/08 | Mos | Conference w/ Op. Counsel<br>Conference Meeting with Opposite Counsel | 0.40<br>250.00/hr | 100.00 |
| 1/17/08 | IDZ | Analyze & Research<br>Analyze Motion Received and do Follow Up Research regarding Dkt 79. | 2.00<br>250.00/hr | 500.00 |

**Carolyn Mitchell**                                                                                  Page    22

|  | | | Hrs/Rate | Amount |
|---|---|---|---|---|

2/4/08  Mos   Review Court Orders — 0.30 / 250.00/hr — 75.00
Read, Review, Analyze Court Ruling/Order (dkt. 84)

2/10/08  IDZ   Construct Legal Product — 3.00 / 250.00/hr — 750.00
Draft out Outline for response to defendant's motion
for reconsideration.

2/11/08  IDZ   Perform Research — 4.50 / 250.00/hr — 1,125.00
Conduct On-Line Research & Analysis of Findings
concerning response to defendants' motion for
reconsideration.

2/14/08  IDZ   Perform Research — 3.50 / 250.00/hr — 875.00
Conduct On-Line Research & Analysis of Findings.
Re: Motion for Reconsideration.

2/15/08  IDZ   Analyze & Research — 3.00 / 250.00/hr — 750.00
Analyze Research on Motion for Reconsideration.

2/18/08  IDZ   Construct Legal Product — 2.00 / 250.00/hr — 500.00
Draft Opposition to Def. Mot. for Rec.

2/19/08  IDZ   Construct Legal Product — 1.50 / 250.00/hr — 375.00
Draft Opp. to Def. Mot. for Recon. (cont.)

         Mos   Review Cases/ Documents — 1.00 / 250.00/hr — 250.00
Review, Revise, Motion for Reconsideration

         IDZ   Perform Research — 4.00 / 250.00/hr — 1,000.00
Conduct On-Line Research in Preparation for Reply
to Motion for Reconsideration. (59(e) issues)

*Carolyn Mitchell*                                                     Page    23

|  |  |  | Hrs/Rate | Amount |
|---|---|---|---|---|
| 2/20/08 | IDZ | Finalize work<br>Finalize, File, and Mail Finished Brief/Motion (dkt. 85) | 1.50<br>250.00/hr | 375.00 |
| 3/6/08 | IDZ | Review Court Orders<br>Read, Review, Analyze Court Ruling/Order (dkt. 86, 87) | 0.50<br>250.00/hr | 125.00 |
| 3/20/08 | IDZ | Review Opposing Court Docs<br>Read and Review Correspondence by Opposing Counsel, discuss with co- consel. | 0.50<br>250.00/hr | 125.00 |
| 3/22/08 | IDZ | Conference w/ Op. Counsel<br>Conference Meeting with Opposite Counsel | 0.50<br>250.00/hr | 125.00 |
| 3/24/08 | IDZ | Construct Legal Product<br>Draft Certificate of Readiness for Trial.  (dkt. 88) | 1.00<br>250.00/hr | 250.00 |
| 3/25/08 | IDZ | Review Court Orders<br>Read, Review, Analyze Court Ruling/Order (dkt. 89), discuss with co-counsel. | 0.30<br>250.00/hr | 75.00 |
|  | IDZ | Review Court Orders<br>Read, Review, Analyze Court Ruling/Order (dkt. 90), conference with co-counsel. | 1.50<br>250.00/hr | 375.00 |
| 3/26/08 | Mos | Review Court Orders<br>Read, Review, Analyze Court Ruling/Order (dkt. 90) | 1.00<br>250.00/hr | 250.00 |
| 3/27/08 | Mos | Meeting w/ Client<br>Conference with Client Concerning Case. | 0.30<br>250.00/hr | 75.00 |

*Carolyn Mitchell*                                                                                     Page    24

|  |  | | Hrs/Rate | Amount |
|---|---|---|---|---|

| 4/24/08 | IDZ | Conference w/ Op. Counsel<br>Conference Meeting with Opposite Counsel, Draft<br>Joint Statement, Pretrial Report. | 2.50<br>250.00/hr | 625.00 |
| 4/28/08 | IDZ | Review Opposing Court Docs<br>Read and Review Motions Filed by Opposing<br>Counsel (dkt. 92-95). Analyze Motions Filed. | 3.50<br>250.00/hr | 875.00 |
|  | IDZ | Finalize work<br>Finalize, File, and Mail Finished Brief/Motion. (dkt.<br>96, 97) | 3.50<br>250.00/hr | 875.00 |
| 4/29/08 | IDZ | Finalize work<br>Finalize, File, and Mail Finished Motion in Opposition<br>to Status Conference.<br>(dkt. 98) | 1.50<br>250.00/hr | 375.00 |
|  | IDZ | Perform Research<br>Conduct On-Line Research Concerning Defendants<br>Motion at Docket 94. | 3.50<br>250.00/hr | 875.00 |
| 4/30/08 | IDZ | Prepare and File<br>Prepare and File Court Documents (Exhibit List) | 4.50<br>250.00/hr | 1,125.00 |
| 5/1/08 | IDZ | Construct Legal Product<br>Draft and Outline Opposition to Motion at Dkt 95. | 2.50<br>250.00/hr | 625.00 |
| 5/2/08 | IDZ | Finalize work<br>Finalize, File, Finished Brief at Dkt 102. | 2.50<br>250.00/hr | 625.00 |
| 5/3/08 | IDZ | Review Opposing Court Docs<br>Read and Review Motions Filed by Opposing<br>Counsel (Exhibit List, Depositions) (dkt. 101, 102) | 4.50<br>250.00/hr | 1,125.00 |

*Carolyn Mitchell*                                                           Page    25

|          |     |                                                                                              | Hrs/Rate      | Amount  |
|----------|-----|----------------------------------------------------------------------------------------------|---------------|---------|
| 5/5/08   | IDZ | Review Opposing Court Docs<br>Read and Review letter by Opposing Counsel                      | 0.30<br>250.00/hr | 75.00  |
|          | IDZ | Review Opposing Court Docs<br>Read and Review Motions Filed by Opposing Counsel (dkt. 103)    | 0.30<br>250.00/hr | 75.00  |
| 5/7/08   | IDZ | Review Opposing Court Docs<br>Read and Review Motions Filed by Opposing Counsel (dkt. 104)    | 1.00<br>250.00/hr | 250.00 |
| 5/8/08   | Mos | Meeting w/ Client<br>Conference with Client Concerning Case.                                  | 0.40<br>250.00/hr | 100.00 |
| 5/19/08  | IDZ | Review Court Orders<br>Read, Review, Analyze Court Ruling/Order (dkt. 105), Conference with C0-Counsel and client. | 2.00<br>250.00/hr | 500.00 |
| 5/27/08  | IDZ | Review Opposing Court Docs<br>Read and Review Motions Filed by Opposing Counsel (dkt 107)     | 0.50<br>250.00/hr | 125.00 |
|          | IDZ | Review Opposing Court Docs<br>Read and Review, Outline, Motions Filed by Opposing Counsel (dkt. 108) | 1.50<br>250.00/hr | 375.00 |
| 5/28/08  | IDZ | Review Court Orders<br>Read, Review, Analyze Court Ruling/Order (dkt. 109)                    | 1.00<br>250.00/hr | 250.00 |
|          | IDZ | Review Court Orders<br>Read, Review, Analyze Court Ruling/Order (Dkt. 110), conference with co-counsel. | 0.30<br>250.00/hr | 75.00  |

*Carolyn Mitchell*                                                                                    Page    26

|  |  |  | Hrs/Rate | Amount |
|---|---|---|---|---|
| 6/9/08 | IDZ | Review Opposing Court Docs<br>Read Letter by Opposing Counsel, conference with<br>co-counsel.. | 0.30<br>250.00/hr | 75.00 |
| 6/13/08 | IDZ | Construct Legal Product<br>Draft or Outline Legal Brief (Proposed Jury<br>Instructions) | 4.00<br>250.00/hr | 1,000.00 |
|  | Mos | Review Cases/ Documents<br>Reviewing Proposed Jury Instructions. | 1.50<br>250.00/hr | 375.00 |
| 6/14/08 | IDZ | Construct Legal Product<br>Draft or Outline Legal Brief (Jury Instructions) | 5.00<br>250.00/hr | 1,250.00 |
|  | Mos | Review Cases/ Documents<br>Review Proposed Jury Instructions. | 1.00<br>250.00/hr | 250.00 |
| 6/15/08 | IDZ | Construct Legal Product<br>Draft or Outline Legal Brief (Trial Brief) | 1.50<br>250.00/hr | 375.00 |
| 6/16/08 | IDZ | Review Opposing Court Docs<br>Read and Review Motions Filed by Opposing<br>Counsel (dkt. 111, 112, 113) | 2.00<br>250.00/hr | 500.00 |
|  | Mos | Review Opposing Court Docs<br>Read and Review Motions Filed by Opposing<br>Counsel (dkt. 111, 112, 113) | 1.50<br>250.00/hr | 375.00 |
|  | IDZ | Finalize work<br>Finalize, and File, Finished Brief/Motion (dkt. 114,<br>115) | 2.00<br>250.00/hr | 500.00 |

*Carolyn Mitchell*                                                         Page    27

|  |  |  | Hrs/Rate | Amount |
|---|---|---|---|---|

| 6/17/08 | IDZ | Perform Research<br>Conduct On-Line Research & Analysis of Findings<br>Concerning Immunity Issue. | 5.50<br>250.00/hr | 1,375.00 |
|  | Mos | Review Cases/ Documents<br>Reviewing Cases on Immunity Issue. | 2.50<br>250.00/hr | 625.00 |
| 6/18/08 | IDZ | Perform Research<br>Conduct On-Line Research & Analysis of Findings on<br>Excessive Force Cases (False Arrest) | 4.50<br>250.00/hr | 1,125.00 |
|  | Mos | Analyze & Research<br>Analyze Cases on Excessive Force v. False Arrest | 2.50<br>250.00/hr | 625.00 |
| 6/19/08 | IDZ | Review Opposing Court Docs<br>Read and Review Motions Filed by Opposing<br>Counsel (dkt. 119), conference with co-counsel. | 1.00<br>250.00/hr | 250.00 |
|  | IDZ | Analyze & Research<br>Analyze Motion Received and do Follow Up<br>Research Jury Instructions. | 5.00<br>250.00/hr | 1,250.00 |
| 6/20/08 | IDZ | Construct Legal Product<br>Draft Letter to Opposing Counsel on Jury Instruction<br>Objections. | 3.00<br>250.00/hr | 750.00 |
|  | IDZ | Perform Research<br>Conduct On-Line Research & Analysis of Findings on<br>Jury Instructions. | 2.50<br>250.00/hr | 625.00 |
| 6/23/08 | IDZ | Perform Research<br>Conduct On-Line Research & Analysis of Findings<br>Concerning Proposed Jury Instructions. | 5.00<br>250.00/hr | 1,250.00 |

**Carolyn Mitchell**                                                             Page    28

|  |  |  | Hrs/Rate | Amount |
|---|---|---|---|---|
| 6/23/08 | Mos | Perform Research<br>Review Research on Proposed Jury Instructions | 1.50<br>250.00/hr | 375.00 |
|  | IDZ | Review Court Orders<br>Read, Review, Analyze Court Ruling/Order (dkt. 120) | 0.20<br>250.00/hr | 50.00 |
|  | Mos | Meeting w/ Client<br>Conference with Client Concerning Case. | 0.40<br>250.00/hr | 100.00 |
| 6/24/08 | IDZ | Perform Research<br>Conduct On-Line Research On Arrest Under State<br>Law and Civil Rights Fed Law. | 5.00<br>250.00/hr | 1,250.00 |
| 6/25/08 | IDZ | Construct Legal Product<br>Draft Trial Outline. | 7.00<br>250.00/hr | 1,750.00 |
|  | Mos | Court Date<br>Attend Court Hearing (in person or telephonic) | 1.00<br>250.00/hr | 250.00 |
|  | IDZ | Court Date<br>Attend Court Hearing (in person or telephonic) | 1.00<br>250.00/hr | 250.00 |
| 6/26/08 | IDZ | Finalize work<br>Finalize Proposed Jury Instructions. | 4.50<br>250.00/hr | 1,125.00 |
|  | IDZ | Conference w/ Op. Counsel<br>Conference Meeting with Opposite Counsel | 8.00<br>250.00/hr | 2,000.00 |
|  | Mos | Conference w/ Op. Counsel<br>Conference Meeting with Opposite Counsel | 8.00<br>250.00/hr | 2,000.00 |
| 6/27/08 | Mos | Prepare and File<br>Prepare For Trial. | 4.00<br>250.00/hr | 1,000.00 |

*Carolyn Mitchell*                                                                                      Page    29

|          |     |                                                                      | Hrs/Rate     | Amount   |
|----------|-----|----------------------------------------------------------------------|--------------|----------|
| 6/27/08  | IDZ | Prepare and File<br>Prepare for Trial.                               | 5.50<br>250.00/hr | 1,375.00 |
|          | IDZ | Review Opposing Court Docs<br>Read and Review Motions Filed by Opposing<br>Counsel (dkt. 123, 125) | 1.50<br>250.00/hr | 375.00 |
|          | Mos | Meeting w/ Client<br>Conference with Client Concerning Case.         | 0.40<br>250.00/hr | 100.00 |
|          | Mos | Review Opposing Court Docs<br>Read and Review Motions Filed by Opposing<br>Counsel (dkt. 123) | 0.50<br>250.00/hr | 125.00 |
|          | IDZ | Finalize work<br>Finalize, and File, Finished Brief/Motion (dkt. 124, 127) | 1.00<br>250.00/hr | 250.00 |
| 6/28/08  | IDZ | Prepare and File<br>Prepare For Trial.                               | 7.50<br>250.00/hr | 1,875.00 |
|          | Mos | Prepare and File<br>Prepare for Trial.                               | 2.00<br>250.00/hr | 500.00 |
| 6/29/08  | Mos | Prepare and File<br>Prepare For Trial.                               | 5.50<br>250.00/hr | 1,375.00 |
|          | IDZ | Prepare and File<br>Prepare for Trial.                               | 7.00<br>250.00/hr | 1,750.00 |
| 6/30/08  | IDZ | Review Court Orders<br>Read, Review, Analyze Court Ruling/Order (dkt 128, 129, 130) | 1.50<br>250.00/hr | 375.00 |

*Carolyn Mitchell*                                                                 Page    30

|  |  |  | Hrs/Rate | Amount |
|---|---|---|---|---|
| 6/30/08 | IDZ | Court Date<br>Prepare for and Attend Court Hearing Trial | 9.00<br>250.00/hr | 2,250.00 |
|  | Mos | Court Date<br>Prepare for and Attend Trial. | 9.00<br>250.00/hr | 2,250.00 |
| 7/1/08 | Mos | Court Date<br>Prepare for and Attend Trial. | 9.00<br>250.00/hr | 2,250.00 |
|  | IDZ | Court Date<br>Prepare for and Attend Trial. | 12.00<br>250.00/hr | 3,000.00 |
| 7/2/08 | IDZ | Court Date<br>Prepare for and Attend Trial. | 12.00<br>250.00/hr | 3,000.00 |
|  | Mos | Court Date<br>Prepare for and Attend Trial. | 9.00<br>250.00/hr | 2,250.00 |
| 7/3/08 | Mos | Court Date<br>Prepare for and Attend Trial. | 8.00<br>250.00/hr | 2,000.00 |
|  | IDZ | Court Date<br>Prepare for and Attend Trial. | 10.00<br>250.00/hr | 2,500.00 |

| For professional services rendered | 624.95 | $156,237.50 |
|---|---|---|

| Balance due |  | $156,237.50 |
|---|---|---|

*Carolyn Mitchell*                                              Page    31

## User summary

| User | Hours | Rate | Amount |
|------|-------|------|--------|
| Isaac Derek Zorea | 490.95 | 250.00 | $122,737.50 |
| Moshe | 134.00 | 250.00 | $33,500.00 |