Isaac D. Zorea
Law Office of Isaac Derek Zorea
P.O. Box 210434
Anchorage, AK 99521
(907) 677-3779
(907) 644-2802 facsimile
Eyedz@gci.net

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| CAROLYN MITCHELL, | ) |
|     Plaintiff, | ) |
| vs. | ) |
| | ) |
| ANCHORAGE POLICE DEPARTMENT and the | ) |
| MUNICIPALITY OF ANCHORAGE, a | ) |
| municipal corporation, WALTER MONEGAN, | ) |
| Officer HENIKMAN, and Officer J. VOSS, | ) |
|     Defendants. | ) |
| _____ | ) |

Case No. 3:05-cv-00273-JWS

### ORDER (PROPOSED) ON ATTORNEY FEES

Plaintiff, Carolyn Mitchell, having moved this court for attorney fees pursuant to Federal R.Civ.P. 54, Alaska R.Civ.P. 82, and/or Alaska Statute § 09.60.010(c), and this Court having considered any opposition and reply and being duly advised of the premises,

ORDER FOR ATTORNEY FEES:
MITCHELL V. MOA, ET AL..                                                                                                PAGE - 1 -

1   IT IS HEREBY ORDERED:

2   Plaintiff's Motion for Attorney Fees is GRANTED:

3   Plaintiff is awarded $_____ in attorneys' fees.

4

5

6   Dated this _____ day of _____ 2008.

7

8                                       By: _____
9                                           John W. Sedwick
                                            U.S. District Judge
10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28  ORDER FOR ATTORNEY FEES:
    MITCHELL V. MOA, ET AL..                                    PAGE  - 2 -