Isaac D. Zorea
Law Office of Isaac Derek Zorea
P.O. Box 210434
Anchorage, AK 99521
(907) 677-3779
(907) 644-2802 facsimile
Eyedz@gci.net

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| CAROLYN MITCHELL,           )<br>            Plaintiff,           )<br>   vs.                              )<br>                                    )<br>ANCHORAGE POLICE DEPARTMENT and the  )<br>MUNICIPALITY OF ANCHORAGE, a     )<br>municipal corporation, WALTER MONEGAN,   )<br>Officer HENIKMAN, and Officer J. VOSS,   )<br>            Defendants.           )<br>_____ ) | |

Case No. 3:05-cv-00273-JWS

### AFFIDAVIT OF ISAAC DEREK ZOREA

STATE OF ALASKA         )
                                    ) ss.
THIRD JUDICIAL DISTRICT  )

   Isaac Derek Zorea, an officer of the court, states, and affirms, as follows:

   1.   I am an attorney for Carolyn Mitchell.  I make this Affidavit based on my own knowledge, in support of Plaintiff's Motion for Attorney Fees.

   2.   I have compiled the billing records associated with handling the representation of Carolyn Mitchell in her lawsuit against Defendants.

3. The billing records provided in Exhibit A, truthfully, and accurately, reflect the work performed in this case, taken on behalf of my client Carolyn Mitchell.

Respectfully submitted this 19th day of August 2008.

     S/ Isaac Zorea
Law Offices of Isaac D Zorea
P.O. Box 210434
Anchorage, AK 99521
907-830-1385
907-677-3779
Eyedz@gci.net

Certificate of Service

I hereby certify that on August 19, 2008 I electronically filed the foregoing with the Clerk of Court using the CM/ECF system which sent notification to the following:

    Joyce Weaver Johnson

and I hereby certify that I have mailed by United States Postal Service the document to the following non CM/ECF participants:

    none.

Dated this 19th day of August 2008, at Anchorage, Alaska.

 S/ Isaac Zorea
  Law Offices of Isaac D Zorea
 P.O. Box 210434
 Anchorage, AK 99521
 907-830-1385
 907-677-3779
 Eyedz@gci.net