Joyce Weaver Johnson
Assistant Municipal Attorney
Municipal Attorney's Office
P.O. Box 196650
Anchorage, Alaska 99519-6650
Phone: (907) 343-4545
Fax: (907) 343-4550
E-mail: uslit@muni.org

Attorney for Defendants
Municipality of Anchorage
Anchorage Police Department
Walt Monegan
Officers Voss and Henikman

## IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| CAROLYN MITCHELL, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | ) |
| | ) |
| ANCHORAGE POLICE DEPARTMENT and the MUNICIPALITY OF ANCHORAGE, a municipal corporation, WALTER MONEGAN, Officer HENIKMAN, and Officer J. VOSS, | ) ) ) ) |
| | ) |
| Defendants. | ) Case No. 3:05-cv-00273-JWS |
| | ) |

## UNOPPOSED MOTION FOR EXTENSION OF TIME

Defendants move unopposed for an extension of time to file:

1) Opposition To Plaintiff's Motion For Ruling On Prevailing Party Status, currently due 9/5/08;

2) Opposition To Plaintiff's Motion For Attorney Fees, currently due 9/8/08; and

3) Reply to Plaintiff's Response To Defendants' Motion For Attorney Fees, currently due 9/9/08. As set forth in the accompanying Affidavit of Counsel, the three briefs are very closely related (concerning the parties' cross motions for attorneys' fees and Plaintiff's for a ruling on "prevailing party"). Defendants propose to combine them for efficiency. The Affidavit of Counsel further spells out good cause for this short extension.

Defendants requested and obtained the agreement of Plaintiff's counsel to this extension. *See* Affidavit of Counsel at para. 5. Thus, this extension is unopposed.

Respectfully submitted this 2nd day of September, 2008.

                              JAMES N. REEVES
                              Municipal Attorney

                              By:  s/ Joyce Weaver Johnson
                                   Municipal Attorney's Office
                                   P.O. Box 196650
                                   Anchorage, Alaska 99519-6650
                                   Phone: (907) 343-4545
                                   Fax: (907) 343-4550
                                   E-mail: uslit@muni.org
                                   Alaska Bar No. 9306029

The undersigned hereby certifies that on 09/2/08 a true and correct copy of the *Motion for Extension of Time and Proposed Order* was served on:

Isaac D. Zorea
and
Moshe C. Zorea

by first class regular mail, if noted above, or by electronic means through the ECF system as indicated on the Notice of Electronic Filing.
 s/ Elaine Loew
Elaine Loew, Legal Secretary
Municipal Attorney's Office