Joyce Weaver Johnson
Assistant Municipal Attorney
Municipal Attorney's Office
P.O. Box 196650
Anchorage, Alaska 99519-6650
Phone: (907) 343-4545
Fax: (907) 343-4550
E-mail: uslit@muni.org

Attorney for Defendants
Municipality of Anchorage
Anchorage Police Department
Walt Monegan
Officers Voss and Henikman

**IN THE UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF ALASKA**

| | |
|---|---|
| CAROLYN MITCHELL, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | ) |
| | ) |
| ANCHORAGE POLICE DEPARTMENT and | ) |
| the MUNICIPALITY OF ANCHORAGE, a | ) |
| municipal corporation, WALTER MONEGAN, | ) |
| Officer HENIKMAN, and Officer J. VOSS, | ) |
| | ) |
| Defendants. | ) Case No. 3:05-cv-00273-JWS |
| | ) |

**UNOPPOSED PROPOSED ORDER ON
DEFENDANTS'MOTION FOR EXTENSION OF TIME**

Defendants having moved unopposed to continue two filing deadlines until the date of a third filing deadline, IT IS HEREBY ORDERED:

Defendants shall file the following on or before September 9, 2008, and may combine their briefing on all three related issues into a single brief:

    1) Opposition To Plaintiff's Motion For Ruling On Prevailing Party Status;

    2) Opposition To Plaintiff's Motion For Attorney Fees, and

    3) Reply to Plaintiff's Response To Defendants' Motion For Attorney Fees.

Dated this _____ day of_____ 2008.


                              By:_____
                                  John W. Sedwick
                                  U. S. District Judge