Joyce Weaver Johnson
Assistant Municipal Attorney
Municipal Attorney's Office
P.O. Box 196650
Anchorage, Alaska 99519-6650
Phone: (907) 343-4545
Fax: (907) 343-4550
E-mail: uslit@muni.org

Attorney for Defendants
Municipality of Anchorage
Anchorage Police Department
Walt Monegan
Officers Voss and Henikman

# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| CAROLYN MITCHELL, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | ) |
| | ) |
| ANCHORAGE POLICE DEPARTMENT and | ) |
| the MUNICIPALITY OF ANCHORAGE, a | ) |
| municipal corporation, WALTER MONEGAN, | ) |
| Officer HENIKMAN, and Officer J. VOSS, | ) |
| | ) |
| Defendants. | ) Case No. 3:05-cv-00273-JWS |
| | ) |

## AFFIDAVIT OF COUNSEL

| | |
|---|---|
| STATE OF ALASKA | ) |
| | ) ss. |
| THIRD JUDICIAL DISTRICT | ) |

Joyce Weaver Johnson, being duly sworn under oath, deposes and states as follows:

1.    I am the Assistant Municipal Attorney primarily representing the four Municipal Defendants in this case.

2.    Currently, we have three separate responsive briefs due in this matter on September 5, 8 and 9, respectively.  All three pertain to issues of attorneys' fees or costs: the parties' cross-motions for attorneys' fees and the plaintiff's motion to be deemed "prevailing party."

3    For Defendants and Plaintiff, as well as for the Court, I believe a single brief responding on all three issues will be more efficient and less confusing.

4.    In addition, I have other briefs due in other matters this week and want to give them the attention they deserve.

5.    Today our support staff spoke with co-counsel for plaintiff, Isaac Zorea, requesting his agreement to this extension.  Mr. Zorea said he agreed to an extension until September 9, 2008, for defendants to file: 1) Opposition To Plaintiff's Motion For Ruling On Prevailing Party Status; 2) Opposition To Plaintiff's Motion For Attorney Fees, and 3) Reply to Plaintiff's Response To Defendants' Motion For Attorney Fees.

6.    This extension request will not cause undue delay because, soon after the 9th, Plaintiff can file her Replies, if any, and all of these issues will have been fully briefed.

7.    This request is unopposed, and good cause exists for requesting it.

/ /

/ /

Affidavit of Counsel
Case No. 3:05-cv-00273-JWS
Page 2 of 3

FURTHER YOUR AFFIANT SAYETH NAUGHT.

_____
Joyce Weaver Johnson

SUBSCRIBED AND SWORN to before me this 2nd day of September, 2008.

```
OFFICIAL SEAL
State of Alaska
ELAINE J. LOEW
NOTARY PUBLIC
```

_____
Notary Public in and for Alaska
My commission expires: Oct 3 2008.

The undersigned hereby certifies that on 09/2/08 a
true and correct copy of the *Affidavit of Counsel* was served on:

Isaac D. Zorea
and
Moshe C. Zorea

by first class regular mail, if noted above, or by electronic
means through the ECF system as indicated on the Notice
of Electronic Filing.

 s/ Elaine Loew
Elaine Loew, Legal Secretary
Municipal Attorney's Office