Isaac D. Zorea
Law Office of Isaac Derek Zorea
P.O. Box 210434
Anchorage, AK 99521
(907) 677-3779
(907) 644-2802 facsimile
Eyedz@gci.net

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| CAROLYN MITCHELL, <br>          Plaintiff, <br>     vs. <br> <br> ANCHORAGE POLICE DEPARTMENT and the <br> MUNICIPALITY OF ANCHORAGE, a <br> municipal corporation, WALTER MONEGAN, <br> Officer HENIKMAN, and Officer J. VOSS, <br>          Defendants. | ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) |

Case No. 3:05-cv-00273-JWS

### NOTICE OF APPEAL

Notice is hereby given that Carolyn Mitchell, plaintiff in the above named case, hereby appeals to the United States Court of Appeals for the Ninth Circuit from the final judgment entered in this action on the 5th day of August, 2008.

Respectfully submitted this 3rd day of September 2008.

          S/  Isaac Zorea
          Law Offices of Isaac D Zorea
          P.O. Box 210434
          Anchorage, AK 99521
          907-830-1385
          907-677-3779
          Eyedz@gci.net

NOTICE OF APPEAL: MITCHELL V. MOA, ET AL..                              PAGE - 1 -

1

2         <u>Certificate of Service</u>

3   I hereby certify that on September 3, 2008
    I electronically filed the foregoing with
4   the Clerk of Court using the CM/ECF
    system which sent notification to the
5   following:

6
           Joyce Weaver Johnson
7

8   and I hereby certify that I have mailed by
    United States Postal Service the document
9   to the following non CM/ECF participants:

10         none.

11
    Dated this 3rd day of September 2008,
12  at Anchorage, Alaska.

13   S/ Isaac Zorea
      Law Offices of Isaac D Zorea
14    P.O. Box 210434
      Anchorage, AK 99521
15    907-830-1385
      907-677-3779
16    Eyedz@gci.net

17

18

19

20

21

22

23

24

25

26

27

28  NOTICE OF APPEAL: <u>MITCHELL V. MOA, ET AL.</u>.                                    PAGE  - 2 -