A-11 (rev. 7/00)                                                                              Page 1 of 2



USCA DOCKET # (IF KNOWN)

# UNITED STATES COURT OF APPEALS FOR THE NINTH CIRCUIT
## CIVIL APPEALS DOCKETING STATEMENT

PLEASE ATTACH ADDITIONAL PAGES IF NECESSARY.

| TITLE IN FULL: Carolyn Mitchell, Plaintiff, v. Anchorage Police Department, and the Municipality of Anchorage, a municipal corp., Walter Monegan, Officer Henikman, and Officer J. Voss, Defendants. | DISTRICT: Alaska | JUDGE: John W. Sedwick |
|---|---|---|
| | DISTRICT COURT NUMBER: 3:05-cv-00273-JWS | |
| | DATE NOTICE OF APPEAL FILED: 9/3/2008 | IS THIS A CROSS-APPEAL? ☐ YES |
| | IF THIS MATTER HAS BEEN BEFORE THIS COURT PREVIOUSLY, PLEASE PROVIDE THE DOCKET NUMBER AND CITATION (IF ANY): | |

**BRIEF DESCRIPTION OF NATURE OF ACTION AND RESULT BELOW:** This suit is based on an incident where police, responding to a bank robbery, seized plaintiff at gun point, handcuffed her, and kept in custody for 20 minutes, without probable cause to arrest. Issue of false arrest was decided on summary judgment. At trial, plaintif requested judgment as a matter of law on issue of 42 U.S.C. 1983, judge denied. Jury awarded nominal damages on false arrest, denied all over causes of action.

**PRINCIPAL ISSUES PROPOSED TO BE RAISED ON APPEAL:** 1.Whether pretrial ruling holding that plaintiff was arrested, under state law, without probable cause, establishes as a matter of law a 4th Amendment violation; 2.Whether police use of guns and hand-cuffs on a compliant suspect, posing no threat, establishes as a matter of law a 4th Amendment violation; 3.Whether it is reversible error for court to require that jury find an arrest under federal law, rather than state law.

**PLEASE IDENTIFY ANY OTHER LEGAL PROCEEDING THAT MAY HAVE A BEARING ON THIS CASE (INCLUDE PENDING DISTRICT COURT POSTJUDGMENT MOTIONS):**

None.

**DOES THIS APPEAL INVOLVE ANY OF THE FOLLOWING:**

☐ Possibility of settlement

☐ Likelihood that intervening precedent will control outcome of appeal

☐ Likelihood of a motion to expedite or to stay the appeal, or other procedural matters (Specify) _____

☐ Any other information relevant to the inclusion of this case in the Mediation Program _____

☐

Possibility parties would stipulate to binding award by Appellate Commissioner in lieu of submission to judges

## LOWER COURT INFORMATION

| JURISDICTION | | DISTRICT COURT DISPOSITION | |
|---|---|---|---|
| FEDERAL | APPELLATE | TYPE OF JUDGMENT/ORDER APPEALED | RELIEF |
| ☒ FEDERAL QUESTION | ☒ FINAL DECISION OF DISTRICT COURT | ☐ DEFAULT JUDGMENT | ☐ DAMAGES: SOUGHT $_____ AWARDED $_____ |
| ☐ DIVERSITY | ☐ INTERLOCUTORY DECISION APPEALABLE AS OF RIGHT | ☐ DISMISSAL/JURISDICTION | |
| | | ☐ DISMISSAL/MERITS | ☐ INJUNCTIONS: |
| ☐ OTHER (SPECIFY): | | ☐ SUMMARY JUDGMENT | ☐ PRELIMINARY |
| | ☐ INTERLOCUTORY ORDER CERTIFIED BY DISTRICT JUDGE (SPECIFY): | ☐ JUDGMENT/COURT DECISION | ☐ PERMANENT |
| | | ☐ JUDGMENT/JURY VERDICT | ☐ GRANTED |
| | | ☐ DECLARATORY JUDGMENT | ☐ DENIED |
| | ☐ OTHER (SPECIFY): | ☒ JUDGMENT AS A MATTER OF LAW | ☐ ATTORNEY FEES: SOUGHT $_____ AWARDED $_____ |
| | | ☐ OTHER (SPECIFY): | ☐ PENDING |
| | | | ☐ COSTS: $_____ |

### CERTIFICATION OF COUNSEL

**I CERTIFY THAT:**
1. COPIES OF ORDER/JUDGMENT APPEALED FROM ARE ATTACHED.
2. A CURRENT SERVICE LIST OR REPRESENTATION STATEMENT WITH TELEPHONE AND FAX NUMBERS IS ATTACHED (SEE 9TH CIR. RULE 3-2).
3. A COPY OF THIS CIVIL APPEALS DOCKETING STATEMENT WAS SERVED IN COMPLIANCE WITH FRAP 25.
4. I UNDERSTAND THAT FAILURE TO COMPLY WITH THESE FILING REQUIREMENTS MAY RESULT IN SANCTIONS, INCLUDING DISMISSAL OF THIS APPEAL.

_[Signature]_    9/3/2008
Signature         Date

### COUNSEL WHO COMPLETED THIS FORM

NAME: Isaac Derek Zorea
FIRM: Law Office of Isaac Derek Zorea
ADDRESS: P.O. Box 210434, Anchorage, AK 99521
E-MAIL: Eyedz@gci.net
TELEPHONE: (907) 677-3779
FAX: (907) 644-2802

*THIS DOCUMENT SHOULD BE FILED IN THE DISTRICT COURT WITH THE NOTICE OF APPEAL*
*IF FILED LATE, IT SHOULD BE FILED DIRECTLY WITH THE U.S. COURT OF APPEALS*