**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF ALASKA**

CAROLYN MITCHELL,
    Plaintiff,

                      Case Number 3:05-cv-00273-JWS

v.

ANCHORAGE POLICE DEPARTMENT, et al,
    Defendant.               **JUDGMENT IN A CIVIL CASE**


 X  **JURY VERDICT**.  This action came before the court for a trial by jury.  The issues have been tried and the jury has rendered its verdict.

    **DECISION BY COURT**.  This action came to trial or hearing before the court.  The issues have been tried or heard and a decision has been rendered.

       IT IS ORDERED AND ADJUDGED:

       THAT Plaintiff is awarded $1.00 on the State Law False Arrest Claim.  Jury found in favor of the defendants on all remaining claims.


APPROVED:


/s/ JOHN W. SEDWICK
United States District Judge


Date: August 5, 2008

*NOTE: Award of prejudgment interest,*      IDA ROMACK
*costs and attorney's fees are governed*  Ida Romack, Clerk of Court
*by D.Ak. LR 54.1, 54.3, and 58.1.*

[305cv273JWS-judgment.wpd]{JMT2.WPT*Rev.3/03}