Isaac D. Zorea
Law Office of Isaac Derek Zorea
P.O. Box 210434
Anchorage, AK 99521
(907) 677-3779
(907) 644-2802 facsimile
Eyedz@gci.net

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| CAROLYN MITCHELL, | ) |
|     Plaintiff, | ) |
|   vs. | ) |
| | ) |
| ANCHORAGE POLICE DEPARTMENT and the | ) |
| MUNICIPALITY OF ANCHORAGE, a | ) |
| municipal corporation, WALTER MONEGAN, | ) |
| Officer HENIKMAN, and Officer J. VOSS, | ) |
|     Defendants. | ) |
| _____ | ) |

Case No. 3:05-cv-00273-JWS

### REPRESENTATION STATEMENT

Acting pursuant to Federal Rules of Appellate Procedure, Circuit Rule 3-2, Carolyn Mitchell, plaintiff in the above named case, hereby identifies all parties to this action, along with the names, addresses and telephones of their respective counsels.

1.    Carolyn Mitchell, Plaintiff

    Represented by:    Isaac D. Zorea
                              P.O. Box 210434
                              Anchorage, AK   99521
                              (907) 677-3779
                              (907) 644-2802 facsimile

| | | |
|---|---|---|
| 2. | Municipality of Anchorage, Defendant | |
| | Represented by: | Joyce Weaver Johnson<br>Assistant Municipal Attorney<br>Municipal Attorney's Office<br>P.O. Box 196650<br>Anchorage, AK   99519-6650<br>(907) 343-4545<br>(907) 343-4550 facsimile |
| 3. | Walter Monegan, Defendant | |
| | Represented by: | Joyce Weaver Johnson<br>Assistant Municipal Attorney<br>Municipal Attorney's Office<br>P.O. Box 196650<br>Anchorage, AK   99519-6650<br>(907) 343-4545<br>(907) 343-4550 facsimile |
| 4. | Ross Henikman, Defendant | |
| | Represented by: | Joyce Weaver Johnson<br>Assistant Municipal Attorney<br>Municipal Attorney's Office<br>P.O. Box 196650<br>Anchorage, AK   99519-6650<br>(907) 343-4545<br>(907) 343-4550 facsimile |
| 5. | Justin Voss, Defendant | |
| | Represented by: | Joyce Weaver Johnson<br>Assistant Municipal Attorney<br>Municipal Attorney's Office<br>P.O. Box 196650<br>Anchorage, AK   99519-6650<br>(907) 343-4545<br>(907) 343-4550 facsimile |

1

2  Respectfully submitted this 3rd day of September 2008.

3             S/  Isaac Zorea
           Law Offices of Isaac D Zorea
4             P.O. Box 210434
5             Anchorage, AK 99521
           907-830-1385
6             907-677-3779
           Eyedz@gci.net
7

8

9  Certificate of Service

10 I hereby certify that on September 3, 2008
I electronically filed the foregoing with
11 the Clerk of Court using the CM/ECF
system which sent notification to the
12 following:

13
    Joyce Weaver Johnson
14

15 and I hereby certify that I have mailed by
United States Postal Service the document
16 to the following non CM/ECF participants:

17
    none.
18
Dated this 3rd day of September 2008,
19 at Anchorage, Alaska.

20
 S/ Isaac Zorea
21   Law Offices of Isaac D Zorea
  P.O. Box 210434
22   Anchorage, AK 99521
  907-830-1385
23   907-677-3779
24   Eyedz@gci.net

25

26

27

28 REPRESENTATION STATEMENT: MITCHELL V. MOA, ET AL..      PAGE  - 3 -