IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| CAROLYN MITCHELL, ) <br> ) <br> Plaintiff, ) <br> ) <br> vs. ) <br> ) <br> ANCHORAGE POLICE DEPARTMENT and ) <br> the MUNICIPALITY OF ANCHORAGE, a ) <br> municipal corporation, WALTER MONEGAN, ) <br> Officer HENIKMAN, and Officer J. VOSS, ) <br> ) <br> Defendants. ) <br>  ) | Case No. 3:05-cv-00273-JWS |

**UNOPPOSED ORDER ON
DEFENDANTS'MOTION FOR EXTENSION OF TIME**

Defendants having moved unopposed to continue two filing deadlines until the date of a third filing deadline, IT IS HEREBY ORDERED:

Defendants shall file the following on or before September 9, 2008, and may combine their briefing on all three related issues into a single brief:

1) Opposition To Plaintiff's Motion For Ruling On Prevailing Party Status;

2) Opposition To Plaintiff's Motion For Attorney Fees, and

3) Reply to Plaintiff's Response To Defendants' Motion For Attorney Fees.

Dated this 3rd day of September 2008.

/s/ John W. Sedwick
U. S. District Judge