```
        UNITED STATES
        DISTRICT COURT
         District of Alaska
         Anchorage Division

       #  00133485  -  NL
        September 4, 2008


   Code    Case #    Qty      Amount

   086900-F 05-273            105.00 CK
   510000-C 05-273            150.00 CK
   086400-R 05-273            200.00 CK


   TOTAL→                     455.00



   FROM: ISAAC D. ZOREA
         APPEAL FILING FEE
         MITCHELL V APD ET AL
         3:05-CV-00273-JWS
```