UNITED STATES COURT OF APPEALS
FOR THE NINTH CIRCUIT
**NOTICE OF APPEAL NOTIFICATION FORM**
Please Fill Out Completely

**CASE INFORMATION:**
Short Case Title:  Mitchell v Anchorage Police Department et al
Court of Appeals No. (leave blank if unassigned):
U.S. District Court Judge Name and Case No.:  JOHN W. SEDWICK-3:05-cv-00273-JWS
Date Complaint Filed:  11/21/05
Date Appealed Judgment *entered*:  08/05/08
Date NOA *filed*:  9/03/08
COA Status (check one):
__granted in full (attach order)      __denied in full (send record)
__granted in part (send record)      __pending

Court Reporter(s) Name and Phone Number:  April Karper-907-677-6102.
Magistrate Judge's Order?  If so, please attach.

**FEE INFORMATION:**
Date Docket Fee paid:  9/4/08          Date Docket Fee billed:  _
Date FP granted:  _                     Date FP denied:  _
Is FP pending?  _no                     Was FP Limited/Revoked?
US Government Appeal?   _no             Companion Cases?  Please list:  _

Please attach copy of any order granting, denying or revoking FP.

**COUNSEL INFORMATION:** (please include e-mail address and fax number)
Appellate Counsel:                      Appellee Counsel:

**Isaac D. Zorea**                      **Joyce Weaver Johnson**
Law Office of Isaac Derek Zorea         Municipal Attorney's Office
PO Box 210434                           PO Box 196650
Anchorage, AK 99521                     Anchorage, AK 99519-6650
907-677-3779                            907-343-4545
Fax: 907-677-3779                       Fax: 907-343-4550
Email: eyedz@gci.net                    Email: uslit@muni.org

 X retained     __CJA     __FPD     __FPD     __Other     Please attach Appointment Order.

**DEFENDANT INFORMATION:**
Prisoner ID:  _              Address:  _
Custody:  _                  Bail:  _

**AMENDED NOTIFICATION INFORMATION:**
Fees Paid:   9/4/08- $455.00        9th Circuit Docket Number:  _

Name and phone number of person completing this form:    Nancy Lealaisalanoa-907-677-6122.